IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHUFFLE TECH INTERNATIONAL, LLC, an Illinois limited liability company<br><br>and<br><br>ACES UP GAMING, INC., a Colorado corporation<br><br>and<br><br>POYDRAS-TALRICK HOLDINGS LLC, a Delaware limited liability company<br><br>        Plaintiffs<br><br>      v.<br><br>SCIENTIFIC GAMES CORPORATION, a Delaware corporation<br><br>and<br><br>BALLY TECHNOLOGIES, INC., d/b/a SHFL Entertainment or Shuffle Master, a Nevada corporation<br><br>and<br><br>BALLY GAMING, INC., d/b/a Bally Gaming and Systems, a Nevada corporation<br><br>        Defendants | CIVIL ACTION NO.  1:15-cv-3702<br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF CLAIMS INVOLVING PATENTS
PURSUANT TO LOCAL RULE 3.4**

Pursuant to Local Rule 3.4, Plaintiffs Shuffle Tech International, LLC, Aces Up Gaming,

Inc., and Poydraw-Talrick Holdings LLC, provide this Notice of Claims involving U.S. Patents,

to be used by the Clerks of the Court as required by 35 U.S.C. § 290.

## I.    U.S. PATENT NUMBER AND INVENTORS

| U.S. Patent Number | Inventors |
|---|---|
| 6,651,982 | Attila Grauzer<br>Faraidoon Bourbour<br>Troy D. Nelson<br>Paul K. Scheper |

1

| | James B. Stasson<br>Ronald R. Swanson |
|---|---|
| 7,523,935 | Attila Grauzer<br>Faraidoon Bourbour<br>Troy D. Nelson<br>Paul K. Scheper<br>James B. Stasson<br>Ronald R. Swanson |

## II.   NAMES AND ADDRESSES OF PARTIES

This action involves the following parties:

### A.   Plaintiffs

1.   Name:      Shuffle Tech International LLC

   Address:   1440 N. Kingsbury Street
   Chicago, Illinois 60642

2.   Name:      Aces Up Gaming Inc.

   Address:   5855 W. 38th Ave.
   Wheatridge, CO 80212

3.   Name:      Poydras-Talrick Holdings LLC

   Address:   9456 Thornberry
   Dallas, TX 75220

### B.   Defendants

1.   Name:      Scientific Games Corporation

   Address:   6650 S. El Camino Road
   Las Vegas, Nevada 89118

2.   Name:      Bally Technologies, Inc.

   Address:   6650 S. El Camino Road
   Las Vegas, Nevada 89118

3. Name: Bally Gaming, Inc.

Address: 6650 El Camino Road
Las Vegas, Nevada 89118

April 28, 2015

Respectfully submitted,

/s/ *Jacob D. Koering*

Jonathan Hill
jhill@freeborn.com
Jacob D. Koering
jkoering@freeborn.com
FREEBORN & PETERS LLP
311 South Wacker Drive, #3000
Chicago, IL 60606
Phone: 312-360-6643
Fax: 312-360-6520

Robert A. Rowan (*Pro hac vice pending*)
rar@nixonvan.com
Joseph S. Presta (*Pro hac vice pending*)
jsp@nixonvan.com
Michael E. Crawford (*Pro hac vice pending*)
mec@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Rd.
Arlington, Virginia 22203
Phone: 703-816-4000
Fax: 703-816-4100

*Attorneys for Plaintiffs*
SHUFFLE TECH INTERNATIONAL, LLC,
ACES UP GAMING, INC., and POYDRAS-TALRICK
HOLDINGS LLC

3