**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHUFFLE TECH INTERNATIONAL, LLC,
ACES UP GAMING, INC., and
POYDRAS-TALRICK HOLDINGS LLC,

              Plaintiffs,

              v.

SCIENTIFIC GAMES CORPORATION,
BALLY TECHNOLOGIES, INC., AND
BALLY GAMING, INC.,

              Defendants.

Civil Action No. 1:15-cv-03702

The Honorable Matthew F. Kennelly

## CORPORATE DISCLOSURE STATEMENT

Defendant Bally Gaming, Inc. ("Bally Gaming"), by and through undersigned counsel, submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.4 of the Local Rules:

Bally Gaming is wholly owned by Bally Gaming International Inc., which is wholly owned by Alliance Holding Company, which is wholly owned by Bally Technologies Inc., which is wholly owned by Scientific Games Corporation, a publicly traded corporation organized and existing under the laws of the state of Delaware (NASDAQ, SGMS).

2

Dated:  June 26, 2015                                Respectfully submitted,


By:  /s/  Sean M. Berkowitz

Sean M. Berkowitz
David K. Callahan
Latham & Watkins LLP
330 N. Wabash Street, Suite 2800
Chicago, Illinois 60611
sean.berkowitz@lw.com
david.callahan@lw.com

Christopher S. Yates (*pro hac vice* pending)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com

*Attorneys for Defendants Scientific Games
Corporation, Bally Technologies, Inc., and
Bally Gaming, Inc.*

2