# ATTACHMENT A

**<u>Standard Delivery Specifications</u>**

# Requested File Formats

TIFF images – Named according to bates number.  Paper or any hard copy documents.

TIFF images - Named according to bates number.  Electronically stored information including, but not limited to:  email, office documents - word processing (MS Word etc), presentation (MS PowerPoint – include notes with slides etc), Adobe PDFs, images (gif, jpg, tif etc), Engineering output files etc.  If any file type does not render properly as a TIFF image, the native file may be required to be produced. Additional relevant file types identified during discovery may also be requested upon detection; production format will be determined based on file type.  For Office documents that use dynamic fields to display date/time when a document is opened, the field code should be displayed  instead of the date/time value when converting to TIFF image.

Native format - Named according to bates number and if appropriate a separator character and a confidentiality designation (eg.  FPW0000001^AttorneysEyesOnly.xls).  Includes spreadsheets (MS Excel etc).  Native files that need redactions will be produced as TIFF images with redactions.

Database and statistical software applications – reports from applications to TIFF images may be acceptable.  If not, access to native data and application may be necessary.

To the extent data exists in a format that is not readily convertible to the defined formats above, the parties shall meet and confer regarding an appropriate format.

# Deduplication

Global deduplication across the case using MD5Hash value.  Loose e-docs should not be deduped out by the same file that is an email attachment.  Email attachments should not be deduped out by the same file that is a loose edoc.

If duplicate information is needed for a set of files, a duplicate load file will be provided.  This load file will contain the bates number of the original document and a duplicate field that contains every unique instance of where the duplicate files existed.  This duplicate field will be in the format:

Doe_John:  <cr>
Doe_John:  <cr>
Doe_Jane:  <cr>
Doe_Fred:  <cr>

1

# Data Format

All appended data must be delivered in a delimited ASCII text file format and needs to be named "CDVolume.DAT". Default Concordance delimiters will be used.
• Field separator (comma) = **O** (020)
• Quote Character = þ (254)
• Newline = ® (174)
• Multi-entry = ; Semicolon
• Field names as the first line in the data file

## Fields Captured in Data Load File (.DAT)

Each of the metadata and coding fields set forth below that can be extracted from a document shall be produced for that document. The parties are not obligated to populate manually any of the fields below if such fields cannot be extracted from a document.

## Scanning/Coding of Paper Documents

• **BEGBATES** – first page of document
• **ENDBATES** – last page of document
• **BEGATTACH** – unique value populated for all records in attachment group
• **ENDATTACH** – bates value associated with the last page of the last attachment to a parent document
• **CUSTODIAN**
• **DATE -** (MM/DD/YYYY) date of document
• **OCR\*\*** – multi-page text

## E-Discovery Documents / Email and Attachments or Electronic Documents

• **BEGBATES** – first page of document
• **ENDBATES** – last page of document
• **BEGATTACH** – unique value populated for all records in group, parent and attachments
• **ENDATTACH** – bates value associated with the last page of the last attachment to a parent document
• **CUSTODIAN**
• **DATESENT** – (MM/DD/YYYY) date sent for email (GMT)
• **TIMESENT** – time sent for email (GMT)
• **SUBJECT** – subject of email
• **FROM –** individual who sent the email
• **TO –** list of individuals who received the email
• **CC –** list of individuals who were carbon copied in the email
• **BCC –** list of individuals who were blind carbon copied in the email
• **FILENAME –** file name of electronic document including file extension
• **FILEPATH** – full path to source folder, files, or mailstores
• **MD5 Hash Value -** 32-character hexadecimal number
• **NATIVELINK** - The path to the produced native file (if applicable). • **AUTHOR –** individual created electronic document (non-email)

2

• **DATECREATED** – (MM/DD/YYYY) date document was created (GMT) (non-email)
• **TIMECREATED** – time document was created (GMT)  (non-email)
• **LASTDATE MODIFIED**  – (MM/DD/YYYY) date document was last modified (GMT) (non-email)
• **LASTTIME MODIFIED** – time document was last modified (GMT) (non-email)

**TEXT** – to the extent readily available, actual extracted text from native files during e-discovery processing.  OCR'd text only if from image based documents.  The text must be provided in a separate text file that is named by the "batesnumber.txt" (one multi-page text file per document). Text files should be in a folder called TEXT on the CD/DVD.

# Image Format
• Single Page, Black & White Group IV TIF, 300 DPI
• Bates prefix: XXX
• Bates beginning numeric suffix: 00000001 (**numeric suffix will be 8 characters**)
• Volume ID:  XXX001
• Alias in Opticon load file must match the bates number

**Opticon Load File Format**
The Opticon load file format is a text-delimited file (.LOG) containing all information necessary to link the imagebase with the database. There is one line entry per image file, whether it is a single-page or multi- page image file. The load file consists of seven delimited entries as follows (Folder Break and Box Break can be left blank – see example below):

**ALIAS,VOLUME,PATH,DOC_BREAK,FOLDER_BREAK,BOX_BREAK,PAGES**

ALIAS — Should match your image key from the Concordance database. Concordance stores this key in order to reference the image.
VOLUME — This entry is the name of the volume where the image resides. This is typically the volume name of a CD or server.
PATH — This is the full path and file name (and extension) of the image.  A default of D:\ will used for the path
DOC_BREAK — Enter a 'Y' to denote whether this image marks the beginning of a document.
FOLDER_BREAK — Enter a 'Y' to denote whether this image marks the beginning of a folder. (Optional)
BOX_BREAK — Enter a 'Y' to denote whether this image marks the beginning of a box. (Not supported)
PAGES — This entry is the number of pages associated with the image. (Optional)

3

**Opticon Load File Example**

The following is a 9-image load file example. It details 2 documents; the first relates to the image key HI000001 and contains 4 pages. The second begins at HI000005 and contains 5 images.

```
HI000001,VOLUME1,G:\SAMPLE\IMAGES\001\00000001.TIF,Y,,,4
HI000002,VOLUME1,G:\SAMPLE\IMAGES\001\00000002.TIF,,,,
HI000003,VOLUME1,G:\SAMPLE\IMAGES\001\00000003.TIF,,,,
HI000004,VOLUME1,G:\SAMPLE\IMAGES\001\00000004.TIF,,,,
HI000005,VOLUME1,G:\SAMPLE\IMAGES\001\00000005.TIF,Y,,,5
HI000006,VOLUME1,G:\SAMPLE\IMAGES\001\00000006.TIF,,,,
HI000007,VOLUME1,G:\SAMPLE\IMAGES\001\00000007.TIF,,,,
HI000008,VOLUME1,G:\SAMPLE\IMAGES\001\00000008.TIF,,,,
HI000009,VOLUME1,G:\SAMPLE\IMAGES\001\00000009.TIF,,,,
```

# Media & Production delivery

**CD/DVD Label:** Case caption, Volume ID, number of documents, number of images, Bates range, date of production

**CD/DVD Structure:** Folder matching Volume ID (on root of CD), the following data inside Volume ID folder:

- Image folder (containing all image subfolders and images). Each subfolder to contain a maximum of 500 images
- Text folder.
- Natives folder
- .DAT file
- .LOG file

**FTP or Similar Delivery:** Productions may be provided electronically, via SFTP or similar delivery option, provided they follow the above standard delivery specifications.

4