IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHUFFLE TECH INTERNATIONAL, LLC, *et al* <br><br> Plaintiffs <br><br> v. <br><br> SCIENTIFIC GAMES CORPORATION, *et al* <br><br> Defendants | Civil Action No. 1:15-cv-3702 <br> Honorable Matthew F. Kennelly |

## PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 122-152) TO DEFENDANTS

In accordance with Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs Shuffle Tech International, LLC ("Shuffle Tech"), Aces Up Gaming, Inc. ("Aces Up"), and Poydras Talrick Holdings LLC ("Poydras") request that Defendants Scientific Games Corp. ("SGC"), Bally Technologies, Inc. ("Bally Technologies"), and Bally Gaming, Inc. ("Bally Gaming") each respond to the following requests in accordance with the Federal Rules of Civil Procedure, this Court's rules, the Definitions and Instructions incorporated herein, the Joint Status Report and Discovery Plan (Dkt. #62), the Supplemental Joint Status Report Regarding Dispute over Proper Subject of Discovery (Dkt. #64), and the Minute Order re Discovery (Dkt. #67) and produce documents and things in their possession, custody, or control that are requested below, within thirty (30) days after service of these requests at the offices of Nixon & Vanderhye P.C., 901 North Glebe Road, Suite 1100, Arlington, Virginia, 22203, or at such other time and place as the parties may agree.

1

2591985

**DEFINITIONS AND INSTRUCTIONS**

The Definitions and Instructions set out in Plaintiffs' First Set of Requests for Production (Nos. 1-121) to Defendants are incorporated herein by reference and apply equally to these requests.

**DOCUMENTS REQUESTED**

**Request No. 122:** All pleadings, motions, or other documents (and all exhibits or attachments thereto) filed with the court in *In Re Shuffle Master, Inc. Securities Litigation*, U.S. District Court District of Nevada, No. 2:07-cv-00715-KJD-RJJ, excluding publically available documents.

**Request No. 123:** All deposition related materials (including deposition transcripts, exhibits and audio or video recordings) from any and all depositions taken in connection with *In Re Shuffle Master, Inc. Securities Litigation*, U.S. District Court District of Nevada, No. 2:07-cv-00715-KJD-RJJ.

**Request No. 124:** All written discovery (including document requests, interrogatories, requests for admission, and/or document subpoenas) and any and all responses thereto (including all documents, things and communications produced in response to any such request) in the case of *In Re Shuffle Master, Inc. Securities Litigation*, U.S. District Court District of Nevada, No. 2:07-cv-00715-KJD-RJJ.

**Request No. 125:** All documents, things and communications related to Shuffle Master, Inc.'s (and/or its wholly-owned subsidiaries') acquisition of Gaming Products, an Australian manufacturer of the QuickDraw® shuffler product line, on or about April 28, 2001.  This request includes all documents, things and communications related to the purchase of any assets and assumption of any liabilities of companies operating under the Gaming Products name, as well as

2

2591985

all documents, things and communications relating to Shuffle Master, Inc.'s (and/or its wholly-owned subsidiaries') purchase of stock of Gaming Products Pty. Ltd.

**Request No. 126:** All documents, things and communications that identify and/or describe the product lines (including any products in development) acquired by Shuffle Master, Inc. (and/or its wholly-owned subsidiaries) in connection with the acquisition of Gaming Products, an Australian manufacturer of the QuickDraw® shuffler product line.

**Request No. 127:** All documents, things and communications related to the employment by Defendants (including by Shuffle Master, Inc.) of Rodney George Johnson, Mark William Piacun, and/or Clarence Ernest Rudd, including any and all employment agreements and/or any other documents or communications regarding the terms of employment of these persons.

**Request No. 128:** All documents, things and communications related to the Declaration of L. Luciano (including but not limited to the video demonstration filed as Ex. K, thereto) filed on October 23, 2003 in the *CARD II* litigation.

**Request No. 129:** All documents, things and communications related to the demonstration of the Roblejo prototypes at Bally's Casino in Atlantic City, New Jersey in 1995, as further described in paragraph 34 of the Amended Complaint.

**Request No. 130:** All documents, things and communications related to the 16-minute video demonstration of the Roblejo prototypes by attorney Robert Morrill in the *CARD II* litigation, as further described in paragraph 34 of the Amended Complaint.

**Request No. 131:** All documents, things and communications related to Shuffle Master, Inc.'s January 30, 2004 supplemental production of documents (SMI 010347-010496) in the *CARD II* litigation (referred to in the Declaration of Robert B. Morrill in Support of Card, LLC and Card-Austria's Motion for Leave to Amend Their Pleadings to Add Allegations of Inequitable Conduct

3

2591985

§ 285 (Dkt. #193) filed on February 13, 2004 in the *CARD II* litigation).  This request includes the "Report on Shuffler Competition" from the "97 World Gaming Expo," the "Sure-Shuffler" sales brochure, and the business card from Dr. Roblejo included in that supplemental production, as further described in paragraph 33 of the Amended Complaint.

**Request No. 132:** All documents, things and communications (including all communications with Mr. Litman and all communications with any attorneys at Kilpatrick Stockton LLP and/or Kirkland & Ellis LLP) related to Card, LLC and Card-Austria's Notice of Motion and Motion for Leave to Amend Their Pleadings to Add Allegations of Inequitable Conduct § 285 (Dkt. #192) filed on February 13, 2004 in the *CARD II* litigation.

**Request No. 133:** All documents, things and communications related to the disclosure of the *CARD II* non-patent literature included in the Information Disclosure Statement filed by Trask Britt on May 15, 2015 during the prosecution of U.S. Pat. No. 9,233,298.

**Request No. 134:** All documents, things and communications (including any communications with any Kirkland & Ellis LLP attorney) related to the May 18, 2006 lunch meeting between Shuffle Master, Inc.'s then COO Paul Meyer and VendingData's then President Mark Newburg (as further described in paragraph 87 of the Amended Complaint), including any document or communication related to the statements made at that meeting and/or the implications of the statements made at that meeting to the *VendingData 3* litigation.

**Request No. 135:** All documents, things and communications related to VendingData's Rule 54 Motion for the Award of Attorney-Fees and Costs under 35 U.S.C. § 285 (Dkt. #203) filed in the *VendingData 3* litigation, including all communications with any Kirkland & Ellis LLP attorney regarding that motion.

2591985

**Request No. 136:** All documents, things and communications related to the deposition of R. Luciano, including all exhibits, audio or video recordings, and the entire transcript (portions of which were filed under seal at Dkt. #69-5 on July 7, 2006) in the *MP Games* litigation (to which Bally Gaming, Inc. was a party-plaintiff and Shuffle Master, Inc. was a party-defendant), as further described in paragraph 42 of the Amended Complaint.

**Request No. 137:** All documents, things and communications related to the "Amended Notice of Prior Art References" (Dkt. # 54) filed on June 15, 2006 in the *MP Games* litigation (to which Bally Gaming, Inc. was a party-plaintiff), including but not limited to any communications you had with Mr. Litman and/or any Kirkland & Ellis LLP attorney regarding the Luciano prototype, which Shuffle Master claimed it "recently became aware was not only in existence, but also, apparently, is in the possession of the Plaintiffs themselves."

**Request No. 138:** All Roblejo Prototypes in your possession, custody or control.

**Request No. 139:** All Luciano Prototypes in your possession, custody or control.

**Request No. 140:** All documents, things and communications relating to the whereabouts of the Luciano Prototype in the possession of the *MP Games* litigation plaintiffs (including Bally Gaming, Inc.), as stated in the "Amended Notice of Prior Art References" (Dkt. # 54) filed on June 15, 2006 in the *MP Games* litigation.

**Request No. 141:** All documents, things and communications relating to or evidencing conception and/or reduction to practice of the alleged inventions claimed in the '982 patent.

**Request No. 142:** All documents, things and communications relating to or evidencing conception and/or reduction to practice of the alleged inventions claimed in the '935 patent.

**Request No. 143:** All documents, things and communications relating to or evidencing conception and/or reduction to practice of the alleged inventions claimed in U.S. Patent No. 5,683,085.

2591985

**Request No. 144:** All documents, things and communications relating to or evidencing conception and/or reduction to practice of the alleged inventions claimed in U.S. Patent No. 5,944,310.

**Request No. 145:** All documents, things and communications relating to or evidencing conception and/or reduction to practice of the alleged inventions claimed in U.S. Patent No. 6,149,154.

**Request No. 146:** All documents, things and communications relating to or evidencing conception and/or reduction to practice of the alleged inventions claimed in U.S. Patent No. 6,588,750.

**Request No. 147:** All documents, things and communications relating to or evidencing conception and/or reduction to practice of the alleged inventions claimed in U.S. Patent No. 6,254,096.

**Request No. 148:** All documents, things and communications relating to or evidencing conception and/or reduction to practice of the alleged inventions claimed in U.S. Patent No. 6,588,751.

**Request No. 149:** All documents, things and communications relating to or evidencing conception and/or reduction to practice of the alleged inventions claimed in U.S. Patent No. 6,651,981.

**Request No. 150:** All documents, things and communications relating to or evidencing conception and/or reduction to practice of the alleged inventions claimed in U.S. Patent No. 7,036,818.

**Request No. 151:** All documents, things and communications relating to or evidencing conception and/or reduction to practice of the alleged inventions claimed in U.S. Patent No. 5,695,189.

**Request No. 152:** All documents, things and communications relating to or evidencing conception and/or reduction to practice of the alleged inventions claimed in U.S. Patent No. 6,068,258.

2591985

Date:  February 19, 2016

/s/  *Joseph S. Presta*
Robert A. Rowan (*pro hac vice*)
rar@nixonvan.com
Joseph S. Presta (*pro hac vice*)
jsp@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Rd.
Arlington, Virginia 22203
Phone:  703-816-4000
Fax:     703-816-4100

Jonathan Hill (IBN 6256939)
jhill@freeborn.com
David L. Ter Molen (IBN 6270715)
dtermolen@freeborn.com
Jeffrey M. Cross (IBN 547980)
jcross@freeborn.com
FREEBORN & PETERS LLP
311 South Wacker Drive, #3000
Chicago, IL 60606
Phone:  312-360-6643
Fax:     312-360-6520

*Attorneys for Plaintiffs*
SHUFFLE TECH INTERNATIONAL, LLC,
ACES UP GAMING, INC., and
POYDRAS-TALRICK HOLDINGS LLC

7

2591985

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of Plaintiffs' Second Set of Requests for Production (Nos. 122-152) to Defendants upon the following attorneys of record via email (under an agreement between the parties) on February 19, 2016:

> Craig C. Martin
> David Jimenez-Ekman
> Timothy J. Barron
> Sara T. Horton
> JENNER & BLOCK LLP
> 353 N. Clark Street
> Chicago, Illinois 60654-3456
> Tel: 312.222.9350
> Fax: 312.527.0484
> cmartin@jenner.com
> djimenez-ekman@jenner.com
> tbarron@jenner.com
> shorton@jenner.com

> /s/ *Joseph S. Presta*
> Joseph S. Presta (*pro hac vice*)
> NIXON & VANDERHYE P.C.

2591985