# EXHIBIT 2

| From: | Jimenez-Ekman, David |
|---|---|
| To: | "Bob Rowan" |
| Cc: | Bobby Foster; Michael D. Gaffney; Joe Presta; Martin, Craig C.; Lindsey, Caroline A. |
| Subject: | RE: ShuffleTech v. Scientific Games |
| Date: | Tuesday, April 26, 2016 8:23:43 PM |
| Attachments: | image001.jpg |
| | Document Status.xlsx |

Dear Bob and Joe:

As we have reported, we and our clients have been working hard to collect electronic data for review in this case over many different technical platforms (including numerous legacy platforms no longer in use) and a lengthy time period. Attached is a chart reflecting the status of that work. Please note that the data sizes shown are approximations and estimates, subject to material change when changing platforms and/or processing. Please also note that our efforts in this regard are continuing, and we continue to investigate whether there are any other sources of electronic documents available.

Pursuant to the parties' Joint Stipulations on Discovery, please let us know which 10 custodians you intend to select as email custodians. We incur a charge for all data that our vendor processes and loads, and it is not necessary to load email custodian data that will not be searched. Once we have your selections, our vendor will work to process the data as quickly as possible, and we can run the search terms you select.

In addition to the email data, you can see that we have collected 436 GB of legal file server data for our client. Please let us know if you would like to propose the agreed ten search terms for those servers, or if you want us to propose search terms in the first instance.

Finally, our client has located, but has not sent to us, personal drives for the custodians identified on the second tab of the chart. Please let us know which of these personal drives you believe it is necessary to search.

We look forward to discussing these issues during our call tomorrow.

Best personal regards.

David

---

**From:** Bob Rowan [mailto:rar@nixonvan.com]
**Sent:** Tuesday, April 26, 2016 8:05 AM
**To:** Jimenez-Ekman, David
**Cc:** Bobby Foster; Michael D. Gaffney; Joe Presta; Martin, Craig C.; Lindsey, Caroline A.
**Subject:** RE: ShuffleTech v. Scientific Games

That works, David.
Thanks

**From:** Jimenez-Ekman, David [mailto:DJimenez-Ekman@jenner.com]
**Sent:** Tuesday, April 26, 2016 6:47 AM
**To:** Bob Rowan <rar@nixonvan.com>
**Cc:** Bobby Foster <RKF@nixonvan.com>; Michael D. Gaffney <MDG@nixonvan.com>; Joe Presta <jsp@nixonvan.com>; Martin, Craig C. <CMartin@jenner.com>; Lindsey, Caroline A. <CLindsey@jenner.com>
**Subject:** RE: ShuffleTech v. Scientific Games

Bob:

Let's talk on Wednesday at 11:30 your time if that still works. We'll send the additional information we referenced later today.

Best personal regards.

David

**From:** Bob Rowan [mailto:rar@nixonvan.com]
**Sent:** Monday, April 25, 2016 4:36 PM
**To:** Jimenez-Ekman, David <DJimenez-Ekman@jenner.com>
**Cc:** Bobby Foster <RKF@nixonvan.com>; Michael D. Gaffney <MDG@nixonvan.com>; Joe Presta <jsp@nixonvan.com>; Martin, Craig C. <CMartin@jenner.com>; Lindsey, Caroline A. <CLindsey@jenner.com>
**Subject:** RE: ShuffleTech v. Scientific Games

David-

Responding to your second paragraph, we could talk about data sources, custodians and search terms any time tomorrow or Wed. except between 10-11 our time on Wed. We would also like to talk about your separate letter on document production that you sent Friday. Please let us know what time suits your convenience.

Thanks,
Bob

**From:** Jimenez-Ekman, David [mailto:DJimenez-Ekman@jenner.com]
**Sent:** Friday, April 22, 2016 4:15 PM
**To:** Bob Rowan <rar@nixonvan.com>; Anderson, Kimball R. <KAnderso@winston.com>
**Cc:** Shin, Howard I. <HShin@winston.com>; Fanucci, Allan <AFanucci@winston.com>; Bobby Foster <RKF@nixonvan.com>; Michael D. Gaffney <MDG@nixonvan.com>; Joe Presta <jsp@nixonvan.com>; Martin, Craig C. <CMartin@jenner.com>; Lindsey, Caroline A. <CLindsey@jenner.com>
**Subject:** RE: ShuffleTech v. Scientific Games

Bob:

As relevant, Judge Kennelly's order says: "Defendants have until 5/23/2016 to identify specific disclosures relying on advi[c]e of counsel." There may be further guidance in the transcript, which we have ordered but not yet received. To the extent your language below is not the same as this, or potentially as something the judge ordered on the record, we don't agree. As we discussed before the hearing, we also do not agree about the nature and scope of disclosures. I don't think that we need to debate this now, but I did not want any silence to be argued as acquiescence.

As I mentioned, I'm returning from Europe today. We'll have some additional information regarding data sources early next week. Please let me know when might be a good time mid-week to discuss custodians and search terms.

Best personal regards.

David

---

**From:** Bob Rowan [mailto:rar@nixonvan.com]
**Sent:** Thursday, April 21, 2016 9:51 AM
**To:** Jimenez-Ekman, David <DJimenez-Ekman@jenner.com>; Anderson, Kimball R. <KAnderso@winston.com>
**Cc:** Shin, Howard I. <HShin@winston.com>; Fanucci, Allan <AFanucci@winston.com>; Bobby Foster <RKF@nixonvan.com>; Michael D. Gaffney <MDG@nixonvan.com>; Joe Presta <jsp@nixonvan.com>
**Subject:** RE: ShuffleTech v. Scientific Games

David-

Could you clarify how we differ in our understanding of Judge Kennelly's directives?

Thanks,
Bob

---

**From:** Jimenez-Ekman, David [mailto:DJimenez-Ekman@jenner.com]
**Sent:** Thursday, April 21, 2016 10:40 AM
**To:** Anderson, Kimball R. <KAnderso@winston.com>; Bob Rowan <rar@nixonvan.com>
**Cc:** Shin, Howard I. <HShin@winston.com>; Fanucci, Allan <AFanucci@winston.com>; Bobby Foster <RKF@nixonvan.com>; Michael D. Gaffney <MDG@nixonvan.com>; Joe Presta <jsp@nixonvan.com>
**Subject:** RE: ShuffleTech v. Scientific Games

Counsel:

The June 10 date appears clear for me at this time.

Bob, we don't agree that your e-mail accurately summarizes what Judge Kennelly said on the

record, or included in his order, and reserve our rights in that regard.

Best personal regards.

David

---

**From:** Anderson, Kimball R. [mailto:KAnderso@winston.com]
**Sent:** Wednesday, April 20, 2016 1:58 PM
**To:** Bob Rowan <rar@nixonvan.com>
**Cc:** Jimenez-Ekman, David <DJimenez-Ekman@jenner.com>; Shin, Howard I. <HShin@winston.com>; Fanucci, Allan <AFanucci@winston.com>; Bobby Foster <RKF@nixonvan.com>; Michael D. Gaffney <MDG@nixonvan.com>; Joe Presta <jsp@nixonvan.com>
**Subject:** RE: ShuffleTech v. Scientific Games

David says that he had not heard from you. We will tentatively pencil in Friday June 10 at our offices in NYC starting at 9:30 am. You should arrange for a court reporter.

---

**David Jimenez-Ekman**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456 | jenner.com
+1 312 923 2683 | TEL
+1 312 840 7683 | FAX
DJimenez-Ekman@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Bob Rowan [mailto:rar@nixonvan.com]
**Sent:** Tuesday, April 19, 2016 3:00 PM
**To:** Anderson, Kimball R.
**Cc:** Jimenez-Ekman, David (DJimenez-Ekman@jenner.com); Shin, Howard I.; Fanucci, Allan; Bobby Foster; Michael D. Gaffney; Joe Presta
**Subject:** RE: ShuffleTech v. Scientific Games

Kimball-

As we advised David, we will not be proceeding with attorney depositions until after the defendants' court-ordered date (5/23) for deciding whether they will be relying on an advice of counsel defense and waiving their attorney-client privilege in that regard. If the defendants are waiving privilege, we will also require production of the previously withheld privileged documents prior to the deposition. Accordingly, it is difficult for us to select an exact date for Mr. Fanucci's deposition at this time. But

it would be helpful if you could propose some alternative dates in early June when you, David and Alan can be available. Also let us know if you would prefer us to take the deposition in New York or Chicago.

Thanks,
Bob

---

**From:** Anderson, Kimball R. [mailto:KAnderso@winston.com]
**Sent:** Tuesday, April 19, 2016 7:28 AM
**To:** Bob Rowan
**Cc:** Jimenez-Ekman, David (DJimenez-Ekman@jenner.com); Shin, Howard I.; Fanucci, Allan
**Subject:** ShuffleTech v. Scientific Games

Bob, you noticed Alan Fanucci's deposition for April 29. Will you be proceeding with the deposition or withdrawing the notice?

**Kimball Anderson**
Winston & Strawn LLP
D: +1 (312) 558-5858
M: +1 (312) 350-9152
winston.com



---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

| Name | Title | Employment Dates | | Email (Sizes Shown Are Approximations Subject to Change) | | |
|---|---|---|---|---|---|---|
| | | Start | End | Mailbox size (Gigs) | Archive (Gigs) | Enterprise Vault (Gigs) |
| Abbott, Eric | Director Legal | 7/20/2007 | 6/13/2014 | 5 | none | 88.7 |
| Barry, Tom | N/A | 4/3/1995 | 2/5/2003 | | | |
| Boguslawski, Julia | Vice President | 3/3/2008 | 5/22/2015 | 21.93 | none | 10.7 |
| Bourbour, Fred | Mgr Engineering, R&D UTILITY | 2/23/1998 | still employed | 1.44 | none | 2.88 |
| Chumas, Russell | Corporate Paralegal | 5/30/2000 | still employed | 12.81 | none | 28.9 |
| Farrar, Jennifer | Vice President, Patents | 12/16/1996 | still employed | 16.56 | none | 78.3 |
| Grauzer, Attila | VP Product Mgmt, TABLE GAMES PRODUCT MGT | 10/16/1991 | still employed | 1.04 | none | 13.8 |
| Haddrill, Dick | Executive Vice Chairman | 10/1/2004 | still employed | 23 | 26 | 0 N/A |
| Helgesen, James | Mgr Engineering, R&D UTILITY | 3/16/2010 | still employed | 5.9 | none | 5.3 |
| Helsen, Colin | VP - GLOBAL UTILITY PRODUCTS | 4/21/2014 | still employed | 13 | none | 53.2 |
| Hinman, Dawn | VP Legal | 8/29/2005 | still employed | 11.78 | none | 35.2 |
| Holden, Dennis | Manager Operations | 4/5/2010 | still employed | 11.57 | none | 20.5 |
| Isaacs, Gavin (Bally) | Chief Operating Officer | 9/1/2006 | 3/11/2011 | 10.45 | 5 | 0 N/A |
| Isaacs, Gavin (Shuffle) | President and CEO | 4/1/2011 | 11/28/2013 | 1 | none | 13.4 |
| Isaacs, Gavin (SG) | CEO | 6/6/2014 | still employed | 9.55 | none | 0 N/A |
| Johnson, Rodney | Associate NOC Technician | 6/9/2014 | 7/17/2015 | cant locate | cant locate | 0 N/A |
| Kikuczka, Nick | Contractor | | | cant locate | cant locate | 0 N/A |
| Krenitz, Darlene | Controller Finance | 12/10/2007 | still employed | 19.77 | none | 57.5 |
| Lever, Katie (Kathryn) | SVP General Counsel | 5/5/2011 | 11/3/2015 | 16 | none | 11.3 |
| Levin, Suzan | Paralegal, Patents | 7/28/1999 | 3/3/2016 | 16.18 | none | 33 |
| Lipirelli, Mark | President | 4/16/2001 | 1/31/2003 | | | |
| Lopez, David | COO- SHFL | 2/11/1998 | 6/1/2012 | cant locate | cant locate | 30 |
| McShane, Michele | Senior Director Legal | 9/12/2011 | still employed | 18.35 | none | 9.4 |
| Miramon, Leslie | Paralegal | 3/17/2003 | 10/5/2007 | | | |
| Meyer, Paul | President - SHFL | 10/27/2003 | 11/1/2008 | cant locate | cant locate | 0 N/A |
| Mooberry, Derik | CEO, Gaming | 5/5/2001 | still employed | 96 | 0 | 0 N/A |
| Nelson, Troy | Engineer Electrical Sr, R&D UTILITY | 3/2/1992 | still employed | 2.74 | none | 7 |
| Parrot, Tim (deceased) | CEO | 2/12/2009 | 5/6/2010 | | | |
| Peckerman, Philip | CEO (Interim) | 4/26/2010 | 12/1/2010 | | | |
| Perry, Lars | VP Intellectual Property | 3/24/2000 | 8/18/2014 | 20 | 13 | 0 N/A |
| Petrovik, Denise | Sr. Executive Assistant | 9/25/2007 | 12/17/2015 | 6.9 | | |
| Rafferty, Tom | Vice President, Deputy General Counsel, Corporate Assets | 7/6/2014 | 10/9/2015 | 6.72 | | |
| Rynda, Robert | Director Engineering, R&D UTILITY | 3/8/1993 | still employed | 7.85 | none | 12 |
| Savage, Dan (SG) | Chief Administrative Officer, Corporate - Marketing | 8/14/2014 | still employed | 20.9 | none | none |
| Savage, Dan (Bally) | | 3/17/2011 | 11/25/2013 | 56 | 11 | 0 N/A |
| Scheper, Paul | Engineer Mechanical Sr, R&D UTILITY | 11/9/1992 | still employed | 1.93 | none | 2 |
| Schweinfurth, Scott | Executive Vice President, CFO | 4/25/2000 | 3/1/2016 | 61.98 | ~~13~~ 0 | 0 N/A |
| Smail, David | Chief Legal Officer | 8/3/2015 | still employed | 6.49 | none | 0 N/A |
| Smith, Cynthia | Administrative Assist. | 1/24/2011 | still employed | 10.79 | none | 9.2 |
| Smith, Jerry (Jerome) | General Counsel | 3/7/2001 | 8/31/2010 | 0.2 | cant locate | 34.3 |
| Snow, Roger | Vice President Sr, TABLE GAMES PRODUCT MGT | 5/3/2000 | still employed | 12.25 | none | 47.2 |
| Stasson, Jim | Manager Engineering, R&D UTILITY | 12/7/1992 | still employed | 4.83 | none | 8.2 |
| Stowe, Kirk | Director, Product Management | 11/28/2005 | still employed | 13.62 | none | 24 |
| Strickland, John | Sr. Director Marketing | 10/6/2008 | 2/18/2016 | 10.94 | none | 40 |
| Swanson, Ron | Engineer Mechanical Sr, R&D UTILITY | 11/16/1992 | still employed | 1.51 | none | 3.7 |

| Name | Title | Employment Dates | | Email (Sizes Shown Are Approximations Subject to Change) | | |
|---|---|---|---|---|---|---|
| | | Start | End | Mailbox size (Gigs) | Archive (Gigs) | Enterprise Vault (Gigs) |
| Wadds, Nathan | SVP, Chief Technology Officer, Gaming | 2/6/2000 | still employed | 7.2 | none | 29 |
| Yoseloff, Mark | CEO & Chairman of the Board, SHFL | 8/1/1997 | 3/16/2009 | 4 | cant locate | 0 N/A |
| | | | | | | |

**File Servers**

Lvfile/Legal_IP_Master
Lvfile/Board of Directors
Lvfile/Legal_SV
Lvfile/Legal Counsel
Lvfile/Legal Patent

```
        All 5 Files Server
    total size is 436 GB
```