# EXHIBIT 3

| | |
|---|---|
| **From:** | Bob Rowan |
| **To:** | Jimenez-Ekman, David; Lindsey, Caroline A.; Martin, Craig C. |
| **Cc:** | Joe Presta; Michael D. Gaffney; Bobby Foster; Lisa M. Thompson |
| **Subject:** | Plaintiff"s email search terms |
| **Date:** | Tuesday, May 03, 2016 10:21:06 AM |

David-

Here is our first cut at search terms for your client's email. We've run them on our documents and they seem manageable but that may not be the case when you run them, particularly the last one, which might need a little refinement. We look forward to your feedback.

1. (shuffl* OR "prototype" OR "machine" OR "device" OR "card" OR "table" OR "clump" OR "deck" OR "hands" OR "elevator" OR demo* OR "casino" OR Bally* OR *Master OR "CARD" OR "Vegas" OR "Atlantic City" OR "inequitable") AND ("Roblejo" OR "Conrad" OR "Gola" OR "Solberg" OR "Halvard" OR "Cahan" OR "Russo" OR "Casino Concepts" OR "Sure Shuffler")

2. (shuffl* OR "prototype" OR "machine" OR "device" OR "card" OR "table" OR "clump" OR "deck" OR "hands" OR "elevator" OR demo* OR "casino" OR Bally* OR *Master OR "CARD" OR "Vegas" OR "Atlantic City" OR "inequitable") AND ("Nicoletti" OR "We Are 21" OR "Precision Automation" OR "Menaquale" OR "Card Management Security System" OR "CMSS")

3. (shuffl* OR "prototype" OR "machine" OR "device" OR "card" OR "table" OR "clump" OR "deck" OR "hands" OR "elevator" OR demo* OR "casino" OR Bally* OR *Master OR "CARD" OR "Vegas" OR "Atlantic City" OR "inequitable") AND ("Luciano" OR "Sierra" OR "SDG" OR "ACS" OR "Automatic Card Shuffler")

4. (expo* OR demo* OR "show" OR "'97" OR "1997") AND ("Roblejo" OR "Conrad" OR "Gola" OR "Solberg" OR "Halvard" OR "Casino Concepts" OR "Sure Shuffler" OR "Casinos Austria" OR "CARD-Austria" OR "CARD LLC" OR "Morrill")

5. (shuffl* OR "prototype" OR "machine" OR "device" OR "card" OR "table" OR "clump" OR "deck" OR "hands" OR "elevator" OR "casino" OR Bally* OR *Master OR "CARD") AND (demo* OR "experiment" OR "test") AND ("Atlantic City" OR "Card Management Security System" OR "CMSS" OR "Park" OR "Jersey")

6. (litigat* OR sue* OR "lawsuit" OR "complaint" OR "case" OR "file" OR "filing" OR "motion" OR "opposition") AND ("Casinos Austria" OR "CARD-Austria" OR "CARD LLC" OR "Morrill" OR "one2six" OR "6,139,014" OR "6139014" OR "314 patent" OR "6,149,154" OR "6149154" OR "154 patent" OR "6,267,248" OR "6267248" OR "248 patent" OR "6,588,750" OR "6588750" OR "750 patent" OR "6,588,751" OR "6588751" OR "751 patent" OR "3633" OR "244")

7. (litigat* OR sue* OR "lawsuit" OR "complaint" OR "case" OR "file" OR "filing" OR "motion" OR "opposition") AND ("VendingData" OR "Vending Data" OR "Elixir" OR "Casinovations" OR "Sharps" OR "Random Ejection Shuffler" OR "PokerOne" OR "6,068,258" OR "6068258" OR "258 patent" OR "6,325,373" OR "6325373" OR "373 patent" OR "6,655,684" OR "6655684" OR "684 patent" OR

"438" OR "1373")

8. (litigat* OR sue* OR "lawsuit" OR "complaint" OR "case" OR "file" OR "filing" OR "motion" OR "opposition") AND ("DigiDeal" OR "Kuhn" OR "DigiShuffle" OR "Shuffle Tech" OR "Aces Up" or "Poydras" OR "6,651,982" OR "6651982" OR "982 patent" OR "10/128,532" OR "128532" OR "7,523,935" OR "7523935" OR "935 patent" OR "10/686,164" OR "686164" OR "1782")

9. (litigat* OR sue* OR "lawsuit" OR "complaint" OR "case" OR "file" OR "filing" OR "motion" OR "opposition") AND ("Taiwan Fulgent" OR "TFE" OR "Aplus" OR "A Plus Shuffler" OR "Huxley" OR "TCS" OR "6,254,096" OR "6254096" OR "096 patent" OR "7,059,602" "7059602" OR "602 patent" OR "7,073,791" OR "7073791" OR "791 patent" OR "7,255,344" OR "7255344" OR "344 patent" OR "7,322,576" OR "7322576" or "576 patent" OR "2194" OR "1626")

10. shuffl* AND ("Global Gaming Expo" OR "G2E" OR "World Gaming Congress and Expo" OR "World Gaming Expo" OR "WGCE" OR "Report on Shuffler Competition")

11. infring* AND ("shuffler" OR "shuffling" OR "Sure Shuffler" OR "DigiShuffle" OR "Aplus" OR "A Plus Shuffler" OR "Random Ejection Shuffler" OR "PokerOne" OR "one2six" OR "Shuffle King" OR "Apex" OR "ProShuffler" OR "Quickdraw")

12. patent* AND ("Block" OR "6,361,044" OR "6361044" OR "044 patent")

13. (shuffl* OR report*) AND (compet*OR "market share")

Regards,
Bob