# EXHIBIT 4

| | |
|---|---|
| **From:** | Bob Rowan |
| **To:** | Jimenez-Ekman, David; Lindsey, Caroline A.; Martin, Craig C. |
| **Cc:** | Joe Presta; Michael D. Gaffney; Todd M. Thompson |
| **Subject:** | FW: Plaintiff"s email search terms |
| **Date:** | Friday, May 13, 2016 9:00:04 AM |

David-

See our revised search terms below. Sorry for delay, but we wanted to test them on our own documents to avoid wasting your time running meaningless tweaks on your far greater database. We've now run several tests and believe these revised terms will result in far less hits on your end without throwing out the baby with the bathwater. Please let us know how they work on your end.

Thanks,

-Bob

1. (shuffl* OR "prototype" OR "machine" OR "device" OR "card" OR "table" OR "clump" OR "deck" OR "hands" OR "elevator" OR demo* OR "casino" OR Bally* OR *Master OR "CARD" OR "Vegas" OR "Atlantic City" OR "inequitable") AND ("Roblejo" OR "Conrad" OR "Gola" OR "Solberg" OR "Halvard" OR "Cahan" OR "Russo" OR "Casino Concepts" OR "Sure Shuffler")

2. (shuffl* OR "prototype" OR "machine" OR "device" OR "card" OR "table" OR "clump" OR "deck" OR "hands" OR "elevator" OR demo* OR "casino" OR Bally* OR *Master OR "CARD" OR "Vegas" OR "Atlantic City" OR "inequitable") AND ("Nicoletti" OR "Precision Automation" OR "Menaquale" OR "Card Management Security System" OR "CMSS")

3. (shuffl* OR "prototype" OR "machine" OR "device" OR "card" OR "table" OR "clump" OR "deck" OR "hands" OR "elevator" OR demo* OR "casino" OR Bally* OR *Master OR "CARD" OR "Vegas" OR "Atlantic City" OR "inequitable") AND ("Luciano" OR "Sierra" OR "SDG" OR "ACS" OR "Automatic Card Shuffler")

4. "report on shuffler competition" OR ((expo* OR demo* OR "show" OR "'97" OR "1997" OR "congress" OR "G2E" OR "global" OR "world" ) AND ("Roblejo" OR "Conrad" OR "Gola" OR "Solberg" OR "Halvard" OR "Casino Concepts" OR "Sure Shuffler" OR "Casinos Austria" OR "CARD-Austria" OR "CARD LLC" OR "Morrill"))

DELETE IN FAVOR OF MODIFIED 2.     5. (shuffl* OR "prototype" OR "machine" OR "device" OR "card" OR "table" OR "clump" OR "deck" OR "hands" OR "elevator" OR "casino" OR Bally* OR *Master OR "CARD") AND (demo* OR "experiment" OR "test") AND ("Atlantic City" OR "Card Management Security System" OR "CMSS" OR "Park" OR "Jersey")

6. (litigat* OR sue* OR "lawsuit" OR "suit" OR "complaint" OR "case" OR "prior art" OR "motion" OR "opposition") AND ("Casinos Austria" OR "CARD-Austria" OR "CARD LLC" OR "Morrill" OR "one2six" OR "6,139,014" OR "6139014" OR "314 patent" OR "6,149,154" OR "6149154" OR "154 patent" OR "6,267,248" OR "6267248" OR "248 patent" OR "6,588,750" OR "6588750" OR "750 patent" OR "6,588,751" OR "6588751" OR "751 patent" OR "3633" OR "244") AND ("Roblejo" OR "Conrad" OR "Gola" OR "Solberg" OR "Halvard" OR "Cahan" OR "Russo" OR "Casino Concepts" OR "Sure Shuffler" OR "Nicoletti" OR "Precision Automation" OR "Menaquale" OR "Card Management Security System" OR "CMSS" OR "Luciano" OR "Sierra" OR "SDG" OR "ACS" OR "Automatic Card Shuffler") AND NOT "commissioner of patents" [DO NOT INCLUDE THIS LIMITATION IN GRAUZER, ISAACS OR SNOW]

7. (litigat* OR sue* OR "lawsuit" OR "suit" OR "complaint" OR "case" OR "prior art" OR "motion" OR "opposition") AND ("VendingData" OR "Vending Data" OR "Elixir" OR "Casinovations" OR "Sharps" OR "Random Ejection Shuffler" OR "PokerOne" OR "6,068,258" OR "6068258" OR "258 patent" OR "6,325,373" OR "6325373" OR "373 patent" OR "6,655,684" OR "6655684" OR "684 patent" OR "438" OR "1373") AND ("Roblejo" OR "Conrad" OR "Gola" OR "Solberg" OR "Halvard" OR "Cahan" OR "Russo"

OR "Casino Concepts" OR "Sure Shuffler" OR "Nicoletti" OR "Precision Automation" OR "Menaquale" OR "Card Management Security System" OR "CMSS" OR "Luciano" OR "Sierra" OR "SDG" OR "ACS" OR "Automatic Card Shuffler") AND NOT "commissioner of patents" [DO NOT INCLUDE THIS LIMITATION IN GRAUZER, ISAACS OR SNOW]

8. (litigat* OR sue* OR "lawsuit" OR "suit" OR "complaint" OR "case" OR "prior art" OR "motion" OR "opposition" OR "invalid" OR "sham" or "due diligence" OR "Rule 11") AND ("DigiDeal" OR "Kuhn" OR "DigiShuffle" OR "Shuffle Tech" OR "Aces Up" or "Poydras" OR "6,651,982" OR "6651982" OR "982 patent" OR "10/128,532" OR "128532" OR "7,523,935" OR "7523935" OR "935 patent" OR "10/686,164" OR "686164" OR "1782") AND ("Roblejo" OR "Conrad" OR "Gola" OR "Solberg" OR "Halvard" OR "Cahan" OR "Russo" OR "Casino Concepts" OR "Sure Shuffler" OR "Nicoletti" OR "Precision Automation" OR "Menaquale" OR "Card Management Security System" OR "CMSS" OR "Luciano" OR "Sierra" OR "SDG" OR "ACS" OR "Automatic Card Shuffler") AND NOT "commissioner of patents" [DO NOT INCLUDE THIS LIMITATION IN GRAUZER, ISAACS OR SNOW]

9. (litigat* OR sue* OR "lawsuit" OR "suit" OR "complaint" OR "case" OR "prior art" OR "motion" OR "opposition") AND ("Taiwan Fulgent" OR "TFE" OR "Aplus" OR "A Plus Shuffler" OR "Huxley" OR "TCS" OR "6,254,096" OR "6254096" OR "096 patent" OR "7,059,602" "7059602" OR "602 patent" OR "7,073,791" OR "7073791" OR "791 patent" OR "7,255,344" OR "7255344" OR "344 patent" OR "7,322,576" OR "7322576" or "576 patent" OR "2194" OR "1626") AND ("Roblejo" OR "Conrad" OR "Gola" OR "Solberg" OR "Halvard" OR "Cahan" OR "Russo" OR "Casino Concepts" OR "Sure Shuffler" OR "Nicoletti" OR "Precision Automation" OR "Menaquale" OR "Card Management Security System" OR "CMSS".OR "Luciano" OR "Sierra" OR "SDG" OR "ACS" OR "Automatic Card Shuffler") AND NOT "commissioner of patents" [DO NOT INCLUDE THIS LIMITATION IN GRAUZER, ISAACS OR SNOW]

DELETE IN FAVOR OF MODIFIED 4. 10. shuffl* AND ("Global Gaming Expo" OR "G2E" OR "World Gaming Congress and Expo" OR "World Gaming Expo" OR "WGCE" OR "Report on Shuffler Competition")

11. infring* AND ("shuffler" OR "shuffling" OR "Sure Shuffler" OR "DigiShuffle" OR "Aplus" OR "A Plus Shuffler" OR "Random Ejection Shuffler" OR "PokerOne" OR "one2six" OR "Shuffle King" OR "Apex" OR "ProShuffler" OR "Quickdraw")

12. patent* w/5 ("Block" OR "6,361,044" OR "6361044" OR "044") AND NOT "commissioner of patents"

13. (shuffl*w/5 compet*) OR (shuffl* AND ((elim* w/10 compet*) OR (report* w/10 competition) OR ("market" w/5 "share") OR ("market" w/5 ("%" OR "percent" OR "per cent"))))