# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Shuffle Tech International LLC, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:15−cv−03702
                                                        Honorable Matthew F. Kennelly

Scientific Games Corporation, et al.

                                        Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 24, 2016:

        MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status
hearing held on 5/24/2016 with attorneys for both sides. Motion to compel is to be filed
by 5/27/2016; response is due by 6/1/2016; ruling and status hearing set for 6/2/2016 at
9:30 a.m. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.