# EXHIBIT 12

# Nixon & Vanderhye P.C.

ATTORNEYS AT LAW

11TH FLOOR
901 NORTH GLEBE ROAD
ARLINGTON, VIRGINIA 22203-1808
UNITED STATES OF AMERICA

May 27, 2016

TELEPHONE: (703) 816-4000
FACSIMILE: (703) 816-4100
WRITER'S DIRECT DIAL NUMBER:
**(703) 816-4007**
**E-MAIL: RAR@NIXONVAN.COM**

<u>VIA E-MAIL</u>

Mr. David Jiménez-Ekman
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, Illinois 60654-3456

*Subject:*     *Shuffle Tech International LLC et al v. Scientific Games Corporation et al*
               *Case No. 1:15-cv-03702*
               *Our Ref: 6176-2*

Dear David:

We are in receipt of your May 26 letter containing Defendants' revised discovery proposals. However, we do not believe that the letter "resolves all issues outstanding." Judge Kennelly already expressed that he was "stunned" that Jenner had not yet reviewed its client's documents from outside counsel and Plaintiffs should not be subject to further delays due to Defendants' failure to timely produce. In order to move forward, we must resolve the following open issues.

Defendants' received Plaintiffs' first document requests over five months ago and to date have only produced 7,543 pages of documents. While we can accept a substantial completion date of July 15, 2016, it is unacceptable that we are just now receiving a completion date when Defendants were required to provide one months ago under the rules. See Fed.R.Civ.P. 34 ("The production must then be completed no later than the time for inspection specified in the request or another reasonable time specified in the response.") Thus, we require Defendants to also adhere to a 50% completion date of June 20, 2016 for Defendants' ESI documents. In the event that follow-up family member documents are requested by Plaintiffs, we require such documents to be produced within a week of the request.

Although your letter states that "Mr. Litman has represented that he no longer has any responsive documents," Mr. Litman's March 21 response to Plaintiffs' subpoena stated that he returned all paper documents to Shuffle Master in 2011. We have yet to receive any additional information about those documents and whether they have been reviewed by Defendants' counsel and are ready to be produced. In order to move this issue forward, we require that Defendants commit to producing these documents by June 10, 2016.

With regard to your revised proposal to "apply the same search and production methodology identified in Paragraph 1 to the ESI provided by [outside counsel]", Plaintiffs require that all responsive physical files received from outside counsel be produced with no ESI

2625857

Mr. David Jiménez-Ekman
**JENNER & BLOCK LLP**
May 27, 2016
Page 2

filters. Additionally, Plaintiffs require that all non-privileged raw "hits" from the ESI files received from outside counsel be produced without being subject to further delay, in accordance with the parties' December 8, 2015 Supplemental Joint Status Report that outlined "Specifically Agreed ESI Discovery Procedures." Conducting a second "responsiveness" review will only result in further unwarranted delays by Defendants.

Plaintiffs require that Defendants complete production in accordance with the following deadlines:

- All files from Trask Britt – June 6, 2016
- All physical files from Kirkland & Ellis, Kilpatrick and Winston & Strawn – June 17, 2016
- All ESI files from Kirkland & Ellis, Kilpatrick and Winston & Strawn – June 27, 2016

Furthermore, Plaintiffs believe that Defendants are responsible for obtaining all responsive documents from Sidley Austin LLP (CARD's litigation counsel), as those materials are in Defendants' control due to Defendants' acquisition of CARD.

Since today is the deadline for filing a motion to compel, we must resolve these issues promptly.

Very truly yours,

**NIXON & VANDERHYE P.C.**

By: _____
Robert A. Rowan

RAR:cg
Attachment

2625857