# EXHIBIT 20

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Shuffle Tech International, LLC, et al

     Plaintiffs

     v.

Scientific Games Corporation, et al

     Defendants

Civil Action No. 1:15-cv-3702

Honorable Matthew F. Kennelly

## PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S APRIL 11 MINUTE ORDER, FOR PRODUCTION OF ATTORNEY DOCUMENTS, FOR PRODUCTION OF ELECTRONIC DISCOVERY, AND FOR SANCTIONS

Pursuant to this Court's May 24, 2016 Minute Order [Dkt. No. 92] and Rules 16(f)(1)(C), 26(b)(5)(A)(ii), 34 and 37(a)(3)(B)(iv) of the Federal Rules of Civil Procedure, Plaintiffs Shuffle Tech International, LLC, Aces Up Gaming Inc. and Poydras-Talrick Holdings LLC (collectively, "Plaintiffs") move this Court to order Defendants:  (a) to fully comply with this Court's April 11, 2016 Minute Order [Dkt. No. 85], by providing the Court a non-conditional confirmation that they are not relying on any opinion of counsel defense and are not waiving privilege; (b) to produce documents in the possession of their former and current counsel in the alleged sham litigations and fraudulently prosecuted patent applications; (c) to produce a privilege log for all documents withheld as privileged or work-product; (d) to produce electronic discovery without further delay; and (e) to pay Plaintiffs' fees and costs for preparing this motion and related filings and for attending the court-ordered hearing on June 2, under Rules 16(f)(l)(c) and 37 (a)(5)(A). The basis for this motion is set forth in the accompanying Memorandum of Law.

Case: 1:15-cv-03702 Document #: 93 Filed: 05/27/16 Page 2 of 4 PageID #:738

Plaintiffs' counsel certifies, pursuant to Local Rule 37.2, this Court's standing order, and Rule 37(a)(1) of the Federal Rules of Civil Procedure, that counsel for Plaintiffs have meet and conferred and engaged in numerous telephonic conferences with opposing counsel with respect to the discovery issues addressed by this motion. Those discussions are ongoing but no agreement has yet been reached and this motion was therefore filed pursuant to this Court's May 24, 2016 Minute Order. *See* Dkt. No. 92. In the event an agreement is reached and the instant Motion to Compel is mooted, then Plaintiffs shall apprise the Court.

Dated: May 27, 2016

Respectfully submitted,

By: */s/ David Ter Molen*
    One of Plaintiffs' Attorneys

Robert A. Rowan (*pro hac vice*
rar@nixonvan.com
Joseph S. Presta (*pro hac vice*)
jsp@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Rd.
Arlington, Virginia 22203
Phone: 703-816-4000
Fax: 703-816-4100

Jonathan Hill (IBN 6256939)
jhill@freeborn.com
Jeffery Cross (IBN 547980)
jcross@freeborn.com
David Ter Molen (IBN 6270715)
dtermolen@freeborn.com
FREEBORN & PETERS LLP
311 South Wacker Drive, #3000
Chicago, IL 60606
Phone: 312-360-6643
Fax: 312-360-6520

*Attorneys for Plaintiffs*
*Shuffle Tech International, LLC,*
*Aces Up Gaming, Inc., and*

2

2625640

3

*Poydras-TALRICK HOLDINGS LLC*

2625640

## CERTIFICATE OF SERVICE

I certify that on May 27, 2016, I electronically filed the foregoing document with the

Clerk of Court using the CM/ECF system, which sent a Notification of Electronic Filing (NEF)

to all counsel of record.

> */s/ David Ter Molen*
> David Ter Molen (IBN 6270715)
> dtermolen@freeborn.com
> FREEBORN & PETERS LLP
> 311 South Wacker Drive, #3000
> Chicago, IL 60606
> Phone: 312-360-6643
> Fax: 312-360-6520

3607742v1/30432-0001