# EXHIBIT 22

| | |
|---|---|
| **From:** | Lindsey, Caroline A. |
| **To:** | Rooney, Daniel T.; Wagner, Kendra L. |
| **Subject:** | FW: Shuffle Tech Case Correspondence |
| **Date:** | Thursday, May 26, 2016 4:40:12 PM |

---

**From:** Bob Rowan [mailto:rar@nixonvan.com]
**Sent:** Thursday, May 26, 2016 4:33 PM
**To:** Jimenez-Ekman, David; Joe Presta; Michael D. Gaffney; Bobby Foster; Lisa M. Thompson
**Cc:** Lindsey, Caroline A.; Martin, Craig C.; 'Hill, Jonathan'; Ter Molen, David L.
**Subject:** RE: Shuffle Tech Case Correspondence

David-

We intend to provide, and are working on, a written reply to your written proposal, which we received at 10:56 p.m. last night.

Moreover, it is clear that our multiple attempts to meet and confer on document discovery have done nothing to advance Defendants' document production and have only further frustrated Plaintiffs' good faith attempts to move discovery at a pace in keeping with the Court-ordered discovery schedule. Defendants therefore intend to move to compel production in accordance with Judge Kennelly's most recent Order. Plaintiffs believe the parties have met their meet and confer obligations under LR 37.2, many times over, and/or that any further obligations have been mooted by the Court's oral and written directives to file motions to compel by tomorrow. In any event there are far too many issues outstanding (as will be further detailed in my substantive response to your letter) to possibly resolve by tomorrow and we have a court-ordered deadline that we intend to meet.

Best regards,
Bob

**From:** Jimenez-Ekman, David [mailto:DJimenez-Ekman@jenner.com]
**Sent:** Thursday, May 26, 2016 5:03 PM
**To:** Bob Rowan <rar@nixonvan.com>; Joe Presta <jsp@nixonvan.com>; Michael D. Gaffney <MDG@nixonvan.com>; Bobby Foster <RKF@nixonvan.com>; Lisa M. Thompson <lmm@nixonvan.com>
**Cc:** Lindsey, Caroline A. <CLindsey@jenner.com>; Martin, Craig C. <CMartin@jenner.com>
**Subject:** RE: Shuffle Tech Case Correspondence

Dear Counsel:

We have not heard anything from you in response to the proposal we made yesterday. We encourage you to let us know your position as soon as possible so that we can discuss any open items before the filing deadline tomorrow. We note that, in our view, in setting a deadline for a

motion to compel, Judge Kennelly did not dispense with the meet-and-confer requirement in Local Rule 37.2, and specifically mentioned that a motion to compel should be filed only if we could not work out the pending issues.

Additionally, we now have the results from our vendor (subject to some minor additional work remediating errors in certain data sources) that we did not expect to receive until tomorrow, and we can therefore confirm that, as part of the overall package proposal in our letter, we are prepared to proceed as indicated in Paragraph 1 without the need to confer any further about search terms as applied to the shared folder ESI specified in Paragraph 1.b of our letter.

Please let us know your position. We remain available to confer tomorrow at any mutually convenient time.

Best personal regards.

David

---

**David Jimenez-Ekman**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456 | jenner.com
+1 312 923 2683 | TEL
+1 312 840 7683 | FAX
DJimenez-Ekman@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Jimenez-Ekman, David
**Sent:** Wednesday, May 25, 2016 9:56 PM
**To:** Bob Rowan; 'Joe Presta'; 'Michael D. Gaffney'; 'Bobby Foster'; 'Lisa M. Thompson'
**Cc:** Lindsey, Caroline A.; Martin, Craig C.
**Subject:** Shuffle Tech Case Correspondence

Counsel:

Please see the attached correspondence.

Best personal regards.

David