# EXHIBIT 27

| | |
|---|---|
| **From:** | Jimenez-Ekman, David |
| **To:** | "Bob Rowan" |
| **Cc:** | Bobby Foster; Lindsey, Caroline A.; Martin, Craig C.; Joe Presta; Hill, Jonathan; Michael D. Gaffney; Ter Molen, David L. |
| **Subject:** | RE: Shuffle Tech v Scientific Games |
| **Date:** | Friday, May 27, 2016 4:51:47 PM |

Bob:

We tried to be as specific as possible in numbered paragraphs. Happy to get on the phone right now and address any muddle to be followed up by a confirming e-mail. Our belief remains that the parties have been and are obligated to attempt to resolve by conference any remaining issues. As to the turnaround time on family follow-up, as you have committed to a reasonable exercise of the requests, we can commit to a reasonable turnaround time, which depends on the volume of the requests.

David

**From:** Bob Rowan [mailto:rar@nixonvan.com]
**Sent:** Friday, May 27, 2016 4:40 PM
**To:** Jimenez-Ekman, David
**Cc:** Bobby Foster; Lindsey, Caroline A.; Martin, Craig C.; Joe Presta; Hill, Jonathan; Michael D. Gaffney; Ter Molen, David L.
**Subject:** Re: Shuffle Tech v Scientific Games

Well, a muddled response, at best. Did not address one of my issues, turnaround time on follow up family requests.

I'm not seeing a good way to conclude this in a hurry. Open to suggestions.

Bob

Sent from my iPhone

On May 27, 2016, at 5:23 PM, Jimenez-Ekman, David <DJimenez-Ekman@jenner.com> wrote:

> Bobby:
>
> Here's my response to Bob.
>
> Best personal regards.
>
> David
>
> **From:** Bobby Foster [mailto:RKF@nixonvan.com]
> **Sent:** Friday, May 27, 2016 2:29 PM
> **To:** Jimenez-Ekman, David; Lindsey, Caroline A.; Martin, Craig C.
> **Cc:** Joe Presta; 'Hill, Jonathan'; Michael D. Gaffney; Ter Molen, David L.; Bob Rowan
> **Subject:** RE: Shuffle Tech v Scientific Games

David-

Here is Bob's response to your May 26 letter. As a reminder, you will only be able to reach him over the next several days (through next Wednesday) by cell (571-214-6642) or email.

Regards,
Bobby

---

**From:** Jimenez-Ekman, David [mailto:DJimenez-Ekman@jenner.com]
**Sent:** Thursday, May 26, 2016 11:18 PM
**To:** Bob Rowan <rar@nixonvan.com>; Lindsey, Caroline A. <CLindsey@jenner.com>; Martin, Craig C. <CMartin@jenner.com>
**Cc:** Joe Presta <jsp@nixonvan.com>; 'Hill, Jonathan' <jhill@freeborn.com>; Michael D. Gaffney <MDG@nixonvan.com>; Bobby Foster <RKF@nixonvan.com>; Ter Molen, David L. <dtermolen@freeborn.com>
**Subject:** RE: Shuffle Tech v Scientific Games

Bob:

Please see the attached response.

Best personal regards.

David

---

**From:** Bob Rowan [mailto:rar@nixonvan.com]
**Sent:** Thursday, May 26, 2016 6:47 PM
**To:** Jimenez-Ekman, David <DJimenez-Ekman@jenner.com>; Lindsey, Caroline A. <CLindsey@jenner.com>; Martin, Craig C. <CMartin@jenner.com>
**Cc:** Joe Presta <jsp@nixonvan.com>; 'Hill, Jonathan' <jhill@freeborn.com>; Michael D. Gaffney <MDG@nixonvan.com>; Bobby Foster <RKF@nixonvan.com>; Ter Molen, David L. <dtermolen@freeborn.com>
**Subject:** Shuffle Tech v Scientific Games

David-

Here is my substantive response to your May 25 letter. As indicated in the last paragraph, you will only be able to reach me over the next several days (through next Wednesdy) by cell (571-214-6642) or email.

Best regards,
Bob

**David Jimenez-Ekman**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456 | jenner.com
+1 312 923 2683 | TEL
+1 312 840 7683 | FAX
DJimenez-Ekman@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

\<5_27_Letter_re_Document_Review.pdf\>