# EXHIBIT 31

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Shuffle Tech International LLC, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:15−cv−03702
                                                            Honorable Matthew F. Kennelly

Scientific Games Corporation, et al.

                                        Defendant.

_____


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, January 14, 2016:


        MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held.
Defendants' agreed motion for leave to substitute counsel [69] is granted. Defendant's
motion for withdrawal of motion for leave to appear pro hac vice [71] is granted, and
defendant's for leave to appear pro hac vice [68] is withdrawn. Motion hearing date of
1/19/2016 is vacated. Pursuant to the status report filed on 11/30/2015, fact discovery is to
be completed by 12/15/2016. Rule 26(a)(2) disclosures by the party with the burden of
proof are due 1/31/2017. Rebuttal Rule 26(a)(2) disclosures are due 3/31/2017. Expert
discovery is to be completed by 4/28/2017. The Court also adopts the parties' agreed
limitations on discovery as set forth in section 3 of the status report. Status hearing
previously set for 2/29/2016 at 9:00 a.m. remains. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.