# EXHIBIT 37

| From: | Jimenez-Ekman, David |
|---|---|
| To: | "Bob Rowan"; "Michael D. Gaffney"; "Joe Presta"; "Lisa M. Thompson"; "Bobby Foster"; "Hill, Jonathan" |
| Cc: | Lindsey, Caroline A.; Martin, Craig C. |
| Subject: | Shuffle Tech -- Additional Search Results Information |
| Date: | Friday, May 06, 2016 5:03:01 PM |
| Attachments: | 20160506 Term hits Per Custodian.pdf |

Dear Counsel:

Attached is a chart reflecting the search results by search term and by custodian for the email terms you proposed. As we discussed today, these numbers reflect results for currently-loaded data, which we understand to be a substantial portion of the e-mail data for eight of the e-mail custodians you have requested. These numbers will increase as we continue to process and load additional data from other sources, such as the personal drives, legal servers, and additional e-mail data. The file structure information we discussed for those other sources is being prepared and will be sent over the weekend or on Monday.

We look forward to your further thoughts on narrowing.

Best personal regards.

David

## David Jimenez-Ekman

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456 | jenner.com
+1 312 923 2683 | TEL
+1 312 840 7683 | FAX
DJimenez-Ekman@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

| STR - S001 - Client Data Terms | Abbott, Eric | Farrar, Jennifer | Grauzer, Attila | Helsin, Colin | Hinman, Dawn | Isaacs, Gavin | Levin, Suzan | Snow, Roger | |
|---|---|---|---|---|---|---|---|---|---|
| (shuffl* OR report*) AND (compet* OR "market share") | 19,530 | 22,516 | 6,218 | 7,145 | 28,853 | 14,782 | 3,169 | 4,654 | |
| shuffl* AND ("Global Gaming Expo" OR "G2E" OR "World Gaming Congress and Expo" OR "World Gaming Expo" OR "WGCE" OR "Report on Shuffler Competition") | 9,612 | 9,558 | 1,566 | 6,528 | 7,037 | 6,122 | 1,332 | 2,879 | |
| (litigat* OR sue* OR "lawsuit" OR "complaint" OR "case" OR "file" OR "filing" OR "motion" OR "opposition") AND ("Casinos Austria" OR "CARD-Austria" OR "CARD LLC" OR "Morrill" OR "one2six" OR "6,139,014" OR "6139014" OR "314 patent" OR "6,149,154" OR "6149154" OR "154 patent" OR "6,267,248" OR "6267248" OR "248 patent" OR "6,588,750" OR "6588750" OR "750 patent" OR "6,588,751" OR "6588751" OR "751 patent" OR "3633" OR "244") | 3,691 | 8,456 | 926 | 3,970 | 3,578 | 1,346 | 2,951 | 650 | |
| (shuffl* OR "prototype" OR "machine" OR "device" OR "card" OR "table" OR "clump" OR "deck" OR "hands" OR "elevator" OR "casino" OR Bally* OR *Master OR "CARD") AND (demo* OR "experiment" OR "test") AND ("Atlantic City" OR "Card Management Security System" OR "CMSS" OR "Park" OR "Jersey") | 4,172 | 3,431 | 2,043 | 2,743 | 5,916 | 2,627 | 777 | 1,308 | |
| (litigat* OR sue* OR "lawsuit" OR "complaint" OR "case" OR "file" OR "filing" OR "motion" OR "opposition") AND ("VendingData" OR "Vending Data" OR "Elixir" OR "Casinovations" OR "Sharps" OR "Random Ejection Shuffler" OR "PokerOne" OR "6,068,258" OR "6068258" OR "258 patent" OR "6,325,373" OR "6325373" OR "373 patent" OR "6,655,684" OR "6655684" OR "684 patent" OR "438" OR "1373") | 4,862 | 6,816 | 1,043 | 1,786 | 4,292 | 716 | 2,327 | 404 | |
| patent* AND ("Block" OR "6,361,044" OR "6361044" OR "044 patent") | 2,941 | 9,568 | 276 | 160 | 1,505 | 324 | 3,450 | 137 | |
| (litigat* OR sue* OR "lawsuit" OR "complaint" OR "case" OR "file" OR "filing" OR "motion" OR "opposition") AND ("Taiwan Fulgent" OR "TFE" OR "Aplus" OR "A Plus Shuffler" OR "Huxley" OR "TCS" OR "6,254,096" OR "6254096" OR "096 patent" OR "7,059,602" OR "7059602" OR "602 patent" OR "7,073,791" OR "7073791" OR "791 patent" OR "7,255,344" OR "7255344" OR "344 patent" OR "7,322,576" OR "7322576" or "576 patent" OR "2194" OR "1626") | 4,360 | 7,206 | 182 | 1,050 | 2,412 | 896 | 1,617 | 378 | |
| infring* AND ("shuffler" OR "shuffling" OR "Sure Shuffler" OR "DigiShuffle" OR "Aplus" OR "A Plus Shuffler" OR "Random Ejection Shuffler" OR "PokerOne" OR "one2six" OR "Shuffle King" OR "Apex" OR "ProShuffler" OR "Quickdraw") | 4,694 | 5,769 | 198 | 1,417 | 3,056 | 506 | 912 | 159 | |
| (shuffl* OR "prototype" OR "machine" OR "device" OR "card" OR "table" OR "clump" OR "deck" OR "hands" OR "elevator" OR demo* OR "casino" OR Bally* OR *Master OR "CARD" OR "Vegas" OR "Atlantic City" OR "inequitable") AND ("Luciano" OR "Sierra" OR "SDG" OR "ACS" OR "Automatic Card Shuffler") | 2,674 | 5,189 | 358 | 2,132 | 2,379 | 987 | 2,221 | 563 | |
| (litigat* OR sue* OR "lawsuit" OR "complaint" OR "case" OR "file" OR "filing" OR "motion" OR "opposition") AND ("DigiDeal" OR "Kuhn" OR "DigiShuffle" OR "Shuffle Tech" OR "Aces Up" or "Poydras" OR "6,651,982" OR "6651982" OR "982 patent" OR "10/128,532" OR "128532" OR "7,523,935" OR "7523935" OR "935 patent" OR "10/686,164" OR "686164" OR "1782") | 3,908 | 4,351 | 107 | 373 | 1,706 | 174 | 1,533 | 356 | |
| (expo* OR demo* OR "show" OR "97" OR "1997") AND ("Roblejo" OR "Conrad" OR "Gola" OR "Solberg" OR "Halvard" OR "Casino Concepts" OR "Sure Shuffler" OR "Casinos Austria" OR "CARD-Austria" OR "CARD LLC" OR "Morrill") | 1,089 | 1,762 | 221 | 600 | 1,127 | 594 | 590 | 252 | |
| (shuffl* OR "prototype" OR "machine" OR "device" OR "card" OR "table" OR "clump" OR "deck" OR "hands" OR "elevator" OR demo* OR "casino" OR Bally* OR *Master OR "CARD" OR "Vegas" OR "Atlantic City" OR "inequitable") AND ("Roblejo" OR "Conrad" OR "Gola" OR "Solberg" OR "Halvard" OR "Cahan" OR "Russo" OR "Casino Concepts" OR "Sure Shuffler") | 862 | 1,953 | 188 | 1,028 | 351 | 788 | 661 | 223 | |
| (shuffl* OR "prototype" OR "machine" OR "device" OR "card" OR "table" OR "clump" OR "deck" OR "hands" OR "elevator" OR demo* OR "casino" OR Bally* OR *Master OR "CARD" OR "Vegas" OR "Atlantic City" OR "inequitable") AND ("Nicoletti" OR "We Are 21" OR "Precision Automation" OR "Menaquale" OR "Card Management Security System" OR "CMSS") | 154 | 929 | 33 | 17 | 12 | 3 | 336 | 8 | |
| Documents | 40,767 | 55,343 | 9,484 | 22,124 | 38,892 | 22,319 | 12,785 | 8,456 | 210,170 |

| Documents with Family | 122,192 | 121,295 | 18,161 | 76,317 | 97,947 | 74,590 | 31,761 | 25,526 | 567,789 |