## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Shuffle Tech International LLC, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:15−cv−03702
                                                            Honorable Matthew F. Kennelly

Scientific Games Corporation, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 22, 2016:

        MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on
6/22/2016. Status report regarding discovery issues due by 8/17/2016. Status hearing set
for 8/18/2016 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.