**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHUFFLE TECH INTERNATIONAL, LLC, ET AL.

         Plaintiffs

         v.

SCIENTIFIC GAMES CORPORATION, ET AL.

         Defendants

Civil Action No. 1:15-cv-3702

Honorable Matthew F. Kennelly

**PLAINTIFFS' SUPPLEMENT TO JOINT STATUS REPORT REGARDING
OUTSTANDING DISCOVERY ISSUES**

Plaintiffs respectfully submit this Supplement to the Parties' October 17 Joint Status Report to provide the Court the attached schedule of the Parties' currently noticed and anticipated depositions, with a brief description of the anticipated deposition subject matter, to further inform the Court with respect to Plaintiffs' request to increase the number of fact depositions.

Defendants noted that a number of Plaintiffs' depositions are of lawyers. Plaintiffs submit that this is neither wasteful nor abusive (as further confirmed by Defendants' own three attorney depositions), but is inherent in an antitrust case predicated on a series of sham litigations and fraudulent concealment of material prior art, from both the courts and the USPTO, over a span of two decades. Plaintiffs respectfully submit that the geographical and temporal scope of Defendants' alleged activities and Plaintiffs' heightened burden to meet the threshold requirements for sham litigation and fraudulent concealment under controlling Supreme Court precedent in *PREI* and *Walker-Process*, in addition to the other elements of a Sherman 2 monopolization claim, necessitates more than the currently allotted number of depositions.

.

## SCHEDULE OF DEPOSITIONS

| DATE & PLACE | PARTY TAKING | DEPONENT | DETAILS |
|---|---|---|---|
| 9/14/16 Chicago, IL | Defendants | Shuffle Tech 30(b)(6) | Rick Schultz, CEO Shuffle Tech |
| 9/20/16 New York, NY | Plaintiffs | Allan Fanucci, Winston & Strawn | Shuffle Master ("SHFL") and Scientific Games, Corp. ("SGC") counsel, prosecuted reexams of '982 and '935 patents, knowledge of prior art |
| 9/30/16 Las Vegas, NV | Plaintiffs | Mark A. Litman, Mark A. Litman & Assoc., P.A. | SHFL patent prosecution counsel for '982, '935 and other asserted SHFL patents, knowledge of prior art |
| 10/11/16 New York, NY | Plaintiffs | Howard I. Shin, Winston & Strawn | Counsel for SHFL in TCS and DigiDeal litigations, knowledge of prior art |
| 10/13/16 Forked River, NJ | Plaintiffs | Steven Gola | Development, structure and operation of Roblejo prototypes, display at '97 Expo and SHFL attendance |
| 10/18/16 Panama City, FL | Plaintiffs | Halvard H. Solberg | Engineering, structure and operation of Roblejo prototypes, display at '97 Expo and SHFL attendance |
| 10/24/16 Princeton, NJ | Plaintiffs | Joel S. Greenberg | CARD sham litigation, Luciano and Roblejo prototypes |
| 10/26/16 Chicago, IL | Defendants | Hiro Toyama | Inventor, Shuffle Tech patents |
| 10/28/16 Chicago, IL | Defendants | Rick Schultz | Shuffle Tech CEO, designated topics |
| 10/27/2016 Chicago, IL | Plaintiffs | Jerry Smith, Shuffle Master/SHFL Entertainment, Inc. General Counsel | SHFL 2001–2010, directed VendingData, CARD and Taiwan-Fulgent sham litigations, prepared supporting declarations, directed other monopolistic practices |
| 11/1, 11/2 or 11/3 Denver, CO | Defendants | Charles Drennan | Aces Up CFO, market demand of DigiShuffler, sales and marketing |
| 11/1, 11/2 or 11/3 Denver, CO | Defendants | Aces Up 30b6 | Designated (by Defendants) topics |
| 11/1, 11/2 or 11/3 Denver, CO | Defendants | Poydras 30b6 | Designated (by Defendants)topics |
| 11/04/16 Chicago, IL | Plaintiffs | Kimball R. Anderson, Winston & Strawn | Vending Data counsel in Vending Data sham litigations, SHFL counsel in TCS and DigiDeal sham litigations |
| 11/08/16 Las Vegas, NV | Plaintiffs | Jennifer K. Farrar, SGC IP counsel | SHFL, Bally, SGC IP counsel 1997 Expo attendee, directed pat. litigation and prosecution, knowledge of prior art |
| 11/08/16 Remote Access, Brisbane, Australia | Plaintiffs | Colin Helsen SGC | General Manager Utility Products (shufflers)at SHFL, Bally and SGC, relevant market, monopolization |

## SCHEDULE OF DEPOSITIONS

| DATE & PLACE | PARTY TAKING | DEPONENT | DETAILS |
|---|---|---|---|
| 11/09/16 Reno, NV | Defendants | Marie Kerr Kerr IP Group | DigiDeal counsel in DigiDeal sham litigation, SHFL concealment of prior art |
| 11/10/16 Las Vegas, NV | Plaintiffs | Atilla Grauzer SGC Engineer | SHFL VP Engineering, inventor of asserted sham patents, assisted in sham litigations, attended 1997 Expo |
| 11/11/16 Reno, NV | Defendants | Mick Kerr Kerr IP Group | DigiDeal counsel, DigiDeal sham litigation, concealment of evidence |
| 11/11/16 Las Vegas, NV | Defendants | James Boyle Holley Driggs | DigiDeal counsel, DigiDeal sham litigation, post-reexam litigation abuse, monopolistic demands |
| 11/14/16 Spokane, WA | Defendants | Lucas Kuhn DigiDeal | DigiDeal International Sales, DigiDeal sales capacity, shuffler demand |
| 11/15/2016 Spokane, WA | Defendants | Mike Kuhn DigiDeal | DigiDeal President, DigiDeal mfg. capacity and costs |
| 11/15/16 Minneapolis, MN | Plaintiffs | Joe Lahti former SHFL | SHFL former Pres.& CEO, shuffler market, predator conduct and sham litigation |
| 11/16/16 Spokane, WA | Defendants | Tyler Kuhn DigiDeal | DigiDeal VP, DigiShuffle development, mfg. and sales |
| 11/16/16 Las Vegas, NV | Plaintiffs | Gavin Isaacs Former Bally, SGC | Former SGC Pres. & CEO, former Bally COO 2006–2011, SHFL CEO 2011–2013, directed sham litigation |
| TBD Chicago | Plaintiffs | SGC 30(b)(6) | Shuffle products, market, sales, revenue, sham litigation, other monopolistic conduct |
| 11/22/16 Chicago, IL | Plaintiffs | R. Brooke Dunn Former SHFL | Former SHFL Senior VP, 1997 Expo attendee, knowledge of prior art |
| 11/29 & 11/30 Eden Prairie, MN | Plaintiffs | Feraidoon Bourbour | Named inventor SHFL patents, incl. '982 and '935, 1997 Expo, knowledge of prior art |
| 11/29 & 11/30 Eden Prairie, MN | Plaintiffs | Troy D. Nelson | Named inventor SHFL patents, incl. '982 and '935, 1997 Expo, knowledge of prior art |
| 11/29 & 11/30 Eden Prairie, MN | Plaintiffs | Paul K. Scheper | Named inventor SHFL patents, incl. '982 and '935, 1997 Expo, knowledge of prior art |
| 11/29 & 11/30 Eden Prairie, MN | Plaintiffs | James Bernard Stasson | Named inventor SHFL patents, incl. '982 and '935, 1997 Expo, knowledge of prior art |
| 11/29 & 11/30 Eden Prairie, MN | Plaintiffs | Ronald R. Swanson | Named inventor SHFL patents, incl. '982 and '935, 1997 Expo, knowledge of prior art |

## SCHEDULE OF DEPOSITIONS

| DATE & PLACE | PARTY TAKING | DEPONENT | DETAILS |
|---|---|---|---|
| TBD, Las Vegas | Plaintiffs | Eric Abbott | Former IP Counsel SHFL and Bally, currently Assoc. Gen. Counsel AGS, SHFL and other sham litigation |
| TBD | Plaintiffs | Gary Griffin | Former SHFL CFO, knowledge of 1997 Expo and prior art |
| TBD, Las Vegas | Plaintiffs | AGS 30(b)(6) | Shuffler sales, revenue, market demand, SHFL predatory practices |
| TBD | Plaintiffs | Mark Yoseloff | Former SHFL CEO, sham litigation and other monopolistic practices |
| TBD, Las Vegas | Plaintiffs | Galaxy Gaming 30(b)(6) | SHFL sales practices, VD litigation and acquisition |
| TBD, | Plaintiffs | Manesh Mirchandani SNB Gaming | Pres. SNB Gaming, Philippines, international market for DigiShuffle |
| TBD | Plaintiffs | Kent Odiker | Former manager Casino Arizona, demand for alternative shufflers |
| TBD | Plaintiffs | MGM/Golden Nugget 30(b)(6) | Field trials/acceptance of DigiShuffler, |

Date: October 19, 2016

/s/ *Robert A. Rowan*

Robert A. Rowan (*pro hac vice*)
rar@nixonvan.com
Joseph S. Presta (*pro hac vice*)
jsp@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Rd.
Suite 1100
Arlington, Virginia 22203
Phone: 703-816-4000
Fax: 703-816-4100

Jonathan Hill (IBN 6256939)
jhill@freeborn.com
David L. Ter Molen (IBN 6270715)
dtermolen@freeborn.com
Jeffrey M. Cross (IBN 547980)
jcross@freeborn.com
FREEBORN & PETERS LLP
311 South Wacker Drive, #3000
Chicago, IL 60606
Phone: 312-360-6643
Fax: 312-360-6520

*Attorneys for Plaintiffs*
SHUFFLE TECH INTERNATIONAL, LLC,
ACES UP GAMING, INC., and
POYDRAS-TALRICK HOLDINGS LLC

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2016, I electronically filed the foregoing **Plaintiffs Supplement to Joint Status Report Regarding Outstanding Discovery Issues** with the Clerk of Court using the CM/ECF system, which will then send a Notification of Electronic Filing (NEF) to all counsel of record.

/s/ *Robert A. Rowan*

Robert A. Rowan (*pro hac vice*)
rar@nixonvan.com
Joseph S. Presta (*pro hac vice*)
jsp@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Rd.
Suite 1100
Arlington, Virginia 22203
Phone: 703-816-4000
Fax: 703-816-4100

2648328