# Exhibit A

SHUFFLE TECH INTERNATIONAL, ET AL. V. SCIENTIFIC GAMES CORP., ET AL.

CIVIL ACTION No: 1:15-CV-03702 (N.D. ILL.)

SCHEDULE OF DEPOSITIONS

| DATE | DEPONENT | DETAILS | N&V Atty |
|---|---|---|---|
| TBD | (Continued) 30(b)(6) of Defendants | TBD | RAR |
| TBD | Mark Newburg | Litigation Services at 3770 Howard Hughes Pkwy #300, Las Vegas, NV 89169 | |
| 01/11/17 (PROPOSED) | Nile Konicek | Driver & Nix Court Reporters 2930 E. Camelback Road, Suite 175 Phoenix, AZ 85016 | |
| 01/12/17 (PROPOSED) | Jeff Kowalchuk | Litigation Services at 3770 Howard Hughes Pkwy #300, Las Vegas, NV 89169 | |
| 01/17/17 (PROPOSED) | Scott Sniezak (really Sniezek) | Corbett & Wilcox 1111 S Governors Ave., #B Dover, DE 19904 | |
| 01/19/17 (SET) | Marc Foodman | Westport Inn, 1595 Post Rd. E., Westport CT 06880 | |
| 01/20/17 (SET) | Lawrence Luciano | Bridgewater Marriott 700 Commons Way Bridgewater, NJ 08807 | JSP |
| 01/23/17 (PROPOSED) | David Lopez | Litigation Services at 3770 Howard Hughes Pkwy #300, Las Vegas, NV 89169 | |
| 01/23/17 (PROPOSED) | Dan Louis | 3770 Howard Hughes Pkwy. #300, Las Vegas, NV 89169 | |
| 01/24/2017 (PROPOSED) | Michael Foxman | Agren Blando Court Reporting and Video at 216 16th St., Ste. 600, Denver CO 80202 | |
| 01/24/17 (PROPOSED) | Kent Odikirk | Driver & Nix Court Reporters, 2930 E Camelback Road, Suite 175, Phoenix, AZ 85016 | |
| 01/24/17 (PROPOSED) | Mike Skvorzov | 3770 Howard Hughes Pkwy #300, Las Vegas, NV 89169 | |
| 01/25/17 (PROPOSED) | Kevin Wolff | Agren Blando Court Reporting and Video at 216 16th St., Ste. 600, Denver CO 80202 | |
| 01/25/17 (PROPOSED) | Matt Pijnappels | Litigation Services at 3770 Howard Hughes Pkwy #300, Las Vegas, NV 89169 | |
| 1/25/17 (PROPOSED) | Tony Cranford | Agren Blando Court Reporting & Video, 216 16th Street, Suite 600, Denver, CO 80202 | |
| 01/25/17 9pm EST 1/26/17 10am Manila (SET) | Manesh Mirchandani | (streaming) Manila, Philippines | RAR |

# SHUFFLE TECH INTERNATIONAL, ET AL. V. SCIENTIFIC GAMES CORP., ET AL.

## CIVIL ACTION NO: 1:15-CV-03702 (N.D. ILL.)

### SCHEDULE OF DEPOSITIONS

| DATE | DEPONENT | DETAILS | N&V Atty |
|------|----------|---------|----------|
| 01/26/17 (PROPOSED) | Douglas McDaniel | Seattle Deposition Reporters at 600 University St., #320, Seattle, WA 98101 | |
| 01/26/17 (PROPOSED) | Bryan Hansen | Agren Blando Court Reporting & Video, 216 16th Street, Suite 600, Denver, CO 80202 | |
| 01/27/17 (PROPOSED) | Scott Hampton | Citicourt at 236 S 300 E., Salt Lake City, UT 84111 | |
| 01/27/17 (PROPOSED) | Paul Olamandro | Agren Blando Court Reporting & Video, 216 16th Street, Suite 600, Denver, CO 80202 | |
| 01/30 – 2/1/17 (PROPOSED) | Mike Kuhn | Storey & Miller/9 a.m. 505 W. Riverside Ave., #500, Spokane, WA 99201 | |
| 01/30 – 2/1/17 (PROPOSED) | Lucas Kuhn | Storey & Miller/9 a.m. 505 W. Riverside Ave., #500, Spokane, WA 99201 | |
| 01/30 – 2/1/17 (PROPOSED) | Tyler Kuhn | Storey & Miller/9 a.m. 505 W. Riverside Ave., #500, Spokane, WA 99201 | |
| 01/30 – 2/1/17 (PROPOSED) | DigiDeal 30(b)(6) | Storey & Miller/9 a.m. 505 W. Riverside Ave., #500, Spokane, WA 99201 | |
| February (PROPOSED) | Robert Saucier | Litigation Services at 3770 Howard Hughes Pkwy #300, Las Vegas, NV 89169 | |
| February 8-9 (PROPOSED) | Colin Helsen | (streaming) Australia | RAR |