# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SHUFFLE TECH INTERNATIONAL, LLC, et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:15-cv-03702 |
| v. | ) |
| | ) The Honorable Matthew F. Kennelly |
| SCIENTIFIC GAMES CORPORATION, et al., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF MAI MCNULTY**

I, Mai McNulty, declare as follows:

1. I am over the age of 21 an am competent to testify with respect to the matters set forth in this declaration, and I have personal knowledge of the facts stated in this declaration.

2. I am a Senior Project Manager at Scientific Games Corporation ("the company" or "Scientific Games").

3. I became an employee of Shuffle Master in March of 2004, when I was hired as an IT PMO Manager. I remained at Shuffle Master after it was acquired by Bally, and later, Scientific Games.

4. I have reviewed Plaintiffs' requests for production 154 and 156.

5. In July 2014, in connection with Bally's acquisition of SHFL, the company began recording transactional data for all utility products using Bally's ERP software, an IBM MAPICS database. Current transactional data is housed in the MAPICS database and maintained by the Scientific Games Enterprise Applications Department. Lease data by

serial number by month for the July 2014 to December 2016 time period is provided in SGC0001094350. Sales data by serial number for the July 2014 to December 2016 time period is provided in SGC0001094351. Available manufacturing cost information is provided.

6. Before the Bally acquisition, SHFL used different ERP software to record transactional data for its utility products. Data from the October 31, 2010 to June 30, 2014 time period was stored in a Microsoft Great Plains database. Data from the 2000 to October 31, 2010 time period is stored in a separate archival version of the Great Plains database.

7. The October 31, 2010 to June 30, 2014 data is still accessible, but no business unit at the company makes regular use of it, and no one at the company is responsible for maintaining the database as an application. The company's Information Technology department is responsible for maintaining the database as an application.

8. I was assigned to report the data requested by Plaintiffs in requests for production 154 and 156 for the time period that is available in the Microsoft Great Plains database. We provided that data in the spreadsheets labeled as SGC0001092868 (installs/sales) and SGC0001092869 (recurring revenue (lease) information). We updated those reports with new spreadsheets provided as SGC0001094370 (installs/sales/costs) and SGC0001094371 (leases). The new spreadsheets reflect corrections that I made after reviewing my work to make sure the spreadsheet included data for the entire available time period and working with a consultant to locate available cost data.

9. We could not identify any employees at Scientific Games who know how to report manufacturing cost data for information in either version of the Great Plains database. We engaged Integrated Business Group to help us report manufacturing cost data. With

their assistance, we provided the data in SGC0001094370, which is the available cost data that we have. In many instances available cost data that is reported is the standard product cost at the time an invoice was generated, as opposed to the actual cost for building a specific shuffler, which in most cases was never separately calculated as far as we have been able to determine.

10. In 2011, SHFL completed an ERP reimplementation project and significantly redesigned its business processes.

11. Utility products transactional data from the period prior to October 1, 2010 was stored in an archival version of a Microsoft Great Plains database. Great Plains is a highly customizable system, and SHFL changed the way many fields were used to record data. That archived data was recorded using different fields and coding protocols than the data that is available in the 2011 to 2014 version of the Great Plains database.

12. We provided available information for the archival Great Plains database in SGC0001094370 (installs/sales/costs) and SGC0001094371 (leases), after resolving the challenges I describe below.

13. After the ERP reimplementation process, and until January 24, 2017, as far I have been able to determine, no current employee at Scientific Games was able to access the archived version of the Great Plains database to determine what information was in it. As far as I have been able to determine, no one at the company had the ability to grant access to the archived version of the Great Plains database, and no one at the company had access to that database.

14. Scientific Games' IT Department made several attempts to gain access to the archived Great Plains database and to provide me with access to review the data in the database,

3

but they were unsuccessful. The IT Department engaged Microsoft Technical Premium Support, and eventually Microsoft was able to provide access to the archived Great Plains database.

15. At this time, Scientific Games has produced all available data in the archival database that we believe is responsive to Plaintiffs' requests. The archival database contains at least some sales data dating to 2000, as requested by Plaintiffs. However, it appears the database may have been used inconsistently in the 2000 to 2003 time period, and the data may not be complete for that time period. No one at the company is aware of any other source for sales data from the 2000 to 2003 time period. The archival database contains recurring revenue (lease) data dating only to August 2003, and the data appears to be spotty through 2004. No one at the company has been able to identify any potential source for recurring revenue from the 2000 to 2003 time period. The company has interviewed personnel with potential knowledge of accounting practices before 2003, but has not been able to identify any potential storage location for additional pre-2003 data.

16. No Scientific Games employee knows the procedures under which the requested shuffler transactional data was recorded before 2011, and for the last several years, no one even had access to the archival database as far as we have been able to determine. No one at the company has been able to locate any written documentation about what coding protocols were used for recording the requested data in 2010 and before. Because SHFL was a smaller company with less-formalized practices in 2010, the company does not believe that any documented protocols exist.

17. Because there is no written protocol, I manually reviewed the various fields in the archival database, compared the data recorded within those fields to the data in the 2011

4

to 2014 database which are easier to interpret, and attempted to identify which fields correspond to each other. For example, I was familiar with a field called "high level" in the 2011 to 2014 database that was used to indicate the shuffler that was being sold or leased. After reviewing the fields in the archived database, I determined that a field called "level one" appeared to contain similar data. After reaching that conclusion, I manually compared data between the two databases to solidify my conclusion that the field was being used in a similar way. The process has been slow, because I must take sample sets for every field and do careful comparisons before I can be confident about what any particular field represents.

18. No internal Scientific Games employee has been able to locate or report manufacturing cost data for shufflers in the 2000 to 2011 time period. After determining that there was no way for Scientific Games to provide manufacturing cost data for this time period, the company engaged an outside consulting firm, Integrated Business Group, to attempt to locate and provide this data within both Great Plains databases. Integrated Business Group helped us to report manufacturing cost data. With their assistance, we provided the data in SGC0001094370, which is the available cost data that we have. In many instances available cost data that is reported is the standard product cost at the time an invoice was generated, as opposed to the actual cost for building a specific shuffler, which in most cases was never separately calculated as far as we have been able to determine.

19. The size of the archival Great Plains database makes large-scale manual review impossible. The following metrics give a sense of the size of the database:

Number of Tables with Data: 21,217
Rows of Data: 644,963

Number of Stored Procedures: 279,703
Size of Database: 162 GB

20. The data that Scientific Games maintains in connection with its warranties and service contracts is not organized in a way that helps Scientific Games respond to Plaintiffs' requests for production 154 and 156. For shufflers that currently have active warranties or service contracts, it is likely possible to generate a report that shows the date on which the shuffler was installed. Such a report would not contain the other information Plaintiffs request, such as sales price. Moreover, Scientific Games does not necessarily maintain that record when a shuffler is removed from a casino, replaced, or goes out of warranty. Running a report on all shufflers that were installed in 2000 or later – based on current warranty and service contract information – would not produce a complete data set, and would be error-prone, since the report would omit all of the shufflers that have been removed or replaced, or are out of the warranty period, or are not under a service contract.

21. The following employees and departments have been involved in efforts to locate the data requested. The company requested that each person involved in this effort report the number of hours spent working on responding to plaintiffs' requests for production 154 and 156, and I estimate that Scientific Games employees have spent at least 230 hours attempting to create the spreadsheets requested by Plaintiffs

1. Mai McNulty – Senior Project Manager
2. Magesh Krishnan – Senior Director Software Development
3. Mahesh Goplan - Senior Principal Business Solutions Specialist II
4. Melanie Kirkwood – Senior Director in IT (Enterprise Applications)
5. Glenn Kelling – Director Corporate Systems
6. Reddy Sagubadi – Director Applications Development
7. Zumreta Maslesa – Senior Systems Engineer
8. Sidickk Anees – Consultant, IT Business Solutions (DBA Services Team)
9. William Ebhomielen – Consultant, IT Business Solutions (DBA Services Team)

10. Rod Hampton – Executive Director, Global Infrastructure
11. Christine Taylor – Chief Financial Officer – Gaming
12. Jorge Pena – Director IT Service Management
13. Guru Hanumanthappa – Senior Manager Information Technology
14. Jamison LeBaron – Finance Manager
15. John Rutstein – Senior Financial Analyst

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of January, 2017 at Las Vegas, Nevada.

Mai McNulty

7