**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shuffle Tech International, LLC, et al., | |
| Plaintiffs, | Civil Action No. 1:15-cv-3702 |
| v. | Honorable Matthew F. Kennelly |
| Scientific Games Corporation, et al., | |
| Defendants. | |

## <u>DEFENDANTS' TWELFTH DEFENSE TO PLAINTIFFS' AMENDED COMPLAINT</u>

Pursuant to the Court's March 16, 2017 Order (Dkt. 129), Defendants, Scientific Games Corporation ("Scientific Games"), Bally Technologies, Inc. ("Bally Technologies"), and Bally Gaming, Inc. ("Bally Gaming") (collectively, "Defendants"), by and through their undersigned counsel, hereby submit their Twelfth Defense of Issue Preclusion/Collateral Estoppel in response to the Amended Complaint of Shuffle Tech International, LLC, Aces Up Gaming, Inc. and Poydras-Talrick Holdings, LLC (collectively, "Plaintiffs") (Dkt. 50), in supplement to their Answer to Plaintiffs' First Amended Complaint and Affirmative Defenses (Dkt. 60).

## <u>TWELFTH DEFENSE</u>
### (Issue Preclusion / Collateral Estoppel)

Plaintiffs' claims are barred, in whole or in part, by the doctrine of issue preclusion or collateral estoppel. Plaintiffs are precluded from asserting that Defendants' patent infringement claims in the case captioned *SHFL Entertainment, Inc. v. DigiDeal Corporation*, 2:12-cv-1782 (D. Nev.) were objectively baseless and/or constituted sham litigation because the court in that action found that (1) the case against DigiDeal was not exceptional under 35 U.S.C. § 285, (2) SHFL's claims had "substantive strength," and (3) SHFL used "reasonable litigation methods." (*See* 7/6/2016 Amended Report and Recommendation & Order, 2:12-cv-1782, Dkt. 165, *accepted and*

*adopted in full by* Dkt. 168.) The *SHFL Entertainment, Inc. v. DigiDeal Corporation* case ended with a final judgment on the merits and these rulings are not appealable. Plaintiffs were each in privity with DigiDeal for purposes of the application of issue preclusion and therefore are bound by the court's rulings, which prevent Plaintiffs from showing that the DigiDeal litigation was objectively baseless and/or sham litigation.

### RESERVATION OF RIGHTS TO ASSERT ADDITIONAL DEFENSES

Defendants have not knowingly or intentionally waived any applicable defenses, and they expressly reserve the right to assert and rely on other applicable defenses as may become available or apparent.

### PRAYER FOR RELIEF

Wherefore, Defendants seek judgment awarding it the following relief:

a) Dismissing Plaintiffs' Amended Complaint with prejudice and denying Plaintiffs any relief whatsoever;

b) Awarding Defendants the costs of defending this action, including reasonable attorneys' fees, costs, and disbursements; and

c) Granting Defendants such further relief as the Court may deem just, proper and equitable.

Dated:  March 23, 2017

By: *Craig C. Martin*

One of the Attorneys for Defendants

Craig C. Martin
David Jimenez-Ekman
Timothy J. Barron
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: 312.222.9350
Fax: 312.527.0484
cmartin@jenner.com
djimenez-ekman@jenner.com
tbarron@jenner.com
*Attorney for Defendants Scientific
Games Corporation, Bally Technologies,
Inc., and Bally Gaming, Inc.*

3

## CERTIFICATE OF SERVICE

I certify that on March 23, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

Dated:  March 23, 2017                                    By:  *Craig C. Martin*