**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shuffle Tech International, LLC, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>Scientific Games Corporation, et al.,<br><br>        Defendants. | Civil Action No. 1:15-cv-3702<br><br>Honorable Matthew F. Kennelly |

**APPENDIX
TO DEFENDANTS' RULE 56.1 STATEMENT
OF UNDISPUTED MATERIAL FACTS**

| TABLE OF CONTENTS | |
|---|---|
| **Description** | **Tab** |
| | |
| **Declarations:** | |
| **Case No. 02-cv-3633 (D. Minn.)** | |
| 12/20/02 Ernst Blaha Declaration in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Case No. 02-cv-3633 (D. Minn.)) (SGC0000011299-307) | 19 |
| 4/22/03 Ernst Blaha Declaration in Support of Defendants' Motion to Dismiss First Amended Complaint (Case No. 02-cv-3633 (D. Minn.)) (SGC0000708507-11) | 20 |
| | |
| **Case No. 03-cv-00244 (D. Nev.)** | |
| 10/22/03 Declaration of Steven Gola in Opposition to Motion for Preliminary Injunction (Case No. 03-cv-00244 (D. Nev.)) | 27 |
| 10/22/03 Declaration of Joel Greenberg in Opposition to Motion for Preliminary Injunction (Case No. 03-cv-00244 (D. Nev.)) | 26 |
| 10/21/03 Lawrence Luciano Declaration in Opposition to Motion for Preliminary Injunction (Case No. 03-cv-00244 (D. Nev.)) | 17 |
| 12/18/03 Declaration of Halvard Solberg in Support of Motion for Reconsideration of the Order Granting a Preliminary Injunction (Case No. 03-cv-00244 (D. Nev.)) | 25 |

1

| Description | Tab |
|---|---|
| **Declarations:** | |
| **Case No. 15-cv-3702** | |
| 3/22/17 Declaration of Feraidoon Bourbour | 80 |
| 3/23/17 Declaration of Jennifer Farrar | 82 |
| 3/20/17 Declaration of Troy Nelson | 81 |
| 3/20/17 Declaration of Paul Scheper | 78 |
| 3/20/17 Declaration of James Stasson | 79 |
| 3/20/17 Declaration of Ronald Swanson | 77 |

| Description | Tab |
|---|---|
| **Depositions:** | |
| 11/15/16  Eric Abbott  Deposition Excerpts | 44 |
| 3/5/03 John Breeding Deposition Excerpts (Case No. 02-cv-438 (D. Nev.)) | 1 |
| 1/17/17 Matthew Dickson Deposition Excerpts | 75 |
| 11/8/16 Jennifer Farrar Deposition Excerpts | 6 |
| 10/13/16 Steven Gola Deposition Excerpts | 7 |
| 11/10/16 Atilla Grauzer Deposition Excerpts | 9 |
| 12/2/16 Marie Kerr Deposition Excerpts | 53 |
| 12/1/16 Michael Kerr Deposition Excerpts | 54 |
| 2/1/17 Tyler Kuhn Deposition Excerpts | 41 |
| 9/30/16 Mark Litman Deposition Excerpts | 10 |
| 1/20/17 Lawrence Luciano Deposition Excerpts | 15 |
| 8/10/06 Lawrence Luciano Deposition (Case No. 05-cv-1017 (W.D. Wash.)) Excerpts | 16 |
| 1/13/17 Paul Scheper Deposition Excerpts | 14 |
| 9/14/16 Richard Schultz Deposition Excerpts | 51 |
| 10/28/16 Richard Schultz Deposition Excerpts | 42 |
| 10/11/16 Howard Shin Deposition Excerpts | 45 |
| 2/4-5/04 Halvard Solberg Deposition (Case No. 3-cv-244 (D. Nev.)) Excerpts | 11 |
| 10/18/16 Halvard Solberg Deposition Excerpts | 8 |
| 10/26/16 Hirohide Toyama Deposition Excerpts | 86 |

| Pleadings: | |
|---|---|
| **Description** | **Tab** |
| **Case No. 03-cv-00244 D. Nev.** | |
| 5/6/03 Complaint (Case No. 03-cv-00244 D. Nev.)) | 21 |
| 8/25/03 Answer and Counterclaim (Case No. 03-cv-00244 (D. Nev.)) | 22 |
| 12/8/03 Order Granting Preliminary Injunction (Case No. 03-cv-00244 (D. Nev.)) | 23 |
| 12/22/03 CARD, LLC's and CARD Austria's Motion for Reconsideration of the Order Granting a Preliminary Injunction (Case No. 03-cv-00244 (D. Nev.)) | 24 |
| 2/13/04 CARD LLC's and Card-Austria's Motion for Leave to Amend Their Pleadings to Add Allegations of Inequitable Conduct (Case No. 03-cv-00244 (D. Nev.)) | 28 |
| 6/1/04 Stipulation and Order of Dismissal (Case No. 03-cv-00244 (D. Nev.)) | 29 |
| | |
| **Case No. 12-cv-01782 (D. Nev.)** | |
| 8/12/13 SHFL's Response and Objections to DigiDeal's First Set of Interrogatories (Nos. 1-7) (Case No. 12-cv-01782 (D. Nev.)) (SGC0000560745-56) | 43 |
| 10/10/12 Complaint (Case No. 12-cv-01782 (D. Nev.)) | 48 |
| 10/31/13 Transcript of Markman Hearing (Case No. 12-cv-01782 (D. Nev.) | 60 |
| 9/9/14 Substitution of Counsel of Record (Case No. 12-cv-01782 (D. Nev.)) | 55 |
| 9/9/14 Substitution of Counsel of Record (Case No. 12-cv-01782 (D. Nev.)) | 56 |
| 1/21/14 DigiDeal's Motion to Stay Litigation (Case No. 12-cv-01782 (D. Nev.)) | 63 |
| 1/21/14 SHFL's Opposition to Stay (Case No. 12-cv-01782 (D. Nev.)) | 64 |
| 4/17/14 Stipulation and Order to Stay (Case No. 12-cv-01782 (D. Nev.)) | 65 |
| 1/8/16 DigiDeal's Motion for Summary Judgment and Motion to Vacate Injunctive Relief (Case No. 12-cv-01782 (D. Nev.)) | 66 |
| 3/30/16 Order Granting Summary Judgment and Vacating Injunctive Relief (Case No. 12-cv-01782 (D. Nev.)) | 67 |
| 4/13/16 DigiDeal Motion for Attorneys' Fees (Case No. 12-cv-01782 (D. Nev.)) | 70 |
| 6/29/16 Report and Recommendation & Order (Case No. 12-cv-1782 (D. Nev.)) | 71 |
| 6/29/16 Amended Report and Recommendation & Order (Case No. 12-cv-01782 (D. Nev.)) | 72 |
| 9/19/16 Order Denying DigiDeal's Motion for Attorneys' Fees (Case No. 12-cv-1782 (D. Nev.)) | 73 |

3

| Pleadings: | |
|---|---|
| **Description** | **Tab** |
| **Case No. 14-cv-00277 (E.D. Wash.)** | |
| 8/19/14 Complaint (Case No. 14-cv-00277 (E.D. Wash.)) | 57 |
| 10/14/16  Settlement Agreement, Assignment of Claim, and Mutual General Release by and between Shuffle Tech International, LLC, Richard Schultz, Poydras-Talrick Holdings LLC, DigiDeal Corporation, and Michael Kuhn (Case No. 14-cv-00277 (E.D. Wash.)) | 59 |
| | |
| **Case No. 15-cv-3702** | |
| 12/29/16 Defendants' Responses and Objections to Plaintiff's Fifth Set of Interrogatories (Nos. 20-24) | 5 |
| 3/8/17 Plaintiffs' Third Supplemental Responses and Objections to Defendants' First Set of Interrogatories (Nos. 1-17) (Case No. 15-cv-3702 (N.D. Ill.)) | 76 |
| | |
| **Case No. 16-2705 (Fed. Cir.)** | |
| Docket Sheet (Case No. 16-2705 (Fed. Cir.)) | 83 |
| 9/28/16 SHFL's Notice of Appeal (Case No. 16-2705 (Fed. Cir.)) | 68 |
| 11/28/16 SHFL's Opening Brief (Case No. 16-2705 (Fed. Cir.)) | 69 |
| | |
| **Patents:** | |
| U.S. Patent No. 6,139,014 | 37 |
| U.S. Patent No. 6,361,044 | 85 |
| U.S. Patent No. 6,651,982 | 35 |
| U.S. Patent No. 7,073,791 | 33 |
| U.S. Patent No. 7,059,602 | 34 |
| U.S. Patent No. 7,413,191 | 32 |
| U.S. Patent No. 7,523,935 | 38 |
| | |
| **File Histories:** | |
| Excerpt of File History for U.S. Patent No. 6,651,982 (Information Disclosure Statement by Applicant) | 36 |
| Excerpts of File History for U.S. Patent No. 7,523,935 (Information Disclosure Statement by Applicant) | 39 |
| | |
| **Reexamination Files:** | |
| Excerpts of Reexamination File for U.S. Patent No. 6,651,982 | 61 |
| Request for *Ex Parte* Reexamination Transmittal Form | A |
| Request for *Ex Parte* Reexamination Under 35 U.S.C. §§ 302-307 | B |
| Office Action in *Ex Parte* Reexamination | C |
| Response to Office Action | D |

| Reexamination Files: | |
|---|---|
| **Description** | **Tab** |
| Office Action in *Ex Parte* Reexamination | E |
| Notice of Intent to Issue *Ex Parte* Reexamination Certificate | F |
| Notification of Concurrent Proceedings | G |
| Excerpts of Reexamination File for U.S. Patent No. 7,523,935 | 62 |
| Request for *Ex Parte* Reexamination Transmittal Form | A |
| Request for *Ex Parte* Reexamination Under 35 U.S.C. §§ 302-307 | B |
| Office Action in *Ex Parte* Reexamination | C |
| Office Action in *Ex Parte* Reexamination | D |
| Response to Non-Final Office Action | E |
| Notification of Concurrent Proceedings | F |
| *Ex Parte* Reexamination Communication Transmittal Form | G |
| | |
| **Documents:** | |
| Casino Concepts Brochure (SGC0000013245) | 13 |
| 10/13/94 R. Luciano Letter to B. Purcell (PLA00113426-31) | 18 |
| 1997 World Gaming Expo — Report on Shuffler Competition (SGC0000447527) | 12 |
| Excerpts of World Gaming Congress & Expo '97 Show Guide | 84 |
| 5/13/04 Purchase Agreement By and Between Casino Austria Aktiengesellschaft and CAI Casinoinvest Middle East GMBH and Shuffle Master Management-Service GMBH and Shuffle Master GMBH (SGC0000539699-755) | 30 |
| 10/5/12 Email Communication from R. Schultz to M. Kuhn (PLA00142391) | 50 |
| 10/19/12 Email Communication from R. Schultz to M. Dickson (PLA00124628) | 49 |
| 10/30/12 Email Communication from R. Newman to K. Anderson (SGC0000557220) | 46 |
| 11/15/12 Email Communication from K. Anderson to M. Frazier (SGC0000557357) | 47 |
| Excerpts of SHFL Entertainment Inc., Form 10-K (Annual Report), filed 12/21/12 | 31 |
| 6/7/13 Email Communication from M. Kerr to R. Schultz (PLA00133727-29) | 52 |
| 7/22/13 First Amendment to Patent and Technology License and Sublicense Agreement between ShuffleTech, Poydras-Talrick, and DigiDeal (PLA00010544) | 3 |
| 9/10/13 Manufacturer, Distributor and Reseller Agreement Between Aces Up Gaming and DigiDeal (PLA00000683) | 4 |
| 10/16/13 Email Communication from M. Kuhn to M. Kerr (PLA00142416) | 58 |

| Documents: | |
|---|---|
| **Description** | **Tab** |
| 9/22/16 Halvard Solberg Compensation Agreement (PX182) | 40 |
| 10/6/16 Steven Gola Compensation Agreement (PX/Gola Ex. 100) | 74 |
| Selection of SHFL's Automatic Card Shufflers Over Time | Figure 1 |
| Relationship between Plaintiffs and DigiDeal | Figure 2 |