# EXHIBIT 10

Litman, Mark A.                                    September 30, 2016

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHUFFLE TECH INTERNATIONAL, LLC,   )
an Illinois limited liability      )
company                            )
                                   )
   and                             )
                                   )
ACES UP GAMING, INC., a Colorado   )
corporation                        )
                                   )
   and                             )
                                   )
POYDRAS-TALRICK HOLDINGS, LLC,     )
a Delaware limited liability       )
company,                           )
               Plaintiffs,         )Civil Action No.
                                   )1:15-cv-3702
   v.                              )
                                   )
SCIENTIFIC GAMES CORPORATION, a    )
Delaware corporation               )
                                   )
   and                             )
                                   )
BALLY TECHNOLOGIES, INC., d/b/a    )
SHFL entertainment or Shuffle      )
Master, a Nevada corporation       )
                                   )
   and                             )
                                   )
BALLY GAMING, INC., d/b/a Bally    )
Gaming and Systems, a Nevada       )
corporation,                       )
               Defendants.         )
_____)

VIDEOTAPED DEPOSITION OF MARK A. LITMAN

LAS VEGAS, NEVADA

FRIDAY, SEPTEMBER 30, 2016

REPORTED BY: HOLLY LARSEN, CCR NO. 680, CA CSR 12170
JOB NO.:  342802

Litman, Mark A. September 30, 2016

2

VIDEOTAPED DEPOSITION OF MARK A. LITMAN, taken at 3770 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, on Friday, September 30, 2016, at 8:00 a.m., before Holly Larsen, Certified Court Reporter, in and for the State of Nevada.

APPEARANCES:

For the Plaintiffs Shuffle Tech International, LLC; Aces Up Gaming, Inc.; and Poydras-Talrick Holdings, LLC:

      NIXON & VANDERHYE, P.C.
      BY:  JOSEPH S. PRESTA, ESQ.
      901 North Glebe Road
      11th Floor
      Arlington, Virginia 22203
      703.816.4042
      jsp@nixonvan.com

For the Defendants Scientific Games Corporation; Bally Technologies, Inc., d/b/a SHFL entertainment or Shuffle Master; and Bally Gaming, Inc., d/b/a Bally Gaming and Systems:

      JENNER & BLOCK, LLP
      BY:  DAVID JIMENEZ-EKMAN, ESQ.
      BY:  TIMOTHY J. BARRON, ESQ.
      353 North Clark Street
      Chicago, Illinois 60654
      312.222.9350
      tbarron@jenner.com

Litman, Mark A.                                September 30, 2016

3

APPEARANCES (Continued):

Also Present:

    RICK SCHULTZ
    TODD THOMPSON

    TERRELL HOLLOWAY, Videographer

Litman, Mark A.                                    September 30, 2016

53

you were there as a patent lawyer on behalf of Shuffle Master?

MR. JIMENEZ-EKMAN: Object to the form. Calls for speculation.

THE WITNESS: I was asked to be there by Shuffle Master, without specific capacity.

BY MR. PRESTA:

Q. Do you remember in the CARD litigation at some point CARD accused Shuffle Master of committing inequitable conduct during the prosecution of patents being asserted against Shuffle Master?

**A. I don't recall that.**

Q. Do you recall that an issue came up in CARD relating to what people at Shuffle Master might have seen at the 1997 World Gaming Expo?

**A. I don't recall.**

Q. Do you know if you attended the 1997 Gaming Expo?

**A. Absolutely positive I did not.**

Q. Okay. Do you go to those? Have you ever attended one of the expos?

**A. When you say Gaming Expo, are you talking about G2E?**

Q. I think that's what they call it today.

**A. Yes, I do attend those now.**

Litman, Mark A.                                          September 30, 2016

83

answer that, on the grounds of privilege and work product.

THE WITNESS: On advice of counsel, I will not answer that question.

BY MR. PRESTA:

Q. Can I get you to take another look at Exhibit 100, please.

Do you recall seeing any videos of what I'll refer to as a Roblejo prototype?

MR. JIMENEZ-EKMAN: I'll object to the form. Lacks time frame.

BY MR. PRESTA:

Q. At the moment --

A. I do not recall having seen a video of the Roblejo prototype.

Q. You do not recall?

A. I do not recall it.

Q. Do you recall seeing a video of what might be referred to as a Luciano prototype?

MR. JIMENEZ-EKMAN: Object to the form. Foundation.

THE WITNESS: I do not recall ever having seen a video of what is referred to as Luciano prototype.

///

Litman, Mark A.                                    September 30, 2016

86

MR. JIMENEZ-EKMAN:  Object to the form.

THE WITNESS:  During that time frame?

BY MR. PRESTA:

Q.   Yes.

**A.    I have no specific recollection.**

Q.   Okay.  Do you have any other recollection, not during that specific time frame, of a preliminary injunction being issued against CARD?

MR. JIMENEZ-EKMAN:  Excluding anything we told you or showed you.

THE WITNESS:  No.

BY MR. PRESTA:

Q.   So then it's your testimony that you did not watch the video prepared by Mr. Morrill relating to the Roblejo prototype; right?

MR. JIMENEZ-EKMAN:  Object to the form. Mischaracterizes prior testimony.

Go ahead.

THE WITNESS:  I have no recollection of ever having seen a video prepared by Mr. Morrill.

BY MR. PRESTA:

Q.   Okay.  Does that mean you didn't see it or you just have no recollection whether you did or did not see it?

MR. JIMENEZ-EKMAN:  Objection.  Asked and

Litman, Mark A.                                    September 30, 2016

87

answered.  Badgering the witness.

THE WITNESS:  I have no recollection.

BY MR. PRESTA:

Q.  Is it also fair to say then that you have no recollection of reading a declaration -- a written declaration prepared by Mr. Morrill?

MR. JIMENEZ-EKMAN:  Object to the form.

THE WITNESS:  When?

BY MR. PRESTA:

Q.  Back during the time period of 2002 and 2003, when you were involved with the CARD litigation.

**A.  I have no recollection of ever having read a transcript or declaration by Mr. Morrill.**

Q.  Do you have any recollection of reading a declaration by a Mr. Gola in that same time period?

**A.  I have no such recollection.**

Q.  Now, you said you have some recollection of reading a -- strike that.

You mentioned you had some recollection of something to do with Mr. Solberg; right?

**A.  Yes.**

Q.  What do you recall about that?

**A.  I remember the name.  I remember seeing a document with his name on it.**

Litman, Mark A.                                   September 30, 2016

230

CERTIFICATE OF REPORTER

STATE OF NEVADA    )
                   )SS
COUNTY OF CLARK    )

I, Holly Larsen, a duly commissioned and licensed Court Reporter, Clark County, State of Nevada, do hereby certify:  That I reported the taking of the deposition of the witness, Mark A. Litman, commencing on Friday, September 30, 2016, at 8:00 a.m.

That prior to being examined, the witness was, by me, duly sworn to testify to the truth.  That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true, and accurate transcription of said shorthand notes.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of an attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS HEREOF, I have hereunto set my hand, in my office, in the County of Clark, State of Nevada, this 5th day of October, 2016.

_____
HOLLY LARSEN, CCR NO. 680