# EXHIBIT 14

CONTAINS HIGHLY CONFIDENTIAL PORTION

Scheper, Paul                                    January 13, 2017

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHUFFLE TECH INTERNATIONAL, LLC, an        )
Illinois limited liability company         )
                                           )
     and                                   )
                                           )
ACES UP GAMING, INC., a Colorado           )
corporation,                               )
                                           )
     and                                   )
                                           )
POYDRAS-TALRICK HOLDINGS LLC, a            )
Delaware limited liability company         )
                                           )
              Plaintiffs                   ) Civil Action No.
     v.                                    ) 1:15-cv-3702
                                           )
SCIENTIFIC GAMES CORPORATION,              )
a Delaware corporation                     )
                                           )
     and                                   )
                                           )
BALLY TECHNOLOGIES, INC., d/b/a            )
SHFL Entertainment or Shuffle              )
Master, a Nevada    corporation            )
                                           )
     and                                   )
                                           )
BALLY GAMING, INC., d/b/a Bally            )
Gaming and Systems, a Nevada               )
Corporation                                )
                                           )  HIGHLY CONFIDENTIAL
              Defendants                   )  PORTION INCLUDED


            The video deposition of PAUL SCHEPER, called

by the Defendant Scientific Games Corporation for examination,

taken before Cynthia J. Conforti, CSR, RPR, CRR, at Jenner &

Block LLP, 353 North Clark Street, Chicago, Illinois, commencing

at the hour of 9:30 a.m. on the 13th day of January, A.D., 2017.

Henderson Legal Services, Inc.

202-220-4158                     www.hendersonlegalservices.com

CONTAINS HIGHLY CONFIDENTIAL PORTION

Scheper, Paul                                    January 13, 2017

9

that you reviewed?

A.      Yes.

Q.      Okay.  Let me show you another document which was previously marked as Plaintiff's Exhibit 199.  It starts with a cover letter between two lawyers, but attached to that is a document entitled '97 World Gaming Expo Report on Shuffler Competition, and attached to it is a brochure including a photo -- photographic copy of a business card.  And let me ask you if the report attached to the cover letter is the other report that you reviewed in preparation for this deposition?

A.      **Other than the first page the rest is what I had seen.**

Q.      Okay.  Did you prepare either one of those reports on competition?

A.      **No.**

Q.      Were you ever given an assignment to attend a trade show to prepare a report on competition?

MS. MENEAU:  Objection to form.

THE WITNESS:  I -- could you repeat the question, please.

CONTAINS HIGHLY CONFIDENTIAL PORTION

Scheper, Paul                                                                January 13, 2017

110

STATE OF ILLINOIS    )

                     ) SS:

COUNTY OF C O O K     )


     I, Cynthia J. Conforti, a notary public

within and for the County of Cook and State of

Illinois, do hereby certify that heretofore,

to-wit, on the 13th day of January, 2017,

personally appeared before me at Jenner &

Block, 353 North Clark Street, Chicago,

Illinois, PAUL SCHEPER, in a cause now

pending and undetermined in the United States

District Court, Northern District of Illinois,

wherein Shuffle Tech International LLC, et al.,

are the Plaintiffs, and Scientific Games

Corporation, et al., are the Defendants.

     I further certify that the said witness

was first duly sworn to testify the truth, the

whole truth and nothing but the truth in the

cause aforesaid; that the testimony then given

by said witness was reported stenographically

by me in the presence of the said witness, and

afterwards reduced to typewriting by

Computer-Aided Transcription, and the foregoing

CONTAINS HIGHLY CONFIDENTIAL PORTION

Scheper, Paul                                          January 13, 2017

111

is a true and correct transcript of the testimony so given by said witness as aforesaid.

I further certify that the signature to the foregoing deposition was not waived by counsel for the respective parties.

I further certify that I am not counsel for nor in any way related to the parties to this suit, nor am I in any way interested in the outcome thereof.

IN TESTIMONY WHEREOF:   I have hereunto set my hand and affixed my notarial seal this 17th day of January, 2017.

Cynthia J. Conforti, CSR, CRR

CSR License No. 084-003064