# EXHIBIT 18

PX109.77



**Luciano Packaging Technologies, Inc.**

29 County Line Road
Somerville, New Jersey 08876
Tel 908.722.3222
FAX 908.722.5005

Packaging Line Integration
Package Engineering
Robotics/Special Machinery
Industrial Design

October 13, 1994

Mr. Bob Purcell
Progressive Games Inc.
5370 NW 35th Terrace
Bldg. B, Suite 111
Fort Lauderdale, FL 33309

Dear Bob:

This is a followup to our telephone conversation on October 10, 1994. Enclosed, please find the following:

1. A video showing the Automatic Card Shuffler (ACS)

2. A written description of the features of the ACS.

3. The first sheet of the Greenberg Patent #4,659,082.

4. Some special plastic laminated playing cards.

5. A brochure describing Luciano Packaging Technologies, Inc. (LPT).

The patent is the one that IGT purchased the rights to. It covers our design pretty well if you read the claims. Also, it has already been successfully defended against the Nicollette patent.

As I stated, IGT has expressed a willingness to give us the rights to the machine for "standalone" or "in casino" progressive gaming applications.

Please look over this material and let me know if there is any further interest on your part in the ACS. If you would like a demonstration of the actual unit, please let me know. It will take 2 - 3 days to get it ready.



           

PLA00113426

PX109N.1

PX109.78

Luciano Packaging Technologies, Inc.                                                         Page 2

I look forward to your reply.

Regards,

*Bob*

Robert A. Luciano, P.E.
President

RAL/an

Enclosures

cc:     D. White

go1013rl.wp

         

PLA00113427

PX109N.2

Luciano Packaging Technologies, Inc.                    Page 1 of 3

## SOME MAJOR FEATURES OF THE ACS SYSTEM

o  The ACS unit "fits" in an ordinary Blackjack table.
   Except for some specific items such as a Progressive
   Sign, Coin Deposits, the Card Infeed Bin, and the
   external Dealing Shoe, it would be difficult on the
   surface, to tell the difference between this table and an
   ordinary "21" table.

o  As it is presently designed, the game played is analogous
   to normal "21".  The dealer deals each player and him
   (her) self two cards in the normal "21" fashion.  All
   cards except one of the dealer's cards are face up.  Bets
   are placed before dealing and, if desired, each player
   can place a coin in his (her) individual progressive coin
   deposit.  The        dealer deals from the "shoe" wherein
   cards are automatically delivered, one at a time, as they
   are dealt.  At the conclusion of the hand the dealer
   collects all cards and places them into the Infeed Bin.
   From the Infeed Bin the cards are automatically recycled
   back into the ACS unit.

o  Each card contains its own, "license plate" bar code that
   uniquely identifies it in its deck.  Each card's bar code
   is individually read and verified as it enters the ACS
   unit and it is automatically placed into its own, unique
   storage address within the unit.  In similar fashion,
   each card that is dealt from the ACS unit is verified and
   its absence is stored in the system's memory through the
   use of a resident microprocessor.  The system always
   knows what cards are "in" or "out" of the system.  In its
   present embodiment the ACS is programmed not to enable
   the deal of the next hand until the previous hand is fed
   back and verified into the system and the microprocessor
   verifies that all cards are reconciled and present in the
   ACS storage system.

   The present design of the system can hold up to six full
   decks of cards.  One of the notable features of the ACS
   is that, since all cards in the six decks must be
   accounted for in the system before a hand can be dealt,
   card counting becomes impossible.

   As a variation of this, the unit could be reprogrammed to
   allow the "instant" dealing of the next hand,
   simultaneously to the feeding of the previous hand.

PLA00113428

PX109N.3

PX109.80

Luciano Packaging Technologies, Inc.                    Page 2 of 3
**Some Major Features of the ACS System**

o   Some other prominent features of the ACS unit are:

- Cards are presented to the dealing shoe by the ACS unit, singly, in a truly random sequence according to a microprocessor controlled random number generator analogous to the action of a slot machine wheel.

- The speed of the deal is 120 cards/minute (2 cards/second) if the dealer can deal that fast. This enhances table play potentials.

- The average speed of the infeed of the "used" card hand is also 2 cards/sec. This means that in its present embodiment, for a normal "21" hand of 25 cards, the shuffling time required would only be 12 1/2 seconds before the system would be ready for the next hand. This is barely enough time for bets to be placed; hence, the ACS unit operation would not impact on the time available for table play.

- The time consuming process of the dealer reloading the shoe and shuffling six decks of cards each time the shoe is half used up, is totally eliminated. This feature alone significantly increases the available playing time of the table.

- The "odds" on every hand are exactly the same, analogous to a slot machine. They do not change from hand to hand because the contents of a shoe is never gradually used up as in a normal, manually shuffled "21" game. Again, this format could be revised, if desired, by simple program changes.

- The system utilizes specially designed laminated plastic cards thus eliminating the need for frequently changing cards. One set of cards will definitely last one full day and, probably, more. More testing is required in this area. Again, this is a feature that significantly enhances table play capacity.

- Another feature of the plastic playing cards is that the cards were custom designed to "feel" like normal cards.

- Because the entire system is microprocessor controlled it can be used either as a "standalone" unit or, a plurality of units can be linked together in a casino wide network to enable the Progressive Game utilization.

- The working action of the ACS unit involves an intriguing mechanical motion pattern that is "fun" to watch as it is "shuffling". As a variation to being hidden inside the table it could be reconfigured to be



PLA00113429
PX109N.4

PX109.81

Luciano Packaging Technologies, Inc.                Page 3 of 3
Some Major Features of the ACS System

- The ACS unit is specifically designed for long life
  and simplified maintenance. All mechanical motions
  are designed for long life, are basically rotary in
  design to minimize wear. It is completely modular in
  design and all subassemblies can be replaced, simply,
  with no tools required. Uptime in the casino will be
  maximized.

- The ACS is a highly flexible system that offers many
  more possibilities than its current embodiment which
  was intended expressly for multi-property-linked
  progressive games. For instance, it could be used for
  "21" gaming based on single, double, or other amount
  of card decks. Its use is not restricted to a "21" or
  Blackjack format. Any card game could be dealt from
  the unit with no changes in hardware. Only software
  programming changes are required. For instance, it
  could be used in a two deck situation wherein one deck
  is being dealt from and the other is simultaneously
  being "shuffled", analogous to the Caribbean Stud
  Shufflemaster format.

ACSRALDW.wpf



PLA00113430

PX109N.5

PX109.82

# United States Patent [19]

## Greenberg

| | |
|---|---|
| [11] Patent Number: | 4,659,082 |
| [45] Date of Patent: | Apr. 21, 1987 |

[54] **MONTE VERDE PLAYING CARD DISPENSER**

[75] Inventor: Joel S. Greenberg, Princeton, N.J.

[73] Assignee: Harold Lorber, Dresher, Pa.

[21] Appl. No.: 417,384

[22] Filed: Sep. 13, 1982

[51] Int. Cl.⁴ ............................................. A63F 1/12
[52] U.S. Cl. ........................................... 273/149 R
[58] Field of Search ................... 273/148 R, 149 R

*Primary Examiner*—Leo P. Picard

*Attorney, Agent, or Firm*—Lerner, David, Littenberg, Krumholz & Mentlik

[57] **ABSTRACT**

A Monte Verde card dispenser of shoe is provided that simulates a card shoe containing a playing card deck or near infinite length. The card dispenser includes a rotary carousel containing a plurality of card carrying compartments around the periphery thereof. The cards area injected with the carousel from the input hopper and ejected from the carousel into an output hopper for use by the dealer.

13 Claims, 11 Drawing Figures



          

PLA00113431

PX109N.6