# EXHIBIT 21





ORIGINAL

Robert E. Lyle (Nevada Bar No. 1677)
Marvin W. Murphy (Nevada Bar No. 518)
LYLE & MURPHY LLP
201 West Liberty Street, Suite 200
Reno, Nevada 89501
Telephone: (775) 348-5000
Facsimile: (775) 348-7370

Robert B. Morrill (Nevada Bar No. 2078)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street
San Francisco, California 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 397-4621

*Attorneys for Plaintiff*

FILED
03 MAY -6 PM 2:40
LANCE S. WILSON
CLERK
BY
DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CARD, LLC, a Nevada company,

Plaintiff,

v.

SHUFFLE MASTER, INC., a Minnesota corporation,

Defendant.

CV-N-03-0244-ECR-RAM

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

## NATURE OF THIS ACTION

1.      CARD, LLC brings this civil action under the patent laws of the United States, 35 U.S.C. §§ 1–376, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201–2202, to obtain a declaratory judgment that the following patents are neither valid nor infringed:

   a.      U.S. Patent No. 6,149,154

   b.      U.S. Patent No. 6,267,248

## PARTIES

2.      Plaintiff, CARD, LLC, is a Nevada company.

3.      Defendant, Shuffle Master, Inc. ("Shuffle Master"), is a Minnesota corporation with its principal place of business in Nevada. Shuffle Master develops, manufactures, and markets automatic card shuffling equipment.

## JURISDICTION AND VENUE

4.      This action arises under the patent laws of the United States, 35 U.S.C. §§ 1–376, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201–2202. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), and 2201(a).

5.      This Court has personal jurisdiction because Shuffle Master has continuous and systematic contacts with Nevada.

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)–(c) because Shuffle Master is a corporation subject to the personal jurisdiction of this Court.

## BACKGROUND

7.      CARD, LLC has an exclusive license to distribute within the United States a new card shuffler, the one2six shuffler.

8. Shuffle Master purports to be the sole owner of the following two United States patents ("the Shuffle Master Patents"), copies of which are attached:

a. No. 6,149,154, issued November 21, 2000, titled "Device and Method for Forming Hands of Randomly Arranged Cards"

b. No. 6,267,248, issued July 31, 2001, titled "Collating and Sorting Apparatus"

9. CARD, LLC would like to sell the one2six shuffler within Nevada. To that end, CARD, LLC is inquiring about obtaining a license from the State of Nevada to sell the one2six shuffler within Nevada.

10. On September 13, 2002, Shuffle Master filed a civil action in the U.S. District Court for the District of Minnesota alleging that the one2six shuffler infringes the Shuffle Master Patents. Shuffle Master named the following defendants:

a. Casinos Austria Research and Development (d/b/a CARD), an Austrian corporation, which manufactures the one2six shuffler and owns CARD, LLC

b. Casinos Austria AG, an Austrian corporation, which wholly owns CARD but is not otherwise involved in the manufacture or sale of the one2six shuffler

c. Casinos Austria Forschungs und Entwicklungs GmbH, which is another name for CARD

d. John Huxley Casino Equipment, Ltd., an English corporation, which previously was licensed to distribute the one2six shuffler within the United States

e. John Huxley USA, Inc., a Nevada corporation, which would have been involved in the distribution of the one2six shuffler within the United States had such distribution taken place

11. On December 23, 2002, the defendants in the Minnesota action filed a motion to dismiss for lack of personal jurisdiction. On April 11, 2003, Shuffle Master filed a First Amended Complaint. On April 24, 2003, the defendants in the Minnesota action filed a second motion to dismiss for lack of personal jurisdiction. On May 5, 2003, Shuffle Master voluntarily dismissed its case without prejudice.

12. CARD, LLC has a reasonable apprehension that it will be sued by Shuffle Master as part of a new action filed in another court.

13. A declaratory judgment is necessary and appropriate at this time so that CARD, LLC may ascertain its rights and duties with respect to the importation, manufacture, use, offer for sale, and/or sale of the one2six shuffler.

**COUNT ONE**

**Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,149,154**

14. CARD, LLC repeats and incorporates by reference all of the allegations set forth in paragraphs 1–13.

15. Contrary to Shuffle Master's assertions, CARD, LLC will not infringe any claim of U.S. Patent No. 6,149,154, and will neither induce nor contribute to such infringement, by importing, making, using, offering to sell, and/or selling the one2six shuffler.

**COUNT TWO**

**Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,267,248**

16. CARD, LLC repeats and incorporates by reference all of the allegations set forth in paragraphs 1–13.

17. Contrary to Shuffle Master's assertions, CARD, LLC will not infringe any claim of U.S. Patent No. 6,267,248, and will neither induce nor contribute to such infringement, by importing, making, using, offering to sell, and/or selling the one2six shuffler.

**COUNT THREE**

**Declaratory Judgment of Invalidity of U.S. Patent No. 6,149,154**

18. CARD, LLC repeats and incorporates by reference all of the allegations set forth in paragraphs 1–13.

19. Each and every claim of U.S. Patent No. 6,149,154 is invalid for failure to comply with the conditions for patentability set forth in the the patent laws, including, but not limited to, 35 U.S.C. §§ 101–103 and 112.

**COUNT FOUR**

**Declaratory Judgment of Invalidity of U.S. Patent No. 6,267,248**

20. CARD, LLC repeats and incorporates by reference all of the allegations set forth in paragraphs 1–13.

21. Each and every claim of U.S. Patent No. 6,267,248 is invalid for failure to comply with the conditions for patentability set forth in the the patent laws, including, but not limited to, 35 U.S.C. §§ 101–103 and 112.

**PRAYER FOR RELIEF**

WHEREFORE, CARD, LLC prays for relief as follows:

A. For a judgment declaring that CARD, LLC is not and will not be infringing any claim of U.S. Patent No. 6,149,154.

B. For a judgment declaring that CARD, LLC is not and will not be infringing any claim of U.S. Patent No. 6,267,248.

C. For a judgment declaring that each and every claim of U.S. Patent No. 6,149,154 is invalid.

D. For a judgment declaring that each and every claim of U.S. Patent No. 6,267,248 is invalid.

E. For a judgment declaring that this case is exceptional and awarding CARD, LLC its expenses, costs, and attorneys' fees under 35 U.S.C. § 285.

F. For such other and further relief as the Court deems just and proper.

Case 3:03-cv-00244-ECR-RAM Document 2-2 633287 Filed 05/06/03 Page 7 of 47

Dated: May 6, 2003

LYLE & MURPHY LLP

By: [signature]

Robert E. Lyle
Marvin W. Murphy

Robert B. Morrill
SIDLEY AUSTIN BROWN & WOOD LLP

*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

CARD, LLC demands a trial by jury of all isues so triable in this action.

Dated: May 6, 2003

LYLE & MURPHY LLP

By: [signature]

Robert E. Lyle
Marvin W. Murphy

Robert B. Morrill
SIDLEY AUSTIN BROWN & WOOD LLP

*Attorneys for Plaintiff*

SF1 1368125v5



US006267248B1

(12) **United States Patent**
**Johnson et al.**

(10) **Patent No.: US 6,267,248 B1**
(45) **Date of Patent: Jul. 31, 2001**

(54) **COLLATING AND SORTING APPARATUS**

(76) Inventors: **Rodney George Johnson**, 13 Grenaside Court, Robina, Queensland 4226; **Mark William Piacun**, 141 Alison Rd., Carrara, Queensland 4211, both of (AU)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/380,943**

(22) PCT Filed: **Mar. 13, 1998**

(86) PCT No.: **PCT/AU98/00157**

§ 371 Date: **Sep. 13, 1999**

§ 102(e) Date: **Sep. 13, 1999**

(87) PCT Pub. No.: **WO98/40136**

PCT Pub. Date: **Sep. 17, 1998**

(30) **Foreign Application Priority Data**

Mar. 13, 1997 (AU) .................................... P05640

(51) **Int. Cl.**[7] .................................... **B07C 5/00**

(52) **U.S. Cl.** .................... **209/547**; 209/509; 209/546; 273/149 R; 273/149 P; 463/22; 463/16

(58) **Field of Search** .................... 209/534, 535, 209/552, 553, 554, 559, 560, 564, 569, 706; 273/149 R, 149 P

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,001,220 5/1935 Smith .
2,016,030 10/1935 Woodruff et al. .
2,778,644 1/1957 Stephenson .
2,950,005 8/1960 MacDonald .
3,595,388 * 7/1971 Castaldi .......................... 209/111.8
3,897,954 8/1975 Erickson et al. .
4,388,994 * 6/1983 Suda et al. .......................... 209/564
4,497,488 2/1985 Plevyak et al. .
4,515,367 5/1985 Howard .
4,586,712 * 5/1986 Lorber et al. .................... 273/149 R
4,659,082 * 4/1987 Greenberg ...................... 273/149 R
4,667,959 5/1987 Pfeiffer et al. .
4,759,448 7/1988 Kawabata .
4,876,000 10/1989 Mikhail .
5,121,921 6/1992 Friedman et al. .
5,356,145 10/1994 Verschoor .
5,431,399 7/1995 Kelley .
5,989,122 11/1999 Roblejo .

* cited by examiner

*Primary Examiner*—Donald P. Walsh
*Assistant Examiner*—Mark J. Beauchaine
(74) *Attorney, Agent, or Firm*—Mark A. Litman & Associates, P.A.

(57) **ABSTRACT**

A collation and/or sorting apparatus for groups of articles is exemplified by a sorting and/or shuffling device for playing cards. The apparatus comprises a sensor (**15**) to identify articles for collation and/or sorting, feeding means to feed cards from a stack (**11**) past the sensor (**15**) to a delivery means (**14**) adapted to deliver cards individually to a preselected one of a storing means (**24**) in an indexable magazine (**20**). A microprocessor (**16**) coupled to the feed means (**14**), delivery means (**18**), sensor (**15**) and magazine (**20**) determines according to a preprogrammed routine whether cards identified by sensor (**15**) are collated in the magazine (**20**) as an ordered deck of cards or a randomly ordered or "shuffled" deck.

**44 Claims, 2 Drawing Sheets**



Case: 1:15-cv-03702 Document #: 134-22 Filed: 03/24/17 Page 12 of 48 PageID #:2740
Case 3:03-cv-00244-ECR-RAM Document 2-2 633287 Filed 05/06/03 Page 11 of 47

*Fig. 1*

*Fig. 2*

## COLLATING AND SORTING APPARATUS

### FIELD OF THE INVENTION

This invention relates to collation and/or sorting of groups of articles.

In particular, this invention relates to shuffling and sorting apparatus for providing randomly collated groups of articles and/or collated groups of articles according to a predetermined order.

This invention can be utilised to collate and sort groups of articles which have distinguishing characteristics which can be machine identified. However it has particular relevance to shuffling and sorting playing cards and reference will be made hereinafter to such application by way of illustration of the invention.

### BACKGROUND OF THE INVENTION

In the gaming industry many packs of cards are utilised and it is necessary to shuffle one or more decks of cards for game use and/or after each game to sort the cards into one or more packs for re-use either in a specific order or at least into a pack of cards which is complete. At present this is achieved manually.

### SUMMARY OF THE INVENTION

This invention aims to provide a collation and/or sorting apparatus which will operate efficiently and accurately.

With the foregoing in view, this invention in one aspect resides broadly in collation and/or sorting apparatus including:

sensor means to identify articles for collation and/or sorting;

feed means for feeding said articles sequentially past the sensor means;

storing means in which articles may be collated in groups in a desired order;

selectively programmable computer means coupled to said sensor means and to said storing means to assemble in said storing means groups of articles in a desired order;

delivery means for selectively delivering the individual articles into the storing means, and

collector means for collecting collated groups of articles.

The sensor means may include means to identify the presence of an article.

Suitably the sensor means includes means to identify one or more physical attributes of an article.

Preferably the sensor means includes means to identify indicia on a surface of an article.

The desired order may be a specific order of a set of articles, such as a deck of cards to be sorted into its original pack order, or it may be a random order into which a complete set of articles is delivered from a plurality of sets of randomly arranged articles For example the desired order may be a complete pack of playing cards sorted from holding means which holds a plurality of randomly oriented cards forming a plurality of packs of cards. This may be achieved by identifying the individual cards by optical readers, scanners or any other means and then under control of a computer means such as a micro-processor, placing an identified card into a specific collector means to ensure delivery of complete decks of cards in the desired order. The random number generator is used to place individual cards into random positions to ensure random delivery of one to eight or more decks of cards. In one aspect the apparatus is adapted to provide one or more shuffled packs of cards, such as eight packs for the game of baccarat.

The storing means may have individual storing spaces for each respective article to be provided as the collated and/or sorted stack of articles. In such arrangement the delivery means delivers identified articles to the respective storing spaces. This may be achieved by arranging the delivery means with travel means movable along a plurality of axes such as laterally to a column of individual storing spaces and vertically along the column.

Preferably however the storing means is arranged as one or more rotatable storage magazines and the delivery means includes a delivery carriage movable to a respective magazine and drive means for rotating the magazine to operatively align a respective storing space with the delivery carriage.

The collector means may be arranged to receive articles from the storing means as a collated group of articles. For example the storing means may simultaneously release all the articles therein into the collector means which may be a confining chute in which the articles settle as a group. Preferably however the collector means operates after a complete set of articles has been collated in the storing means and sequentially feeds the sorted articles into one or more discrete groups.

The sensor means may be any suitable means for identifying a physical characteristic of the articles to be sorted or it may comprise sensor means for detecting and/or interpreting electromagnetic signals reflected and/or transmitted by an article.

One form of the invention is provided as a sorting apparatus for providing a pack of playing cards arranged in original deck order and includes:

sensor means able to identify the suit and value of individual cards;

feed means for feeding the said cards sequentially past the sensor means;

storing means having individual storing spaces for each respective card of a deck of cards;

selectively programmable computer means coupled to said sensor means and said storing means to assemble in said storing means individual cards comprising a complete deck or respective decks of cards;

delivery means for delivering the identified cards or collated decks thereof to pre-selected individual storing spaces, and

collector means for collecting one or more decks of cards.

Another form of the invention comprises a card shuffling device to randomly shuffle one or more decks of cards.

Preferably the storing means is arranged as one or more rotatable magazines and the delivery means includes a delivery carriage which receives identified cards from the feed means and is movable along a horizontal drive path in front of a plurality of magazines arranged co-axially and with their common axis parallel to the drive path and which are rotatable together or independently by the computer means to operatively align a respective storing space with the delivery carriage.

The respective storing spaces may include retention means adapted to captively hold a delivered card therein.

The retention means may comprise a vacuum clamping means but preferably the magazine is formed as a quadrant having a lower shroud which prevents dislodgement of the cards from the storing spaces when in an inverted position.

Case: 1:15-cv-03702 Document #: 134-22 Filed: 03/24/17 Page 15 of 48 PageID #:2743

After collation of one or more decks, the magazine or each magazine may be rotated to sequentially engage retained cards with conveying means which conveys collated decks of cards which sequentially come into engagement therewith to a collector means.

BRIEF DESCRIPTION OF THE DRAWINGS

In order that this invention may be more readily understood and put into practical effect, reference will be made to accompanying drawings which illustrate schematically one embodiment of playing card sorting and or shuffling apparatus, wherein:

FIG. **1** is a plan view of the apparatus, and

FIG. **2** is a typical sectional view of the apparatus.

DETAILED DESCRIPTION OF THE DRAWINGS

The collating apparatus **10** for providing sorted and/or shuffled decks of playing cards from a stack of cards **11** includes holding means **12** for holding the cards in a vertical column **13** above card feed means **14** which feeds the lowermost card of the stack past the sensor **15** which is coupled to a microprocessor **16** to record either the presence of a card and/or the identity of a card by its suit and value. Microprocessor **16** is also coupled to drive motors **35, 36** of feed means **14**, respective drive means (not shown) for transverse movement of each carriage **18**, card transport drives **37** associated with carriages **18**, magazine drives **22** and drive **33** associated with unloading conveyors **31** for selective coordinated operation to collate packs of shuffled or sorted cards.

The feeding means **14** delivers each card past the sensor **15** to a selected one of a pair of delivery carriages **18**. Each delivery carriage **18** is movable along a common horizontal track **19**, transverse to the direction of movement of the cards from the feed means **14**, and disposed in front of a plurality of card magazines **20** arranged co-axially and with their common axis **21** parallel to the drive path **19**. In this embodiment there are two banks of four magazines **20** arranged in side by side relationship at opposite sides of the feeding means **14**.

Each bank of magazines **20** is driven by a motor **22** which is suitably a reversible stepper motor or by a motor drive and brake system to achieve selective incremental rotation of magazines **20** to align openings **23** of card storing spaces **24** with delivery carriages **18** to permit a card to be inserted into a respective storing space **24**.

A lower shroud **25** extends beneath the respective banks of magazines **20** to maintain the cards in their respective individual storing spaces **24** and an upper shroud **25***a* terminating in outlet port **27** prevents interference with what otherwise would be exposed storing spaces in the upper part of magazine **20**. Shroud **25** extends from the delivery carriages to an associated collecting tray **26** adapted to hold respective card packs.

As illustrated there are fifty-six individual storing spaces **24** arranged in an upper sector of the magazine and these radiate outwardly from the axis **21** and fill the space between the outlet port **27**, adjacent an unloading conveyor **31**, and the output of the delivery carriages **18**.

Thus the drive motor **22** may be actuated to position any one of the fifty-six individual storing spaces **24** in operative alignment with the output of delivery carriages **18** while maintaining the rearmost storing space **24** clear of the unloading conveyor **31**.

Individual motors **35** and **36** control the feeding of the cards from the column **13** and from the field of sensor **15** and further motors **37** on respective delivery carriages **18** control movement of the cards thereon into the storage spaces **24**. A further motor, not illustrated, controls the movement of each delivery carriage **18** and may be a motor driving a transverse screw shaft coupled to the carriages or a belt drive or other means of driving to control their transverse travel.

In a sorting mode, microprocessor or like programmable control means **16** operates to feed cards from the column **13** sequentially past the sensor **15** which identifies each individual card and commits it to memory with an identification such as a number which corresponds to the sequentially identified storage spaces **24** of a particular magazine **20**. More than one deck of cards can be identified and the program will select between these when sorting. Thus when the cards are next fed from the column **13** they will be recognised and fed to a corresponding storage space **24** in a respective magazine **20**.

Once a storage space **24** is filled the next card so identified will be fed to an allocated storage space **24** in the same magazine unless a card of identical suit and value previously has been identified in which case that card is allocated to a respective storage space **24** in one of the other magazines **20**. This process is repeated until all cards have been sorted and stored.

Thereafter, the magazines are rotated anticlockwise as shown towards the unloading conveyors **31** driven in unison by motor **33** until respective conveyors **31** are contacted by the first card in each magazine **20** which card thus will be discharged to the collector tray **26**. Unloading conveyors **31** are narrow belts aligned with slotted apertures **32** extending radially of the respective radial walls forming storing spaces **24**. The further cards in each magazine will then be sequentially discharged to the collector tray **26** to form packs of sorted cards.

If at the end of sorting any deck of cards is incomplete or over supplied a warning signal will be actuated in association with that deck to indicate the incomplete or oversupplied stack of cards. By actuating an LCD or LED display **28** this will indicate which card is missing or over supplied and will also then indicate any other deck which is incomplete or over supplied. The LCD or LED display **28** may, if required indicate the magazine location in which a card is undersupplied or oversupplied to form a complete deck.

It will be seen that the illustrated apparatus may have eight or more or less magazines arranged in groups of four or more or less with common actuation of the unloading conveyor and separate operation of the motors which control their pivotal position.

In a shuffling mode for a single pack of cards, sensor **15** may or may not be actuated to detect the suit and value of each card. If it is not required to determine the integrity of a pack of cards other than completeness by counting the number of cards, sensor **15** may be actuable to detect only the presence of a card as it passes from feeding means **14** to delivery carriage **18**.

As each card is passed beneath sensor **15** its presence is detected and microprocessor **16**, using a random number generator, randomly allocates that card to a predetermined one of the fifty six storage spaces **24** of magazine **20**. Microprocessor **16** then controls drive motors **36, 37** and **22** to effect delivery of the card into the randomly predetermined storage space **24**.

When the magazine is full and up to fifty six cards have been accounted for, magazine **20** is rotated anticlockwise to permit conveyor **31** to discharge a pack of randomly ordered or "shuffled" cards into collector tray **26**.

On the other hand, if a multiplicity of decks is to be shuffled for reuse in a game such as baccarat employing like decks of shuffled cards, it may be important to produce eight individually shuffled decks and/or to determine whether cards have been removed or added to the eight deck stack of cards retrieved from the playing table.

In this case sensor **15** would be operated to determine not only the presence of a card on feed means **14** but also the suit and value of each card to enable loading of the eight magazines each with a randomly ordered or shuffled deck of cards which is otherwise complete.

It will of course be realised that while the above has been given by way of illustrative example of this invention, all such and other modifications and variations hereto. as would be apparent to persons skilled in the art, are deemed to fall within the broad scope and ambit of this invention as is herein set forth.

For example a reject mechanism **8** may be associated with the sensor **15** to cause duplicate or oversupplied cards to be rejected before delivery by delivery means **18** to the magazine **20**. The reject mechanism **8** may comprise an electromechanical device or air blast means coupled to a microprocessor **16**.

The rotatable magazine **20** may be substituted by a vertically displaceable magazine or any other storage device having a plurality of storage spaces to receive individual cards. Similarly for other applications the holding means **12** and feeding means **14** may be replaced by a rotary turntable having a selectively actuable finger guide to remove articles from the turntable.

It readily will be apparent to a skilled addressee that the apparatus according to the invention will have an application in the collation and packaging of cards during their manufacture to ensure the integrity of each set of cards produced.

Equally, it readily will be apparent to a skilled addressee that the invention, with suitable modifications, will have wide application in fields where sets of articles are to be collated and bundled in a predetermined order or in a random order or otherwise where the grouping or collation of articles by number and/or order is essential.

Such applications may include collation of book pages in the correct order with a mixture of black and white and coloured pages from different printing presses; packaging of mixed sets of food items ie. breakfast cereal: dispensing and packaging of mixtures of pills for patients on a daily or weekly basis; sorting and packaging of eggs or fruit by size and/or colour; sorting and collation of mail by zip code; sorting and collation of bank cheques by payee, payer or bank; collation and sorting of bank notes by denomination, condition or integrity or even sorting and collation of doctors prescription forms to monitor information on patients, drug prescribed, pharmacy or prescribing doctor.

The present invention is able to collate and/or sort articles by physical attributes such as size, colour, shape, mass (eg. by load cell or the like) or surface indicia or any combination thereof.

What is claimed is:

1. An apparatus for arranging playing cards in a desired order, said apparatus including:

a housing;

a sensor to sense playing cards prior to arranging;

a feeder for feeding said playing cards sequentially past the sensor;

a storage assembly having a plurality of storage locations in which playing cards may be arranged in groups in a desired order, wherein the storage assembly is adapted for movement in at least two directions during shuffling;

a selectively programmable computer coupled to said sensor and to said storage assembly to assemble in said storage assembly groups of playing cards in a desired order;

a delivery mechanism for selectively delivering playing cards located in selected storage locations of the storage assembly; and

a collector for collecting arranged groups of playing cards.

2. The apparatus of claim 1 wherein the storage assembly comprises a carousel that rotates with respect to the delivery mechanism.

3. The apparatus of claim 1 wherein the storage assembly comprises at least eight adjacent magazines that move vertically with respect to the delivery mechanism.

4. The apparatus of claim 1 wherein the desired order is a random order of cards.

5. The apparatus of claim 1 wherein the desired order is a preselected order of cards.

6. The apparatus of claim 1 wherein the sensor senses only the presence of a card.

7. The apparatus of claim 1 wherein the sensor senses the value of the card.

8. The apparatus of claim 1 wherein the sensor is an optical reader.

9. The apparatus of claim 1 wherein the storage assembly is a vertical rack.

10. The apparatus of claim 1 wherein the storage assembly is a carousel.

11. The apparatus of claim 1, wherein the feeder is capable of withdrawing individual playing cards from the group of playing cards and feed individual playing cards sequentially past the sensor.

12. An apparatus as claimed in claim **1**, wherein the sensor includes means to identify the presence of a playing card.

13. An apparatus as claimed in claim **12** wherein the sensor is adapted to identify one or more physical attributes of a playing card.

14. An apparatus as claimed in claim **13** wherein the sensor is adapted to identify indicia on a playing card.

15. An apparatus as claimed in claim **14** wherein the sensor comprises a scanning device.

16. An apparatus as claimed in claim **10** wherein the sensor is adapted to detect electromagnetic signals reflected and/or transmitted by a playing card.

17. An apparatus as claimed in claim **1** wherein the feeder is adapted to withdraw individual playing cards from a group of playing cards and feed said individual playing cards sequentially past the sensor.

18. An apparatus as claimed in claim **12** wherein the feeder includes a conveyor.

19. An apparatus as claimed in claim **1** wherein the storage assembly comprises one or more storage magazines each having a plurality of storage spaces.

20. An apparatus as claimed in claim **19** wherein said one or more storage magazines each include a predetermined number of individual storage spaces corresponding to the number of playing cards in a pack.

21. An apparatus as claimed in claim **20** wherein individual storage spaces are selectively indexable with said delivery mechanism.

22. An apparatus as claimed in claim **21** wherein the storage assembly comprises spaced storage spaces displaceable along an upright axis relative to said delivery mechanism.

**23**. An apparatus as claimed in claim **21** wherein the storage assembly comprises circumferentially spaced storage spaces displaceable relative to said delivery mechanism.

**24**. An apparatus as claimed in claim **19** wherein said delivery assembly comprises a conveyor.

**25**. An apparatus as claimed in claim **24** wherein the delivery assembly is displaceable between adjacent storage magazines.

**26**. An apparatus as claimed in claim **25** including at least two delivery assemblies.

**27**. An apparatus as claimed in claim **19** wherein said collector is adapted to collect a collated group of playing cards.

**28**. An apparatus as claimed in claim **27** including respective collectors for each said storage magazine.

**29**. An apparatus as claimed in claim **28** wherein the collector includes a playing card extractor to assist in extraction of playing cards from respective individual storage spaces.

**30**. An apparatus as claimed in claim **1** wherein said programmable computing means includes data memory and data storage capacity to store data relating to each individual playing card sensed by the sensor.

**31**. An apparatus as claimed in claim **30** including a random number generator for randomly allocating playing cards to said storage assembly.

**32**. The apparatus of claim **1** wherein the storage assembly comprises a stack that moves vertically with respect to the delivery mechanism.

**33**. The apparatus of claim **32**, wherein the delivery mechanism travels along a linear horizontal line, wherein the collector comprises at least eight adjacent magazines that rotate about an axis substantially parallel to the linear horizontal line of the delivery mechanism.

**34**. The apparatus of claim **33**, wherein the feeder comprises a conveyor.

**35**. A method for sorting a pack of playing cards, said method comprising the steps of:

feeding individual cards past a sensor to determine suit and value of individual cards and transmitting sensor signal data to a computer;

computing sensor signal data for each respective card and allocating thereto a predetermined value corresponding to the order of a particular card in a sorted pack;

delivering sensed cards to a collator having an individual storage space allocated to a card of predetermined suit and value;

indexing said collator with a delivery mechanism to deliver each said sensed card to a respective storage space of said collator; and

sequentially removing said cards from said collator to form a sorted pack of playing cards.

**36**. A method as claimed in claim **35** wherein said pack of cards comprises one or more decks of cards.

**37**. A method of shuffling a pack of cards, said method comprising the steps of:

feeding cards by means of a card delivery mechanism individually past a sensor to determine the presence of each card and transmitting sensor signal data to a computer;

computing sensor signal data for each respective card and allocating thereto a value generated by a random number generator corresponding to a storage space in a collator;

delivering sensed cards to a collator having a plurality of storage spaces;

indexing said collator with a card delivery mechanism to deliver each said card to the corresponding storage space of said collator, wherein relative motion between the collator and card feeder is in at least two directions during shuffling; and

collecting cards from said collator to form a randomly ordered pack of playing cards.

**38**. A method as claimed in claim **37** wherein said pack comprises one or more decks of cards.

**39**. A method as claimed in claim **38** wherein said sensor is adapted to determine the suit and/or value of individual cards.

**40**. A card sorting device, comprising:

a housing:

an infeed receptacle for accepting cards to be fed;

a card moving mechanism for moving cards from the infeed receptacle to a storage device;

a storage device comprising a plurality of compartments for receiving cards to be sorted;

a mechanism for moving the storage device relative to the card moving mechanism to permit card placement in different compartments in the card storage device;

a card unloading device for removing cards from the compartments in the card storage device; and

a selectively programmable microprocessor for selecting a compartment in the card storage device to receive each card being moved and for changing a direction of movement of the storage device during shuffling.

**41**. The card sorting device of claim **40** further comprising a sensor for sensing cards prior to insertion into compartments in the storage device.

**42**. The card sorting device of claim **40** wherein the storage device is a stack of compartments.

**43**. The card storing device of claim **40** wherein the storage device is a carousel.

**44**. The card storage device of claim **40** wherein each compartment in the card storage device receives only a single card.

* * * * *

Case: 3:03-cv-00244-ECR-RAM Document #: 2-2 03/28/17 Filed 05/06/03 Page 1 of 47

US006149154A

# United States Patent [19]

**Grauzer et al.**

[11] **Patent Number: 6,149,154**

[45] **Date of Patent: Nov. 21, 2000**

[54] **DEVICE AND METHOD FOR FORMING HANDS OF RANDOMLY ARRANGED CARDS**

[75] Inventors: **Attila Grauzer**, Plymouth; **Feraidoon Bourbour**, Minneapolis; **James Philip Helgesen**, Eden Prairie; **Troy Nelson**, St. Michael; **Robert J. Rynda**; **Paul K. Scheper**, both of Eden Prairie; **James Bernard Stasson**, Chanhassen; **Ronald R. Swanson**, Delano, all of Minn.

[73] Assignee: **Shuffle Master Gaming**, Las Vegas, Nev.

[21] Appl. No.: **09/060,627**

[22] Filed: **Apr. 15, 1998**

[51] **Int. Cl.⁷** .................. **A63F 1/12**; A63F 1/14

[52] **U.S. Cl.** .................. **273/149 R**; 273/149 P

[58] **Field of Search** .................. 273/149 R, 149 P, 273/148 R

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 793,489 | 6/1905 | Williams | 273/148 A |
| 2,001,220 | 5/1935 | Smith et al. | 273/149 R |
| 2,001,918 | 5/1935 | Nevius | 273/148 A |
| 2,016,030 | 10/1935 | Woodruff et al. | 273/149 R |
| 2,043,343 | 6/1936 | Warner | 273/148 A |
| 2,778,644 | 1/1957 | Stephenson | 273/149 R |
| 2,937,739 | 5/1960 | Levy | 198/352 |
| 2,950,005 | 8/1960 | MacDonald | 273/148 A |
| 3,312,473 | 4/1967 | Friedman et al. | 273/149 R |
| 3,690,670 | 9/1972 | Cassady et al. | 273/149 P |
| 3,897,954 | 8/1975 | Erickson et al. | 273/149 R |
| 4,232,861 | 11/1980 | Maul | 271/287 |
| 4,361,393 | 11/1982 | Noto | 355/3 |
| 4,368,972 | 1/1983 | Naramore | 355/14 |
| 4,385,827 | 5/1983 | Naramore | 355/14 |
| 4,497,488 | 2/1985 | Plevyak et al. | 273/149 R |
| 4,513,969 | 4/1985 | Samsel, Jr. | 273/149 R |
| 4,515,367 | 5/1985 | Howard | 273/149 R |
| 4,566,782 | 1/1986 | Britt et al. | 355/14 |
| 4,586,712 | 5/1986 | Lorber et al. | 273/149 R |
| 4,659,082 | 4/1987 | Greenberg | 273/149 R |
| 4,741,524 | 5/1988 | Bromage | 271/208 |
| 4,750,743 | 6/1988 | Nicoletti | 273/148 A |
| 4,770,421 | 9/1988 | Hoffman | 273/149 R |
| 4,807,884 | 2/1989 | Breeding | 273/149 R |
| 4,832,342 | 5/1989 | Plevyak et al. | 273/149 R |
| 4,900,009 | 2/1990 | Kithara et al. | 271/296 |
| 4,969,648 | 11/1990 | Hollinger et al. | 273/149 R |
| 5,000,453 | 3/1991 | Stevens et al. | 273/149 R |
| 5,121,921 | 6/1992 | Friedman et al. | 273/149 P |
| 5,240,140 | 8/1993 | Huen | 273/149 R |
| 5,288,081 | 2/1994 | Breeding | 273/292 |
| 5,356,145 | 10/1994 | Verschoor | 273/149 R |
| 5,382,024 | 1/1995 | Blaha | 273/149 R |
| 5,390,910 | 2/1995 | Mandel et al. | 271/296 |
| 5,431,399 | 7/1995 | Kelley | 273/149 P |
| 5,437,462 | 8/1995 | Breeding | 273/292 |
| 5,584,483 | 12/1996 | Sines et al. | 273/149 R |
| 5,676,372 | 10/1997 | Sines et al. | 273/149 R |
| 5,683,085 | 11/1997 | Johnson et al. | 273/149 R |
| 5,690,324 | 11/1997 | Otomo et al. | 270/58.02 |

FOREIGN PATENT DOCUMENTS

9840136 9/1998 WIPO .

OTHER PUBLICATIONS

"Super Contract Bridge", Scarne's Encyclopedia of Games, Harper & Row, Publishers, p. 153, 1973.

*Primary Examiner*—Benjamin H. Layno
*Attorney, Agent, or Firm*—Mark A. Litman & Associates, P.A.

[57] **ABSTRACT**

The present invention provides an apparatus and method for moving playing cards from a first group of cards into plural hands of cards, wherein each of the hands contains a random arrangement of the same quantity of cards. The apparatus comprises a card receiver for receiving the first group of cards, a single stack of card-receiving compartments generally adjacent to the card receiver, the stack generally vertically movable, an elevator for moving the stack, a card-moving mechanism between the card receiver and the stack, and a microprocessor that controls the card-moving mechanism and the elevator so that an individual card is moved into an identified compartment. The number of compartments receiving cards and the number of cards moved to each compartment may be selected.

**39 Claims, 20 Drawing Sheets**



Case 3:03-cv-00244-ECR-RAM Document 2-2 Filed 05/06/03 Page 19 of 47

Fig. 1

Case 3:03-cv-00244-ECR-RAM Document 2-2 6338287 Filed 05/09/03 Page 20 of 47

Fig. 2

*Fig. 3*

20
26
62
66
60
64
30
70
78
28
68
62
32
150
152
58
56
142
144
36
54
52
50



Case 3:03-cv-00244-ECR-RAM Document 2-2 Filed 05/06/03 Page 22 of 47

Fig. 4

Case: 1:15-cv-03702 Document #: 134-22 Filed: 03/24/17 Page 24 of 48 PageID #:2752
Case 3:03-cv-00244-ECR-RAM Document 2-2 Filed 05/06/03 Page 23 of 47

Case 3:03-cv-00244-ECR-RAM Document 2-2 Filed 05/06/03 Page 24 of 47

Fig. 8

Case: 1:15-cv-03702 Document #: 134-22 Filed: 03/24/17 Page 26 of 48 PageID #:2754
Case 3:03-cv-00244-ECR-RAM Document 2-2633287 Filed 05/06/03 Page 25 of 47

Fig. 9

Fig. 10
28
90
102
100
98
96
94
92
82
110
112
108
107
114

Case 3:03-cv-00244-ECR-RAM Document 2-2633287 Filed 05/06/03 Page 27 of 47

Fig. 12

Fig. 13

Fig. 11

26
60
68
30
150
160
190
120
20
28
106
36

Fig. 14



Fig. 15



46
360
364
362
366
368
370
Fig. 16
380
382
384
360
362
364
370
366
368
390
392
Fig. 17
380
382
384
382
364
366
368
390
392
Fig. 18
VCC1
VCC2
402
404
394
306
398
382
400
362
368
Fig. 19

Case 3:03-cv-00244-ECR-RAM Document 2-2 Filed 03/06/03 Page 31 of 47

Fig. 20

200 234 240 242 262 260B 244 248 246 260A 238 236 230 232 CONTROL PANEL MPU 250 228

1 2 3 4 5 6 7 8 9

(UNLOADER HOME)
HOME TIME<HOMEJAM TIME
NO
YES
UNLOADER HOME?
(UHN MADE?)
NO
MOVE UNLOADER HOME
YES
ALARM LIGHT ON/OFF
DISPLAY "UNLOADER NOT HOME"
"UHS FAULT"
COS CLEAR
NO
YES
REVERSE POM
REVERSE SUM
COS CLEAR? &
CIS CLEAR?
NO
YES
STOP POM
STOP SUM
RACK EMPTY?
(REPS CLEAR)
NO
YES
UNLOAD RACK
HOME RACK
MOVE GATE UP

Fig. 21a

Case 3:03-cv-00244-ECR-RAM Document 2-2 Filed 05/06/03 Page 33 of 47

Fig. 21b



18/20
COLLATE
CARDS PRESENT IN IMPUT SHOE
NO
YES
SPEED UP ROLLERS ON
CALCULATE RANDOM POSITION
MOVE RACK TO RANDOM POSITION
PICK OFF MOTOR ON
RACK IN POSITION
NO
YES
PICK OFF MOTOR ON
CARD BLOCKS SENSOR? (COS BLOCKED?)
NO
YES
PICK OFF MOTOR OFF
ALL HANDS DELIVERED TO RACK?
NO
YES
SPEED UP MOTOR OFF

Fig. 22a

Fig. 22b
NO CARDS IN SHOE? (SCPS CLEAR?)
NO
ALARM LIGHT ON/OFF DISPLAY "TOO MANY CARDS" OR "PCPS FAULT"
YES
# CARDS SELECTED
# CARDS COS COUNTED?
NO
ALARM LIGHT ON/OFF DISPLAY "MISSING CARD" OR "MISCOUNT"
YES
PICK OFF MOTOR OFF
COS CLEAR
NO
YES
SPEED UP MOTOR OFF
MANUAL UNLOAD?
NO
YES
NO CARDS IN PLATFORM? (PCPS CLEAR?)
NO
YES
MOVE RACK HOME
LOCK GATE OPEN
PUSH STACK ONTO PLATFORM
(UNLOADR MOTOR (FORWARD))
START SWITCH PRESSED
NO
YES
MOVE TRACK HOME
LOCK GATE OPEN
NO CARDS IN PLATFORM? (PCPS CLEAR?)
NO
YES
RETURN UNLOADER TO HOME
(UNLOADER MOTOR (REVERSE))
UNLOCK GATE
MOVE RACK UP FOR LOADING
MOVE GATE UP WITH RACK
NO CARDS IN PLATFORM? (PCPS CLEAR)
NO
YES
PUSH FIRST STACK ONTO PLATFORM
(UNLOADER MOTOR (FORWARD))



CARDS IN PLATFORM?
(PCPS BLOCKED?)
NO
YES
RETURN UNLOADER TO HOME
(UNLOADER
MOTOR (REVERSE))
NO CARDS IN RACK?
(RCPS CLEAR?)
NO
YES
ALARM LIGHT ON/OFF
DISPLAY "UNLOAD ERROR"
"RCPS FAULT"
EXIT
BREAK

Fig. 22c

Case: 1:15-cv-03702 Document #: 134-22 Filed: 03/24/17 Page 38 of 48 PageID #:2766

## DEVICE AND METHOD FOR FORMING HANDS OF RANDOMLY ARRANGED CARDS

### BACKGROUND

1. Field

The present invention relates to devices for handling cards, including cards known as "playing cards." In particular, it relates to an electromechanical machine for organizing or arranging playing cards into a plurality of hands, wherein each hand is formed by a selected number of randomly arranged cards.

2. Related Art

Wagering games based on the outcome of randomly generated or selected symbols are well known. Such games are widely played in gambling establishments such as casinos and include card games wherein the symbols comprise familiar, common playing cards. Card games such as twenty-one or blackjack, poker and the like are excellent card games for use in casinos. Desirable attributes of casino card games are that they are exciting, that they can be learned and understood easily by players, and that they move or are played rapidly to their wager-resolving outcome.

From the perspective of players, the time the dealer must spend in shuffling diminishes the excitement of the game. From the perspective of casinos, shuffling time reduces the number of wagers placed and resolved in a given amount of time, thereby reducing revenue. Casinos would like to increase the amount of revenue generated by a game without changing games, particularly a popular game, and without increasing the minimum size of wagers. One approach to speeding play is directed specifically to the fact that playing time is decreased by shuffling and dealing. This approach has lead to the development of electromechanical or mechanical card shuffling devices. Such devices increase the speed of shuffling and dealing, thereby increasing playing time. Such devices also add to the excitement of a game by reducing the time the dealer or house has to spend in preparing to play the game.

U.S. Pat. Nos. 4,513,969 (Samsel, Jr.) and 4,515,367 (Howard) disclose automatic card shufflers. The Samsel, Jr. patent discloses a card shuffler having a housing with two wells for receiving stacks of cards. A first extractor selects, removes and intermixes the bottommost card from each stack and delivers the intermixed cards to a storage compartment. A second extractor sequentially removes the bottommost card from the storage compartment and delivers it to a typical shoe from which the dealer may take it for presentation to the players. The Howard patent discloses a card mixer for randomly interleaving cards including a carriage supported ejector for ejecting a group of cards (approximately two playing decks in number) which may then be removed manually from the shuffler or dropped automatically into a chute for delivery to a typical dealing shoe.

U.S. Pat. No. 4,586,712 (Lorber et al.) discloses an automatic shuffling apparatus designed to intermix multiple decks of cards under the programmed control of a computer. The Lorber et al. apparatus is a carousel-type shuffler having a container, a storage device for storing shuffled playing cards, a removing device and an inserting device for intermixing the playing cards in the container, a dealing shoe and supplying means for supplying the shuffled playing cards from the storage device to the dealing shoe.

U.S. Pat. No. 5,000,453 (Stevens et al.) discloses an apparatus for automatically shuffling cards. The Stevens et al. machine includes three contiguous magazines with an elevatable platform in the center magazine only. Unshuffled cards are placed in the center magazine and the spitting rollers at the top of the magazine spit the cards randomly to the left and right magazines in a simultaneous cutting and shuffling step. The cards are moved back into the center magazine by direct lateral movement of each shuffled stack, placing one stack on top of the other to stack all cards in a shuffled stack in the center magazine. The order of the cards in each stack does not change in moving from the right and left magazines into the center magazine.

U.S. Pat. No. 3,897,954 (Erickson et al.) discloses the concept of delivering cards one at a time, into one of a number vertically stacked card shuffling compartments. The Erickson patent also discloses using a logic circuit to determine the sequence for determining the delivery location of a card, and that a card shuffler can be used to deal stacks of shuffled cards to a player. U.S. Pat. No. 5,241,140 (Huen) discloses a card dispenser which dispenses or deals cards in four discrete directions onto a playing surface, and U.S. Pat. Nos. 793,489 (Williams), 2,001,918 (Nevius), 2,043,343 (Warner) and 3,312,473 (Friedman et al.) disclose various card holders some of which include recesses (e.g., Friedman et al.) to facilitate removal of cards. U.S. Pat. Nos. 2,950,005 (MacDonald) and 3,690,670 (Cassady et al.) disclose card sorting devices which require specially marked cards, clearly undesirable for gaming and casino play.

U.S. Pat. No. 4,770,421 (Hoffman) discloses a card shuffling device including a card loading station with a conveyor belt. The belt moves the lowermost card in a stack onto a distribution elevator whereby a stack of cards is accumulated on the distribution elevator. Adjacent to the elevator is a vertical stack of mixing pockets. A microprocessor preprogrammed with a finite number of distribution schedules sends a sequence of signals to the elevator corresponding to heights called out in the schedule. Each distribution schedule comprises a preselected distribution sequence which is fixed as opposed to random. Single cards are moved into the respective pocket at that height. The distribution schedule is either randomly selected or schedules are executed in sequence. When the microprocessor completes the execution of a single distribution cycle, the cards are removed a stack at a time and loaded into a second elevator. The second elevator delivers cards to an output reservoir. Thus, the Hoffman patent requires a two step shuffle, i.e., a program is required to select the order in which stacks are loaded and moved onto the second elevator and delivers a shuffled deck or decks. The Hoffman patent does not disclose randomly selecting a location within the vertical stack for delivering each card. Nor does the patent disclose a single stage process which randomly delivers hands of shuffled cards with a degree of randomness satisfactory to casinos and players. Further, there is no disclosure in the Hoffman patent about how to deliver a preselected number of cards to a preselected number of hands ready for use by players or participants in a game. Another card handling apparatus with an elevator is disclosed in U.S. Pat. No. 5,683,085 (Johnson et al.). U.S. Pat. No. 4,750,743 (Nicoletti) discloses a playing card dispenser including an inclined surface and a card pusher for urging cards down the inclined surface.

Other known card shuffling devices are disclosed in U.S. Pat. Nos. 2,778,644 (Stephenson), 4,497,488 (Plevyak et al.), 4,807,884 and 5,275,411 (both Breeding) and 5,695,189 (Breeding et al.). The Breeding patents disclose machines for automatically shuffling a single deck of cards including a deck receiving zone, a carriage section for separating a deck into two deck portions, a sloped mechanism positioned

between adjacent corners of the deck portions, and an apparatus for snapping the cards over the sloped mechanism to interleave the cards.

The Breeding single deck shufflers used in connection with LET IT RIDE(D Stud Poker are programmed to first shuffle a deck of cards, and then sequentially deliver hands of a preselected number for each player. LET IT RIDE® stud poker is the subject of U.S. Pat. Nos. 5,288,081 and 5,437,462 (Breeding), which are herein incorporated by reference. The Breeding single deck shuffler delivers three cards from the shuffled deck in sequence to a receiving rack. The dealer removes the first hand from the rack. Then, the next hand is automatically delivered. The dealer inputs the number of players, and the shuffler deals out that many hands plus a dealer hand.

The Breeding single deck shufflers are capable of shuffling a single deck and delivering seven player hands plus a dealer hand in approximately 60 seconds. The Breeding shuffler is a complex electromechanical device which requires tuning and adjustment during installation. The shufflers also require periodic adjustment.

The Breeding et al. patent is directed to a shuffling machine for shuffling multiple decks of cards with three magazines wherein unshuffled cards are cut then shuffled.

Although the devices disclosed in the preceding patents, particularly the Breeding machines, provide improvements in card shuffling devices, none discloses or suggests a device and method for providing a plurality of hands of cards, wherein the hands are ready for play and wherein each comprises a randomly selected arrangement of cards, without first randomly shuffling the entire deck. A device and method which provides a plurality of ready-to-play hands of a selected number of randomly arranged cards at a greater speed than known devices without shuffling the entire deck or decks would speed and facilitate the casino play of card games.

## SUMMARY

The present invention provides an electromechanical card handling apparatus and method for creating or generating a plurality of hands of cards from a group of unshuffled cards wherein each hand contains a predetermined number of randomly selected or arranged cards. The apparatus and, thus, the card handling method or process, is controlled by a programmable microprocessor and may be monitored by a plurality of sensors and limit switches.

While the card handling apparatus and method of the present invention is well suited for use in the gaming environment, particularly in casinos, the apparatus and method may find use in homes, card clubs, or for handling or sorting sheet material generally.

In one preferred embodiment, the present invention provides an apparatus for moving playing cards from a first group of unshuffled cards into shuffled hands of cards, wherein at least one of said hands contains a random arrangement or selection of a preselected number of cards. The apparatus comprises a card receiver for receiving the first group of cards, a generally vertical stack of horizontally disposed card-receiving compartments generally adjacent to the card receiver, the stack generally vertically movable, an elevator for raising and lowering the stack, a card-moving mechanism between the card receiver and the stack for moving cards, one at a time, from the card receiver to a selected compartment, and a microprocessor that controls the card-moving mechanism and the elevator so that each card in the group of unshuffled cards is placed randomly into one of the compartments. Sensors monitor and trigger operation of the apparatus, including the microprocessor, card moving mechanisms, and the elevator. The controlling microprocessor, including software, randomly selects or identifies which slot or compartment will receive each card in the group before card handling operations begin. For example, a card designated as card **1** may be directed to slot **5**, a card designated as card **2** may be directed to slot **7**, a card designated as card **3** may be directed to slot **3**, etc.

An advantage of the present invention is that it provides a programmable card handling machine with a display and appropriate inputs for adjusting the machine to any of a number of games wherein the inputs include a number of cards per hand selector, a number of hands delivered selector and a trouble-shooting input. Additionally, there may be an elevator speed adjustment and sensor to accommodate or monitor the position of the elevator as cards wear or become bowed or warped. These features also provide for interchangeability of the apparatus, meaning the same apparatus can be used for many different games and in different locations thereby reducing the number of back up machines or units required at a casino. The display may include a game mode or game selected display, and use a cycle rate and/or hand count monitor and display for determining or monitoring the usage of the machine.

Another advantage of the present invention is that it provides an electromechanical playing card handling apparatus for more rapidly generating multiple random hands of playing cards as compared to known devices. The preferred device completes a cycle in approximately 30 seconds, which is double the speed of the Breeding single deck shuffler disclosed in U.S. Pat. No. 4,807,884. Although some of the groups of playing cards (including player and dealer hands and discarded or unused cards) arranged by the apparatus in accordance with the method of the present invention may contain the same number of cards, the cards of any one group or hand are randomly selected and placed therein. Other advantages include a reduction of set up time, increased reliability, lower maintenance and repair costs, and a reduction or elimination of problems such as card counting, possible dealer manipulation and card tracking, thereby increasing the integrity of a game and enhancing casino security.

Yet another advantage of the card handling apparatus of the present invention is that it converts a single deck of unshuffled cards into a plurality of hands ready for use in playing a game. The hands are substantially completely random, i.e., the cards comprising each hand are randomly placed into that hand. To accomplish this, the preferred embodiment of the apparatus includes a number of vertically stacked, horizontally disposed card receiving compartments one above another into which cards are inserted, one at a time, until an entire group of cards is distributed. In the preferred embodiment, each compartment receiving cards is filled, regardless of the number of players participating in a particular game. For example, for a seven player game, seven player compartments, a dealer compartment and one compartment for cards not used in forming the random hands are filled. After the last card from the unshuffled group is delivered, the hands are ready to be removed from the compartments and put into play.

The preferred device of the present invention may include jammed card detection and recovery features, and may include recovery procedures operated and controlled by the microprocessor.

Generally, the operation of the card handling apparatus of the present invention will form a fixed number of hands of

cards corresponding to the maximum number of players at a table, plus a dealer hand, plus a discard pile. For a typical casino table having seven player stations, the device of the present invention would preferably have nine compartments, wherein each of seven components contains the same number of cards, except the compartments for the discard and/or possibly the dealer hands. Most preferably, the device is programmed to deliver hands until the dealer presses an input button. The dealer input tells the microprocessor that the last hand has been delivered, and then the remaining cards in the compartments will be unloaded into the output or discard component. The discard or unused card hand (i.e., the cards placed in the discard compartment or slot) may contain more cards and, thus, the discard compartment may be larger than the other compartments. In a preferred embodiment, the discard compartment is located in the middle of the generally vertically arranged stack of compartments.

Another advantage is that the apparatus of the present invention provides for the initial top feeding or loading of an unshuffled group of cards thereby facilitating use by the dealer. The same is true of the hand receiving portion of the machine wherein a dealer is able to conveniently remove a randomized hand from the upper portion of the machine.

An additional advantage of the card handling apparatus of the present invention is that it facilitates and significantly speeds the play of casino wagering games, particularly those games calling for a certain, fixed number if cards per hand (e.g., Caribbean Stud®, Let It Ride®, Pai Gow Poker, stud poker games and the like), making the games more exciting for players and more profitable for casinos. The device of the present invention is believed to deliver random hands at approximately twice the speed of known devices.

In use, the apparatus of the present invention is operated to process playing cards from an initial, unshuffled or used group of cards into a plurality of hands, each hand containing the same number of randomly arranged cards. The first step of this process is the dealer placing the initial group of cards into the card receiver of the apparatus. The apparatus is started and, under the control of the integral microprocessor, assigns each card in the initial group to a compartment, based on the selected number of hands, and a selected number of cards per hand. Each hand is contained in a separate compartment of the apparatus, and each is delivered, upon the dealer's demand or automatically, by the apparatus from that compartment to a hand receiver or platform for the dealer to distribute it to a player. The number of hands created by the apparatus with each cycle are preferably selected to correspond to the maximum number of players allotted to participate in a game plus the dealer, and the number or quantity of cards per hand is programmable according to the game being played.

Each time a new group of unshuffled cards, used cards or a new deck of cards is loaded into the card receiver and the apparatus is activated, the operation of the apparatus involving that group of cards, i.e., the forming of that group of cards into hands of random cards, comprises a new cycle. Each cycle is unique and is created by the microprocessor which is programmed to include random number generating capability. The software assigns a number to the each card and then randomly selects or correlates a compartment to each number. Under the control of the microprocessor, the elevator aligns the selected compartment with the card feed mechanism in order to receive the next card. The software then directs each numbered card to the selected slots by operating the elevator motor to position that slot to receive a card.

The apparatus of the present invention is compact, easy to set up and program and, once programmed, can be maintained effectively and efficiently by minimally trained personnel who cannot affect the randomness of the card delivery. This means that the machines are more reliable in the field. Service costs are reduced, as are assembly and set up costs. The preferred device also has fewer parts which should provide greater reliability than known devices.

Other features and advantages of the present invention will become more fully apparent and understood with reference to the following specification and to the appended drawings and claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a front perspective view depicting the apparatus of the present invention as it might be disposed ready for use in a casino on a gaming table.

FIG. **2** is a rear perspective view depicting the apparatus of the present invention.

FIG. **3** is a front perspective view of the card handling apparatus of the present invention with the exterior shroud removed.

FIG. **4** is a side elevation view of the present invention with the shroud and other portions of the apparatus removed to show internal components.

FIG. **5** is a side elevation view, largely representational, of the transport mechanism of the apparatus of the present invention.

FIG. **6** is an exploded assembly view of the transport mechanism.

FIG. **7** is a top plan view, partially in section, of the transport mechanism.

FIG. **8** is a top plan view of the pusher assembly of the present invention.

FIG. **9** is a front elevation view of the rack and elevator assembly.

FIG. **10** is an exploded view of the rack and elevator assembly.

FIG. **11** depicts an alternative embodiment of the shelves or partitions for forming the stack of compartments of the present invention.

FIG. **12** depicts the card stop in an open position.

FIG. **13** depicts the card stop in a closed position.

FIG. **14** is a simplified side elevation view, largely representational, of the card handler of the present invention.

FIG. **15** is an exploded view of the hand receiving assembly of the apparatus of the present invention.

FIG. **16** is a schematic diagram of an electrical control system for one embodiment of the present invention.

FIG. **17** is a schematic diagram of the electrical control system.

FIG. **18** is a schematic diagram of an electrical control system with an optically-isolated bus.

FIG. **19** is a detailed schematic diagram of a portion of the control system illustrated in FIG. **18**.

FIG. **20** schematically depicts an alternative embodiment of the apparatus of the present invention.

FIG. **21** is a flow diagram, comprising two parts, parts **21***a* and **21***b*, depicting a homing sequence.

FIG. **22** is a flow diagram, comprising three parts, parts **22***a*, **22***b* and **22***c*, depicting a sequence of operation of the present invention.

## DETAILED DESCRIPTION

This detailed description is intended to be read and understood in conjunction with appended Appendices A, B

## APPENDIX B

Homing/Power-up

| | |
|---|---|
| i. Unloader Home<br>Return unloader to home position. If it times out (jams), turn the alarm light on/off. Display "UNLOADER NOT HOME" "UHS FAULT". | UHS Made |
| ii. Door Present<br>Check door present switch (DPS). If it's not made, display "Door Open" "DPS Fault" and turn the alarm light on/off. | DPS Made |
| iii. Card Out Sensor (COS) Clear<br>If card out sensor is blocked: A. Check if Rack Card Present Sensor (RCPS) is blocked. If it is, drive card back (reverse both Pick-off Motor (POM) and Speed-up Motor (SUM)) until COS is clear. Keep the card in the pinch. Align rack and load card into one of the shelves. Then go through the rack empty sequence (3 below). B. If Rack Card Present Sensor (RCPS) is clear, drive card back towards the input shoe. Turn both the Speed Up Motor (SUM) and the Pick Off Motor on (reverse) until Card Out Sensor is clear plus time delay to drive the card out of the pinch. | COS Made |
| iv. Gate Up<br>Move rack up until the rack position sensor sees the top rack (RPS on). Gate up switch should be made (GUS). If not, display "GATE NOT UP" "GUS FAULT" and turn the alarm light on/off. | GUS Made |
| v. Rack Empty and Home<br>Check Rack Card Present Sensor (RCPS). If blocked, see emptying the racks. Return rack home when done.<br>INTERLOCK: Do not move rack if card out sensor is blocked (see 2 to clear) or when door is not present.<br>Emptying the racks: Go through the card unload sequence. Move rack down to home position. Energize solenoid. Move rack through the unload positions and unload all the cards. | RCPS Made<br>RHS Made |
| vi. Input Shoe Empty<br>If Shoe/Card Present Sensor (SCPS) is blocked, display "remove card from shoe" or "SCPS fault" and turn the alarm light on/off. | SCPS Clear |
| vii. Platform Empty<br>If Platform Card Present Sensor (PCPS) is blocked, display "remove card from platform" or "PCPS Fault" and turn alarm light on/off. | PCPS Clear |
| viii. Card in Sensor (CIS) Clear.<br>If Card In Sensor (CIS) is blocked, display "remove card from shoe" or "CIS fault" and turn the alarm light on/off. | CIS Made |

Start Position

| | |
|---|---|
| Unloader Home | UHS Made |
| Rack Home | RHS Made |
| Rack Empty | RCPS Made |
| Door In Place | DPS Made |
| Card In Sensor Clear | CIS Made |
| Card Out Sensor Clear | COS Made |
| Gate Up | GUS Made |
| Platform Empty | PCPS Clear |
| Input Shoe Empty | SCPS Clear |
| Start Button Light On | |

## APPENDIX C

Recovery Routine

| | |
|---|---|
| Problem: | Card Jam - COS blocked too long. |
| Recovery: | 1. Stop rack movement.<br>2. Reverse both pick-off and speed-up motors until "COS" is unblocked. Stop motors.<br>3. If "COS" is unblocked, move rack home and back to the rack where the cards should be inserted.<br>4. Try again with a lower insertion point (higher rack) and slower insertion speed. If card goes in, continue insertion. If card jams, repeat with the preset positions, auto adjust to the new position. If jams become too frequent, display "check cards", replace cards. If it doesn't, repeat 1 and 2.<br>5. If "COS" is unblocked, move rack up to the top position and display "Card Jam"and turn alarm light on/off.<br>6. If "COS" is not unblocked after 2 or 4, display "card jam" and turn. . .(do not move rack to up position). |
| Problem: | Unloader jams on the way out. |
| Recovery: | Move unloader back home. Reposition rack with a small offset up or down and try again, lower speed if necessary. If unloader jams, keep repeating at the preset location, set a new value based on the offset which works (auto adjust). |

What is claimed is:

1. An apparatus for moving playing cards from a first group of cards into plural groups, each of said plural groups containing a random arrangement of cards, said apparatus comprising:

a card receiver for receiving the first group of unshuffled cards;

a single stack of card-receiving compartments generally adjacent to the card receiver, said stack generally adjacent to and movable with respect to the first group of cards; and

a drive mechanism that moves the stack by means of translation relative to the first group of unshuffled cards;

Case: 1:15-cv-03702 Document #: 134-22 Filed: 03/24/17 Page 42 of 48 PageID #:2779

a card-moving mechanism between the card receiver and the stack; and

a processing unit that controls the card-moving mechanism and the drive mechanism so that a selected quantity of cards is moved into a selected number of compartments.

**2**. The apparatus according to claim **1**, further comprising a second card moving mechanism adapted to empty one of the compartments after a selected quantity of cards is moved into said one of the compartments.

**3**. The apparatus according to claim **2**, further comprising a second receiver for receiving the cards the second card moving mechanism moves out of the compartments.

**4**. The apparatus according to claim **1**, further comprising a universal power supply operably connected to the card moving mechanism.

**5**. The apparatus of claim **1**, wherein the stack is vertically translatable.

**6**. A playing card handler comprising:

a generally vertically oriented stack of mixing compartments for accumulating cards in at least one compartment;

a microprocessor programmed to randomly select the compartment which receives each card in a manner sufficient to accomplish randomly arranging the cards in each compartment, wherein the microprocessor is programable to deliver a preselected number of cards to a preselected number of compartments;

a card staging area for receiving a stack of cards to be handled, wherein the staging area and stack of mixing compartments are movable with respect to each other;

a drive mechanism responsive to output signals from the microprocessor for causing relative movement between the staging area and the stack of mixing compartments;

a card ejection device for moving a card from the staging area into one of the mixing compartments; and

an input, operably connected to the microprocessor, that communicates a number of game participants and a number of cards to be dealt to each participant to the microprocessor.

**7**. The playing card handler according to claim **6**, wherein number of compartments receiving cards corresponds to the number of game participants plus one.

**8**. An apparatus for moving playing cards from an unshuffled group of cards into a plurality of hands, each hand containing a random arrangement of the same quantity of cards, said apparatus comprising:

a card receiver for initially receiving the unshuffled group of cards;

a single stack of card-receiving compartments generally adjacent to the card receiver, said stack generally vertically translatable;

a card-moving mechanism between the card receiver and the stack; and

a processing unit that controls the card-moving mechanism and the vertical movement of the stack so that a card is moved from the receiver into a randomly selected compartment and so that a selected number of cards are moved into a selected number of compartments.

**9**. The apparatus according to claim **8**, further comprising a data storage medium accessible by the processing unit, wherein the data storage medium has a program stored on it, and wherein the program is configured to cause the processing unit to cause the card-moving mechanism to randomly move cards from the unshuffled group into the hands.

**10**. The apparatus according to claim **9**, further comprising means for monitoring, recording and displaying the use of the apparatus.

**11**. The apparatus of claim **10**, further comprising at least one sensor for monitoring the movement of cards, wherein during normal movement, the at least one sensor is alternately blocked and unblocked.

**12**. The apparatus according to claim **11**, wherein the data storage medium is further configured to cause the processing unit to detect a card jam by sensing a prolonged block of the at least one sensor and to recover from the card jam by changing the movement of the cards.

**13**. A method of moving cards from a first group of cards into plural groups of cards, each of said plural groups containing random cards, said method comprising the steps of:

providing a card receiver for receiving the first group of cards;

providing a single stack of card-receiving compartments generally adjacent to the card receiver, said stack generally vertically translatable, and a drive adapted for translating the stack; and

providing a card-moving mechanism between the card receiver and the stack and moving cards from the card receiver to the compartments.

**14**. The method according to claim **13**, further comprising providing a processing unit for controlling the card-moving mechanism and the drive so that a selected quantity of cards is moved into a selected number of compartments.

**15**. The method according to claim **14**, further comprising using the microprocessor to designate each card and select a compartment for receiving each designated card.

**16**. The method according to claim **15**, wherein the designation and selection is performed before card moving operations begin.

**17**. A method for moving playing cards from an unshuffled group of cards into a plurality of hands, each hand containing a random arrangement of the same quantity of cards, said method comprising the steps of:

providing a card receiver for initially receiving the unshuffled group of cards;

providing a single stack of card-receiving compartments generally adjacent to the card receiver, said stack generally vertically translatable;

providing a card-moving mechanism between the card receiver and the stack for moving cards from the card receiver into the compartments; and

providing a processing unit for controlling the card-moving mechanism and the vertical movement of the stack so that a card is moved from the card receiver into a randomly selected compartment and so that a selected number of cards are moved into a selected number of compartments, forming a plurality of randomly arranged hands.

**18**. A device for forming at least one randomized hand of cards comprising:

a card receiver for receiving at least one group of unrandomized cards;

a plurality of card receiving compartments comprising at least one hand forming compartment adapted to receive a randomized hand of cards and at least one discard compartment adapted to receive a group of discard cards;

a card moving device which transfers cards from the card receiver to one of said at least one hand forming

compartments and at least one discard compartment, wherein the card moving device and card receiving compartments are mounted for relative motion; and

a processing unit programmed to randomly assign each card in the group of unrandomized cards to a compartment, forming at least one randomized hand of cards and at least one group of discard cards.

**19**. The device according to claim **18**, further comprising means for removing the at least one randomized hand from the at least one hand forming compartment.

**20**. The device according to claim **18**, wherein each randomized hand contains three cards.

**21**. The device according to claim **18**, wherein the plurality of compartments are arranged in a generally vertical stack, and the means for moving each card comprises an elevator operably coupled to the stack and to the frame.

**22**. The device according to claim **18**, wherein the card moving device comprises a pick off roller.

**23**. A device for delivering at least one shuffled hand of cards comprising:

a card receiver for receiving at least one stack of unshuffled cards;

a plurality of individual compartments, comprising at least one hand forming compartment and at least one discard compartment;

a card moving mechanism adapted to move each card in the stack individually from the card receiver to a compartment; and

a processing unit programmed to control the card moving mechanism, wherein the processing unit randomly assigns each card in the stack to a compartment, thereby forming at least one shuffled hand of cards in the at least one hand forming compartment and at least one stack of discard cards in the discard compartment, the at least one stack of discard cards comprising cards not used in forming the at least one randomized hand of cards.

**24**. The apparatus according to claim **23**, wherein the at least one discard compartment is adapted to receive a greater number of cards than the at least one hand forming compartment.

**25**. The apparatus according to claim **23**, wherein the at least one stack of discard cards may have a different number of cards than the at least one randomized hand of cards.

**26**. The apparatus according to claim **23**, further comprising an input for communicating a number of game participants to the processing unit.

**27**. The apparatus according to claim **26**, wherein the processing unit forms a number of shuffled hands equal to the number of game participants.

**28**. The apparatus according to claim **23**, further comprising an input for communicating a number of cards to be dealt to each player to the processing unit.

**29**. The apparatus according to claim **36**, wherein the at least one shuffled hand of cards comprises a number of cards equal to the number of cards to be dealt to each player.

**30**. A method of forming randomized hands of cards comprising the steps of:

providing a group of unshuffled cards;

providing a plurality of hand-forming compartments and at least one discard compartment;

randomly assigning each card in the group to a compartment, wherein each hand-forming compartment is assigned a predetermined number of cards and wherein the predetermined number of cards assigned to each hand forming compartment is equal; and

delivering each card in the group to its randomly assigned compartment, forming at least one randomized hand of cards and at least one stack of discard cards, the at least one stack of discard cards comprising cards not used in forming the at least one randomized hand of cards.

**31**. The method according to claim **30**, wherein seven hand forming compartments are provided.

**32**. The method according to claim **30**, wherein the group of cards is a deck of cards selected from the group consisting of a standard 52 card deck, a standard deck with one or more wild cards, a standard deck with one or more jokers, a special deck and a partial deck.

**33**. The method according to claim **30**, wherein every card in the group is assigned to a compartment before the first card is delivered.

**34**. The method according to claim **30**, wherein the predetermined number of cards is three.

**35**. The method according to claim **30**, wherein eight hand forming compartments and one discard compartment are provided, and wherein a group of unrandomized discard cards is formed in the discard compartment.

**36**. The method according to claim **30**, wherein a dealer hand is formed and consists of the same number of cards as the at least one randomized hand.

**37**. The apparatus according to claim **24**, wherein the at least one discard compartment is adapted to receive a greater number of cards than the plurality of hand-forming compartments.

**38**. The apparatus according to claim **24**, wherein the at least one stack of discard cards may have a different number of cards than the at least one randomized hand of cards.

**39**. A device for delivering at least one shuffled hand of cards, comprising:

a card receiver for receiving at least one stack of unshuffled cards;

a plurality of hand forming compartments;

an input for communicating into a processing unit a number of cards to be dealt to each player; and

a card moving mechanism, operably coupled to the processing unit, that moves each card in the stack of unshuffled cards to a randomly selected hand forming compartment, thereby forming at least one shuffled hand having a number of cards equal to the number of cards to be dealt to each player.

* * * * *

and C, which are incorporated herein by reference. Appendix A provides an identification key correlating the description and abbreviation of certain motors, switches and photoeyes or sensors with reference character identifications of the same components in the Figures, and gives the manufacturers, addresses and model designations of certain components (motors, limit switches and sensors). Appendix B outlines steps in a homing sequence, part of one embodiment of the sequence of operations as outlined in Appendix C.

With regard to means for fastening, mounting, attaching or connecting the components of the present invention to form the apparatus as a whole, unless specifically described as otherwise, such means are intended to encompass conventional fasteners such as machine screws, rivets, nuts and bolts, toggles, pins and the like. Other fastening or attachment means appropriate for connecting components include adhesives, welding and soldering, the latter particularly with regard to the electrical system of the apparatus.

All components of the electrical system and wiring harness of the present invention are conventional, commercially available components unless otherwise indicated, including electrical components and circuitry, wires, fuses, soldered connections, chips, boards and control system components.

Generally, unless specifically otherwise disclosed or taught, the materials for making the various components of the present invention are selected from appropriate materials such as metal, metallic alloys, ceramics, plastics, fiberglass and the like.

In the following description, the Appendices and the claims, any references to the terms right and left, top and bottom, upper and lower and horizontal and vertical are to be read and understood with their conventional meanings and with reference to viewing the apparatus generally from the front as shown in FIG. 1.

Referring then to the Figures, particularly FIGS. 1, 3 and 4, the preferred card handling apparatus 20 of the present invention includes a card receiver 26 for receiving a group of cards, a single stack of card-receiving compartments 28 (see FIGS. 3 and 4) generally adjacent to the card receiver 26, a card moving or transporting mechanism 30 between and linking the card receiver 26 and the compartments 28, and a processing unit, indicated generally at 32, that controls the apparatus 20. The apparatus 20 includes a second card mover 34 (see FIG. 4) for emptying the compartments 28 into a second receiver 36.

Referring now to FIG. 1, the card handling apparatus 20 includes a removable, substantially continuous exterior housing or shroud 40. The exterior design features of the device of the present invention are disclosed in co-pending design patent application Ser. No. 29/086,567, now issued U.S. Design Pat. No. D414,527 filed on the same date as the present application, entitled "Device for Delivering Cards." The shroud 40 may be provided with appropriate vents 42 for cooling. The card receiver or initial loading region, indicated generally at 26, is at the top, rear of the apparatus 20, and a card or hand receiving platform 36 is at the front of the apparatus 20. Controls and/or display features 44 are generally located toward the rear or dealer-facing end of the machine 20. FIG. 2 provides a perspective view of the rear of the apparatus 20 and more clearly shows the display 44A and control inputs 44, including power input module/switch and a communication port.

FIG. 3 depicts the apparatus 20 with the shroud 40 removed, as it might be for servicing or programming, whereby the internal components may be visualized. The apparatus includes a generally horizontal frame floor 50 and internal frame supports for mounting and supporting operational components, such as upright 52. A control (input and display) module 56 is cantilevered at the rear of the apparatus 20, and is operably connected to the operational portions of the apparatus 20 by suitable wiring 58. The inputs and display portion 44, 44A of the module 56 are fitted to corresponding openings in the shroud 40, with associated circuitry and programming inputs located securely within the shroud 40 when it is in place as shown in FIGS. 1 and 2.

## CARD RECEIVER

The card loading region 26 includes a card receiving well 60. The well 60 is defined by upright, generally parallel card guiding side walls 62 and a rear wall 64. It includes a floor surface 66 pitched or angled downwardly toward the front of the apparatus 20. Preferably, the floor surface is pitched from horizontal at angle ranging from approximately 5 to 20 degrees, with a pitch of 7 degrees being preferred. A removable, generally rectangular weight or block 68 is generally freely movably received in the well 60 for free forward and rearward movement along the floor surface 66. Under the influence of gravity, the block 68 will tend to move toward the forward end of the well 60. The block 68 has an angled, card-contacting front face 70 for contacting the back (i.e., the bottom of the bottommost card) of a group of cards placed into the well, and urges cards (i.e., the top card of a group of cards) forward into contact with the card transporting mechanism 30. The card-contacting face 70 of the block 68 is at an angle complimentary to the floor surface 66 of the well 60, for example, an angle of between approximately 10 and 80 degrees, and this angle and the weight of the block keep the cards urged forwardly against the transport mechanism 30. The selected angle of the floor 66 and the weight of the block 68 allow for the free floating rearward movement of the cards and the block 68 to compensate for the forces generated as the transport mechanism 30 contacts the front card to move it. The well 60 includes a card present sensor 74 to sense the presence or absence of cards in the well 60. Preferably, the block 68 is mounted on a set of rollers 69 which allows the block to glide more easily along floor surface 66 and/or the floor surface 66 and floor contacting bottom of the block 68 may be formed of or coated with suitable low function materials.

## CARD RECEIVING COMPARTMENTS

A preferred assembly or stack of card receiving compartments 28 is depicted in FIGS. 9 and 10, and for purposes of this disclosure is also referred to as a rack assembly. Referring back to FIG. 3, the rack assembly 28 is housed in an elevator and rack assembly housing 78 generally adjacent to the well 60, but horizontally spaced therefrom. An elevator motor 80 is provided to position the rack assembly 28 vertically under control of a microprocessor, which microprocessor is generally part of the module 32. The motor 80 is linked to the rack assembly 28 by a timing belt 82. Referring now to FIG. 10, the rack assembly 28 includes a bottom plate 92, a left hand rack 94 carrying a plurality of half shelves 96, a right hand rack 98 including a plurality of half shelves 100 and a top plate 102. Together the right and left hand racks 94, 98 and their respective half shelves 96, 100 form the individual plate-like shelf pieces 104 for forming the top and bottom walls of individual compartments 106.

Preferably, the rack assembly 28 has nine compartments 106. Seven of the nine compartments 106 are for forming

player hands, one compartment **106** forms dealer hands and the last compartment **106** is for accepting unused or discard cards. It should be understood that the device the present invention is not limited to rack assembly with seven compartments **106**. For example, although it is possible to achieve a random distribution of cards delivered to eight compartments with a fifty-two card deck or group of cards, if the number of cards per initial unshuffled group is greater than **52**, more compartments than nine may be provided to achieve sufficient randomness in eight formed hands. Also, additional compartments may be provided to form hands for a gaming table having more than seven player positions. For example, some card rooms and casinos offer stud poker games to up to twelve people at a single table. The apparatus **20** may then have thirteen compartments, as traditional poker does not permit the house to play, with one compartment dedicated to collect unused cards.

In each example of the present invention, at least one stack of unused cards is formed which may not be sufficiently randomized for use in a card game. These unused cards should be returned to the card receiver for distribution in the next cycle.

The rack assembly **28** is operably mounted to the apparatus **20** by a left side rack plate **107** and a linear guide **108**. The rack assembly **28** is attached to the guide **108** by means of a guide plate **110**. The belt **82** is driven by the motor **80** and engages a pulley **112** for driving the rack assembly **28** up and down. A hall effect switch assembly **114** is provided to sense the location of the rack assembly **28**. The rack assembly **28** may carry a card present sensor **116** mounted to an underside of plate **78** (see FIG. **4**) and which is electrically linked to the microprocessor.

FIG. **9** depicts a rack assembly **28** having nine individual compartments **106** including a comparatively larger central compartment **120** for receiving discard or unused cards. FIG. **7** provides a top plan view of one of the shelf members **104** and shows that each includes a pair of rear tabs **124**. The tabs **124** align a leading edge of the card with an opening in the compartment so that the cards are moved from the transporting mechanism **30** into the rack assembly **28** without jamming.

FIG. **11** depicts an alternative embodiment of plate-like shelf members **104** comprising a single-piece plate member **104'**. An appropriate number of the single-piece plates, corresponding to the desired number of compartments **106** are connected between the side walls of the rack assembly **28**. The plate **104'** depicted in FIG. **11** includes a curved or arcuate edge portion **126** on the rear edge **128** for removing cards or clearing jammed cards, and also includes the two bilateral tabs **124**, also a feature of the shelf members **104** of the rack assembly **28** depicted in FIG. **7**. The tabs **124** act as card guides and permit the plate-like shelf members **104** forming the compartments **106** to be positioned effectively as closely as possible to the card transporting mechanism **30** to ensure that cards are delivered into the selected compartment **106** (or **120**) even though they may be warped or bowed.

Referring back to FIG. **5**, an advantage of the plates **104** (and/or the half plates **96, 100**) forming the compartments **106** is depicted. Each plate **104** includes a beveled or angled underside rearmost surface **130** in the space between the shelves or plates **104**, i.e., in each compartment **106, 120**. The distance between the forward edge **132** of the bevel and the forward edge **134** of a shelf **104** preferably is less than the width of a typical card. As shown in FIG. **5A**, the leading edge **136** of a card being driven into a compartment **106, 120** hits the beveled surface **130** and is driven the card onto the top of the stack supported by next shelf member **104**. To facilitate forming a bevel **130** at a suitable angle **135** and of a suitable size, a preferred thickness **137** for the plate-like shelf members is approximately 3/32 of an inch, but this thickness and/or the bevel angle can be changed or varied to accommodate different sizes of cards, such as poker and bridge cards. Preferably, the bevel angle **135** is between 10 degrees and 45 degrees, and most preferably is approximately 15 degrees -20 degrees. Whatever bevel angle and thickness is selected, it is preferred that cards should come to rest with their trailing edge **133** rearward of the forward rearward edge **132** of the bevel **130**.

Referring now to the FIGS. **12** and **13**, the front portion of the rack assembly **28** includes a solenoid operated gate **142** and a card stop **144** for controlling the unloading of the cards into the second receiver **36**. Although a separate, vertically movable gate **142** and card stop **144** are depicted, the function, stopping the forward movement of the cards, could be accomplished either by a lateral moving gate or card stop alone (not shown) or by other means. In FIG. **13**, the stop **144** is shown in its raised position and FIG. **12** depicts it in its lowered open position. The position of the gate **142** and stop **144** is related by the microprocessor to the rack assembly **28** position.

CARD MOVING MECHANISM

Referring now to FIGS. **4**, **5** and **6**, a preferred card transporting or moving mechanism **30** is positioned between the card receiving well **60** and the compartments **106, 120** of the rack assembly **28** and includes a card pickup roller assembly **149**. The card pick-up roller assembly includes a pick-up roller **150** and is located generally at the forward portion of the well **60**. The pick-up roller **150** is supported by a bearing mounted axle **152** extending generally transversely across the well **60** whereby the card contacting surface of the roller **150** is in close proximity to the forward portion of the floor surface **66**. The roller **150** is driven by a pick up motor **154** operably coupled to the axle **152** by a suitable continuous connector **156** such as a belt or chain. In operation the front card in the well **60** is urged against the roller **150** by block **68** that when the roller **150** is activated, the frictional surface draws the front card downwardly and forwardly.

Referring now to FIGS. **4** and **5**, the preferred card moving mechanism **30** also includes a pinch roller card accelerator or speed-up system **160** located adjacent to the front of the well **60** between the well **60** and the rack assembly **28** and forwardly of the pick-up roller **150**. The speed-up system **160** comprises a pair of axle supported, closely adjacent speed-up rollers, one above the other, including a lower roller **162** and an upper roller **164**. The upper idling roller **164** is urged toward the lower roller **162** by a spring assembly **166**. Alternatively, it may be weighted or drawn toward the lower roller by a resilient member (not shown). The lower roller **162** is driven by a speed-up motor **167** operably linked to the lower driven roller **162** by a suitable connector **168** such as a belt or a chain. The mounting bracket **170** for the speed-up rollers also supports a rearward card-in sensor **174** and a forward card-out sensor **176**. FIG. **5** is a largely representational view depicting the relationship between the card receiving well **60** and the card transporting mechanism **30**, and also shows a card "C" being picked up by the pick-up roller **150** moving in rotational direction **151** and being moved into the pinch roller system **160** for acceleration into a compartment **104** of the rack assembly **28**.

In the preferred embodiment, the pick-up roller **150** is not continuously driven, but rather indexes and includes a one-way clutch mechanism. After initially picking up a card and advancing it into the pinch roller system **160**, the motor **154** operably coupled to the pick-up roller **150** stops driving the roller, and the roller **150** free-wheels as the card is accelerated through the pinch roller system **160**. The speed-up pinch roller system **160** is preferably continuous in operation once a hand-forming cycle starts and, when a card is sensed by the adjacent card out sensor **176**, the pick-up roller **150** stops and free-wheels while the card is accelerated through the pinch roller system **160**. When the trailing edge of the card is sensed by the card out sensor **176**, the rack assembly **28** moves to the next position for the next card and the pick-up roller **150** is re-activated.

Additional components and details of the transport mechanism **30** are depicted in FIG. **6**, an exploded assembly view thereof. In FIG. **6** the inclined floor surface **66** of the well **60** is visible, as are the axle mounted pickup and pinch roller system **150, 160**, respectively, and their relative positions.

Referring to FIGS. **4** and **5**, the transport assembly **30** includes a pair of generally rigid stopping plates including an upper stop plate and a lower stop plate, **180, 182**, respectively. The plates **180, 182** are positioned between the rack assembly **28** and the speed-up system **160** immediately forward of and above and below the pinch rollers **162, 164**. The stop plates **180, 182** stop the cards from rebounding or bouncing rearwardly, back toward the pinch rollers, as they are driven against and contact the gate **142** and/or the stop **144** at the front of the rack assembly **28**.

## PROCESSING/CONTROL UNIT

FIG. **16** is a block diagram depicting an electrical control system which may be used in one embodiment of the present invention. The control system includes a controller **360**, a bus **362**, and a motor controller **364**. Also represented in FIG. **16** are inputs **366**, outputs **368**, and a motor system **370**. The controller **360** sends signals to both the motor controller **364** and the outputs **368** while monitoring the inputs **366**. The motor controller **364** interprets signals received over the bus **362** from the controller **360**. The motor system **370** is driven by the motor controller **364** in response to the commands from the controller **360**. The controller **360** controls the state of the outputs **368** and the state of the motor controller **364** by sending appropriate signals over the bus **362**.

In a preferred embodiment of the present invention, the motor system **370** comprises motors that are used for operating components of the card handling apparatus **20**. Motors operate the pick-up roller, the pinch, speed-up rollers, the pusher and the elevator. The gate and stop may be operated by a motor, as well. In such an embodiment, the motor controller **364** would normally comprise one or two controllers and driver devices for each of the motor used. However, other configurations are possible.

The outputs **368** include, for example, alarm, start, and reset indicators and inputs and may also include signals that can be used to drive a display device (e.g., a LED display—not shown). Such a display device can be used to implement a timer, a card counter, or a cycle counter. Generally, an appropriate display device can be configured and used to display any information worthy of display.

The inputs **366** are information from the limit switches and sensors described above. The controller **360** receives the inputs **366** over the bus **362**.

Although the controller **360** can be any digital controller or microprocessor-based system, in a preferred embodiment, the controller **360** comprises a processing unit **380** and a peripheral device **382** as shown in FIG. **17**. The processing unit **380** in a preferred embodiment may be an 8-bit single-chip microcomputer such as an 80C52 manufactured by the Intel Corporation of Santa Clara, Calif. The peripheral device **382** may be a field programmable micro controller peripheral device that includes programmable logic devices, EPROMs, and input-output ports. As shown in FIG. **17**, peripheral device **382** serves as an interface between the processing unit **380** and the bus **362**.

The series of instructions are stored in the controller **360** as shown in FIG. **17** as program logic **384**. In a preferred embodiment, the program logic **384** is RAM or ROM hardware in the peripheral device **382**. (Since the processing unit **380** may have some memory capacity, it is possible that some of the instructions may be stored in the processing unit **380**.) As one skilled in the art will recognize, various implementations of the program logic **384** are possible. The program logic **384** could be either hardware, software, or a combination of both. Hardware implementations might involve hardwired code or instructions stored in a ROM or RAM device. Software implementations would involve instructions stored on a magnetic, optical, or other media that can be accessed by the processing unit **380**.

Under certain conditions, it is possible that a significant amount of electrostatic charge may build up in the card handler **20**. Significant electrostatic discharge could affect the operation of the handler **20**. It is preferable to isolate some of the circuitry of the control system from the rest of the machine. In a preferred embodiment of the present invention, a number of optically-coupled isolators are used to act as a barrier to electrostatic discharge.

As shown in FIG. **18**, a first group of circuitry **390** can be electrically isolated from a second group of circuitry **392** by using optically-coupled logic gates that have light-emitting diodes to optically (rather than electrically) transmit a digital signal, and photo detectors to receive the optically transmitted data. An illustration of electrical isolation through the use of optically-coupled logic gates is shown in FIG. **19**, which shows a portion of FIG. **18** in greater detail. Four Hewlett-Packard HCPL-2630 optocouplers (labeled **394, 396, 398** and **400**) are used to provide an 8-bit isolated data path to the output devices **368**. Each bit of data is represented by both an LED **402** and a photo detector **404**. The LEDs emit light when energized and the photo detectors detect the presence or absence of the light. Data may thus transmitted without an electrical connection.

## SECOND CARD MOVING MECHANISM

Referring to FIGS. **4** and **8**, the apparatus **20** includes a second card moving mechanism **34** comprising a reciprocating card compartment unloading pusher **190**. The pusher **190** includes a substantially rigid pusher arm **192** in the form of a rack having a plurality of linearly arranged apertures **194** along its length. The arm **192** operably engages the teeth of a pinion gear **196** driven by an unloading motor **198**, which is in turn controlled by the microprocessor **360**. At its leading or card contacting end, the pusher arm **192** includes a blunt, enlarged card-contacting end portion **200**. The end portion **200** is greater in height than the space between the shelf members **104** forming the compartments **106** to make sure that all the cards (i.e., the hand) contained in a selected compartment are contacted and pushed out as it is operated, even when the cards are bowed or warped. The second card

moving mechanism **34** is operated intermittently (upon demand or automatically) to empty full compartments **106** at or near the end of a cycle.

SECOND CARD/HAND RECEIVER

When actuated, the second card moving mechanism **34** empties a compartment **106**, **120** by pushing the group of cards therein into a card receiving platform **36**. The card receiving platform **36** is shown in FIGS. **1**, **4**, **14** and **16**, among others.

Referring to FIG. **15**, the second card or hand receiving platform **36** includes a shoe plate **204** and a solenoid assembly **206**, including a solenoid plate **208**, carried by a rear plate **210**, which is also the front plate of the rack assembly **28**. The shoe plate **204** also carries an optical sensing switch **212** for sensing the presence or absence of a hand of cards and for triggering the microprocessor to drop the gate **142** and actuate the pusher **190** of the second transport assembly **34** to unload another hand of cards from a compartment **106**, **120** when the hand receiver **36** is empty. In a first preferred embodiment, the player hands are unloaded sequentially. After the dealer receives his hand, he or she presses a button which instructs any remaining hands and the discard pile to unload. According to a second preferred embodiment, the microprocessor is programmed to randomly select and unload all player hands, then the dealer hand, and last the discard pile.

FIG. **14** is a largely representational view depicting the apparatus **20** and the relationship of its components including the card receiver **26** for receiving a group of cards for being formed into hands, including the well **60** and block **68**, the rack assembly **28** and its single stack of card-receiving compartments **106**, **120**, the card moving or transporting mechanism **30** between and linking the card receiver **26** and the rack assembly **28**, the second card mover **190** for emptying the compartments **106**, **120**, and the second receiver **36** for receiving hands of cards.

ALTERNATIVE EMBODIMENTS

FIG. **20** represents an alternative embodiment of the present invention wherein the card handler **200** includes an initial staging area **230** for receiving a vertically stacked deck or group of unshuffled cards. Preferably beneath the stack is a card extractor **232** which picks up a single card and moves it toward a grouping device **234**. The picked up card moves through a card separator **236**, which is provided in case more than one card is picked up, and then through a card accelerator **238**. The grouping device **234** includes a plurality of compartments **240** defined, in part, by a plurality of generally horizontally disposed, parallel shelf members **242**. In one embodiment there are two more compartments than player positions at the table at which the device is being used. In one preferred embodiment the grouping device **34** includes nine compartments (labeled **1–9**), seven of which correspond to the player positions, one which corresponds to the dealer's position and the last for discards. The grouping device is supported by a generally vertically movable elevator **244**, the height of which is controlled by a stepper motor **246**, linked by means of a belt drive **248** to the elevator **244**. A microprocessor **250** randomly selects the location of the stepper motor and instructs the stepper motor to move the elevator **244** to that position. The microprocessor **250** is programmed to deliver a predetermined number of cards to each compartment **240**. After the predetermined number of cards is delivered to a compartment **240**, no additional cards will be delivered there.

Each time a group of unshuffled cards are handled by this embodiment of the present invention, the order in which the cards are delivered to the compartments **240** is different due to the use of a random number generator to determine which compartment receives each card in the group. Making hands of cards in this particular fashion serves to randomize the cards to an extent sufficient to eliminate the need to shuffle the entire deck prior to forming hands.

A feature of the embodiment of the present invention depicted in FIG. **20** is a card pusher or rake **260A**. The rake **260A** may be either an arm with a head which pushes horizontally from the trailing edge of a card or group of cards, or a roller and belt arrangement **260B** which propels a card or group of cards by providing frictional contact between one or more rollers and a lower surface of a card or the bottom-most card. The purpose of the rake **260A** is to move the cards toward an open end of the elevator. In this embodiment of the invention, the compartments are staggered so that if the card rake **260A** only pushes the dealt cards a portion of the way out the dealer can still lift out each hand of cards and deliver the hand to a player. The rake **260A** can also be set to push a hand of cards completely out of a compartment whereby the cards fall onto a platform **262**. The hand delivered to platform **262** may be then removed and handed to the player. A sensor may be provided adjacent to the platform **262** whereby an empty platform is sensed so that the rake **260A** pushes or propels another hand of cards onto the platform **262**.

In another embodiment the microprocessor **250** is programmed so that the card rake **260A** moves the cards to a point accessible to the dealer and then, upon optional activation of a dealer control input, pushes the cards out of the compartment **240** onto the receiver **262**.

In a preferred embodiment of the embodiment depicted in FIG. **20**, although the microprocessor **250** can be programmed to deliver a different number of cards to the dealer compartment than to the player compartments, it is contemplated that the microprocessor will cause the apparatus to deliver the same number of cards to each compartment. The dealer, however, may discard cards until he or she arrives at the desired number of dealer cards for the particular game being played. For example, for the poker game known as the LET IT RIDE® game, the players and dealer initially receive a three card hand. The dealer then discards or "burns" one of his cards and plays with the remaining two cards.

With continued reference to FIG. **20**, nine card compartments or slots are depicted. The card extractor/separator combination delivers a selected number of player cards into each of the compartments labeled **1–7**. Preferably, the same number of dealer's cards may be delivered into compartment **8**. Alternatively, the microprocessor **250** can be programmed so that slot **8** will receive more than or fewer than the same number of cards as the players' compartments **1–7**. In the embodiment depicted in FIG. **20**, card receiving compartment **9**, which may be larger than the others, receives all extra cards from a deck. Preferably, the MPV instructs the device **200** to form only the maximum number of player hands plus a dealer hand. The number of cards delivered to each position may depend upon the game and the number of cards required.

OPERATION/ USE

With reference to FIGS. **21** and **22**, and Appendix C, which depict an operational program flow of the method and apparatus of the present invention, in use, cards are loaded

into the well **60** by sliding or moving the block **68** generally rearwardly. The group of cards to be formed into hands is placed into the well **60** generally sideways, with the plane of the cards generally vertical, on one of the long side edges of the cards. The block **68** is released or replaced to urge the cards into an angular position generally corresponding to the angle of the angled card contacting face of the block **68**, and into contact with the pick-up roller **150**.

According to the present invention, the group of cards to be formed into hands is a single deck of standard playing cards. Depending upon the game, the group of cards can contain one or more wild cards, can be a standard deck with one or more cards removed, can comprise a special deck such as a Canasta or Spanish deck, for example, can include more than one deck, or can be a partial deck not previously recognized by those skilled in the art as a special deck. The present invention contemplates utilizing any group of cards suitable for playing a card game. For example, one use the device of the present invention to form hands for a cards game which requires the use of a standard deck of cards with all cards having a face value of 2–5 removed.

The card handling device of the present invention is well-suited for card games which deliver a fixed number of cards to each player. For example, the LET IT RIDE® stud poker game requires that the dealer deliver three cards to each player, and three cards to the dealer. For this application, the microprocessor is set so that only three card hands are formed.

When the power is turned on, the apparatus **20** homes (see FIG. **21** and Appendix B). The start input in actuated and the process cycle begins. As the cards are picked-up, i.e., after the separation of a card from the remainder of the group of cards in the well **60** is started, a card is accelerated by the speed-up system **160** and spit or moved past the plates **180**,

**182** into a selected compartment **106**, **120**. Substantially simultaneously, movement of subsequent cards is underway. The rack assembly **28** position relative to the position of the transport mechanism **30** is monitored, selected and timed by the microprocessor whereby a selected number of cards is delivered randomly to selected compartments until the selected number of compartments **106** each contain a randomized hand of a selected number of cards. The remainder of the cards are delivered to the discard compartment **120**. Because the order in which the card is delivered is completely random the device may or may not deliver all cards in the initial group of cards to all compartments before the first player hand is pushed out of its compartment.

When all the cards have been delivered to the compartments, upon demand or automatically, the pusher **190** unloads one randomly selected hand at a time from a compartment **106** into the second card receiving platform **36**. The pusher **190** may be triggered by the dealer or by the hand present sensor **212** associated with the second receiver **36**. When the last hand is picked up and delivered to players and/or dealer, the larger discard compartment **120** automatically unloads. It should be appreciated that each cycle or operational sequence of the machine **20** goes through an entire group or deck of cards placed in the well **60** each time, even if only two players, i.e., two hands, are used.

Although a description of preferred embodiments has been presented, various changes including those mentioned above could be made without deviating from the spirit of the present invention. It is desired, therefore, that reference be made to the appended claims rather than to the foregoing description to indicate the scope of the invention.

## APPENDIX A

| Item | Name | Description | |
|---|---|---|---|
| | | Switches and Sensors (Inputs) | |
| 212 | SCPS | Shoe Card Present Sensor | Omron * EE-SPY 302 |
| 116 | RCPS | Rack Card Present Sensor | Optek * 0P598A OP506A |
| | RHS | Rack Home Switch | Microswitch * SS 14A |
| | RPS | Rack Position Sensor | Omron * EE-SPZ401Y.01 |
| | UHS | Unloader Home Switch | Microswitch * SS14A |
| | DPS | Door Present Switch | Microswitch * SS14A |
| | PCPS | Platform Card Present Sensor | Omron * EE-SPY401 |
| 170 | CIS | Card In Sensor | Optek * OP506A |
| 176 | COS | Card Out Sensor | Optek * OP598A |
| | GUS | Gate Up Switch | Microswitch * SS14A |
| 44 | SS | Start Switch | EAO * 84-8512.5640 84-1101.0 84-7111.500 |
| | | Motors, Solenoid and Switches (Outputs) | |
| 154 | POM | Pick-off Motor | Superior * M041-47103 |
| 166 | SUM | Speed-up Motor | Superior * M041-47103 |
| 80 | RM | Rack Motor | Oriental * C7009-9012K |
| 198 | UM | Unloader Motor | Superior * M041-47103 |
| | FM | Fan Motor | Mechatronics * F6025L24B |
| 143 | GS | Gate Solenoid | Shindengen * F10308H w/return spring |
| | SSV | Scroll Switch - Vertical | EAO * 18-187.035 18-982.8 18-920.1 |
| | SSH | Scroll Switch - Horizontal | EAO * 18-187.035 18-982.8 18-920.1 |
| | AL | Alarm Light | Dialight * 557-1505-203 |

| | |
|---|---|
| Display | Noritake * CU20025ECPB - UU |
| Power Supply | Shindengen * ZB241R8 |
| Linear Guide | THK * RSR12ZMUU + 145M |
| Comm. Port | Digi * HR021 - ND |
| Power Switch | Digi * SW 323 - ND |
| Power Entry | Bergquist * LT - 101 - 3P |