# EXHIBIT 23

DISTRICT OF NEVADA
ENTERED & SERVED

DEC - 9 2003

CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

CARD, LLC, a Nevada company,           )    CV-N-03-0244-ECR(RAM)
                                       )    (Consolidated Lead Case Number)
    Plaintiff-Counterdefendant,        )
                                       )
vs.                                    )    **ORDER**
                                       )
SHUFFLE MASTER, INC., a                )
Minnesota corporation,                 )
                                       )
    Defendant-Counterclaimant.         )
_____       )
SHUFFLE MASTER, INC., a                )
Minnesota corporation,                 )
                                       )
    Counterclaimant,                   )
                                       )
vs.                                    )
                                       )
CARD AUSTRIA FORSCHUNGS UND            )
ENTWICKLUNGS GmbH, d/b/a               )
CARD CASINO AUSTRIA RESEARCH           )
& DEVELOPMENT, GmbH; d/b/a             )
CARD; and d/b/a CARD AUSTRIA,          )
An Austrian Corporation,               )
                                       )
    Counterdefendants.                 )
_____       )

FILED 2003 DEC -8 PM 5:40
BY _____
LANCE S. WILSON
CLERK
DEPUTY

PRELIMINARY INJUNCTION

A preliminary injunction shall be issued in this case against counterdefendants, CARD AUSTRIA FORSCHUNGS UND ENTWICKLUNGS GmbH, d/b/a CARD CASINO AUSTRIA RESEARCH & DEVELOPMENT, GmbH; d/b/a CARD; and d/b/a CARD AUSTRIA, An Austrian Corporation, and plaintiff-

counterdefendant, CARD, LLC, a Nevada company, (collectively "Card") in favor of counterclaimant, SHUFFLE MASTER, INC., a Minnesota corporation, ("Shuffle Master").

The injunction shall be issued for the reasons stated in the oral order announced from the bench by the Court at the hearing on December 8, 2003. In this connection, the Court further finds as follows:

(1) Shuffle Master has made a clear showing that Claim 2 of the U. S. Patent No. 6,588,751 (the '751 patent) is infringed by the ONE2SIX device owned by Card Austria and licensed to Card LLC.

(2) Card has failed to raise a substantial question of the invalidity of Claim 2 of the '751 Patent. Shuffle Master has made a clear showing supporting validity.

(3) Shuffle Master has shown that monetary damages would be inadequate and that it would be irreparably harmed if the injunction is not issued.

(4) The balance of hardship tips in favor of Shuffle Master.

(5) The public interest favors granting the injunction in order to protect the exclusivity of the patent.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that counterdefendants, CARD AUSTRIA FORSCHUNGS UND ENTWICKLUNGS GmbH, d/b/a CARD CASINO AUSTRIA RESEARCH & DEVELOPMENT, GmbH; d/b/a CARD; and d/b/a CARD AUSTRIA, An Austrian Corporation, and plaintiff-counterdefendant, CARD, LLC, a Nevada company, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with any of them or each of them, who receive

2

actual notice of this order by personal service or otherwise, are hereby preliminarily enjoined and restrained, pending the further proceedings in this case, from making, using, selling, or offering to sell within the United States or importing into the United States any ONE2SIX card shuffling device that infringes Claim 2 of the U. S. Patent No. 6,588,751.

**IT IS FURTHER ORDERED** that the Court reserves and shall retain jurisdiction of all matters relating to this preliminary injunction including the performance thereof and compliance therewith.

**IT IS FURTHER ORDERED** that Card shall provide actual notice of this injunction to their officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with any of them or each of them.

**IT IS FURTHER ORDERED** that this injunction shall be effective upon Shuffle Master posting with the Clerk of this Court security in the amount of $1,000,000.00, in a form to be approved by the Court, for the payment of such costs and damages as may be incurred or suffered by Card if hereafter found to have been wrongfully enjoined or restrained.

DATED this _8_ day of December, 2003 at _5:26_ o'clock p.m.

Edward C. Reed,

UNITED STATES DISTRICT JUDGE

3