# EXHIBIT 29

# ORIGINAL

[COUNSEL LISTED ON SIGNATURE PAGES]



DISTRICT OF NEVADA
RECEIVED

MAY 2 7 2004

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

CARD, LLC, a Nevada company,

  Plaintiff-Counterdefendant,

v.

SHUFFLE MASTER, INC., a Minnesota corporation,

  Defendant-Counterclaimant.

SHUFFLE MASTER, INC., a Minnesota corporation,

  Plaintiff-Counterdefendant,

v.

CARD AUSTRIA FORSCHUNGS UND ENTWICKLUNGS GmbH, d/b/a CARD CASINO AUSTRIA RESEARCH & DEVELOPMENT, GmbH; d/b/a CARD; and d/b/a CARD AUSTRIA, An Austrian Corporation,

  Defendants-Counterplaintiff.

Case No. CV-N-03-0244-ECR-(RAM)
(Consolidated Lead Case Number)

## STIPULATION AND ORDER OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)



///

///

///

///

///

///

///





IT IS HEREBY STIPULATED AND **AGREED**, by and among the parties through their undersigned counsel of record, that the **above-captioned** consolidated action (including Case No. CV-N-03-0508-HDM-(VPC), entitled *Shuffle **Master**, Inc. v. CARD Austria, et al.*), including all affirmative defenses and counterclaims, be **dismissed** under Rule 41(a)(1) of the Federal Rules of Civil Procedure, as the parties have resolved **the** matters in dispute among them. Each party is to bear its own costs, expenses and attorneys' **fees.**

IT IS FURTHER STIPULATED AND AGREED that the Court may vacate its December 8, 2003 preliminary injunction and that Shuffle **Master,** Inc. ("Shuffle Master") is entitled to a full return of its deposit of $1,000,000 in security, **plus** applicable interest, previously tendered to the Court by Shuffle Master on December 9, **2003, pursu**ant to the Court's December 8, 2003 order granting Shuffle Master's motion for preli**minary** injunction. Neither CARD nor its affiliates have any claim against the security posted by **Shuffle Master.** The parties agree that the check shall be made payable to Shuffle Master, Inc., and **that Mr.** Smith (Senior Vice President and General Counsel for Shuffle Master, Inc.) may **personally** pick up the check for Shuffle Master's deposit (and any applicable interest earned by the deposit) **from** the Court in Las Vegas following entry of this Order.

Dated: May 21, 2004

By:_____

Margo Piscevich, Nevada Bar No. 000917
PISCEVICH & FENNER
350 South Center Street, Suite 300
Reno, Nevada 89501
Telephone: (775) 329-0958
Facsimile: (775) 329-2666

Eric R. Lamison (admitted *pro hac vice*)
Benjamin R. Ostapuk (admitted *pro hac vice)*
KIRKLAND & ELLIS LLP
333 Bush Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for SHUFFLE MASTER, INC.

2

Dated: May 26, 2004

By: _____
Michael D. Hoy, Nevada Bar No. 002723
BIBLE HOY & TRACHOK
201 West Liberty Street, 3rd Floor
Reno, Nevada 89501
Telephone: (775) 786-8000
Facsimile: (775) 786-7426

Robert B. Morrill, Nevada Bar No. 002078
Theodore W. Chandler (admitted *pro hac vice*)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 397-4621

Attorneys for CARD, LLC and CARD Austria
Forschungs Und Entwicklungs GmbH; d/b/a
CARD Casino Austria Research & Development,
GmbH; d/b/a CARD; and d/b/a CARD Austria, an
Austrian Corporation

Pursuant to the stipulation above, and good cause appearing therefor,

IT IS HEREBY ORDERED that above-captioned consolidated action (including Case No. CV-N-03-0508-HDM-(VPC), entitled *Shuffle Master, Inc. v. CARD Austria, et al.*), including all affirmative defenses and counterclaims, be dismissed, with each party bearing its own costs, expenses and attorneys' fees.

IT IS FURTHER ORDERED that the Court's December 8, 2003 preliminary injunction is vacated, and the clerk is authorized to return Shuffle Master's $1,000,000 deposit, tendered to the Court on December 9, 2003. Neither CARD nor its affiliates have any claim against the security posted by Shuffle Master. The check shall be made payable to Shuffle Master, Inc., and that Mr. Smith (Senior Vice President and General Counsel for Shuffle Master, Inc.) may personally pick up

///

///

///

3

the check for Shuffle Master's deposit together with any applicable interest earned by the deposit, from the Court in Las Vegas following entry of this Order. ✳ ECR

Dated: _May, 27, 2004_

_____

HON. EDWARD C. REED, JR.
Senior United States District Judge

✳The Financial Administrator of the Court may deduct from the income earned on the investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, for the service provided to this account. ECR

4