# EXHIBIT 39

| Substitute for form 1449A/PTO | | | Docket Number PA0921.ap.US | | Serial Number 10/686,164 | | |
|---|---|---|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | Applicant(s) Attila Grauzer et al. | | | | |
| | | | Filing Date October 15, 2003 | | Group Art Unit 3713 | | |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIALS | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB-CLASS | FILING DATE (IF APPROPRIATE) |
|---|---|---|---|---|---|---|---|
| | | 793,489 | 6/27/1905 | Williams | | | |
| | | 2,001,220 | 5/15/1935 | Smith | | | |
| | | 2,001,918 | 5/21/1935 | Nevius | | | |
| | | 2,016,030 | 10/1/1935 | Woodruff et al. | | | |
| | | 2,043,343 | 6/9/1936 | Warner | | | |
| | | 2,778,644 | 1/22/1957 | Stephenson | | | |
| | | 2,937,739 | 5/24/1960 | Levy | | | |
| | | 2,950,005 | 8/23/1960 | MacDonald | | | |
| | | 3,147,978 | 9/8/1964 | Sjöstrand | | | |
| | | 3,235,741 | 2/15/1966 | Plaisance | | | |
| | | 3,312,473 | 4/4/1967 | Friedman et al. | | | |
| | | 3,690,670 | 9/12/1972 | Cassady et al. | | | |
| | | 3,716,238 | 2/13/1973 | Porter | | | |
| | | 3,897,954 | 8/5/1975 | Erickson et al. | | | |
| | | 3,944,230 | 3/16/1976 | Fineman | | | |
| | | 4,159,581 | 7/3/1979 | Lichtenberg | | | |
| | | 4,232,861 | 11/11/1980 | Maul | | | |
| | | 4,361,393 | 11/30/1982 | Noto | | | |
| | | 4,368,972 | 1/18/1983 | Naramore | | | |
| | | 4,385,827 | 5/31/1983 | Naramore | | | |
| | | 4,397,469 | 8/9/1983 | Carter, III | | | |
| | | 4,497,488 | 2/5/1985 | Plevyak et al. | | | |
| | | 4,513,969 | 4/30/1985 | Samsel, Jr. | | | |
| | | 4,515,367 | 5/7/1985 | Howard | | | |
| | | 4,534,562 | 5/6/1986 | Cuff et al. | | | |
| | | 4,566,782 | 1/28/1986 | Britt et al. | | | |
| | | 4,586,712 | 5/6/1986 | Lorber et al. | | | |
| | | 4,659,082 | 4/21/1987 | Greenberg | | | |
| | | 4,667,959 | 5/26/1987 | Pfeiffer et al. | | | |
| | | 4,741,524 | 5/3/1988 | Bromage | | | |
| | | 4,750,743 | 6/14/1988 | Nicoletti | | | |
| | | 4,770,421 | 9/13/1988 | Hoffman | | | |
| | | 4,807,884 | 2/28/1989 | Breeding | | | |
| | | 4,822,050 | 4/18/1989 | Normand et al. | | | |
| | | 4,832,342 | 5/23/1989 | Plevyak et al. | | | |
| | | 4,900,009 | 2/13/1990 | Kitahara et al. | | | |
| | | 4,951,950 | 8/28/1990 | Normand et al. | | | |
| | | 4,969,648 | 11/13/1990 | Hollinger et al. | | | |
| | | 5,000,453 | 3/19/1991 | Stevens et al. | | | |
| | | 5,067,713 | 11/26/1991 | Soules et al. | | | |
| | | 5,121,921 | 6/16/1992 | Friedman et al. | | | |
| | | 5,199,710 | 4/6/1993 | Lamle | | | |
| | | 5,240,140 | 8/31/1993 | Huen | | | |
| | | 5,261,667 | 11/16/1993 | Breeding | | | |

| Examiner: | | Date Considered: 9/30/04 |
|---|---|---|

| Substitute for form 1449A/PTO | | | | Docket Number | | Serial Number | | |
|---|---|---|---|---|---|---|---|---|
| | | | | PA0921.ap.US | | 10/686,164 | | |
| **INFORMATION DISCLOSURE STATEMENT** | | | | Applicant(s) | | | | |
| **BY APPLICANT** | | | | Attila Grauzer et al. | | | | |
| | | | | Filing Date | | Group Art Unit | | |
| | | | | October 15, 2003 | | 3713 | | |
| | | | 5,275,411 | 1/4/1994 | Breeding | | | |
| | | | 5,288,081 | 2/22/1994 | Breeding | | | |
| | | | 5,303,921 | 4/19/1994 | Breeding | | | |
| | | | 5,356,145 | 10/18/1994 | Verschoor | | | |
| | | | 5,374,061 | 12/20/1994 | Albrecht | | | |
| | | | 5,382,024 | 1/17/1995 | Blaha | | | |
| | | | 5,382,025 | 1/17/1995 | Sklansky et al. | | | |
| | | | 5,390,910 | 2/21/1995 | Mandel et al. | | | |
| | | | 5,431,399 | 7/11/1995 | Kelley | | | |
| | | | 5,437,462 | 8/1/1995 | Breeding | | | |
| | | | 5,584,483 | 12/17/1996 | Sines et al. | | | |
| | | | 5,586,936 | 12/24/1996 | Bennett et al. | | | |
| | | | 5,605,334 | 2/25/1997 | McCrea, Jr. | | | |
| | | | 5,669,816 | 9/23/1997 | Garczynski et al. | | | |
| | | | 5,676,372 | 10/14/1997 | Sines et al. | | | |
| | | | 5,681,039 | 10/28/1997 | Miller | | | |
| | | | 5,683,085 | 11/4/1997 | Johnson et al. | | | |
| | | | 5,690,324 | 11/25/1997 | Otomo et al. | | | |
| | | | 5,692,748 | 12/2/1997 | Frisco et al. | | | |
| | | | 5,695,189 | 12/9/1997 | Breeding et al. | | | |
| | | | 5,707,287 | 1/13/1998 | McCrea, Jr. | | | |
| | | | 5,718,427 | 2/17/1998 | Cranford et al. | | | |
| | | | 5,722,893 | 3/3/1998 | Hill et al. | | | |
| | | | 5,772,505 | 6/30/1998 | Garczynski et al. | | | |
| | | | 5,779,546 | 7/14/1998 | Meissner et al. | | | |
| | | | 5,803,808 | 9/8/1998 | Strisower | | | |
| | | | 5,941,769 | 8/24/1999 | Order | | | |
| | | | 5,944,310 | 8/31/1999 | Johnson et al. | | | |
| | | | 5,989,122 | 11/23/1999 | Roblejo | | | |
| | | | 6,019,368 | 2/1/2000 | Sines et al. | | | |
| | | | 6,039,650 | 3/21/2000 | Hill | | | |
| | | | 6,068,258 | 5/30/2000 | Breeding et al. | | | |
| | | | 6,093,103 | 7/25/2000 | McCrea, Jr. | | | |
| | | | 6,117,012 | 9/12/2000 | McCrea, Jr. | | | |
| | | | 6,126,166 | 10/3/2000 | Lorson et al. | | | |
| | | | 6,139,014 | 10/31/2000 | Breeding et al. | | | |
| | | | 6,149,154 | 11/21/2000 | Grauzer et al. | | | |
| | | | 6,165,069 | 12/26/2000 | Sines et al. | | | |
| | | | 6,165,072 | 12/26/2000 | Davis et al. | | | |
| | | | 6,217,447 | 4/17/2001 | Lofink et al. | | | |
| | | | 6,250,632 | 6/26/2001 | Albrecht | | | |
| | | | 6,254,096 | 7/3/2001 | Grauzer et al. | | | |
| | | | 6,254,484 | 7/3/2001 | McCrea, Jr. | | | |
| | | | 6,267,248 | 7/31/2001 | Johnson et al. | | | |
| | | | 6,270,404 | 8/7/2001 | Sines et al. | | | |
| | | | 6,299,536 | 10/9/2001 | Hill | | | |
| | | | 6,325,373 | 12/4/2001 | Breeding et al. | | | |
| | | | 6,346,044 | 2/12/2002 | McCrea, Jr. | | | |
| | | | 6,361,044 | 3/26/2002 | Block et al. | | | |
| | | | 6,403,908 | 6/11/2002 | Stardust et al. | | | |

| Examiner: | Date Considered: 9/30/04 |
|---|---|

| Substitute for form 1449A/PTO | | | Docket Number | Serial Number |
|---|---|---|---|---|
| | | | PA0921.ap.US | 10/686,164 |
| **INFORMATION DISCLOSURE STATEMENT** | | | Applicant(s) | |
| **BY APPLICANT** | | | Attila Grauzer et al. | |
| | | | Filing Date | Group Art Unit |
| | | | October 15, 2003 | 3713 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 6,460,848 | 10/8/2002 | Soltys et al. | | | |
| | | 6,517,435 | 2/11/2003 | Soltys et al. | | | |
| | | 6,517,436 | 2/11/2003 | Soltys et al. | | | |
| | | 6,520,857 | 2/18/2003 | Soltys et al. | | | |
| | | 6,527,271 | 3/4/2003 | Soltys et al. | | | |
| | | 6,530,836 | 3/11/2003 | Soltys et al. | | | |
| | | 6,530,837 | 3/11/2003 | Soltys et al. | | | |
| | | 6,533,276 | 3/18/2003 | Soltys et al. | | | |
| | | 6,533,662 | 3/18/2003 | Soltys et al. | | | |
| | | 6,579,180 | 6/17/2003 | Soltys et al. | | | |
| | | 6,579,181 | 6/17/2003 | Soltys et al. | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIALS | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUB-CLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | | WO 98/40136 | 9/17/1998 | PCT | | | | |
| | | WO 00/51076 | 8/31/2000 | PCT | | | | |

## OTHER DOCUMENTS

Scarne's Encyclopedia of Games by John Scarne, 1973, "Super Contract Bridge", page 153

| | |
|---|---|
| Examiner: | Date Considered: 9/30/04 |