# EXHIBIT 44

Abbott, Eric                                    November 15, 2016

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHUFFLE TECH INTERNATIONAL, LLC,   )
an Illinois limited liability      )
company                            )
                                   )
  and                              )
                                   )
ACES UP GAMING, INC., a Colorado   )
corporation                        )
                                   )
  and                              )
                                   )
POYDRAS-TALRICK HOLDINGS, LLC,     )
a Delaware limited liability       )
company,                           )
               Plaintiffs,         )Civil Action No.
                                   )1:15-cv-3702
    v.                             )
                                   )
SCIENTIFIC GAMES CORPORATION, a    )
Delaware corporation               )
                                   )
  and                              )
                                   )
BALLY TECHNOLOGIES, INC., d/b/a    )
SHFL Entertainment or Shuffle      )
Master, a Nevada corporation       )
                                   )
  and                              )
                                   )
BALLY GAMING, INC., d/b/a Bally    )
Gaming and Systems, a Nevada       )
corporation,                       )
               Defendants.         )
_____)

VIDEOTAPED DEPOSITION OF ERIC ABBOTT

LAS VEGAS, NEVADA

TUESDAY, NOVEMBER 15, 2016

REPORTED BY: HOLLY LARSEN, CCR NO. 680, CA CSR 12170

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Abbott, Eric                                                November 15, 2016

208

I --

Q. Okay. All I'm trying to do is see if you recall that the automatically movable cover was an important part of the '982 patent before you sued DigiDeal.

MR. JIMENEZ-EKMAN: I object to the form.

MR. GISH: Join with that.

THE WITNESS: It was an element of the patent, assuming I have a correct copy of the patent.

BY MR. PRESTA:

Q. Do you recall verifying whether or not DigiDeal's product had that feature?

A. **To avoid violating any attorney-client privilege, the answer to that question, in terms of our prefiling investigation, were contained in answers to interrogatories that I signed under oath, which will tell you what was done. That they were provided to plaintiffs' counsel. So that will cut down a lot of questioning, a lot of attorney-client privilege. Answers to interrogatories asking about that.**

Q. Okay. You specifically recall answers to interrogatories in the HUXLEY -- providing them in the HUXLEY case?

Abbott, Eric                                                    November 15, 2016

209

A.    No.

Q.    I'm sorry.  I apologize.

A.    Yes.

Q.    The DigiDeal case?

A.    Right.  I specifically recall that, yes.

If I had those in front of me, I could answer the question without getting into attorney-client privilege, to make my life easier, and make sure I comply with the ethical rules.

Q.    Understood.

Were you aware that the earlier Roblejo patent prototypes that were raised in the CARD litigation both included the feature of an automatically movable cover over the elevator?

MR. GISH:  Assumes facts.  Vague and ambiguous.

MR. JIMENEZ-EKMAN:  Object.  Hang on a second.  I object to the form.  Lacks time frame.

THE WITNESS:  I am not aware of any functionality on the Roblejo prototype, sitting here today.  There may have been some depicted in a photo that I saw for the first time today.  But I'm not testifying regarding that because I don't remember that photo from that prototype from another one.  Okay?  So I'm just trying to ...

Abbott, Eric                                November 15, 2016

276

CERTIFICATE OF REPORTER

STATE OF NEVADA    )
                   )SS
COUNTY OF CLARK    )

      I, Holly Larsen, a duly commissioned and licensed Court Reporter, Clark County, State of Nevada, do hereby certify:  That I reported the taking of the deposition of the witness, Eric Abbott, commencing on Tuesday, November 15, 2016, at 9:35 a.m.

      That prior to being examined, the witness was, by me, duly sworn to testify to the truth.  That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true, and accurate transcription of said shorthand notes.

      I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of an attorney or counsel involved in said action, nor a person financially interested in the action.

      IN WITNESS HEREOF, I have hereunto set my hand, in my office, in the County of Clark, State of Nevada, this 16th day of November, 2016.

                        _____
                        HOLLY LARSEN, CCR NO. 680