# EXHIBIT 45

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
------------------------------------x

SHUFFLE TECH INTERNATIONAL, LLC,
et al.,

           Plaintiffs,      Civil Action No.
                       1:15-cv-3702
     -against-

SCIENTIFIC GAMES CORP., BALLY
TECHNOLOGIES, INC., and BALLY
GAMING, INC.,

           Defendants.

------------------------------------x



VIDEOTAPED DEPOSITION OF HOWARD SHIN


200 Park Avenue

New York, New York

October 11, 2016

9:40 a.m.




Reported By:
Cheryll Kerr, RPR, SHR

Shin, Howard                                          October 11, 2016

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
-------------------------------------x

SHUFFLE TECH INTERNATIONAL, LLC,
et al.,

          Plaintiffs,      Civil Action No.
                           1:15-cv-3702
     -against-

SCIENTIFIC GAMES CORP., BALLY
TECHNOLOGIES, INC., and BALLY
GAMING, INC.,

          Defendants.
-------------------------------------x




     VIDEOTAPED DEPOSITION of HOWARD SHIN, held at

the offices of Winston & Strawn, 200 Park Avenue,

New York, NY, held before CHERYLL KERR, RPR, SHR, a

Notary Public and Registered Professional Reporter,

on October 11, 2016 at 9:40 a.m.

## ERRATA SHEET FOR THE TRANSCRIPT OF:

Caption:   Shuffle Tech International, LLC, et al. v. Scientific Games Corporation, et al.

Deponent: ~~Allan A. Fanucci~~ HOWARD SHIN

Dep. Date: ~~September 20, 2016~~ OCT. 11, 2016

I wish to make the following changes for the following reasons:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefore |
|-----|-----|-----------|-------------|-------------------|
| 9 | 23 | ANTHONY PESCI | ANTHONY PESCE | (GLOBAL CHANGE) |
| 29 | 18 | ISN'T | IS | |
| 34 | 5 | SITUATION | LITIGATION | |
| 155 | 24 | STIMULATE | STIPULATE | |
| 167 | 17 | MODIFICATION | NOTIFICATION | |
| 175 | 15 | HAVE | HAD | |
| 175 | 16 | HAVE | HAD | |
| 182 | 1 | I'LL FRESH | REFRESH | |
| 212 | 13 | 415 | 15 | |
| 220 | 18 | YOU | ~~YOU~~ | |
| 220 | 18 | THESE AND | THESE CASES AND | |
| 232 | 1 | 1 TO 9 | 1, 2, 9 | |

_____
SIGNATURE OF THE WITNESS

this ___9 TH___ day of ___NOVEMBER___, 20 _16_.

Shin, Howard                                              October 11, 2016

105

THE WITNESS:  No, I don't really know how they're structured right now.

BY MR. PRESTA:

Q.    Have you communicated with Ms. Farrar in connection with the DigiDeal litigation?

MR. JIMENEZ-EKMAN:  Objection, asked and answered, form.

(Pause).

THE WITNESS:  I don't recall if I've spoken with Ms. Farrar about the litigation aspects of the Shuffle/DigiDeal case.

BY MR. PRESTA:

Q.    Okay, let me --

Do you know if a prefiling investigation was done by Winston & Strawn prior to filing the DigiDeal case?

**A.    Yes, I do know if a prefiling investigation was performed.**

Q.    And was one performed?

**A.    Yes, there was.**

Q.    And who was involved with it?

(Pause)

THE WITNESS:  I would say me, Mr. Anderson, and Mr. Abbott.

Shin, Howard                                    October 11, 2016

106

(Pause)                              11:44

BY MR. PRESTA:                                  11:44

Q.    Do you recall anyone else?         11:44

(Pause)                              11:44

THE WITNESS:  There were a lot of    11:44

people.  TraskBritt attorneys.          11:44

Do you have a copy of the amended    11:44

complaint that I can take a look at?    11:44

BY MR. PRESTA:                                  11:45

Q.    In the DigiDeal litigation?        11:45

**A.    Yes.**                                 11:45

Q.    I think I handed you the complaint of    11:45

Plaintiffs' Exhibit 39.                        11:45

**A.    Do you have the original?**            11:45

MR. ANDERSON:  For the amended       11:45

complaint?                              11:45

MR. PRESTA:  I don't have the amended    11:45

complaint.                              11:45

BY MR. PRESTA:                                  11:45

Q.    What would you be looking for in there?    11:45

**A.    There's the name of a person who went to    11:45**

**the 2012 G2E show and was offered the DigiShuffle    11:45**

**for sale.  Offered to buy -- offer to -- there was    11:45**

**an offer of sale to this person, and he also    11:45**

**operated the device.  His name escapes me right now.**

Shin, Howard                                October 11, 2016

107

Q.   Was he somebody at the TraskBritt firm?   11:45

A.   **No.**   11:45

Q.   Was he somebody at Shuffle Master?   11:45

A.   **I think he may have been.**   11:45

Q.   And was it Mr. Hillson?   11:45

A.   **No.**   11:45

Q.   Okay.   11:45

A.   **That's -- no, I don't think so.**   11:45

Q.   Okay.   11:45

A.   **And who else?  Yeah, if I had the complaint, the amended complaint in front of me.**   11:45 11:46

Q.   Okay.   11:46

A.   **I think I...**   11:46

Q.   Okay, well, I will considering getting it, but let me ask you so, at least -- so you've identified several people.   11:46

You mentioned that, at least, you, Mr. Anderson, and Mr. Abbott were involved with the prefiling investigation of the DigiDeal litigation, right?   11:46

A.   **Yes.**   11:46

Q.   And maybe others?   11:46

A.   **Yes.**   11:46

Q.   Okay, and you've identified some potential other people, right?   11:46

Shin, Howard                                          October 11, 2016

259

C E R T I F I C A T E

STATE OF NEW YORK    )

: ss.

COUNTY OF NEW YORK )


I, CHERYLL KERR, RPR, SHR, a Licensed Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness whose deposition is hereinbefore set forth, was duly sworn by me, and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this _____ day of _____, 2016.


                            ---------------------------
                            CHERYLL KERR, RPR, SHR