# EXHIBIT 46

**From:** Newman, Richard H. [rnewman@HowardandHoward.com]
**Sent:** Tuesday, October 30, 2012 2:07 PM
**To:** Anderson, Kimball R.
**CC:** Shin, Howard I.; CRM@pisanellibice.com; ETA@pisanellibice.com; McCarthy, Patrick; Eric Abbott; jjp@pisanellibice.com
**Subject:** RE: SHFL v DigiDeal 2:12-cv-01782
**Attachments:** US7854430.pdf; US8109514.pdf

Hi Kimball

Thanks for call and for taking care of the extension.

As discussed, I will talk to our client about the inspection and get back to you. In the meantime, I've attached US Patent Nos. 7,854,430 and 8,109,514 directed to the card shuffling device and method incorporated in the DigiShuffle product for your review.

With regard to your contention concerning a potential conflict of interest, I joined Shuffle Master, Inc. – back then the company name included vowels and was more easily pronounceable – a few years after both patents identified in the complaint had been filed. Their prosecution was handled by outside counsel and I have no recollection of being involved in any decisions or instructions given to outside counsel with respect to these patents. I also do not anticipate the issues in this matter involving information other than that which is already included in the public record. Of course we acknowledge your client's lack of waiver and reservation; however, based at least on the foregoing we foresee no issue or potential for an issue under Rule 1.9. Naturally, if you are aware of any specific actual concerns, then please let us know as soon as possible so they can promptly addressed.

Best regards,
Rich

## Howard & Howard
### law for business

**Richard H. Newman**
Attorney and Counselor

Direct: 702.667.4811
Fax: 702.567.1568
Cell: 917.543.2166

3800 Howard Hughes #1000
Las Vegas, NV 89169
newman@HowardandHoward.com

**www.howardandhoward.com**

**NOTICE:** Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify

Confidential Pursuant to Protective Order

the sender and destroy the information transmitted without making any copy or distribution thereof.

**NOTICE:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code; or (b) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

**From:** Anderson, Kimball R. [mailto:KAnderso@winston.com]
**Sent:** Tuesday, October 30, 2012 1:17 PM
**To:** jjp@pisanellibice.com
**Cc:** Shin, Howard I.; CRM@pisanellibice.com; ETA@pisanellibice.com; McCarthy, Patrick; Newman, Richard H.; Eric Abbott
**Subject:** RE: SHFL v DigiDeal 2:12-cv-01782

Jim, I would grateful if your team would prepare and file any necessary stipulation to extend the time by 30 days for DigiDeal to answer or otherwise plead. Thanks, Kimball.

**From:** Anderson, Kimball R.
**Sent:** Monday, October 29, 2012 8:21 PM
**To:** 'Newman, Richard H.'
**Cc:** Shin, Howard I.; CRM@pisanellibice.com; ETA@pisanellibice.com; McCarthy, Patrick; jjp@pisanellibice.com
**Subject:** RE: SHFL v DigiDeal 2:12-cv-01782

Rich:

Jim Pisanelli forwarded your email dated October 26, 2012 for response. SHFL entertainment ("SHFL") is willing to grant your client a thirty-day extension of time to answer or otherwise plead. We can file the papers with the Court. Let us know.

Before filing the complaint, we had sufficient information regarding infringement. Although your client previously refused a similar request, we would like to inspect the accused product on Friday, November 2, 2012. Please let us know if you will be able have an exemplar available for us on that date. With the accused product at hand we can have a more meaningful discussion with you.

Finally, we note that you previously worked for SHFL in an in-house patent counsel capacity. As you know, this raises a potential conflict of interest under Rule 1.9 of the Nevada Rules of Professional Conduct. Please be advised that SHFL does not waive, and hereby expressly reserves, any and all of its rights relating to privileged and confidential information you learned by virtue of your prior representation of SHFL.

We await your response. —Kimball Anderson (counsel for SHFL).

**From:** Newman, Richard H. [mailto:rnewman@HowardandHoward.com]
**Sent:** Monday, October 29, 2012 12:57 PM
**To:** jjp@pisanellibice.com
**Cc:** Shin, Howard I.; Anderson, Kimball R.; CRM@pisanellibice.com; ETA@pisanellibice.com; McCarthy,

Confidential Pursuant to Protective Order

SGC 0000557221

Patrick
**Subject:** FW: SHFL v DigiDeal 2:12-cv-01782

Given the short time frame, I'm following up on the below email and including all attorneys
identified on the complaint.

Best regards,
Rich

# Howard & Howard

### law for business

**Richard H. Newman**
Attorney and Counselor

Direct 702.667.4811        3800 Howard Hughes #1000
Fax      702.567.1568              Las Vegas, NV 89169
Cell:    917.543.2166        newman@howardandhoward.com

**www.howardandhoward.com**

**NOTICE:** Information contained in this transmission to the named addressee is proprietary
information and is subject to attorney-client privilege and work product confidentiality. If the
recipient of this transmission is not the named addressee, the recipient should immediately notify
the sender and destroy the information transmitted without making any copy or distribution
thereof.

**NOTICE:** To ensure compliance with requirements imposed by the IRS, we inform you that any
U.S. tax advice contained in this communication (including any attachments) is not intended or
written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the
Internal Revenue Code; or (b) promoting, marketing or recommending to another party any
transaction or tax-related matter addressed herein.

**From:** Newman, Richard H.
**Sent:** Friday, October 26, 2012 12:31 PM
**To:** 'jjp@pisanellibice.com'
**Cc:** McCarthy, Patrick
**Subject:** SHFL v DigiDeal 2:12-cv-01782

Hi Jim

We have been retained by Shuffle Tech International, LLC to defend DigiDeal in the action filed
by SHFL. DigiDeal licensed IP rights from Shuffle Tech relating to the product known as the
DigiShuffle.

Confidential Pursuant to Protective Order

SGC 0000557222

The complaint for patent infringement against DigiDeal appears to have been filed by SHFL based solely on the information gleaned from marketing materials which generally describe the DigiShuffle and include a picture of its exterior. If so, this would mean that SHFL lacked sufficient information to complete an infringement analysis. If SHFL filed the complaint based on more information than was available to it from the marketing materials, then please let me know.

Our client would like to provide the missing information so that the analysis can be completed. Of course, we believe that SHFL's infringement concerns will be obviated as a result. Since we understand that the transfer of information and analysis will take some time to complete, we propose extending the period for filing an answer to the complaint and hope we can agree on that.

Please let me know your thoughts, thanks.

Best regards,
Rich

## Howard & Howard

### law for business

**Richard H. Newman**
Attorney and Counselor

| | | |
|---|---|---|
| Direct | 702.667.4811 | 3800 Howard Hughes #1000 |
| Fax | 702.567.1568 | Las Vegas, NV 89169 |
| Cell | 917.543.2166 | newman@howardandhoward.com |

**www.howardandhoward.com**

**NOTICE:** Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**NOTICE:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code; or (b) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

The contents of this message may be privileged and confidential. Therefore, if this message has

Confidential Pursuant to Protective Order

SGC 0000557223

been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

Confidential Pursuant to Protective Order

SGC 0000557224