# EXHIBIT 49

**From:** Rick Schultz
**To:** Matthew Dickson
**Sent:** 10/19/2012 7:58:02 PM
**Subject:** Re: Patent Litigation

Just spoke to him, wanted to update you, no problems, just want to limit written communication.

Sent from my iPhone

On Oct 19, 2012, at 7:06 PM, Matthew Dickson < md@pstcap.com >wrote:

If you hear back from Rich you can call me this weekend at any time c-702-510-4384

Matt

---

**From:** Rick Schultz < rick@shuffletech.com >
**To:** Matthew Dickson < md@pstcap.com >
**Cc:** Peter Macy < macy@pstcap.com >; Danny Davila < dd@pstcap.com >; Mike Kuhn < mkuhn@digideal.com >
**Sent:** Friday, October 19, 2012 8:49 AM
**Subject:** Re: Patent Litigation

Haven't heard back from Rich but was going to call Rich this morning as it has been two days. Return date is probably a week from next Tues or Wed if its the standard 21 day return, but I have to verify that.

Sent from my iPhone

On Oct 19, 2012, at 9:43 AM, Matthew Dickson < md@pstcap.com >wrote:

Hi Rick, any word yet? What is our return date for the answer to SHFL? I'd like to get going on this while we have momentum.

Matt

HIGHLY CONFIDENTIAL

PLA00124628