# EXHIBIT 50

Message

| | |
|---|---|
| **From**: | Rick Schultz [rick@shuffletech.com] |
| **Sent**: | 10/5/2012 3:09:57 PM |
| **To**: | Mike Kuhn [mkuhn@digideal.com]; SCrystal sac1109@aol.com [sac1109@aol.com]; Matthew Dickson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1c26f78088b34ce1a65c036a16ddc433-md_c2c12051]; Peter Macy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0dc5ee28800a4493b820f3a058f51785-macy_7096da]; Dave Barrick [dbarrick@cox.net]; Monte Barrick [mw_barrick@yahoo.com] |
| **Subject**: | Shuffle Tech/Representation against Shuffle Master |

Guys,

I want to confirm as discussed with some of you that we have retained Rich Newman at Howard and Howard in Las Vegas to review Shuffle Master's current and pending IP, and prepare to respond to Shuffle Master when we next hear from them. Brinks Hofer will remain our primary IP firm in Chicago, but we anticipate that any action by Shuffle Master will be taken in Nevada, and additionally, Rich knows the space, has previously worked for Shuffle Master, and is presently adverse to Shuffle Master in other matters.

Mike, we may need to coordinate demonstrations of the inner workings of our machine by Tyler to Rich, but we can arrange that when required by Rich.

We had discussed the benefit of arranging a conference call for the entire group to plan our response, but I suggest we defer that until after Rich has evaluated the situation and we can discuss on the basis of his opinions.

Thanks.
Rick

HIGHLY CONFIDENTIAL

PLA00142391