# EXHIBIT 55

JAMES D. BOYLE, ESQ.
Nevada Bar No. 8384
NATHAN R. HENDERSON, ESQ.
Nevada Bar No. 13145
HOLLEY, DRIGGS, WALCH
PUZEY & THOMPSON
400 South 4th Street, Third Floor
Las Vegas, Nevada 89101
(702) 791-0308
(Proposed) Attorneys for Defendant DigiDeal Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., | Case No.: 2:12-cv-01782-GMN-VCF |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL OF RECORD** |
| DIGIDEAL CORPORATION, | |
| Defendant. | |

Defendant DIGIDEAL CORPORATION (the "Defendant") hereby consents and agrees to substitute and/or appoint James D. Boyle, Esq. and Nathan R. Henderson, Esq. of the law firm of HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON, located at 400 South 4th Street, Las Vegas, Nevada 89101 (Telephone: (702) 791-0308) as its attorneys of record in the above-entitled action in place and stead of Marie M. Kerr, Esq. of the law firm of Kerr IP Group, LLC.

Dated this 18th day of September, 2014.

DIGIDEAL CORPORATION

By: _____

Its: PRESIDENT & CEO

///
///
///
///
///

06451-06/1388773

The undersigned, James D. Boyle, Esq. and Nathan R. Henderson, Esq. of the law firm of Holley, Driggs, Walch, Puzey & Thompson, who are duly admitted to practice in this District, hereby consent and agree to being substituted in place and stead of Marie M. Kerr, Esq. of the law firm of the Kerr IP Group, LLC as attorney for the Defendant.

Dated this 18th day of September, 2014.

> HOLLEY, DRIGGS, WALCH,
> PUZEY & THOMPSON
>
> JAMES D. BOYLE, ESQ.
> (NBN 8384)
> NATHAN R. HENDERSON, ESQ.
> (NBN 13145)
> 400 South 4th Street, Third Floor
> Las Vegas, Nevada 89101

The undersigned, Marie M. Kerr, Esq. of the law firm of Kerr IP Law Group, LLC, who is duly admitted to practice in this District, hereby consents and agrees to being released and replaced as counsel of record for Defendant by James D. Boyle, Esq. and Nathan R. Henderson, Esq. of the law firm of Holley, Driggs, Walch, Puzey & Thompson.

Dated this 18th day of September, 2014.

> KERR IP LAW GROUP
>
> MARIE KERR, ESQ.
> (NBN 7808)
> 1695 Meadow Wood Lane, Suite 200
> Reno, Nevada 89502

- 2 -

06451-06/1388773

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the _19th_ day of September, 2014, I caused the document entitled SUBSTITUTION OF COUNSEL OF RECORD, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service | |
|---|---|---|---|
| James J. Pisanelli<br>JJP@pisanellibice.com<br>Christopher R. Miltenberger<br>CRM@pisanellibice.com<br>Eric T. Aldrain, Esq.<br>ETA@pisanellibice.com<br>Pisanelli Bice PLLC<br>3883 Howard Hughes Parkway<br>Suite 800<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | SHFL Entertainment, Inc.<br>*Plaintiff* | ☐ Personal Service<br>☑ Email/E-File<br>☐ Fax Service<br>☐ Mail Service | |
| Kimball R. Anderson<br>kanderson@winston.com<br>Howard J. Shin<br>hshin@winston.com<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601 | SHFL Entertainment, Inc.<br>*Plaintiff* | ☐ Personal Service<br>☑ Email/E-File<br>☐ Fax Service<br>☐ Mail Service | |

DATED this _19th_ day of September, 2014.

_Evelyn M. Pusey_

An employee of Holley, Driggs, Walch Puzey & Thompson

- 3 -

06451-06/1388773