# EXHIBIT 58

Message

| | |
|---|---|
| **From**: | Mike Kuhn [mkuhn@digideal.com] |
| **Sent**: | 10/16/2013 7:53:33 PM |
| **To**: | Marie Kerr [mmk@kipg.com] |
| **CC**: | Matthew Dickson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ae5a09c422c5450186a26d002b725bc0-md_e62ee1c5]; Peter Macy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0dc5ee28800a4493b820f3a058f51785-macy_7096da]; Daniel Davila [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aad55b80379d4450957aeb02aea7e72d-dd]; SCrystal sac1109@aol.com [sac1109@aol.com]; D. W. (Dave) Barrick [dbarrick@cox.net]; Rick Schultz (rick@shuffletech.com) [rick@shuffletech.com]; Tyler Kuhn [tkuhn@digideal.com] |
| **Subject**: | Notification of Confidentiality |

Hi Marie,

Effective immediately, please keep all communication regarding the Shuffle Entertainment's lawsuit against DigiDeal confidential to Michael or Tyler Kuhn and DigiDeal Corporation. I will personally distribute any information regarding our legal status and strategy on an as needed basis to any outside parties.

Please advise that if I do find it necessary to disseminate any information regarding the SHFL complaint to parties outside of DigiDeal, is the proper method of labeling for discoverable immunity tagged "Privileged Attorney Client Communication" sufficient on forwarded emails or other written communication?

Thank you,

Mike

HIGHLY CONFIDENTIAL

PLA00142416