# EXHIBIT 61F

| *Notice of Intent to Issue* *Ex Parte Reexamination Certificate* | Control No. | Patent Under Reexamination |
|---|---|---|
| | 90/013,112 | 6,651,982  B2 E |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | GLENN K. DAWSON | 3993 | No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☒ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding.  This proceeding is subject to reopening at the initiative of the Office or upon petition.  *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of

   (a) ☒ Patent owner's communication(s) filed: <u>01 April 2015</u>.

   (b) ☐ Patent owner's failure to file an appropriate timely response to the Office action mailed: _____.

   (c) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).

   (d) ☐ The decision on appeal by the ☐ Board of Patent Appeals and Interferences ☐ Court dated _____

   (e) ☐ Other: _____.

2.   The Reexamination Certificate will indicate the following:

   (a) Change in the Specification:   ☒ Yes ☐ No

   (b) Change in the Drawing(s):    ☒ Yes ☐ No

   (c) Status of the Claim(s):

       (1) Patent claim(s) confirmed: _____.

       (2) Patent claim(s) amended (including dependent on amended claim(s)): <u>1-3 and 42-46</u>

       (3) Patent claim(s) canceled: _____.

       (4) Newly presented claim(s) patentable: <u>52 and 53</u>.

       (5) Newly presented canceled claims: _____.

       (6) Patent claim(s) ☐ previously ☐ currently disclaimed: _____

       (7) Patent claim(s) not subject to reexamination: <u>4-41 and 47-51</u>.

3. ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

4. ☒ Note the attached statement of reasons for patentability and/or confirmation.  Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays.  Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

5. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

6. ☐ Note attached LIST OF REFERENCES CITED (PTO/SB/08 **or PTO/SB/08 substitute**).

7. ☐ The drawing correction request filed on _____ is:  ☐ approved   ☐ disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All   b)☐ Some*   c)☐ None    of the certified copies have

       ☐ been received.

       ☐ not been received.

       ☐ been filed in Application No. _____.

       ☐ been filed in reexamination Control No. _____.

       ☐ been received by the International Bureau in PCT Application No. _____.

     * Certified copies not received: _____.

9.  ☐ Note attached Examiner's Amendment.

10. ☐ Note attached Interview Summary (PTO-474).

11. ☐ Other: _____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

/GLENN K DAWSON/
Primary Examiner, Art Unit 3993

cc: Requester (if third party requester)

Application/Control Number: 90/013,112                                    Page 2

Art Unit: 3993

The present application is being examined under the pre-AIA first to invent provisions.

### *Reexamination*

## STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

The following is an examiner's statement of reasons for patentability and/or confirmation of the claims found to possess patentable subject matter in this reexamination proceeding: The prior art fails to disclose, teach, suggest or otherwise make obvious an automatic shuffler mounted on a gaming table and having a top surface flush with the surface of the gaming table, a card receiving area with a recessed support surface for receiving playing cards manually placed into the shuffler, an elevator for raising shuffled cards for manual removal by a dealer, and an automatically moveable cover set flush into the top surface of the shuffler over the elevator. While Roblejo and Albrecht teach automatic card shufflers, and Albrecht and Sines teach the concept of mounting a card shuffler to a gaming table, the manner in which this is done fails to specify all the above features. Watanabe teaches the concept of mounting a shuffling unit under a gaming table but the covers disclosed therein (10, 107 and 187), if they are part of the shuffler and not the

Application/Control Number: 90/013,112                                                  Page 3
Art Unit: 3993

gaming table, would constitute the topmost surface of the shuffler and then would lack a cover set flush into the top surface of the shuffler. Plass teaches a card dealer, not a card shuffler, having a cover 79 which can be flush with the gaming table and possibly the top rim of the dealing housing, but there is no reasonable rationale for combining these references to arrive at the features noted above. As for Block, Block includes a top transparent cover 16 over the gaming table with shuffler which prevents a dealer from manually placing cards needing to be shuffled into the recessed support surface of the card receiving area or manually removing shuffled cards from the collection surface proximate the gaming table surface.

The examiner agrees with Patent Owner's arguments of 02-19-2015 with respect to the specification of the –'982 patent providing support for "the cover set flush into the top surface of the playing card shuffler".

The proposed new drawing of 04-01-2015 has been approved and entered.

Application/Control Number: 90/013,112                                    Page 4

Art Unit: 3993

Any comments considered necessary by PATENT OWNER regarding the

above statement must be submitted promptly to avoid processing delays.

Such submission by the patent owner should be labeled: "Comments on

Statement of Reasons for Patentability and/or Confirmation" and will be placed

in the reexamination file.


## *Conclusion*

Claims 1-3, 42-46, 52 and 53 are patentable.

Claims 4-41 and 47-51 were not reexamined.


All correspondence relating to this ex-parte reexamination proceeding

should be directed:

By EFS:       Registered users may submit via the electronic filing system
(EFS-Web, at

https://efs.uspto.gov/efile/myportal/efs-registered


By mail to: Mail Stop *Ex Parte* Reexam
            Central Reexamination Unit
            Commissioner for Patents
            United States Patent & Trademark Office
            P.O. Box 1450
            Alexandria, VA 22313-1450
By Fax to: (571) 273-9900
            Central Reexamination Unit

Application/Control Number: 90/013,112                                         Page 5
Art Unit: 3993


By hand:     Customer Service Window
             Randolph Building
             401 Dulaney Street
             Alexandria, VA 22314



For EFS-Web transmissions 37 CFR 1.8(a)(1)(i) (C) and (ii) states that the correspondence (except for a request for reexamination and a corrected or replacement request for reexamination) will be considered timely filed if (a) it is transmitted via the Office's electronic filing system in accordance with 37 CFR 1.6(a)(4), and (b) includes a certificate of transmission for each piece of correspondence stating the date of transmission, which is prior to the expiration of the set period of time in the Office action.


Any inquiry concerning this communication or earlier communications from the examiner should be directed to Glenn K. Dawson whose telephone number is 571-272-4694. The examiner can normally be reached on Mon-Fri 8:00-4:30.


If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisors Gay Spahn and Eileen Lillis can be reached at 571-272-7731 and 571-272-6928, respectively.

Application/Control Number: 90/013,112                                         Page 6
Art Unit: 3993

Information regarding the status of an application may be obtained from

the Patent Application Information Retrieval (PAIR) system. Status information

for published applications may be obtained from either Private PAIR or Public

PAIR. Status information for unpublished applications is available through

Private PAIR only. For more information about the PAIR system, see

http://pair-direct.uspto.gov. Should you have questions on access to the

Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-

9197 (toll-free). If you would like assistance from a USPTO Customer Service

Representative or access to the automated information system, call 800-786-

9199 (IN USA OR CANADA) or 571-272-1000.

/Glenn K Dawson/
Primary Examiner
 Art Unit 3993

Conferee: /A.J.L./

Conferee: /GAS /