# EXHIBIT 62A

PTO/SB/57 (08-13)
Approved for use through 07/31/2015. OMB 0651-0064
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

(Also referred to as FORM PTO-1465)

# REQUEST FOR *EX PARTE* REEXAMINATION TRANSMITTAL FORM

Address to:
**Mail Stop *Ex Parte* Reexam**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA 22313-1450**

Attorney Docket No.: DD 13.001

Date: 12/31/2013

1. [✔] This is a request for *ex parte* reexamination pursuant to 37 CFR 1.510 of patent number 7,523,935 issued April 28, 2009 . The request is made by:

   [ ] patent owner.          [✔] third party requester.

2. [✔] The name and address of the person requesting reexamination is:

   DigiDeal Corporation

   5207 E. Third Avenue

   Spokane Valley, WA 99212

3. Requester claims [✔] small entity (37 CFR 1.27) or [ ] micro entity status (37 CFR 1.29) -- only a patent owner requester can claim micro entity status.

4. [ ] a. A check in the amount of $_____ is enclosed to cover the reexamination fee, 37 CFR 1.20(c)(1);

   [ ] b. The Director is hereby authorized to charge the fee as set forth in 37 CFR 1.20(c)(1) to Deposit Account No. _____ ;

   [ ] c. Payment by credit card. Form PTO-2038 is attached; **or**

   [✔] d. Payment made via EFS-Web.

5. [✔] Any refund should be made by [ ] check or [✔] credit to Deposit Account No. 50-5930 . 37 CFR 1.26(c). If payment is made by credit card, refund must be to credit card account.

6. [✔] A copy of the patent to be reexamined having a double column format on one side of a separate paper is enclosed. 37 CFR 1.510(b)(4).

7. [ ] CD-ROM or CD-R in duplicate, Computer Program (Appendix) or large table

   [ ] Landscape Table on CD

8. [ ] Nucleotide and/or Amino Acid Sequence Submission
   *If applicable, items a. -- c. are required.*

   a. [ ] Computer Readable Form (CRF)

   b. Specification Sequence Listing on:

      i. [ ] CD-ROM (2 copies) or CD-R (2 copies); **or**

      ii. [ ] paper

   c. [ ] Statements verifying identity of above copies

9. [✔] A copy of any disclaimer, certificate of correction or reexamination certificate issued in the patent is included.

10. [✔] Reexamination of claim(s) 1, 2, 9, 10, 11 & 14 is requested.

11. [✔] A copy of every patent or printed publication relied upon is submitted herewith including a listing thereof on Form PTO/SB/08, PTO-1449, or equivalent.

12. [✔] An English language translation of all necessary and pertinent non-English language patents and/or printed publications is included.

[Page 1 of 2]

This collection of information is required by 37 CFR 1.510. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 18 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop *Ex Parte* Reexam, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/57 (08-13)
Approved for use through 07/31/2015. OMB 0651-0064
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

13. ☑ The attached detailed request includes at least the following items:

    a. A statement identifying each substantial new question of patentability based on prior patents and printed publications. 37 CFR 1.510(b)(1).

    b. An identification of every claim for which reexamination is requested, and a detailed explanation of the pertinency and manner of applying the cited art to every claim for which reexamination is requested. 37 CFR 1.510(b)(2).

14. ☐ A proposed amendment is included (only where the patent owner is the requester). 37 CFR 1.510(e).

15. ☑ a. It is certified that a copy of this request (if filed by other than the patent owner) has been served in its entirety on the patent owner as provided in 37 CFR 1.33(c).
The name and address of the party served and the date of service are:

Traskbitt, P.C./SHFL Entertainment

P.O. Box 2550, Salt Lake City, UT 84110

Date of Service: Dec. 31, 2013 ; or

    ☐ b. A duplicate copy is enclosed since service on patent owner was not possible. An explanation of the efforts made to serve patent owner **is attached.** See MPEP § 2220.

16. Correspondence Address: Direct all communication about the reexamination to:

☑ The address associated with Customer Number: | 48008

OR

☐ Firm or Individual Name

Address

| City | State | Zip |
|---|---|---|
| | | |

| Country |
|---|
| |

| Telephone 775-624-8700 | Email mick@kipg.com |
|---|---|

17. ☑ The patent is currently the subject of the following concurrent proceeding(s):

    ☐ a. Copending reissue Application No. _____

    ☑ b. Copending reexamination Control No. TBD

    ☐ c. Copending Interference No. _____

    ☑ d. Copending litigation styled:

    SHFL entertainment, Inc. v. DigiDeal Corporation, Nevada District Court Case No. 2:12-cv-01782 GMC VCF

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

| /Michael A Kerr/ | Dec. 31, 2013 |
|---|---|
| Authorized Signature | Date |

| Michael A. Kerr | 42,722 | ☐ For Patent Owner Requester |
|---|---|---|
| Typed/Printed Name | Registration No. | ☑ For Third Party Requester |