# EXHIBIT 62E

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re *Ex Parte* Reexamination of: | Control Number: 90/013,111 |
| **Title:** U.S. PATENT No. 7,523,935 CARD SHUFFLING APPARATUS WITH INTEGRAL CARD DELIVERY | Group Art Unit: 3993 |
| **Inventors:** Attila Grauzer, et al. | Confirmation No.: 9809 |
| **Filed:** October 15, 2003 | Atty. Dkt. No.: 012192-021 A |

### <u>RESPONSE TO NON-FINAL OFFICE ACTION</u>

Mail Stop *Ex Parte* Reexam
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Office Action mailed November 14, 2014, please enter the following amendments and remarks into the file of this application.

**Amendments to the Claims** begin on page 2 herein.

**Remarks** begin on page 5 herein.

No fee is believed to be due for this submission. Should any fees be required, please charge such fees to Winston & Strawn LLP Deposit Account No. 50-1814.

## AMENDMENTS TO THE CLAIMS

The following listing of claims replaces all prior listings and versions of claims in this application.

1.      (Cancelled)

2.      (Cancelled)

3.      (Original)   The device of claim 2 further wherein the randomizing system further comprises:

a card randomizing area, the card randomizing area including:

i) a gripping support mechanism for suspending at least one card within the card randomizing area; and

ii) a mechanism for automatically adjusting the gripping support mechanism during operation to suspend cards of varying dimensions.

4.      (Original)   The device of claim 3, wherein the gripping support mechanism comprises a pair of spaced apart gripping pads that move towards the edges of a stack of cards and there is a moveable cover over the card collection area that is hinged to enable movement of the cover.

5.      (Original)   The device of claim 3 further comprising a sensor for sensing the presence of a substack of suspended cards.

6.      (Original)   The device of claim 1 wherein there is a remote controller for controlling the card randomization system by means of a user-manipulated remote control device.

7.      (Original)   The device of claim 6 wherein the remote controller is selected from the group consisting of an infra-red (I.R.) controller and a foot pedal.

8.      (Original)   The device of claim 6 wherein the remote controller comprises an infra-red controller.

9. (Cancelled)

10. (Cancelled)

11. (Cancelled)

12. (Original) The automatic shuffler of claim 9 wherein the card receiver comprises pick-off rollers.

13. (Original) The automatic shuffler of claim 9 wherein the card receiver comprises a sloped surface.

14. (Cancelled)

15. (New) A playing card shuffler comprising:

a housing mounted to a casino gaming table having a top surface flush with and surrounded by the surface of the casino gaming table;

the top surface including a shuffler control to control an operation of the shuffler and a display panel to display shuffler status information;

a playing card infeed tray set into the top surface of the shuffler for accepting playing cards that have been stacked in face to back orientation to form a single group of playing cards to be shuffled;

a randomizing system for randomizing the order of an initial set of playing cards inserted into the playing card infeed tray;

a collection surface for receiving randomized playing cards and holding below the top surface of the shuffler a complete deck of playing cards that have been randomized by the randomizing system;

an elevator for raising the collection surface holding the complete deck of playing cards to a position above the level of the gaming table surface when a shuffler control is activated to enable a dealer to manually remove the complete deck of all randomized playing cards at one time;

-4-

a flip-up cover set into the top surface of the shuffler enclosing both the playing card infeed tray
and the collection surface; and

a microprocessor for controlling the operation of the playing card shuffler.

## REMARKS

In response to the November 14, 2014 Office Action, Claims 1, 2, 9-11 and 14 of the '935 Patent have been cancelled. Patent Owner traverses the rejection of Claims 1, 2, 9-11 and 14, but is cancelling these claims in order to expedite the issuance of a reexamination certificate for the '935 Patent. Patent Owner reserves all rights to pursue these claims in a co-pending application containing support for the claimed subject matter.

Dependent Claims 3-8, 12 and 13 are not subject to reexamination and have been retained herein in original form. Claim 15, as previously submitted, has been found to be patentable.

Claim 15 has been changed in this response to delete language that is not necessary for patentability. In particular, the language "and mounted on a bracket having a support surface located beneath the surface of the casino gaming table" has been deleted as it is not mentioned in the Examiner's reasons for allowance and is an additional feature not needed for patentability.

A proposed new drawing sheet containing Fig. 8 has been submitted pursuant to the Examiner's direction to show "the housing being mounted to a casino gaming table having a top surface flush with and surrounded by the surface of the gaming table." As noted above, with the "bracket" language deleted from claim 15, there is no need to show the bracket in the new figure. Accordingly, the objection under 37 C.F.R. § 1.83(a) has been addressed and is overcome.

In view of these amendments, it is respectfully submitted that the '935 Patent is in condition for issuance of a reexamination certificate.

Respectfully submitted,

Date: January 13, 2015

   /Allan A. Fanucci/
Allan A. Fanucci, Reg. No. 30,256

**WINSTON & STRAWN LLP**
Customer No. 28765
212-294-3311

Case: 1:15-cv-03702 Document #: 134-73 Filed: 03/24/17 Page 7 of 7 PageID #:4780



**FIG. 8**