# EXHIBIT 62G

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

DIGIDEAL CORPORATION

5207 E. THIRD AVENUE

SPOKANE VALLEY, WA 99212


# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM


REEXAMINATION CONTROL NO. *90/013,111*.

PATENT NO. *7523935*.

ART UNIT *3993*.


Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).


Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).


PTOL-465 (Rev.07-04)

Application/Control Number: 90/013,111                                    Page 2

Art Unit: 3993

The present application is being examined under the pre-AIA first to invent provisions.

### Extensions of Time

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extensions of time in *ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

### Amendment in Reexamination Proceedings

Patent owner is notified that any proposed amendment to the specification and/or claims in this reexamination proceeding must comply with 37 CFR 1.530(d)-(j), must be formally presented pursuant to 37 CFR 1.52(a) and (b), and must contain any fees required by 37 CFR 1.20(c).

***Patent Owner is required to submit new claim 15 completely underlined, including the claim no., according to 37 CFR 1.530(d)-(j) when responding to this office action.***

Application/Control Number: 90/013,111                                    Page 3

Art Unit: 3993

## Submissions

In order to insure full consideration of any amendments, affidavits or declarations or other documents as evidence of patentability, such documents must be submitted in response to the first Office action on the merits (which does not result in a close of prosecution). Submissions after the next Office action on the merits, which is intended to be a final action, will be governed by the requirements of 37 CFR 1.116, after final rejection and by 37 CFR 41.33 after appeal, which will be strictly enforced.

## Notification of Concurrent Proceedings

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. 7,523,935 throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

## Drawings

The drawings are objected to under 37 CFR 1.83(a). The drawings must show every feature of the invention specified in the claims. Therefore, the housing being mounted to a casino gaming table having a top surface flush

Application/Control Number: 90/013,111                                    Page 4
Art Unit: 3993

with and surrounded by the surface of the gaming table must be shown or the feature(s) canceled from the claim(s). No new matter should be entered.

Corrected drawing sheets in compliance with 37 CFR 1.121(d) are required in reply to the Office action to avoid abandonment of the application. Any amended replacement drawing sheet should include all of the figures appearing on the immediate prior version of the sheet, even if only one figure is being amended. The figure or figure number of an amended drawing should not be labeled as "amended." If a drawing figure is to be canceled, the appropriate figure must be removed from the replacement sheet, and where necessary, the remaining figures must be renumbered and appropriate changes made to the brief description of the several views of the drawings for consistency. Additional replacement sheets may be necessary to show the renumbering of the remaining figures. Each drawing sheet submitted after the filing date of an application must be labeled in the top margin as either "Replacement Sheet" or "New Sheet" pursuant to 37 CFR 1.121(d). If the changes are not accepted by the examiner, the applicant will be notified and informed of any required corrective action in the next Office action. The objection to the drawings will not be held in abeyance.

Application/Control Number: 90/013,111                                    Page 5

Art Unit: 3993

*** ***The examiner contends that proposed new figure 8 would show the claimed subject matter if the double line at 532 were a single line and the outer rim of the table were eliminated. If re-submitted and accepted PO is required to amend the specification to include a brief description of the new figure. Care should be taken so as not to add new matter to the specification.***

### Response to Arguments of 01-13-2015 by Patent Owner (PO)

Patent Owner canceled all rejected claims and proposed a new figure 8 to overcome the objection to the drawings. As noted above, the new figure 8 fails to overcome the drawing objection and specific instructions as to what alterations would overcome the drawing objection were provided above.

## STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

The following is an examiner's statement of reasons for patentability and/or confirmation of the claims found patentable in this reexamination proceeding: The cited prior art fails to teach, suggest or otherwise make obvious the invention of new claim 15, including a playing card shuffler with a flip-up cover set into the top surface of the shuffler enclosing both the playing card in-feed tray and the collection surface in combination with the housing

Application/Control Number: 90/013,111                                           Page 6
Art Unit: 3993

mounted to a gaming table with its top surface flush with and surrounded by

the surface of the gaming table.

Any comments considered necessary by PATENT OWNER regarding the

above statement must be submitted promptly to avoid processing delays.

Such submission by the patent owner should be labeled: "Comments on

Statement of Reasons for Patentability and/or Confirmation" and will be placed

in the reexamination file.

### *Conclusion*

Claims 1, 2, 9-11 and 14 have been canceled.
Claim 15 is patentable.
Claims 3-8, 12 and 13 were not reexamined.
The drawings are objected to.

**THIS ACTION IS MADE FINAL.**

A shortened statutory period for response to this action is set to expire 2

months from the mailing date of this action.

**Extensions of time under 37 CFR 1.136(a) do not apply in reexamination**

**proceedings.** The provisions of 37 CFR 1.136 apply only to "an applicant" and

not to parties in a reexamination proceeding. Further, in 35 U.S.C. 305 and in

Application/Control Number: 90/013,111                                      Page 7

Art Unit: 3993

37 CFR 1.550(a), it is required that reexamination proceedings "will be

conducted with special dispatch within the Office."

**Extensions of time in reexamination proceedings are provided for in 37 CFR 1.550(c).** A request for extension of time must specify the requested period of extension and it must be accompanied by the petition fee set forth in 37 CFR 1.17(g). Any request for an extension in a third party requested ex parte reexamination must be filed on or before the day on which action by the patent owner is due, and the mere filing of a request will not effect any extension of time. A request for an extension of time in a third party requested ex parte reexamination will be granted only for sufficient cause, and for a reasonable time specified. Any request for extension in a patent owner requested *ex parte* reexamination (including reexamination ordered under 35 U.S.C. 257) for up to two months from the time period set in the Office action must be filed no later than two months from the expiration of the time period set in the Office action. A request for an extension in a patent owner requested *ex parte* reexamination for more than two months from the time period set in the Office action must be filed on or before the day on which action by the patent owner is due, and the mere filing of a request for an extension for more than two months will not effect the extension. The time for taking action in a patent owner requested *ex parte* reexamination will not be extended for more than two months from the time period set in the Office action in the absence of sufficient cause or for more than a reasonable time.

The filing of a timely first response to this final rejection will be construed

as including a request to extend the shortened statutory period for an

additional two months. In no event, however, will the statutory period for

response expire later than SIX MONTHS from the mailing date of the final

action. See MPEP § 2265.


All correspondence relating to this ex-parte reexamination proceeding

should be directed:

By EFS:       Registered users may submit via the electronic filing system (EFS-Web, at

https://efs.uspto.gov/efile/myportal/efs-registered

By mail to: Mail Stop *Ex Parte* Reexam
                Central Reexamination Unit
                Commissioner for Patents

Application/Control Number: 90/013,111            Page 8
Art Unit: 3993

         United States Patent & Trademark Office
         P.O. Box 1450
         Alexandria, VA 22313-1450
By Fax to: (571) 273-9900
         Central Reexamination Unit

By hand:     Customer Service Window
         Randolph Building
         401 Dulany Street
         Alexandria, VA 22314

      For EFS-Web transmissions 37 CFR 1.8(a)(1)(i) (C) and (ii) states that the correspondence (except for a request for reexamination and a corrected or replacement request for reexamination) will be considered timely filed if (a) it is transmitted via the Office's electronic filing system in accordance with 37 CFR 1.6(a)(4), and (b) includes a certificate of transmission for each piece of correspondence stating the date of transmission, which is prior to the expiration of the set period of time in the Office action.

      Any inquiry concerning this communication should be directed to Glenn K. Dawson at telephone number (571) 272-4694. If attempts to reach the examiner are unsuccessful, then his supervisor Eileen Lillis can be reached at 571-272-6928.

/Glenn K Dawson/
Primary Examiner, Art Unit 3993

Conferee: /A.J.L. /

Conferee: /EDL/