# EXHIBIT 80

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

SHUFFLE TECH INTERNATIONAL, LLC, et al., )
                                          )

      Plaintiffs, )

v. )  Civil Action No. 1:15-cv-03702

                                    )  The Honorable Matthew F. Kennelly

SCIENTIFIC GAMES CORPORATION, et al., )

      Defendant. )

## DECLARATION OF FERAIDOON BOURBOUR

I, Feraidoon Bourbour, declare as follows:

1.  I am over the age of 21 and am competent to testify with respect to the matters set forth in this declaration, and I have personal knowledge of the facts stated in this declaration.

2.  I am an Engineering Manager at Scientific Games Corporation. I began working for Shuffle Master, Inc. in 1998. I was one of the named inventors of U.S. Patent No. 6,651,982 that issued on November 25, 2003 and U.S. Patent No. 7,523,935 that issued on April 28, 2009.

3.  In connection with this lawsuit, I was asked by counsel for Scientific Games to review a document entitled "Report on Shuffler Competition," one copy of which bears the Bates-label SGC 0000447527-28.

4.  I am not the author of, and prior to being shown the document by counsel in this litigation, was not familiar with, the Report on Shuffler Competition.

5.  I did not attend the 1997 World Gaming Expo in Las Vegas, Nevada. Accordingly, I did not see at that expo (or anywhere else) a prototype card shuffling device named the

"Sure-Shuffler," which I understand Plaintiffs in this litigation refer to as the "Roblejo prototype."

6. Prior to this litigation, I also had not seen any brochure related to the Sure-Shuffler shuffler prototype.

7. I also have no recollection of having seen the Sure-Shuffler at the time the applications that became U.S. Patent Nos. 6,651,982 and 7,523,935 were prosecuted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22 day of March, 2017 at _Eden Prairie, MN_

_Feraidoon Bourbour_

Feraidoon Bourbour

2