Case: 1:15-cv-03702 Document #: 134-96 Filed: 03/24/17 Page 1 of 5 PageID #:5840

# EXHIBIT 83

**General Docket**
**United States Court of Appeals for the Federal Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 16-2705 | **Docketed:** 09/26/2016 |

**Nature of Suit:** 830 Patent Infringement (Fed. Question)
SHFL Entertainment, Inc. v. Digideal Corporation
**Appeal From:** United States District Court for the District of Nevada
**Fee Status:** fee paid

**Case Type Information:**
  **1)** Civil Private
  **2)** -
  **3)** -

**Originating Court Information:**
  **District:** 0978-2 : 2:12-cv-01782-GMN-VCF
  **Trial Judge:** Gloria M. Navarro, United States District Judge
  **Date Filed:** 10/10/2012

| | |
|---|---|
| **Date NOA Filed:** | **Date Rec'd COA:** |
| 09/23/2016 | 09/23/2016 |

**Prior Cases:**
  None

**Current Cases:**
  None

---

| | |
|---|---|
| SHFL ENTERTAINMENT, INC.<br>          Plaintiff - Appellant | Kimball Richard Anderson<br>Direct: 312-558-5858<br>Email: kanderson@winston.com<br>Fax: 312-558-5700<br>[LD NTC Retained]<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br><br>Geoffrey P. Eaton, -<br>Direct: 202-282-5705<br>Email: geaton@winston.com<br>Fax: 202-282-5100<br>[COR NTC Retained]<br>Winston & Strawn LLP<br>1700 K Street, NW<br>Washington, DC 20006<br><br>Howard I. Shin, -<br>Direct: (212) 294-6700<br>Email: hshin@winston.com<br>Fax: (212) 294-4700<br>[COR NTC Retained]<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166 |
| v. | |
| DIGIDEAL CORPORATION<br>          Defendant | |

Case: 1:15-cv-03702 Document #: 134-96 Filed: 03/24/17 Page 3 of 5 PageID #:5842

SHFL ENTERTAINMENT, INC.,

        Plaintiff - Appellant

v.

DIGIDEAL CORPORATION,

        Defendant

| | | |
|---|---|---|
| 09/26/2016 | ☐ 1<br>28 pg, 649.29 KB | Appeal docketed. Received: 09/23/2016. [369279]<br>Entry of Appearance due 10/11/2016. Certificate of Interest is due on 10/11/2016. Docketing Statement due 10/11/2016. Appellant/Petitioner's brief is due 11/25/2016. |
| 10/07/2016 | ☐ 2<br>2 pg, 89.43 KB | Transcript Purchase Order Form for the Appellant SHFL Entertainment, Inc. indicating that a transcript is already on file. Service: 10/07/2016 by email. [372628] |
| 10/11/2016 | ☐ 3<br>2 pg, 61.54 KB | Entry of appearance for Kimball R. Anderson as principal counsel for Appellant SHFL Entertainment, Inc.. Service: 10/10/2016 by email. [372876] |
| 10/11/2016 | ☐ 4<br>5 pg, 130.21 KB | Docketing Statement for the Appellant SHFL Entertainment, Inc.. Service: 10/10/2016 by email. [372879] |
| 10/11/2016 | ☐ 5 | Certificate of Interest for the Appellant SHFL Entertainment, Inc.. Service: 10/10/2016 by email. [372880] |
| 10/11/2016 | ☐ 6 | NOTICE OF DEFICIENCY: The certificate of interest Document No. [5] filed by Appellant SHFL Entertainment, Inc. in 16-2705 is incomplete [Column 2 was not completed], and therefore cannot be accepted for filing at this time. You are being afforded the opportunity to correct the deficiency. At the discretion of the court, the corrected document may be accepted for filing if received before midnight (EST) on the date of this notice. [373228] |
| 10/11/2016 | ☐ 7<br>3 pg, 68.26 KB | Corrected Certificate of Interest for the Appellant SHFL Entertainment, Inc.. Service: 10/11/2016 by email. [373295] |
| 10/12/2016 | ☐ 8<br>2 pg, 1.19 MB | Entry of appearance for Geoffrey P. Eaton as of counsel for Appellant SHFL Entertainment, Inc.. Service: 10/12/2016 by email. [373339] |
| 11/28/2016 | ☐ 9<br>112 pg, 3.36 MB | TENDERED from Appellant SHFL Entertainment, Inc.. Title: OPENING BRIEF. Service: 11/25/2016 by email. [386057] |
| 11/28/2016 | ☐ 10<br>2 pg, 1.18 MB | Entry of appearance for Howard I. Shin as of counsel for Appellant SHFL Entertainment, Inc.. Service: 11/25/2016 by email. [386058] |
| 11/28/2016 | ☐ 11<br>112 pg, 3.58 MB | BRIEF FILED for Appellant SHFL Entertainment, Inc. [9]. Number of Pages: 40. Service: 11/25/2016 by email. The paper copies of the brief should be received by the court on or before 12/05/2016. Appellee Digideal Corporation brief is due 01/04/2017. [386861] |
| 11/29/2016 | ☐ 12 | OVERDUE Notice to counsel for Appellee DIGIDEAL CORPORATION: The record of this case indicates that the Docketing Statement and Certificate of Interest have not been filed in this matter. No attorney has entered an appearance for the appellee. The required filings should be made promptly. Service as of this date by Clerk of Court. [386866] |
| 12/01/2016 | ☐ 13 | 6 paper copies of the Opening Brief [11] received from Appellant SHFL Entertainment, Inc. [387549] |
| 01/18/2017 | ☐ 14<br>2 pg, 66.47 KB | ORDER modifying the official caption and directing Appellant to file it's appendix within 14 days from the date of this order. Service as of this date by Clerk of Court. [399963] |
| 01/31/2017 | ☐ 15<br>682 pg, 20.66 MB | TENDERED from Appellant SHFL Entertainment, Inc.. Title: JOINT APPENDIX. Service: 01/31/2017 by email. [403442] |
| 01/31/2017 | ☐ 16<br>682 pg, 21.78 MB | APPENDIX FILED for SHFL Entertainment, Inc. [15]. Number of Pages: 682. Service: 01/31/2017 by US mail and email. The paper copies of the brief should be received by the court on or before 02/10/2017. [404463] |
| 01/31/2017 | ☐ 18 | 6 paper copies of the Joint Appendix [16] received from Appellant SHFL Entertainment, Inc. [404638] |
| 02/03/2017 | ☐ 17 | Pursuant to Practice Note 34, counsel should advise the clerk of court of scheduling conflicts for the next three court weeks, or thereafter. When filing the notice of conflicts, counsel should docket the *Notice Regarding Conflicts with Argument Dates* event, which is found in the Calendar event category. The notice of conflict with oral argument is due on or before 02/10/2017. [404466] |
| 02/08/2017 | ☐ 19<br>2 pg, 86.71 KB | Notice from Appellant SHFL Entertainment, Inc. regarding conflicts with oral argument (March 6, 9, 10; April 3; May 3-4). Service: 02/08/2017 by email. [405691] |

Case: 1:15-cv-03702 Document #: 134-96 Filed: 03/24/17 Page 5 of 5 PageID #:5844

Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB          **(Max: 30 MB)**

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/02/2017 14:46:56 | | | |
| **PACER Login:** | jb3368:3002994:0 | **Client Code:** | 50066-10140 |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 16-2705 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |