# EXHIBIT 84

PX95.1



# Show Guide

## World Gaming Congress & Expo® '97
### October 14, 15, 16
### at the
### Las Vegas Convention Center

World Gaming Congress & Expo '97

Presented by IGWB

IGWB

The official trade show and conference of the American Gaming Association

PLA00130352

PX95.131

**SHUFFLE MASTER GAMING** 1512
1106 Palms Airport Drive
Las Vegas, NV 89119 USA
phone: 702-897-7150
Fax: 702-897-2284
*View exclusive new video games &
unique table games including—
Let It Ride Bonus™, along with
proven revenue-enhancing
automatic card shufflers.*

**SIGMA GAME, INC.** 1446
7160 South Amigo Street
Las Vegas, NV 89119 USA
phone: 702-260-3100
Fax: 702-260-0682
*A leader in the manufacturing,
distribution and service of technolog-
ically advanced reel slot and video
gaming machines.*

**SIGN SPEC INC.** 935
9255 Commerce Highway
Pennsauken, NJ 08110 USA
phone: 609-663-2292
Fax: 609-663-2293
*Designers and manufacturers of
custom slot signs and glass, table
game signs, and custom identity
signs for interior and exterior.*

**SIGNS & SHAPES INTERNATIONAL** 119
9988 'F' Street
Omaha, NE 68127-1103 USA
Phone: 402-331-3181
Fax: 402-331-2729
*Air-Inflated WalkAround® costumes
are cost-effective advertising and
public relation tools. Durable, highly
mobile costumes are available for
rental, purchase and custom design.*

**SILENT WITNESS
ENTERPRISES, LTD.** 3901
P.O. Box 1300
Coblette Street
Blaine, WA 98231-1950 USA
phone: 800-877-2407
Fax: 604-574-1527
*Silent Witness Enterprises Ltd. designs
and manufactures innovative,
rugged, and compact CCTV cameras
for industrial, commercial and resi-
dential applications.*

**SILVESTRI CALIFORNIA** 384
1733 Cordova Street
Los Angeles, CA 90007 USA
Phone: 213-735-1481
Fax: 213-734-7642
*Theming fabrication, architectural
accents, sculpted and molded
statuary, furniture, urns, columns,
capitals, and signage.*

**SLOT LEASE™—A DIVISION
OF PDS FINANCIAL CO.** 2468
6171 McLeod
Las Vegas, NV 89120 USA
Phone: 800-479-3612
Fax: 702-740-8692
*Flexible lease structures and access to
the latest electronic gaming devices
make Slot Lease™ the intelligent
alternative to traditional financing.*

**SLOT SLINGER** 2364
5118—6th Avenue
P.O. Box 783
Kenosha, WI 53140 USA
Phone: 414-653-9477
Fax: 414-653-9469
*All in One Gambling Organizer
designed for men, women of all ages.
Hands are free, decreases theft, one
size fits all.*

**SLOT SOURCE ™—A DIVISION
OF PDS FINANCIAL CO.** 2468
6171 McLeod
Las Vegas, NV 89120 USA
Phone: 800-479-3612
Fax: 702-740-8692
*Quality reconditioned slot and video
machines with various themes, colors
and denominations now available in
our 30,000 sq. ft. facility.*

**SMART BUTTON
ASSOCIATES, INC.** 1893
40 East Main Street, Suite 233
Newark, DE 19711 USA
Phone: 302-456-0704
Fax: 302-369-2469
*Producer of casino and racetrack
management software and web
based products for the Gaming
Industry.*

**SONY ELECTRONICS** 1753
3 Paragon Drive
Montvale, NJ 07645 USA
Phone: 201-358-4190
Fax: 201-930-4752
*Sony Security Systems is a leading U.S.
supplier of CCTV equipment for the
security market. Sony offers a wide
array of video cameras, monitors,
recorders, printers and peripherals.*

**SOSH ARCHITECTS** 118
1020 Atlantic Avenue
Atlantic City, NJ 08401 USA
Phone: 609-345-5222
Fax: 609-345-7486
*Examples of architectural work pro-
jects include—Gaming,
Entertainment & Hospitality projects
as well as other permanent design
projects.*

**SPANISH 21/KINETIC GAMING** 3062
P.O. Box 33388
Las Vegas, NV 89133 USA
Phone: 702-456-3640
Fax: 702-456-3660
*Kinetic Gaming Group, Inc. develop-
ers of patented table games Spanish
21 and Bahama Baccarat licensed
in Nevada, Iowa, Mississippi other
states pending.*

**SPEC INTERNATIONAL** 674
1530 Eastern S.E.
Grand Rapids, MI 49507 USA
Phone: 616-248-3022
Fax: 616-248-2996
*Largest World Wide gaming manu-
facturer of "Custom" gaming cabi-
netry. Servicing your total resource
needs from proprietary slot machine
cabinets to in-stock units ready for
immediate use.*

**SPINTEK GAMING
TECHNOLOGIES, INC.** 2465
901 Grier Drive, Suite B
Las Vegas, NV 89119 USA
Phone: 702-263-3660
Fax: 702-263-3681
*Development, manufacturing and
distribution of hopper coin manage-
ment technology, providing improved
security, management information
and revenue retention.*

Exhibitors

123

PLA00130482