# FIGURE 1

## Figure 1



| | | |
|---|---|---|
| Wood Prototype BG-1 | Steel Prototype | First-Run BG-1 |
| Ace | BG-2 | BG-3 |
| DD1 | DD2 | King |
| Deck Mate 2 | MD1 | MD2 |