# FIGURE 2

**<u>Figure 2</u>**

