**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shuffle Tech International, LLC, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>Scientific Games Corporation, et al.,<br><br>      Defendants. | Civil Action No. 1:15-cv-3702<br><br>Honorable Matthew F. Kennelly |

**EXHIBITS TO MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE THE
PUTATATIVE OPINION TESTIMONY OF ROBERT A. ARMITAGE**

| | TABLE OF CONTENTS |
|---|---|
| | Description |
| Appendix 1 | Numerical List of Paragraphs of Armitage Report That Should Be Excluded Under Each Category Discussed In Motion |
| Appendix 2 | Text of Rule 26(a)(2) Disclosure of Plaintiffs' Proffered Expert Robert Armitage Annotated With Defendants' Objections |
| Appendix 3 | Appendix of Relevant Opinions on Admissibility of Expert Testimony by Judge Kennelly |
| Appendix 4 | Expert Report of Robert A. Armitage |

1