IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHUFFLE TECH INTERNATIONAL, LLC, ET AL.<br><br>Plaintiffs<br><br>v.<br><br>SCIENTIFIC GAMES CORPORATION, ET AL.<br><br>Defendants | Civil Action No. 1:15-cv-3702<br><br>Honorable Matthew F. Kennelly |

### DECLARATION OF JOSEPH S. PRESTA

I, Joseph Presta, declare as follows:

1. I am competent to testify about the matters in this declaration and have made this declaration based on my personal knowledge.

2. I am an attorney for Plaintiffs in this case. Attached hereto are true and correct copies of exhibits and exhibit excerpts submitted in connection with Plaintiffs' Response to Defendants' Motion for Summary Judgment.

| Exhibit Number | Exhibit Description |
|---|---|
| PX1 | 6,651,982 Patent |
| PX2 | 7,523,935 Patent |
| PX3 (excerpt) | 6,651,982 File History |
| PX4 (excerpt) | 7,523,935 File History |
| PX5 (excerpt) | 6,651,982 Reexamination File History |
| PX6 (excerpt) | 7,523,935 Reexamination File History |
| PX7 | 6,651,982 Reexamination Certificate |
| PX8 | 7,523,935 Reexamination Certificate |
| PX9 | 1997 Expo Shuffler Competition Report |
| PX17 | Courier Post - Inventor Gambles On Device |
| PX24 (excerpt) | Plaintiff's Motion to Strike Portions of Defendant's Reply in Support of Motion for Attorney's Fees |
| PX26 | DigiDeal Settlement Documents |
| PX35 (excerpt) | Shuffle Tech v SHFL Amended Antitrust Complaint |
| PX39 | SHFL v DigiDeal Complaint |

1

| | |
|---|---|
| PX42 (excerpt) | SHFL v Taiwan Fulgent Complaint |
| PX44 | SHFL v Taiwan Fulgent - Anderson Term Sheet |
| PX47 (excerpt) | SHFL v Huxley Complaint |
| PX52 | Block 6,361,044 Patent |
| PX57 | Greenberg 4,659,082 Patent |
| PX65 | Roblejo 5,989,122 Patent |
| PX76 | VD Litigation - Anderson Email to K&E |
| PX79 (excerpt) | Grauzer Employment Agreement |
| PX82 (excerpt) | MP Games - Lawrence Luciano Deposition Transcript |
| PX90 | Casino Concepts -1997 Expo Memo |
| PX96A | Sure Shuffler (Roblejo Shuffler) Video – stills shots |
| PX97A | Luciano Shuffler Video – stills shots |
| PX98A | Morrill Video (Nicoletti Shuffler) – still shots |
| PX99 | Casino Concepts Roblejo Shuffler Brochure |
| PX100 | Index to Shuffler Art discs |
| PX106 (excerpt) | Shuffler Art - Declaration of Joel Greenberg |
| PX109 (excerpt) | Shuffler Art - Declaration of Larry Luciano |
| PX110 (excerpt) | Shuffler Art - Declaration of Attila Grauzer |
| PX113 (excerpt) | Shuffler Art - Supp. Declaration of Joel Greenberg |
| PX117 (excerpt) | Shuffler Art - Preliminary Injunction Hearing |
| PX120 (excerpt) | Shuffler Art - Declaration of Hal Solberg |
| PX125 (excerpt) | Shuffler Art - CARD's Motion re Inequitable Conduct |
| PX128 (excerpt) | Shuffler Art - Deposition of Joel Greenberg |
| PX130 (excerpt) | Shuffler Art - Deposition of Hal Solberg |
| PX139 (excerpt) | SHFL Response to DigiDeal's Requests For Production |
| PX141 | Kerr and Anderson re Luciano Deposition Exhibits |
| PX142 | Order Granting Stipulated Stay |
| PX148 | Taiwan Fulgent - Anderson reports to Farrar |
| PX149 | Order Granting Defendant DigiDeal's MSJ |
| PX153 | VD Litigation - Document Requests |
| PX155 (excerpt) | MP Games Deposition - Transcript of R. Luciano |
| PX157 | Anderson accusing SHFL of antitrust & patent abuse |
| PX158 | SHFL v. DigiDeal - Order Denying Fees |
| PX167 | Kerr Letter to Anderson re Luciano Materials |
| PX172 | Post Reexamination - Anderson Demand on DigiDeal |
| PX181 | Gola Compensation Agreement |
| PX182 | Solberg Compensation Agreement |
| PX188 (excerpt) | VD Litigation - Deposition Transcript of J. Farrar |
| PX191 | SHFL Response to CARD Interrogatories |
| PX193 | MP Games Litigation - Fararr Declaration |
| PX199 | CARD Litigation – SHFL's Late 1997 Expo Production |
| PX224 (excerpt) | 6,149,154 Patent |
| PX226 (excerpt) | 6,588,750 Patent |
| PX228 (excerpt) | 6,655,684 Patent |
| PX232 (excerpt) | 7,059,602 Patent |

| | |
|---|---|
| PX234 (excerpt) | 7,073,791 Patent |
| PX242 (excerpt) | 6,254,096 Patent |
| PX244 (excerpt) | 6,588,751 Patent |
| PX248 (excerpt) | 10/286,985 File History (Special Notice) |
| PX252 (excerpt) | 7,255,344 Patent |
| PX254 (excerpt) | 7,322,576 Patent |
| PX279 (excerpt) | 7,036,818 Patent |
| PX328 (excerpt) | 6,139,014 Patent |
| PX445 (excerpt) | 6,588,751 Reexamination File History |
| PX487 | MP Games - Amended Notice of Prior Art References |
| PX499 (excerpt) | Farrar Materials from 1997 Expo |
| PX511 | Grauzer 1995 Expo Report on Shuffler Competition |
| PX516 (excerpt) | VD Litigation - Deposition Transcript of Grauzer |
| PX519 (excerpt) | MP Games Litigation - Deposition Transcript of Grauzer |
| PX695 | Aces Up and DigiDeal Manufacturer, Dist. and Reseller Agreement |
| PX728 | Master Patent & Tech License |
| PX729 | First Amendment to License |
| PX732 | DigiDeal v Shuffle Tech Complaint |
| PX762 (excerpt) | Memo Directing Farrar and Grauzer to attend 1997 Expo |
| PX763 | Lamison emails re CD & DVD Content |
| PX782 (excerpt) | Supplemental Grauzer Declaration |
| PX787 (excerpt) | SHFL's Responses to VD's 1st Set of RFPs |
| PX800 (excerpt) | Petition to Practice PHV by Kimball Anderson |
| PX811 | Order Granting Substitution of Counsel of Record |
| PX821 (excerpt) | DigiDeal's Motion in Support of Taxation of Costs |
| PX822 (excerpt) | DigiDeal's Motion For Attorney Fees |
| PX823 (excerpt) | SHFL Opposition To DigiDeal's Motion For Attorney Fees |
| PX835 (excerpt) | MP Games - Deposition Transcript of Litman |
| PX856 (excerpt) | VD Litigation - Deposition Transcript of Breeding |
| PX863 | Email re Richard Newman |
| PX868 (excerpt) | 6,460,848 Patent |
| PX870 (excerpt) | Defendants' Responses and Objections to Plaintiffs' 5th Set of Interrogatories |
| PX872 | DigiDeal's Kuhn email to Kerr re Confidentiality |
| PX873 | DigiDeal's Answer to Complaint & Counterclaim |
| PX874 (excerpt) | DigiDeal's Reply ISO Motion For Attorneys' Fees |
| PX875 | CARD Application To File Under Seal In Opposition To Motion For Preliminary Injunction |
| PX876 | CARD 2 Docket Report |
| PX878 | Motion for Leave to Withdraw as Counsel for DigiDeal |
| PX879 (excerpt) | DigiDeal Bankruptcy Petition |
| PX880 | District of Nevada Local Rules of Practice 7-2.1 |
| PX881 | Westlake Minnick Motion to Dismiss |
| PX1001 (excerpt) | Deposition of Schultz, Rick |

| | |
|---|---|
| PX1003 (excerpt) | Deposition of Litman, Mark |
| PX1004 (excerpt) | Deposition of Shin, Howard |
| PX1005 (excerpt) | Deposition of Gola, Steve |
| PX1006 (excerpt) | Deposition of Solberg, Hal |
| PX1008 (excerpt) | Deposition of Toyama, Hiro |
| PX1010 (excerpt) | Deposition of Anderson, Kimball |
| PX1011 (excerpt) | Deposition of Farrar, Jennifer |
| PX1012 (excerpt) | Deposition of Grauzer, Attila |
| PX1013 (excerpt) | Deposition of Abbott, Eric |
| PX1014 (excerpt) | Deposition of Boyle, James |
| PX1016 (excerpt) | Deposition of Kerr, Marie |
| PX1021 (excerpt) | Deposition of Pietrosanto, Robert |
| PX1022 (excerpt) | Deposition of Barnett, Donald Dean |
| PX1023 (excerpt) | Deposition of Scheper, Paul |
| PX1027 (excerpt) | Deposition of Luciano, Lawrence W. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2017

Joseph S. Presta
Counsel for Plaintiffs