PX7.1

US006651982C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (10648th)

# United States Patent
### Grauzer et al.

(10) **Number:** **US 6,651,982 C1**

(45) **Certificate Issued:** **\*Jul. 7, 2015**

(54) **CARD SHUFFLING APPARATUS WITH INTEGRAL CARD DELIVERY**

(75) Inventors: **Attila Grauzer**, Las Vegas, NV (US); **Feraidoon Bourbour**, Minneapolis, MN (US); **Troy D. Nelson**, Big Lake, MN (US); **Paul K. Scheper**, Eden Prairie, MN (US); **James B. Stasson**, Chanhassen, MN (US); **Ronald R. Swanson**, Plymouth, MN (US)

(73) Assignee: **BANK OF AMERICA, N.A.**, Dallas, TX (US)

**Reexamination Request:**
No. 90/013,112, Jan. 2, 2014

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,651,982** |
| Issued: | **Nov. 25, 2003** |
| Appl. No.: | **10/128,532** |
| Filed: | **Apr. 23, 2002** |

( \* ) Notice: This patent is subject to a terminal disclaimer.

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/967,502, filed on Sep. 28, 2001, now Pat. No. 6,651,981.

(51) **Int. Cl.**
| | |
|---|---|
| *A63F 9/08* | (2006.01) |
| *A63F 1/02* | (2006.01) |
| *A63F 1/12* | (2006.01) |

(52) **U.S. Cl.**
CPC .... *A63F 1/02* (2013.01); *A63F 1/12* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/013,112, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Glenn K Dawson

(57) **ABSTRACT**

A card shuffling device includes a top surface, a card receiving area for receiving an initial set of playing cards, a randomizing system for randomizing the initial set of playing cards, a collection surface in a card collection area for receiving randomized playing cards, the collection surface receiving cards positioned so that all cards collected are below the top surface of the device, and an elevator for raising the collection surface so that at least some randomized cards are elevated above the top surface of the device. An automatic card shuffler includes a microprocessor with memory, an infeed compartment for receiving cards to be randomized, a card moving mechanism for moving cards individually from the infeed compartment into a card mixing compartment, a card mixing compartment comprising a plurality of substantially vertical supports, an opening for the passage of cards from the infeed compartment, a moveable lower support surface, at least one stationary gripping arm, a lower edge proximate the opening, the gripping arm capable of suspending cards above the opening, and an elevator for raising and lowering the moveable support surface. A position of the elevator is randomly selected and the support surface is moved to the selected position, and after the gripping arm grasps at least one side of the cards, the elevator lowers, creating a space beneath the gripping arm, wherein a card is moved from the infeed compartment into the space, thereby randomizing the cards. A method of randomizing a group of cards utilizing the apparatus is also disclosed.



PX7.2

**U.S. Patent**     Jul. 7, 2015     US 6,651,982 C1



FIG. 8

PLA00005091

US 6,651,982 C1

## 1

## EX PARTE
## REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

ONLY THOSE PARAGRAPHS OF THE
SPECIFICATION AFFECTED BY AMENDMENT
ARE PRINTED HEREIN.

Column 4, lines 31-51:

BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** shows a perspective view of the exterior shell of a shuffling apparatus.

FIG. **2** shows a cutaway side view of the internal elements of a shuffling apparatus according to teachings of the present invention.

FIG. **3** shows a perspective view of an off-set card transport mechanism according to an embodiment of the invention.

FIG. **4** shows a top view of an off-set card transport mechanism according to an embodiment of the present invention.

FIG. **5** shows a cross-sectional view of an embodiment of a picking system with a single or joint belt drive for moving picker elements.

FIG. **6** shows an elevated perspective of one embodiment of a shuffling apparatus according to the invention.

FIG. **7** shows a side cutaway view of one embodiment of a shuffling apparatus according to the invention.

*FIG. 8 shows an elevated perspective of one embodiment of a shuffling apparatus mounted flush with a gaming table surface according to the invention.*

Column 7, lines 23-53:

An elevator is provided for raising the collection surface so that at the conclusion of shuffling, at least some randomized cards are elevated to a position at or above the top surface of the device. The elevator may be capable of raising all or part of the randomized cards at or above the top surface of the device. A cover may be provided to protect or mask the cards until they are elevated into a delivery position from which a dealer may remove the cards manually. The device may have a stack stabilizing area defined by a confining set of walls defining a shuffled card delivery area that confine all randomized cards along all edges after the randomized cards are elevated. Alternatively, the card collection surface itself, elements positioned on the top surface of the shuffler or elements moved above the top surface of the shuffler may act to stabilize the cards so that they are more easily removed by a dealer's hand(s). The present invention also contemplates raising the shuffled group of cards to the top surface of the shuffler, where there are no confining structures around the cards. In one example of the invention, *shown, for example, in FIG. 8,* the top surface of the shuffler is flush mounted into the gaming table surface, and the cards are delivered directly to the gaming table surface after shuffling. The delivery area may be positioned such that its lower interior surface is at the same elevation as the top surface of the shuffler. The lower interior surface may be elevated above the top surface, or

## 2

positioned beneath the top surface of the shuffler. In one example of the invention, the lower interior surface is at the same elevation as the top of the exterior of the shuffler. If the shuffler is mounted into and completely surrounded by a gaming table surface, it would be desirable to deliver cards so that the bottom card in the stack is at the same elevation as the gaming table surface.

THE DRAWING FIGURES HAVE BEEN
CHANGED AS FOLLOWS:

New FIG. **8** has been added.

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claims **1-3** and **42** are determined to be patentable as amended.

Claims **43-46**, dependent on an amended claim, are determined to be patentable.

New claims **52** and **53** are added and determined to be patentable.

Claims **4-41** and **47-51** were not reexamined.

**1**. A [device] *playing card shuffler mounted flush with a gaming table surface* for forming a random set of playing cards comprising:

a top surface *flush with the surface of the gaming table,* and *a* bottom surface [of said device];

a card receiving area *with a support surface recessed beneath the top of the gaming table surface,* for receiving an initial set of playing cards *manually placed into the playing card shuffler by a dealer;*

a randomizing system for randomizing the order of an initial set of playing cards;

a collection surface in a card collection area for receiving randomized playing cards, the collection surface receiving cards so that all cards are received below the top surface of the device;

an elevator for raising the collection surface so that at least some randomized cards are elevated at least to the top surface of the [device] *playing card shuffler to enable the dealer to manually remove all randomized playing cards at one time from proximate the gaming table surface;* and

an automatically moveable cover *set flush into the top surface of the playing card shuffler* over the elevator.

**2**. The [device] *playing card shuffler* of claim **1** wherein the elevator raises all randomized cards above the top surface of the [device] *playing card shuffler* and the automatically moveable cover is raised to allow the randomized cards to rise above the top surface of the [device] *playing card shuffler.*

**3**. The [device] *playing card shuffler* of claim **2** wherein the moveable cover is raised by an element moving in concert with the elevator or an elevator drive system.

**42**. An automatic card shuffler on a gaming table having a gaming table surface, having an upper surface *mounted flush with the gaming table surface* and a lower surface, comprising:

a card infeed tray [mounted] *accessible from the card shuffler upper surface, having a support surface recessed beneath the top of the gaming table surface,* to *enable a dealer to manually* insert *playing* cards [from the upper surface of] *into* the card shuffler;

a shuffled card delivery tray mounted on an elevator *to deliver shuffled playing cards to a dealer;* and

PLA00005092

US 6,651,982 C1

**3**

at least one automatically moveable cover *set flush into the upper surface of the card shuffler* over [at least one of] the card infeed tray and the shuffled card delivery tray, wherein an opening to the card infeed tray is located proximate [an elevation of a] *the* gaming table surface and the shuffled card delivery tray can be elevated from below the gaming table surface to an elevation at the gaming table surface to raise [at least some] *the* cards on the shuffled card delivery tray that were below the gaming table surface to an elevation above the gaming table surface *to enable the dealer to manually remove all of the shuffled playing cards at one time from proximate the gaming table surface.*

*52. An apparatus, comprising:*

*a gaming table having a surface onto which playing cards may be delivered;*

*a playing card shuffler for forming a random set of playing cards mounted into the gaming table surface and comprising:*

> *a top surface flush with the surface of the gaming table, and a bottom surface;*
>
> *a card receiving area with a support surface recessed beneath the top of the gaming table surface, for directly receiving from a dealer an initial set of playing cards manually placed into the playing card shuffler;*
>
> *a randomizing system for randomizing the order of an initial set of playing cards;*
>
> *a collection surface in a card collection area for receiving all randomized playing cards directly from the randomizing system and below the gaming table surface;*
>
> *an elevator for raising the collection surface so that at least some randomized cards on the collection surface are elevated above the gaming table surface to enable the dealer to manually retrieve the at least some randomized playing cards from above the gaming table surface; and*

**4**

> *an automatically moveable cover set flush into the top surface of the playing card shuffler over at least the elevator.*

*53. An apparatus comprising:*

*a gaming table having a surface;*

*an automatic card shuffler having an upper surface mounted flush with the gaming table surface and a lower surface extending below the gaming table surface, the automatic card shuffler comprising:*

> *a card infeed tray directly accessible from the gaming table surface through an opening in the card shuffler upper surface, the card infeed tray having a support surface recessed beneath the gaming table surface, to enable a dealer to manually insert playing cards into the card shuffler;*
>
> *a shuffled card delivery tray beneath the gaming table surface mounted on an elevator to receive shuffled playing cards below the gaming table surface and deliver shuffled playing cards upwardly through an opening in the card shuffler upper surface; and*
>
> *at least one automatically moveable cover set flush into the upper surface of the card shuffler over the card infeed tray and the shuffled card delivery tray, wherein the opening to the card infeed tray is located proximate the gaming table surface and the shuffled card delivery tray can be elevated from below the gaming table surface to an elevation at the gaming table surface to raise the shuffled playing cards on the shuffled card delivery tray that were below the gaming table surface through the opening to the card delivery tray to an elevation above the gaming table surface to enable the dealer to manually remove the shuffled playing cards from the shuffled card delivery tray proximate the gaming table surface.*

\* \* \* \* \*