PX9.1

PX510.41

# 1997 World Gaming Expo
*Report on Shuffler Competition*

There were five (5) potential competitors at the show, one of them being a new manufacturer.

1.  **Casinovations**

    I believe this is their third year displaying the Random Ejection Shuffler.

    **Changes from last year**:
    - Slower Shuffling Speed
    - Larger Machine
    - Machine pivots to improve loading which is still difficult and has a very high risk for the cards being dropped on the floor. The dealer will need both hands and will have to step and turn away from the table.

    It's very unlikely they could resolve the concept inherent obstacles they are facing and the reliability and service issues they will be faced on the casino floor.

    **Conclusion:**
    I don't believe it will ever be a viable competitor in the multi-deck market.

2.  **Summit Casino Products, Inc.**

    *Pro-shuffle - portable multi-deck card shuffler.*

    It was their third year at the show with the same machine. It is a semi-automatic "mixer" similar to the $7.95 plastic model found in stores.

    - The dealer can influence the "randomness".
    - It will take longer to shuffle than hand shuffling to obtain an acceptable mix.
    - It will have no chance passing any randomness test.

    **Conclusion:**
    It will not be a competitive product.

3.  **Quick Draw Shuffler - Australia**

    Also their third year at the show, this time self distributing (not with PGI anymore). Offering a five deck continuous model this year - same principle.

    Haven't noticed any improvements over the existing models.

    Due to reliability and service problems, they haven't been able to penetrate the market (except Malaysia where the casino is not very happy with them).

    **Conclusion:**
    Once we introduce our continuous shuffler, they will have difficulty competing with us.

Highly Confidential Pursuant to Protective Order

SGC 0000608415

PX9.2

PX510.42

World Gaming Expo
Page 2

4. **Shuffle Star - Austria**

It is one of the better shufflers out on the market with a few disadvantages:

1. Complex and High Cost Machine
2. Plastic Cards Only
3. Large Size
4. Operational Drawback - shuffler can only be loaded when loading door is open (Shuffler driven instead of dealer driven).

Our design will address three of the drawbacks of the Shuffler Star (1, 2, 4).
- Simpler and Less Costly
- Will Shuffle Paper Cards
- Dealer can Load Anytime

The size of our shuffler is yet undetermined, but most likely it will be smaller.

**Conclusion**:
Given these advantages of our future shuffler over the Shuffle Star, we'll be in a very good position to compete and outperform the Shuffle Star shuffler.

5. **Casino Concepts, Inc.**

*Sure - Shuffler*
*Playing Card Security System*

Attached is their brochure.

- It could have an application in the California Poker rooms.
- Adding and sorting feature will make it useful in sorting rooms.

**Conclusion:**
It's unlikely that it will show up in casinos in its present form very soon.

Highly Confidential Pursuant to Protective Order

SGC 0000608416