TUESDAY, SEPTEMBER 11, 1990

# COURIER-POST
# MONEY

# Inventor betting on shuffler

**By BERNIE WEISENFELD**
Courier-Post Staff

Adolph "Nick" Nicoletti feels he was dealt a bad hand in a trial run of his computerized card-shuffling machine.

But he's planning to put the system into play again.

Nicoletti, a Berlin Borough resident, says his shuffling machine allows blackjack dealers to work more quickly — creating more playing time for gamblers and bigger profits for casinos.

But a planned 90-day test of the machine at Bally's Park Place Casino in Atlantic City earlier this year left Nicoletti a loser.

The system, installed at one casino table March 12, malfunctioned and was removed a week later.

The machine was not prepared for "electromagnetic interference" at the casino, says Nicoletti, 53, who quit his insurance management job in 1984 and mortgaged his house to develop the shuffler.

The interference is created by electricity that runs slot machines, computers and surveillance cameras at the casino, he says.

Bally didn't warn Nicoletti of the problem, although it has shielded its own computers, he says.

"We didn't have any idea it would be subjected to those heavy magnetic fields," says Nicoletti.

He says Bally did not let him work on the system's problems at times of peak electrical interference.

Given those restraints, "there was no test," he says.



From the Courier-Post library

**Trying again:** Adolph 'Nick' Nicoletti will test his shuffling machine at another casino by November if regulators approve. A first test was ruined by electromagnetic interference.

A Bally spokesman says the casino gave Nicoletti "numerous opportunities to correct the problems."

"We feel we did everything and more than our agreement called for," says Dennis Venuti, an attorney for the casino. "For him to now say he was not warned is a surprise."

He still believes his firm, We Are 21 Systems Inc., will find support in the gambling industry.

Since March, Nicoletti says, new consultants have supplied "a fiber-optic system that is stronger and able to work in that hostile (casino) environment."

A modified prototype should be available in about a month, he says.

The system, installed under a blackjack table, does not use conventional cardboard playing cards. Instead, it uses vinyl cards — each with a bar code similar to supermarket products. A sensor in the machine reads the bar codes, ensuring that no bogus cards are fed into the deck.

The Bally's experiment wasn't a total loss, says Nicoletti.

When it worked, the automated shuffler was effective — increasing the number of hands played per hour by 25 percent, he says.

In his view, players were "100 percent positive" about the system.

And the trial attracted executives of another casino interested in the system for its own gaming hall and possibly as a manufacturing partner, Nicoletti says.

He declines to name the casino because no agreements have been made and further testing will be required.

If state regulators approve another test, the system could be on a casino floor again in November, Nicoletti says.

The other casino "took a positive attitude" about the Bally test, he says.

"They took the position that it was only a technical problem, not a customer acceptance problem."

Says Venuti at Bally: "We wish him luck."

PLA00104080