PX39.1

Kimball R. Anderson (*pro hac vice forthcoming*)
kanderson@winston.com
Howard I. Shin (*pro hac vice forthcoming*)
hshin@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone:  312-558-5600
Facsimile: 312-558-5700

James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Christopher R. Miltenberger, Esq., Bar No. 10153
CRM@pisanellibice.com
Eric T. Aldrian, Esq., Bar No. 11897
ETA@pisanellibice.com
PISANELLI BICE PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone:  702-214-2100
Facsimile:  702-214-2101

*Attorneys for Plaintiff SHFL entertainment, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., a Minnesota corporation,<br><br>                          Plaintiff,<br><br>          v.<br><br>DIGIDEAL CORPORATION, a Nevada corporation,<br><br>                      Defendant. | CASE NO.:<br><br><br>**COMPLAINT OF**<br>**SHFL ENTERTAINMENT, INC.** |

Plaintiff SHFL entertainment, Inc., for its complaint for patent infringement against DigiDeal Corporation, alleges as follows:

**THE PARTIES**

1.  Plaintiff SHFL entertainment, Inc. ("SHFL") is a corporation organized and existing under the laws of the State of Minnesota, having a principal place of business at 1106 Palms Airport Drive, Las Vegas, Nevada 89119.

PISANELLI BICE
3883 HOWARD HUGHES PARKWAY, SUITE 800
LAS VEGAS, NEVADA 89169

PLA00010610

2.    Defendant DigiDeal Corporation ("DigiDeal" or "Defendant") is a corporation organized under the laws of the State of Nevada, having a principal place of business at 5123 E. Third Avenue, Spokane, WA 99212.

### JURISDICTION AND VENUE

3.    This is an action for patent infringement under the Patent Act of 1952, as amended, 35 U.S.C. §§ 1 *et seq.*  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.    This Court has in personam jurisdiction over DigiDeal because it does business within the United States and committed the acts of infringement and related acts set forth below giving rise to this action within the United States in Clark County, Nevada.

5.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

### THE ASSERTED PATENTS

6.    United States Patent No. 6,651,982 ("the '982 Patent"), titled "Card Shuffling Apparatus With Integral Card Delivery," was duly and legally issued on November 25, 2003. SHFL is the owner by assignment of the entire right, title and interest in the '982 Patent, and holds the right to sue and recover for past, present, and future infringement.  A copy of the '982 Patent is attached as Exhibit A.

7.    United States Patent No. 7,523,935 ("the '935 Patent"), titled "Card Shuffling Apparatus With Integral Card Delivery," was duly and legally issued on April 28, 2009.  SHFL is the owner by assignment of the entire right, title and interest in the '935 Patent, and holds the right to sue and recover for past, present, and future infringement.  A copy of the '935 Patent is attached as Exhibit B.  The '982 Patent and '935 Patent are referred to collectively as the "Asserted Patents."

### FACTUAL BACKGROUND

8.    SHFL entertainment, Inc. is a global gaming supplier based in Clark County, Nevada that on its own and through subsidiaries located throughout the world manufactures, sells, and leases gaming products including automatic card shufflers, proprietary table games, electronic

PISANELLI BICE
3883 HOWARD HUGHES PARKWAY, SUITE 800
LAS VEGAS, NEVADA 89169

PLA00010611

PX39.3

table games, video slot machines (not for sale in North America), deck verification devices, card delivery dispensers, and roulette chip sorters. SHFL also offers casino equipment repair and maintenance services. SHFL is a NASDAQ-listed public company.

9. SHFL was founded in 1983 for the purpose of making an automatic card shuffler. SHFL's card shufflers significantly reduce the opportunity for card manipulation by dealers, resulting in increased security. By allowing cards to be shuffled continuously or in frequent batches, SHFL's shufflers reduce or eliminate card counting and shuffle tracking. Because SHFL's shufflers shuffle one or more decks while a game is being played, down-time related to dealer shuffling is also significantly reduced, with the potential for a corresponding increase in playing time and win for the casino.

10. SHFL currently markets a complete range of card shufflers, including single deck, batch, and continuous shufflers. Single deck shufflers that deliver randomized hands of cards such as the *i-Deal* shuffler are generally used on SHFL proprietary table games such as *Three Card Poker* and *Ultimate Texas Hold'em* games. SHFL offers a single deck/double deck batch shuffler, the *Deck Mate*, for use on live stakes poker tables and single or double deck blackjack games. Newly introduced on October 2, 2012, SHFL offers the *Deck Mate* 2 which is a single deck poker/blackjack shuffler incorporating optical card recognition and faster shuffler times. For multiple deck "shoe" games such as blackjack, blackjack variants, baccarat, and *Casino War*, SHFL offers the *one2six* family of continuous shufflers. For casinos that prefer to shuffle "shoe" games in a batch shuffler, SHFL offers the *MD2* and *MD3* shufflers with card recognition. Shuffled batches of cards may then be delivered to secure card reading *i-Shoe* and *i-Shoe* Auto shoes.

11. SHFL and SHFL's subsidiaries are the owners of patents worldwide, including the Asserted Patents (owned solely by SHFL), that embody the card shuffler technology found in SHFL products.

12. DigiDeal manufactures and markets gaming equipment including at least marketing an automatic card shuffler known as the DigiShuffle. According to DigiDeal marketing materials the DigiShuffle is a single deck card shuffler that randomly shuffles a deck of

PISANELLI BICE
3883 HOWARD HUGHES PARKWAY, SUITE 800
LAS VEGAS, NEVADA 89169

3

cards.  The DigiShuffle can be mounted flush with a gaming surface and includes a moveable cover that automatically swings open to allow access to card input and shuffled card delivery trays.  ("DigiDeal marketing materials" [attached hereto as Exhibit C].)  The DigiShuffle is intended to be a cheaper alternative to SHFL's *Deck Mate* and *Deck Mate* 2, which are depicted in Exhibit D.

13.    On September 24, 2012, SHFL provided notice to DigiDeal that the DigiShuffle appeared to have features similar to those found in and encompassed by, among others, the claims of the Asserted Patents ("Notice").  In the Notice, SHFL explained that the *Deck Mate* was patented.

14.    In the time frame of October 2-4, 2012, DigiDeal exhibited its products at the annual Global Gaming Expo ("G2E") in Clark County, Nevada, where the DigiShuffle was displayed, used, and offered for sale to potential customers.  Since G2E, DigiDeal has continued to offer for sale the DigiShuffle in the United States.

### COUNT – INFRINGEMENT OF THE ASSERTED PATENTS

15.    Paragraphs 1 through 14 of the Complaint set forth above are incorporated herein by reference.

16.    DigiDeal has infringed, and continues to infringe, the Asserted Patents by using and offering to sell the DigiShuffle, which embodies the claims of the Asserted Patents, in violation of 35 U.S.C. § 271.

17.    DigiDeal's acts of infringement of the Asserted Patents specified herein have caused damage to SHFL.  Under 35 U.S.C. § 284, SHFL is entitled to recover from DigiDeal damages sustained by SHFL as a result of DigiDeal's infringement of the Asserted Patents.

18.    Under 35 U.S.C. § 283 and Rule 65 of the Federal Rules of Civil Procedure, SHFL is entitled to a preliminary injunction and/or permanent injunctive relief against DigiDeal's manufacture, importation, sale, offer to sell and use of the Accused Product to mitigate the irreparable harm that has been caused and continues to be caused by DigiDeal's actions of patent infringement.

PISANELLI BICE
3883 HOWARD HUGHES PARKWAY, SUITE 800
LAS VEGAS, NEVADA 89169

PLA00010613

19. On information and belief, the acts of infringement by Defendant DigiDeal specified herein with respect to the Asserted Patents have been willful and deliberate and entitle SHFL to increased damages under 35 U.S.C. § 284 and attorneys' fees and costs under 35 U.S.C. § 285. DigiDeal displayed, used, offered for sale, and operated the DigiShuffle despite an objectively high likelihood that its actions would constitute infringement of the Asserted Patents.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, SHFL prays for judgment against Defendant that includes the following findings and relief:

(a) That Defendant has infringed one or more claims of the Asserted Patents under 35 U.S.C. § 271;

(b) That Defendant and its affiliates, subsidiaries, directors, officers, employees, attorneys, agents and all persons acting in concert or on behalf of Defendant be preliminarily and permanently enjoined from further acts of infringement of the Asserted Patents;

(c) That Defendant be required to pay damages to SHFL adequate to compensate SHFL for Defendant's past and future infringement, including interest, costs and disbursements as the Court may deem appropriate under 35 U.S.C. § 284;

(d) That Defendant's infringement was willful and deliberate, entitling SHFL to increased damages under 35 USC § 284;

(e) That this case is an exceptional case and that SHFL is entitled to its attorneys' fees under 35 U.S.C. § 285;

(f) That SHFL is entitled to its costs under 28 U.S.C. § 1920; and

(g) That SHFL be awarded such other relief at law and in equity as the Court may deem just and proper.

PISANELLI BICE
3883 HOWARD HUGHES PARKWAY, SUITE 800
LAS VEGAS, NEVADA 89169

5

PX39.6

### DEMAND FOR A JURY TRIAL

In accordance with Rule 38 of the Federal Rules of Civil Procedure, SHFL demands a jury trial of all issues triable to a jury in this action.

DATED this 10th day of October, 2012.

PISANELLI BICE, PLLC

By: ___/s/ James J. Pisanelli_____
     James J. Pisanelli, Esq., #4027
     Christopher R. Miltenberger, Esq., #10153
     Eric T. Aldrian, Esq., #11897
     3883 Howard Hughes Parkway, Suite 800
     Las Vegas, Nevada 89169

and

Kimball R. Anderson (*pro hac vice forthcoming*)
Howard I. Shin (*pro hac vice forthcoming*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL, 60601

*Attorneys for Plaintiff SHFL entertainment, Inc.*

PISANELLI BICE
3883 HOWARD HUGHES PARKWAY, SUITE 800
LAS VEGAS, NEVADA 89169

6

PLA00010615