Eric L. Abbott (No. 5850)
Shuffle Master, Inc.
1106 Palms Airport Drive
Las Vegas, NV  89119
Telephone:     (702) 432-4590
Facsimile:     (702) 270-5326
Email:  eabbott@shufflemaster.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHUFFLE MASTER, INC., a Minnesota corporation, <br><br> Plaintiff, <br><br> v. <br><br> TAIWAN FULGENT ENTERPRISE CO., LTD, <br><br> a Taiwanese corporation, <br><br> Defendant. | Case No. 2:09-cv-2194 <br><br> PLAINTIFF SHUFFLE MASTER, INC.'s COMPLAINT FOR PATENT INFRINGEMENT AND INJUNCTIVE RELIEF <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Shuffle Master, Inc., by its attorneys, for its complaint against Defendant Taiwan Fulgent Enterprise Co., Ltd., demands a jury trial and alleges as follows:

I.      **Nature of the Case**

1.      This is a civil action for damages and injunctive relief based on: claims for patent infringement.

2.      Plaintiff Shuffle Master, Inc., a Minnesota corporation (hereinafter "SMI") is a company with its principal place of business in Clark County, Nevada.  Clark County, Nevada is within the jurisdiction of the United States District Court for the District of Nevada (hereinafter "District of Nevada")

3.      Amongst other products, SMI sells, leases and assembles in Clark County,

PLA00087296

## COUNT 1

### (Patent Infringement)

18.    Paragraphs 1 through 17 of the Complaint set forth above are incorporated herein by reference.

19.    On July 8, 2003, United States Patent No. 6,588,751 (hereinafter the "'751 Patent") entitled "Device and method for continuously shuffling and monitoring cards" was duly and legally issued to the inventors' assignee SMI.  SMI is the owner of the '751 Patent.  A true and correct copy of the '751 Patent is attached as exhibit 3.

20.    On August 14, 2007, United States Patent No. 7,255,344 (hereinafter the "'344 Patent") entitled "Device and method for continuously shuffling and monitoring cards" was duly and legally issued to the inventors' assignee SMI.  SMI is the owner of the '344 Patent.  A true and correct copy of the '344 Patent is attached as exhibit 4.

21.    On January 29, 2008, United States Patent No. 7,322,576 (hereinafter the "'576 Patent") entitled "Device and method for continuously shuffling and monitoring cards" was duly and legally issued to the inventors' assignee SMI.  SMI is the owner of the '576 Patent.  A true and correct copy of the '576 Patent is attached as exhibit 5.

22.    At all times relevant hereto, TAIWAN FULGENT has had actual notice that the ACCUSED PRODUCT infringes the '344 Patent.

23.    At all times relevant hereto, under 35 USC § 271, TAIWAN FULGENT has been literally infringing and/or through the doctrine of equivalents at least one claim of each the following patents through the NEVADA INFRINGEMENT ACTS and through the importation into the United States of the ACCUSED PRODUCT:  the '751 Patent, the '344 Patent, and the '576 Patent (collectively said patents hereinafter "Patents in Suit").

24.    TAIWAN FULGENT's acts of infringement of the Patents in Suit specified herein

4

PLA00087299