PX44.1

**From:** Anderson, Kimball R. [KAnderso@winston.com]
**Sent:** Thursday, December 24, 2009 4:58 AM
**To:** Jerry Smith; Jennifer Farrar
**CC:** Eric Abbott; Shin, Howard I.
**Subject:** Fw: Shuffle Master v. Taiwan Fulgent -- confidential settlement communication

Fyi.

----- Original Message -----
From: Rader, Elizabeth <Elizabeth.Rader@alston.com>
To: Anderson, Kimball R.
Cc: Eric Abbott <eabbott@shufflemaster.com>
Sent: Wed Dec 23 13:28:47 2009
Subject: RE: Shuffle Master v. Taiwan Fulgent -- confidential settlement communication

Dear Mr. Anderson,
The stipulation is fine, please file.
We'll discuss the term sheet with our client. I expect I'll be able to get back to you before January 4, 2010.
Thanks for your cooperation in this matter. Happy Holidays!

Best,
Elizabeth Rader
Elizabeth Rader
Counsel I Alston + Bird LLP
3000 El Camino Real | Suite 400 | Palo Alto, CA 94306-2112
650-838-2008 Direct | 650-838-2001 Fax
elizabeth.rader@alston.com

Ten Consecutive Years on Fortune(r) magazine's "The 100 Best Companies to Work For"(tm)
Atlanta I Charlotte I Dallas | Los Angeles | New York | Research Triangle I Silicon Valley |
Washington, DC

-----Original Message-----
From: Anderson, Kimball R. [mailto:KAnderso@winston.com]
Sent: Wednesday, December 23, 2009 8:31 AM
To: Rader, Elizabeth
Cc: Eric Abbott
Subject: Shuffle Master v. Taiwan Fulgent -- confidential settlement communication

Dear Ms. Rader:

Following up on our phone call yesterday, I am attaching two documents for your review and
comment. The first is a draft stipulated extension of time for your client to answer or otherwise plead. The
second is a draft term sheet that sets forth the essential elements of an amicable resolution from Shuffle
Master's standpoint. Please give me your comments at your earliest convenience.

Highly Confidential Pursuant to Protective Order

Also, as we discussed yesterday, I have reviewed the allegations in your letter dated December 21, 2009 regarding Shuffle Master's pre-filing investigation. And, I have reviewed Shuffle Master's documentation of its pre-filing investigation. I am completely satisfied that Shuffle Master conducted an appropriate pre-filing investigation and that it has fully complied with its Rule 11 obligations.

I also am completely satisfied that your client's A-Plus Shuffler infringes Shuffle Master's patents and that your client has violated the United States Patent Act by, among other things, making an offer to sell the infringing product at the Global Gaming Expo. Based on your representation yesterday, however, that your client has not sold the A-Plus Shuffler anywhere in the world and that it does not intend to do so in the United States, I believe that potential basis for an amicable resolution

likely exists. To that end, we have prepared the attached term sheet for your review.

I look forward to hearing from you soon. We would like to file the stipulation to extend by noon today (Nevada time). Therefore, we would appreciate your prompt approval of the stipulation by e-mail response. And, we would appreciate a response to the proposed term sheet by January 4, 2010.

Best regards and happy holidays, Kimball.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

*************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

**************************************************
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

Highly Confidential Pursuant to Protective Order

PX44.3

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

*************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

Highly Confidential Pursuant to Protective Order

SGC 0000370353