PX47.1

Kimball R. Anderson, Esq. (*pro hac vice pending*)
kanderson@winston.com
Howard I. Shin, Esq. (*pro hac vice pending*)
hshin@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone:  312-558-5600
Facsimile: 312-558-5700

James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Christopher R. Miltenberger, Esq., Bar No. 10153
CRM@pisanellibice.com
Eric T. Aldrian, Esq., Bar No. 11897
ETA@pisanellibice.com
PISANELLI BICE PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone:  702-214-2100
Facsimile:  702-214-2101

*Attorneys for Plaintiff Shuffle Master, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHUFFLE MASTER, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>TCS JOHN HUXLEY AMERICA INC., a Nevada corporation,<br><br>Defendant. | CASE NO:<br><br>**COMPLAINT OF SHUFFLE MASTER, INC.** |

Plaintiff Shuffle Master, Inc., for its complaint for patent infringement against TCS John Huxley America Inc. alleges as follows:

-1-

PLA00087310

PX47.2

### THE PARTIES

1.      Plaintiff Shuffle Master, Inc. ("Shuffle Master") is a corporation organized and existing under the laws of the State of Minnesota, having a principal place of business at 1106 Palms Airport Drive, Las Vegas, Nevada 89119.

2.      Defendant TCS John Huxley America Inc. is a corporation organized under the laws of the State of Nevada, having a principal place of business at 6171 McLeod Drive, Suites H-M, Las Vegas, NV 89120.  TCS John Huxley America Inc. operates in the State of Nevada under the trade name TCS John Huxley ("TCS").

### JURISDICTION AND VENUE

3.      This is an action for patent infringement under the Patent Act of 1952, as amended, 35 U.S.C. §§ 1 *et seq.*  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.      This Court has in personam jurisdiction over TCS because it does business within the United States and committed the Infringement Acts and related acts set forth below giving rise to this action within the United States in Clark County, Nevada.

5.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

### THE ASSERTED PATENTS

6.      United States Patent No. 6,254,096 ("the '096 Patent"), titled "Device and Method for Continuously Shuffling Cards," was duly and legally issued on July 3, 2001. Shuffle Master is the owner by assignment of the entire right, title and interest in the '096 Patent, and holds the right to sue and recover for past, present, and future infringement.  A copy of the '096 Patent is attached as Exhibit A.

7.      United States Patent No. 6,588,751 ("the '751 Patent"), titled "Device and Method for Continuously Shuffling and Monitoring Cards," was duly and legally issued on July 8, 2003.  Shuffle Master is the owner by assignment of the entire right, title and interest

-2-

in the '751 Patent, and holds the right to sue and recover for past, present, and future infringement. A copy of the '751 Patent is attached as Exhibit B.

8.      United States Patent No. 7,059,602 ("the '602 Patent"), titled "Card Shuffler with Staging Area for Collecting Groups of Cards," was duly and legally issued on June 13, 2006. Shuffle Master is the owner by assignment of the entire right, title and interest in the '602 Patent, and holds the right to sue and recover for past, present, and future infringement. A copy of the '602 Patent is attached as Exhibit C.

9.      United States Patent No. 7,073,791 ("the '791 Patent"), titled "Hand Forming Shuffler with on Demand Hand Delivery," was duly and legally issued on July 11, 2006. Shuffle Master is the owner by assignment of the entire right, title and interest in the '791 Patent, and holds the right to sue and recover for past, present, and future infringement. A copy of the '791 Patent is attached as Exhibit D.

10.      The '096 Patent, '751 Patent, '602 Patent, and '791 Patent are referred to collectively as the "Asserted Patents."

### FACTUAL BACKGROUND

11.      Shuffle Master is a global gaming supplier based in Clark County, Nevada that on its own and through subsidiaries located throughout the world manufactures, sells, and leases gaming products including automatic card shufflers, proprietary table games, electronic table games, video slot machines (not for sale in North America), deck verification devices, card delivery dispensers, and roulette chip sorters. Shuffle Master also offers casino equipment repair and maintenance services. Shuffle Master is a NASDAQ-listed public company.

12.      Shuffle Master was founded in 1983 for the purpose of making an automatic card shuffler. Shuffle Master's card shufflers significantly reduce the opportunity for card manipulation by dealers, resulting in increased security. By allowing cards to be shuffled continuously or in frequent batches, Shuffle Master's shufflers reduce or eliminate card counting and shuffle tracking. Because Shuffle Master's shufflers shuffle one or more decks

-3-

PLA00087312

(d)    That Defendant's infringement was willful and deliberate, entitling Shuffle Master to increased damages under 35 USC § 284;

(e)    That this case is an exceptional case and that Shuffle Master is entitled to its attorneys' fees under 35 U.S.C. § 285;

(f)    That Shuffle Master is entitled to its costs under 28 U.S.C. § 1920; and

(g)    That Shuffle Master be awarded such other relief at law and in equity as the Court may deem just and proper.

## DEMAND FOR A JURY TRIAL

In accordance with Rule 38 of the Federal Rules of Civil Procedure, Shuffle Master demands a jury trial of all issues triable to a jury in this action.

DATED: September 14, 2012          Respectfully submitted,

By:_____/s/ James J. Pisanelli_____
    Kimball R. Anderson, Esq. (*pro hac vice pending*)
    kanderson@winston.com
    Howard I. Shin, Esq. (*pro hac vice* pending)
    hshin@winston.com
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, IL, 60601
    Telephone: (312) 558-5600
    Facsimile: (312) 558-5700

    James J. Pisanelli, Esq., Bar No. 4027
    JJP@pisanellibice.com
    Christopher R. Miltenberger, Esq., Bar No. 10153
    CRM@pisanellibice.com
    Eric T. Aldrian, Esq., Bar No. 11897
    ETA@pisanellibice.com
    PISANELLI BICE PLLC
    3883 Howard Hughes Parkway, Suite 800
    Las Vegas, Nevada 89169
    Telephone: (702) 214-2100
    Facsimile:  (702) 214-2101

    *Attorneys for Plaintiff Shuffle Master, Inc.*

-7-

PLA00087316