PX90.1



PLA00105634

PX90.2

Date: Oct. 27, 1997

To: Dr. C. Roblejo

From: S. Gola

Subject: International Gaming Show
         Las Vegas, Nev.

The gaming show was attended by, N. Cahan, J. Cuzzo, K. xxxxx,
D. Russo, C. Roblejo, H. Solberg and myself.  The show is what it
is billed as a truly International Gaming Show, we spoke with
people from Laos, South Africa, Malasia, Russia, Poland, not to
mention the many jurisdictions from this country.  Of particular
note were;

   Shufflemaster, during the entire show people from
    shufflemaster looked at our equipment.  We spoke with their
    original designer, a VP of Finance, and a number of other
    people some of which did not have their badges on but
    admitted to being from Shufflemaster.

   Hilton Hotels, Mr. Russo, called some of his contacts prior to
    the show, this was one of them.  After a quick demo and
    discussion, we requested that the Hilton people be our host
    facility for the purpose of getting us thru the gaming
    license and regulation changes.  They had no opposition to
    this.

   Commerce Casino, Mr. Minaly and Mr. xxxxx stopped by, Mr.
    Minaly said that he was awaiting the machines for trial, and
    expected a call from us to set this up.  Norm spoke with the
    VP you will have to get his comments on that end of the
    conversation.

   Hollywood Park Casino, this is a competitor to Commerce.  Mr.
    xxx is the casino manager, as well as last years president of
    the Calif. Card Room Assoc.,  He had a keen interest in the
    machines and wants us to demo the equipment in his facility at
    the same time we are in Commerce.  He made sure that his chief
    of security saw the unit and after a demo he too was
    impressed.  The key to this account is that aside from
    Hollywood Park, the own Crystal Park Casino which is another
    card room just south of Los Angeles,  but they also own a
    series of casinos in Nevada called Boomtown.  One is located
    in Reno the other in Las Vegas.  He also mentioned something
    about a property or boat in Louisiana.  All in all a very good
    contact.

At the show we received xxxxx leads, we set the machine up for
two decks and demonstrated the readability and the way it could
break up a clump.  The clump breaking demo was the most effective

PLA00105635

when completing that aspect of the demo, and asking what that was worth the common answer was invaluable and call me when you get back. A few comments were made relative to its size, not too much was said about price. The price issue became a mute point once we got past the clump breakup.

PLA00105636