

PX96A.2





PX96A.4



PX96A.5



PX96A.6



PX96A.7



PX96A.8



PX96A.9



PX96A.10

