PX97A.1



PX97A.2



PX97A.3

