PX98A.1



PX98A.2



PX98A.3



PX98A.4



PX98A.5



PX98A.6

