PX99.1



PX99.2





## CASINO CONCEPTS, INC.'S SURE-SHUFFLER™ PLAYING CARD SECURITY SYSTEM

The *Sure-Shuffler*™ Playing Card Security System combines an attractive, state-of-the-art, compact shuffling machine with optical imaging to provide **a security system that is revolutionary in the industry.** Used as a stand-alone unit or as part of a network, the *Sure-Shuffler*™ guarantees a security system that protects both the house and the players.

The *Sure-Shuffler*™ is not a simple card shuffling device. Rather, it is a **complete security system** which assures the casino and the players that **each and every shoe and/or deck set being played contains the proper number and mix of playing cards by suit and by value**. In addition, by shuffling with a random selection process, the *Sure-Shuffler*™ effectively breaks up clumps and **makes shuffle tracking and card counting more difficult**.

The *Sure-Shuffler*™ features a control panel consisting of an LCD display, keypad and a limited access security key switch. The LCD display can be exposed or concealed, as specified by the user. *Sure-Shuffler*™ can be locked, which provides the house with the opportunity to store its full compliment of cards overnight, thereby saving the time used to open each table in the morning. The machine is available with a variety of optional features. In fact, **Casino Concepts can customize each unit to meet the security requirements of each customer**.

In multiple deck games the *Sure-Shuffler*™ is designed to use two shoes, each of which can hold up to eight 54 card (52 plus 2 jokers) decks. While the first shoe is being played, the second shoe is undergoing a complete security check and a random shuffling. When the first shoe reaches the cut card and the hand being dealt is completed, the second shoe is immediately available for the dealer to put into play. **The playing time currently being lost for the dealer to complete a manual shuffle is completely recaptured**.

The *Sure-Shuffler*™ will not allow a corrupt shoe to be put into play. Should a shoe or deck set contain an extra card or cards other than those designated for that shoe or deck set, the *Sure-Shuffler*™ will reject them.

The *Sure-Shuffler*™ will automatically reject any card that is:

- From a foreign deck
- From a wrong shoe
- Upside down
- Damaged

Should a shoe or deck set have a missing card or cards, they will be identified by suit and value on the *Sure-Shuffler*™ LCD display and the *Sure-Shuffler*™ control system will not release the shoe or deck set for play until approved security procedures are completed.



PX99.3



The *Sure-Shuffler*™ will hold back a pre-selected number of cards in order to allow the previous or current hand to be reviewed.

**The *Sure-Shuffler*™provides the house with at least four major benefits:**

1. ***Sure-Shuffler*™allows more hands to be dealt and played at each and every table.**
2. ***Sure-Shuffler*™assures that every shoe or deck set always contains the correct playing card configuration.**
3. ***Sure-Shuffler*™gives players fewer opportunities to leave the table as they now do during the dead time required to complete the manual shuffle.**
4. ***Sure-Shuffler*™supplies the house with the opportunity to re-use playing cards for longer periods of time.**

When these benefits are combined, the result is a reduction of cost accompanied by an increase in revenue...**a double-barreled win for the house!**

The flexibility built into the *Sure-Shuffler*™allows the user to activate or disable specific security features, however, this can only be done by authorized personnel with special password access. The *Sure-Shuffler*™ also allows networks to be established.

Casino Concepts will be happy to show you this unique and reliable system. For a personal demonstration or for more information, call us at 888-364-3305.





PX99.4



The screen displayed during power-up at the start of the day.

The screen displayed as each shuffled shoe is put into play and before any discards from that shoe are fed into the *Sure-Shuffler*™.

The screen displayed during actual play. It identifies and verifies the cards that have been played as they are fed into the *Sure-Shuffler*™.

The screen displayed after an entire shoe has been played and fed into the *Sure-Shuffler*™, identifies and verifies every card in the shoe.

*Casino Concepts* INC.

283 Second Street Pike
Suite 180
Southampton, PA 18966
Tel: 888-364-3305 • Fax: 215-364-7388