

PLA00113870

Shuffler Art-Tab 20 PX120.85



Top-down view of the wheel
with multiple cards in a compartment



PLA00113871

Shuffler Art-Tab 20 PX120.86



Side view of the wheel and ejector arm (center)

PLA00113872



Other side, showing ejection of multiple cards onto the elevator

Shuffler Art-Tab 20

PX120.88



Input area (below) and output area (above)

PLA00113874

Shuffler Art-Tab 20

PX120.89



Rollers and belts for moving cards into the wheel

PLA00113875

Shuffler Art-Tab 20

PX120.90



Side view of the wheel showing angled edges

PLA00113876



Multiple cards in a compartment, and angled edge deflecting new card being inserted

PLA00113877

Shuffler Art-Tab 20

PX120.92



Ejection of multiple cards from a compartment (top)

PLA00113878