Shuffler Art-Tab 28 PX128.1

JOEL S. GREENBERG     CONFIDENTIAL

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
--oOo--

CARD, LLC, a Nevada company, )
)
Plaintiff-Counterdefendant, ) Case No.
) CV-N-03-0244-ECR-(RAM)
vs. )
)
SHUFFLE MASTER, INC., a )
Minnesota corporation, )
)
Defendant-Counterclaimant. )
_____)
SHUFFLE MASTER, INC., a )
Minnesota corporation, )
)
Plaintiff-Counterdefendant, )
)
vs. )
)
CARD AUSTRIA FORSCHUNGS UND )
ENTWICKLUNGS, et al., )
)
Defendants-Counterplaintiff. )
_____)

EXPERT DEPOSITION OF
JOEL S. GREENBERG

Saturday, November 1, 2003
(Pages 1 - 222)

REPORTED BY: MICHELLE L. GIACHINO, CSR 11028, #01-341932

CONFIDENTIAL

Page 1

---

INDEX

EXAMINATION BY:                          PAGE
MR. LAMISON.....................................8, 218
MR. MORRILL....................................204
Confidential portion.......................136-137

DEFENDANT'S EXHIBITS MARKED FOR IDENTIFICATION

No.      Description           Page.

1     E-mail to Robert Morrill, from Joel......... 14
      Greenberg, dated 10/14/03, Bates No.
      0000001

2     Letter to Joel Greenberg, from Robert....... 16
      Morrill, dated 10/14/03, Bates Nos.
      GB0000002 through 3

3     E-mail to Robert Morrill, from Joel......... 17
      Greenberg, dated 10/16/03, Bates Nos.
      GB 0000026

4     Resume for Joel S. Greenberg, Bates Nos. ... 17
      GB0000008 through 25

5     E-mail to Donald Billings, from Robert...... 18
      Morrill, dated 10/16/03, Bates No.
      GB0000027

6     E-mail to Donald Billings, from Robert...... 21
      Morrill, dated 10/16/03, Bates No.
      GB0000028

7     E-mail to Joel Greenberg, from Donald....... 22
      Billings, dated 10/16/03, Bates No.
      GB0000029

8     E-mail to Joel Greenberg, from Donald....... 23
      Billings, dated 10/16/03, Bates No.
      GB0000031

/////

Page 2

---

DEFENDANT'S EXHIBITS MARKED FOR IDENTIFICATION (Cont.)

No.      Description           Page

9     E-mail to Joel Greenberg, from Donald....... 24
      Billings, dated 10/16/03, Bates No.
      GB0000033

10    E-mail to Joel Greenberg, from Robert....... 29
      Morrill, dated 10/17/03, Bates No.
      GB0000038

11    Document entitled, Claim 40 of U.S. ........ 29
      Patent No. 6,267,248, Bates Nos.
      GB0000034 through 37

12    E-mail to Joel Greenberg, from Robert....... 31
      Morrill, dated 10/17/03, Bates No.
      GB0000044

13    E-mail to Joel Greenberg, from Robert....... 33
      Morrill, dated 10/17/03, Bates No.
      GB0000045

14    E-mail to Robert B. Morrill, from Joel...... 33
      Greenberg, dated 10/17/03, Bates Nos.
      GB0000046

15    Document entitled, Declaration of Joel...... 34
      S. Greenberg in Opposition to Shuffle
      Master's Motion for Preliminary
      Injunction, Bates Nos. GB0000039
      through 43

16    Document entitled, Proving Invalidity....... 36
      Bates Nos. GB000047 through 54

17    E-mail to Joel Greenberg, from Theodore..... 36
      Chandler, dated 10/17/03, Bates Nos.
      GB0000055

18    E-mail to Joel Greenberg, from Robert....... 40
      Morrill, dated 10/18/03, Bates No.
      GB0000056

19    Document entitled, Claim 2 of U.S. ......... 41
      Patent No. 6,588,751, Bates Nos.
      GB0000057 through 58

/////

Page 3

---

DEFENDANT'S EXHIBITS MARKED FOR IDENTIFICATION (Cont.)

No.      Description           Page

20    E-mail to Robert Morrill, from Joel......... 42
      Greenberg, dated 10/18/03, Bates Nos.
      GB0000068 through 69

21    Document entitled, Invalidity Claim......... 43
      Chart of U.S. Patent No. 6,588,751
      Claim 2 Based on U.S. Patent No.
      4, 586,712, Bates Nos. GB0000060
      through 64

22    E-mail to Robert Morrill, from Joel......... 43
      Greenberg, dated 10/18/03, Bates No.
      GB0000076

23    E-mail to Joel Greenberg, from Robert....... 44
      Morrill, dated 10/18/03, Bates No.
      GB0000077

24    Document entitled, Invalidity Chart......... 44
      Comparing U.S. Patent No. 6,588,750 Claim
      21 to U.S. Patent No. 5, 989,122,
      Bates Nos. GB0000078 through 80

25    E-mail to Joel Greenberg, from Robert....... 45
      Morrill, dated 10/20/03, Bates No.
      GB0000081

26    Document entitled, Invalidity Chart......... 45
      Comparing U.S. Patent 6,149,154 Claim
      39 to U.S. Patent No. 5,431,399,
      Bates Nos. GB0000087 through 91

27    E-mail to Robert Morrill, from Joel......... 47
      Greenberg, dated 10/20/03, Bates No.
      GB0000094

28    E-mail to Robert Morrill, from Joel......... 48
      Greenberg, dated 10/20/03, Bates No.
      GB0000093

29    E-mail to Joel Greenberg, from Robert....... 48
      Morrill, dated 10/20/03, Bates No.
      GB0000107

/////

Page 4

---

1 (Pages 1 to 4)

LegaLink San Francisco (415) 359-2040

          

JOEL S. GREENBERG          CONFIDENTIAL

**Page 5**

DEFENDANT'S EXHIBITS MARKED FOR IDENTIFICATION (Cont.)

| No. | Description | Page |
|-----|-------------|------|
| 30 | Signed declaration page for Joel S. Greenberg, Bates No. GB0000227 | 49 |
| 31 | E-mail to Robert Morrill, from Joel Greenberg, dated 10/21/03, Bates No. GB0000237 | 49 |
| 32 | E-mail to Joel Greenberg, from Robert Morrill, dated 10/21/03, Bates No. GB0000238 | 50 |
| 33 | E-mail to Joel Greenberg, from Robert Morrill, dated 10/21/03, Bates No. GB0000215 | 50 |
| 34 | Declaration of Joel S. Greenberg In Opposition to Shuffle Master's Motion for Preliminary Injunction, Bates Nos. GB0000184 through 190 | 50 |
| 35 | Declaration of Joel S. Greenberg in Opposition to Shuffle Master's Motion for Preliminary Injunction, Bates Nos. GB0000216 through 224 | 51 |
| 36 | Declaration of Joel S. Greenberg in Opposition to Shuffle Master's Motion for Preliminary Injunction with attachments (Exhibit retained by Mr. Greenberg) | 56 |
| 37 | Series of invalidity charts (Exhibit retained by Mr. Greenberg) | 56 |
| 38 | Letter to Lawrence P. Benjamin, from John T. Fitzgerald, dated 7/6/92, Bates No. GB0000860 | 61 |
| 39 | Letter to Lawrence P. Benjamin, from Mark W. Russell, dated 6/25/92, Bates No. GB00000862 | 62 |
| 40 | Letter to Mr. Harold Lorber, from Ron J. Goudsmit, dated 2/20/98, Bates No. GB0000988 | 63 |

**Page 6**

DEFENDANT'S EXHIBITS MARKED FOR IDENTIFICATION (Cont.)

| No. | Description | Page |
|-----|-------------|------|
| 41 | Letter to Mr. Ron Goudsmit, from Harold Lorber, dated 1/28/87, Bates No. GB0000986 | 63 |
| 42 | Document entitled, Letter from Bally indicating no further interest in Monte Verde Shoe, 11/5/82, Bates Nos. GB0001094 through 1095 | 65 |
| 43 | Letter to Joel Greenberg, from Harold Lorber, dated 8/3/87, Bates Nos. GB0000969 through 970 | 67 |
| 44 | Letter to Mr. Donald Trump, from Harold Lorber, dated 7/31/87, Bates Nos. GB0000971 through 972, | 72 |
| 45 | Facsimile Transmission Form to Eric Lamison, from Theodore W. Chandler dated 10/28/03 | 73 |
| 46 | Document entitled, Technical Description The Card Accounting System (CAS) dated 9/11/92 | 102 |
| 47 | Document entitled, ACS Videotape Script | 103 |
| 48 | Laser photograph with hand-drawn marking | 125 |
| 49 | Laser photograph | 125 |
| 50 | Prosecution History for the Roblejo patent | 145 |
| 51 | Document entitled, one2six, Bates Nos. GB0002093 through 2113 | 156 |
| 52 | United States Patent Application Publication, Pub. No. US 2003/0047870 A1 | 157 |
| 53 | Document entitled, Shuffle Master means more hands per hour, Bates No. GB0000861 | 168 |

--oOo--

**Page 7**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
--oOo--

CARD, LLC, a Nevada company, )
)
Plaintiff-Counterdefendant, ) Case No.
) CV-N-03-0244-ECR-(RAM)
vs. )
)
SHUFFLE MASTER, INC., a )
Minnesota corporation, )
)
Defendant-Counterclaimant. )
_____ )
SHUFFLE MASTER, INC., a )
Minnesota corporation, )
)
Plaintiff-Counterdefendant, )
)
vs. )
)
CARD AUSTRIA FORSCHUNGS UND )
ENTWICKLUNGS, et al., )
)
Defendants-Counterplaintiff. )
_____ )
--oOo--

BE IT REMEMBERED that, pursuant to Subpoena, and on Saturday, November 1, 2003 commencing at 9:18 a.m. thereof at 333 Bush Street, 26th Floor, San Francisco, California before me, Michelle L. Giachino, a Certified Shorthand Reporter, personally appeared

JOEL S. GREENBERG

called as a witness by the Defendant, who having been first duly sworn, was examined and testified as follows:

**Page 8**

--oOo--

SIDLEY, AUSTIN, BROWN & WOOD, LLP, 555 California Street, San Francisco, California 94104, represented by ROBERT B. MORRILL, THEODORE W. CHANDLER and PETER G. MIKHAIL, Attorneys at Law, appeared as counsel on behalf of the Plaintiff and Counterdefendant.

KIRKLAND & ELLIS, LLP, 333 Bush Street, San Francisco, California 94104-2878, represented by ERIC R. LAMISON, Attorney at Law, appeared as counsel on behalf of the Defendants and Counterclaimants.

ALSO PRESENT: John Bennett, Video Solutions; Mark A. Litman, Esq.; Jerry Smith, Esq; Attila Grauzer.

--oOo--

EXAMINATION BY MR. LAMISON

MR. LAMISON: We're here to take the deposition of Mr. Greenberg where Mr. Morrill agreed to produce Mr. Greenberg, on Saturday, in the course of these expedited proceedings.

Mr. Greenberg is a paid consultant testifying on behalf of Card in these proceedings, and we're here to commence a deposition in accordance with the subpoena that was served on Mr. Greenberg in agreement by Mr. Morrill to produce Mr. Greenberg here today for the deposition.

There was no objection that was made and there

2 (Pages 5 to 8)

LegaLink San Francisco (415) 359-2040



PLA00114108