Shuffler Art-Tab 30

PX130.1

# DEPOSITION OF
# HALVARD H. SOLBERG, JR.

## February 4 - 5, 2004

          

PLA00114839

## HALVARD SOLBERG, JR.

Volume: I
Pages: 1-230
Exhibits: 1-25

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

Case No. CV-N-03-0244-ECR-(RAM)

(Consolidated Lead Case Number)

----------------------------------X

CARD, LLC, a Nevada company, )

    Plaintiff-Counterdefendant, )

v. )

SHUFFLE MASTER, INC., a Minnesota )

corporation, )

    Defendant-Counterclaimant. )

----------------------------------X

\* CAPTION CONTINUED ON NEXT PAGE )

----------------------------------x

VIDEOTAPED DEPOSITION OF HALVARD H. SOLBERG, JR.

Wednesday, February 4, 2004

9:44 a.m.

Hilton Dedham Place

25 Allied Drive

Dedham, Massachusetts

Reporter: Justina M. deFaria, RMR/CRR

Page 1

APPEARANCES:

SIDLEY AUSTIN BROWN & WOOD LLP
By Robert B. Morrill, Esq.
555 California Street
San Francisco, California 94104-1715
(415) 772-1200
On behalf of Card and Card Austria

PATENT LAW GROUP LLP
By Brian D. Ogonowsky, Esq.
2635 North First Street, Suite 223
San Jose, California 95134
(408) 382-0480, ext. 202
On behalf of Card and Card Austria

KIRKLAND & ELLIS LLP
By Eric R. Lamison, Esq.
  David S. Olson, Esq.
333 Bush Street
San Francisco, California 94104-2878
(415) 439-1496
On behalf of Shuffle Master, Inc.

Page 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

Case No. CV-N-03-0244-ECR-(RAM)

(Consolidated Lead Case Number)

----------------------------------X

CARD, LLC, a Nevada company, )

    Plaintiff-Counterdefendant, )

v. )

SHUFFLE MASTER, INC., a Minnesota )

corporation, )

    Defendant-Counterclaimant. )

----------------------------------X

SHUFFLE MASTER, INC., a Minnesota )

corporation, )

    Plaintiff-Counterdefendant, )

v. )

CARD AUSTRIA FORSCHUNGS UND )

ENTWICKLUNGS, GmbH, d/b/a CARD )

CASINO AUSTRIA RESEARCH & )

DEVELOPMENT, GmbH; d/b/a CARD; and )

d/b/a CARD AUSTRIA, an Austrian )

Corporation, )

    Defendant-Counterplaintiff. )

----------------------------------X

Page 2

Also Present: Jody Urbati, Videographer
  Stuart B. Soffer, IPriori, Inc.
  Jerry Smith, Esq., Shuffle Master

Page 4

1 (Pages 1 to 4)

          

PLA00114840

## HALVARD SOLBERG, JR.

Machine Design Associates, Inc.?

A. I do.

Q. How long have you had that company?

A. Since 1995.

Q. Is that company the vehicle through which you did the work you testified today --

A. Yes.

Q. -- about for Casino Concepts?

A. Yes.

MR. LAMISON: I'm sorry, if I can just -- I have to get my objection in, which is leading.

A. Yes.

Q. I'm sorry. I tend to trail off in my questions, so if you can bear with me --

A. I will try, yes.

Q. -- I'll try and get them out a little quicker. Are you the sole owner of Machine Design Associates?

A. Yes.

Q. When you first became involved in 1996 with Casino Concepts, was there a prototype card shuffler already in existence?

A. Yes.

MR. LAMISON: Objection, leading.

Page 165

A. Yes, there was.

Q. Can you identify that prototype?

A. It's --

MR. LAMISON: I'm going to object that it's leading. It's vague and ambiguous.

BY MR. MORRILL:

Q. Okay.

A. It's this machine right here.

MR. MORRILL: Madam Reporter, I would like you to mark that machine as the next exhibit in order.

(Solberg Exhibit No. 16 - Previously Existing Prototype Card Shuffler - was marked for identification and was retained by Mr. Morrill.)

BY MR. MORRILL:

Q. And you've testified that you had involvement in designing and building a second prototype which has been referred to at times as the production prototype. Is that machine in the room here today?

A. Yes, it is.

Q. And will you identify it for us?

A. It's this machine.

MR. MORRILL: And will you, Madam

Page 166

Reporter, will you put an exhibit sticker on the machine that Mr. Solberg just identified?

(Solberg Exhibit No. 17 - Production Prototype Machine - was marked for identification and was retained by Mr. Morrill.)

BY MR. MORRILL:

Q. Is the first prototype, Exhibit 16 -- can you tell us how it differs, if at all, today from the time you first saw it back in 1996?

A. Today, as it sits here, it's missing its housing or case or whatever you want to call the box that it was produced in that included the power supplies, power distributions, the computer; and most of the electronics that run it were in the lower portion of the box.

When I first saw it, it was set up in such a way that the only part that was visible initially was this very top plate. So there was like a -- a hole cut in the table, and this thing was sitting sticking out. So you couldn't really -- there was no clue whether it was the size of, you know, this table or little.

Q. Okay. Did you actually see it run back in 1996?

Page 167

MR. LAMISON: I object that that was asked and answered earlier today.

A. I did.

MR. MORRILL: You mean during your questions, Mr. Lamison?

MR. LAMISON: That's correct.

MR. MORRILL: Is that an objection to my question?

BY MR. MORRILL:

Q. What did you observe in seeing it run? Did it shuffle cards successfully? Did it have problems?

MR. LAMISON: Objection.

BY MR. MORRILL:

Q. Can you tell us what you saw?

MR. LAMISON: Objection, leading. It's been asked and answered.

A. What I saw was a very careful demonstration that included signing the non-disclosure agreements, and the meeting was started as a very cautious meeting to gauge interest and whatnot with all the parties who were present; and as that progressed and more comfort was gained, I was allowed to not only see the machine run, but also some brief looks

Page 168

42 (Pages 165 to 168)

          

PLA00114881

## HALVARD SOLBERG, JR.

inside of it to see what it consisted of and a short question-and-answer period where some basic questions were asked and answered.

Q. At some point, were you given possession of the first prototype, Exhibit 16?

A. I was.

Q. And when was that?

A. Early in the project, after the contract was signed, which was right around the first of the year in '97.

Q. And how did you use the production -- the -- I'm sorry. How did you use the first prototype, if at all, in your work?

MR. LAMISON: Object for lack of foundation, assumes facts not in evidence.

BY MR. MORRILL:

Q. Let me back it up. Did you use the first prototype, Exhibit 16, in your work?

A. I did.

Q. How did you use it?

A. I looked at it as an aid, a learning tool, and I used the machine, in addition to the documents that were given to me of shortcomings and those type of things; and they were, you know, sort of

*Page 169*

engineering notes like, you know, such and such a thing is important, such and such a thing isn't, you know, that type of --

For example, one of the things that was obviously a significant difference was moving from bar codes to being able to read the actual card with some sort of optical character recognition technique; but this one used bar codes, but yet it was somewhat usable in imagining how it might be packaged and done.

Q. What did the first prototype use bar codes for?

MR. LAMISON: Object for lack of foundation.

A. It used the bar codes for identifying what card was going into the machine. So this bar code here is coded into the computer, and it recognizes it as a 7 of diamonds.

Q. Okay. Let's mark the card that you're looking at as the next exhibit in order, the one you just referred -- showed us the bar code on.

(Solberg Exhibit No. 18 - 7 of Diamonds Playing Card With Bar Code - was marked for identification.)

*Page 170*

BY MR. MORRILL:

Q. Is Exhibit 18, the card that we've just marked, a special card made for the first prototype?

A. Yes, insomuch that it has bar codes on it.

Q. Was the first prototype capable of shuffling cards that did not have a bar code?

MR. LAMISON: I'm going to object to that for lack of foundation, leading.

A. My technical guess would be that someone who had access to the source code of this machine, such as an engineer or a technician, could turn off the bar code reading function and still have the machine operate in a blind mode. I know that we could do that with the other one, and it's handy for testing and debugging.

Q. And by "the other one," you mean Exhibit 17, the production prototype?

A. Yes, 17.

Q. Now, I believe you testified -- well, let me ask you the question afresh. How many of the production prototypes were completed?

A. Three.

Q. And did some of those three go to Commerce Casino?

*Page 171*

MR. LAMISON: Objection, leading.

A. Yes.

Q. How many?

A. Two.

Q. And did others of the three go to the Las Vegas show?

MR. LAMISON: Objection, leading.

A. The first one did, yes.

Q. Did the machine, the production prototype that went to the Las Vegas show, also go to Commerce Casino?

MR. LAMISON: Objection, leading.

A. Yeah, I think it did. I believe it did for a short period of time as sort of a demo.

(Mr. Olson leaves deposition.)

Q. In that case, were there three -- all three of the first machines went to Commerce Casino?

MR. LAMISON: Objection, leading.

A. If, and I'm not certain, but if the first one went, it went for a short period of time as a sales tool to say to them: Are you interested in having some of these in your casino? It would not have stayed for any length of time, because it was, like I say, it was a sales tool.

*Page 172*

43 (Pages 169 to 172)

Legalink San Francisco (415) 359-2040



PLA00114882

Shuffler Art-Tab 30

PX130.48

## HALVARD SOLBERG, JR.

would not look for the cards that did not belong in that deck.

MR. LAMISON: I'm going to move to strike the answer as non-responsive.

BY MR. MORRILL:

Q. Did the machine shown at the 1997 show in Las Vegas -- was it able to count cards?

MR. LAMISON: I'm going to object to that as being vague and ambiguous, incomplete hypothetical, leading.

A. To my way of thinking, clearly. I mean, it's --

Q. Will you tell me how --

A. Yes.

Q. -- how it did that?

A. Okay. It counted every card two ways. The machine vision with the optical character recognition system would identify the card and -- that had been placed on the viewport for the video system right here.

So the cards were upside-down in this stack; and as the card came to the video system, it was identified. The optical character recognition system would identify the card using that term;

Page 185

although to be technically correct, it was not an OCR software package, it was a generic machine vision package programmed to see playing card features and numbers and even the logo; but for simplicity, I'll refer to it as OCR.

The OCR package would identify, for example, the 2 of hearts, and it would count and send that number into memory, saying we had one of those cards. That card then transferred from the input port through a series of rollers and into the wheel past a sensor.

When it was past the sensor, it was verified as being counted as in the deck and approved and ready to be sent out when the deck was completed. So there was a digital sensor that simply recognized that the card had passed through it as it went into the wheel. So there was two systems.

That was important because it's clearly possible that without going through the sensor that a card could be taken out by human intervention, say, before it got into the wheel.

Q. Okay. I understand the first system being the one that kept track of the -- can I say the

Page 186

value of the cards? I'm not quite clear on what the second system was.

A. A digital single yes/no. It was an emitter and a receiver, a little electronic light-emitting diode and an optoelectric receiving element that generates a signal when the light from the one-half goes into the receiver on the other, when that's blocked, that signal stops and the -- the light stops and the signal changes.

So as the card went into the sensor, we knew where it was; while the sensor was blocked, we knew where it was; and as it came out the back, we knew where it was; and with the wheel being positioned here, we knew it was now in the wheel. And that transition from seeing light to dark for a period of time to seeing light represents and counts the -- or gives us a digital signal of the card being in the wheel that we can then count.

Q. You testified that the production prototype had a computer that was put inside the case that we see. Were signals from the sensors sent to the computer?

MR. LAMISON: I'm going to object to that, first of all, as being leading; secondly,

Page 187

misstating the evidence.

A. No, it was not. The -- I would like to use some terminology. The PC, being the computer --

Q. Okay.

A. -- the PC had the software package, it had a frame grabber, and it received, that being the PC received the input from the video camera.

Q. What happened to the input from the sensors?

A. The input to the sensors was wired directly into the firmware-controlled machine controller, and there was a communication link between the PC and the machine controller to transfer the OCR data.

Q. Did information go from the sensors to the firmware controller and then to the PC? Do I understand --

A. No.

Q. No.

A. No, it went from the PC to the firmware controller.

Q. Okay.

A. And that firmware controller is what was driving this LCD display. So the PC was doing nothing but OCR; and back then, it was very busy doing that.

Page 188

47 (Pages 185 to 188)

Legalink San Francisco (415) 359-2040

         

PLA00114886

Shuffler Art-Tab 30                                                     PX130.104

HALVARD SOLBERG, JR.

to stack, say, eight full decks of cards on it. There were no card guides. It was specifically designed to take a small stack of cards incrementally, unlike the later one, which could take the small stack or a big stack. I mean, there's nothing to keep -- right, if you stacked it up, it would just fall over, so it had to be a small amount of cards that were coming off the table, what was currently played.

Q. Okay. Did that limit the ability of the machine to provide a constant supply of shuffled cards for the dealer?

MR. LAMISON: I will object that it is vague and ambiguous.

A. Not in any way, because there was already another full set of cards for the dealer to use stored in the elevator ready to come up as soon as you wanted them.

Q. Let me ask the question again. Did the first prototype, Exhibit 16, provide a constant supply of shuffled cards for the dealer?

MR. LAMISON: Okay, I will object that this was just asked and answered, and it's leading, it's vague and ambiguous, and it's an incomplete

Page 319

hypothetical.

A. And I guess I don't know what you mean by the word "constant."

Q. By that, I mean would the dealer, in normal operation, always have a supply of shuffled cards?

MR. LAMISON: Okay, I'm going to object again that it is vague and ambiguous, it lacks foundation, it's an incomplete hypothetical, and these questions were asked and answered.

A. There were always cards available to the dealer. One of the main purposes of this was to have more hands played across a table at any given point in time. So that was one of the points that it was sold with, was that there wasn't a big delay to the dealer.

Q. All right. I'd like to -- by the way, have you ever heard that the first prototype, Exhibit 16, was shown to anyone outside of Casino Concepts and of course yourself?

MR. LAMISON: I'm going to object that that's vague and ambiguous, and there's a lack of foundation.

A. When you say "anyone," do you mean casinos or individuals or companies or --

Page 320

Q. Let's start with casinos or other companies.

MR. LAMISON: I'm going to object again that it's vague and ambiguous, it's hearsay, it's lack of foundation.

A. I was told by numerous people in Casino Concepts that the machine was shown to Bally. I was told that as part of the transfer of knowledge, what lessons were learned, what worked, what didn't, what had to be in the machine, that type of thing.

Q. Who do you recall telling you that?

A. Most of that sort of information came from Steve Gola.

Q. Do you remember any details that you heard from Mr. Gola or from others about the showing of the machine to Bally's?

A. I know that they — that, for whatever reason, they didn't enter into an agreement to buy them. I recall hearing that the barcoding was a problem, things like that.

Q. Do you recall hearing when the showing to Bally's took place?

A. Yeah, I recall hearing it, but -- so yes, that's my answer. I recall hearing it.

Q. And what do you recall hearing, if anything?

Page 321

A. You know, a date and a reference to when, but I couldn't tell you what that was at this point.

Q. Do you recall hearing where the showing took place geographically?

A. Oh, geographically besides Bally's? It was my impression it was Atlantic City.

Q. Okay. Did you hear that the machine was shown to any other person or company not connected with Casino Concepts?

A. No.

Q. I'd like to ask you some detailed questions now about the operation of the first prototype, again using photographs. Where do the cards go into the first prototype? Can you just circle the input area for us and mark that on a photograph?

A. 41-B, the entire photograph is the input area.

Q. Okay. Yes, you can just draw a line through it and write "input area."

And is that also shown in 41-A?

A. It is.

Q. Is there a -- what is the feature on the bottom of the input area? It's dark --

A. This dark band right here?

Page 322

23 (Pages 319 to 322)

          

PLA00114942