Shuffler Art-Tab 30                                   PX130.107

## HALVARD SOLBERG, JR.

barcodes that were passing through the barcode reader; and it's my understanding that it did, in fact, count cards; but I cannot, for certain, verify that.

Q. Now, talking again about the production prototype, would it be possible to convert the production prototype, as designed and built by you, into a machine which would eject cards from the wheel directly into a dealing shoe when a sensor in the dealing shoe indicated that the cards had reached a certain minimum number?

MR. LAMISON: I'm going to object that that's an incomplete hypothetical, calls for speculation, it's vague and ambiguous, it lacks foundation, it's leading.

A. Yes, it would be -- in my estimation, whether the box that was sitting on the elevator containing the cards was designed to contain 400 cards or whether it was a shoe conceptually doesn't seem that it would present a large amount of difficulty to me.

I would say again that I'm not a gambler, I'm not awfully familiar with exactly what a shoe is. I know the function that a shoe does,

Page 331

and I am imagining it as a -- essentially a box that accepts a stack of cards at an angle and separates them or allows the dealer to separate them one at a time; and that seems to me to be not a huge effort.

Q. Okay. Let's take a break at this time. I'm either done or close to being done.

THE VIDEOGRAPHER: Off the record 12:55 p.m.

(A recess was taken.)

THE VIDEOGRAPHER: Back on the record 1:08 p.m.

MR. MORRILL: I have no more questions, Mr. Solberg. Thank you very much for your help and cooperation.

THE WITNESS: You're welcome.

FURTHER EXAMINATION BY COUNSEL FOR SHUFFLE MASTER, INC.

BY MR. LAMISON:

Q. Good afternoon again, Mr. Solberg.

A. Good afternoon.

Q. I'd like to ask you a few questions. Yesterday and today, Mr. Morrill has asked you some questions about the use of two deck sets in the production prototype and in the first prototype. Do

Page 332

you recall that?

A. Mm-hmm.

Q. And I had also asked you some questions about the use of two deck sets during my initial examination. Do you recall that?

A. Yes.

Q. The -- yesterday when Mr. Morrill was asking about the use of the two deck sets and issues regarding the constantness or lack thereof of the supply, I just want to confirm a few factual pieces. First of all, you testified that the cards from the two deck sets were not mixed together. Do you recall that?

A. Yes.

Q. It's correct that deck set A -- the cards in deck set A are kept separate and played separate from the cards in deck set B when using two decks?

A. That's correct, they're not merged together.

Q. And the way the deck sets are presented for the dealer is that the -- is it correct the elevator will present the entire deck set A in the elevator at once so the dealer can remove deck set A?

A. Yes.

Q. And then when the dealer is inserting the

Page 333

cards for deck set B in the input stack as they're played -- do you recall that testimony, the process of reinserting the cards?

A. Yes.

Q. Is it correct that the cards are -- as they're inserted into the wheel, there's a counting verification process that confirms that the complete deck set B has been inserted into the wheel before the wheel unloads the cards?

A. That's correct.

Q. And then if that verification process occurs and verifies that the deck set B is complete, the next step is the entire wheel is unloaded so that all of the cards in all of the compartments stack up in the elevator to present a full deck set?

A. Yeah, but didn't we just say that? I thought you were going to go to input. We got back to the elevator a second time --

Q. Yes.

A. -- without talking about input. So yes, I'll say yes, that's correct again.

Q. I think I --

A. Am I misunderstanding or are we miscommunicating?

Page 334

26 (Pages 331 to 334)

Legalink San Francisco (415) 359-2040

          

PLA00114945



PLA00115446

Shuffler Art-Tab 30 PX130.679



PLA00115518



Shuffler Art-Tab 30 PX130.681



PLA00115520



PLA00115521