Shuffler Art-Tab 30     PX130.683



PLA00115522



PLA00115523



PLA00115524

Shuffler Art-Tab 30 PX130.686





PLA00115526



PLA00115527