Shuffler Art-Tab 30

PX130.689



Shuffler Art-Tab 30 PX130.690





PLA00115530



PLA00115531



PLA00115532

