Shuffler Art-Tab 30

PX130.695



PLA00115534

Shuffler Art-Tab 30 PX130.696



Shuffler Art-Tab 30

PX130.697





PLA00115537

Shuffler Art-Tab 30

PX130.699



PLA00115538

Shuffler Art-Tab 30 PX130.700

