Shuffler Art-Tab 30 PX130.701



PLA00115540



HOLD BACK SENSOR

(INPUT AREA)

EXHIBIT
SOLBERG
41-J
2-5-04 JMD

PLA00115541

PX130.703

PLA00115542



PLA00115543



PLA00115544

Shuffler Art-Tab 30

PX130.706

PLA00115545