

PLA00115546



Shuffler Art-Tab 30

PX130.709



PLA00115548

Shuffler Art-Tab 30

PX130.710



PLA00115549