PX139.1

Kimball R. Anderson (admitted *pro hac vice*)
kanderson@winston.com
Howard I. Shin (admitted *pro hac vice*)
hshin@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700

James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Christopher R. Miltenberger, Esq., Bar No. 10153
CRM@pisanellibice.com
Eric T. Aldrian, Esq., Bar No. 11897
ETA@pisanellibice.com
PISANELLI BICE PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone: 702-214-2100
Facsimile: 702-214-2101

Attorneys for Plaintiff SHFL entertainment, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., a Minnesota corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DIGIDEAL CORPORATION, a Nevada corporation,<br><br>    Defendant. | Case No.: 2:12-cv-01782-GMN-(VCF)<br><br>**SHFL'S RESPONSE AND OBJECTIONS TO DIGIDEAL'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-60)** |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff SHFL entertainment, Inc. ("SHFL"), by and through its attorneys, hereby answers and objects to Defendant DigiDeal Corp.'s ("DigiDeal") Request for Production of Documents and Things, Nos. 1-60.

1

SHFL'S RESPONSE & OBJECTIONS TO REQUESTS FOR PRODUCTION – No. 2:12-cv- 01782-GMN-VCF

WS_0009736

*Winston & Strawn LLP*
*35 West Wacker Drive*
*Chicago, IL 60601-9703*

Subject to its Specific and General Objections, SHFL states that it has no responsive documents at this time.

**REQUEST NO. 56:**

All documents concerning public disclosures of automatic card shufflers made, used, sold or offered for sale by You dated prior to January 1, 1980 to September 28, 2001.

**RESPONSE:**

In addition to its General Objections, SHFL objects that Defendant's Request No. 56 is vague and ambiguous with respect to the undefined phrase "concerning public disclosures of automatic card shufflers," such that SHFL is required to speculate as to its meaning. SHFL also objects that the requested time period "dated prior to January 1, 1980 to September 28, 2001" is overly broad, unduly burdensome, and seeks documents beyond the time frame relevant to this litigation.

**REQUEST NO. 57:**

All documents concerning public disclosures of automatic card shufflers made, used, sold or offered for sale by persons other than You dated January 1, 1980 to September 28, 2001.

**RESPONSE:**

In addition to its General Objections, SHFL objects that Defendant's Request No. 57 is vague and ambiguous to the extent that the phrase "concerning public disclosures of automatic card shufflers" is not defined or explained, such that SHFL is required to speculate as to its meaning and purpose. SHFL also objects that the requested time period "dated prior to January 1, 1980 to September 28, 2001" is overly broad, unduly burdensome, and seeks documents beyond the time frame relevant to this litigation.

**REQUEST NO. 58:**

All documents concerning the pre-litigation investigation of the infringement claimed in Plaintiff's Complaint dated January 1, 2008 to the present.

Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

SHFL's RESPONSE & OBJECTIONS TO REQUESTS FOR PRODUCTION – No. 2:12-CV- 01782-GMN-VCF

WS_0009770