PX148.1

**From:** Anderson, Kimball R. [KAnderso@winston.com]
**Sent:** Wednesday, January 13, 2010 9:51 AM
**To:** Jerry Smith; Eric Abbott; Jennifer Farrar
**CC:** Shin, Howard I.
**Subject:** Fw: termsheet Y.Hu revised 1-12-10.DOC
**Attachments:** termsheet Y.Hu revised 1-12-10_3.DOC

This just arrived.

**From**: Rader, Elizabeth <Elizabeth.Rader@alston.com>
**To**: Anderson, Kimball R.
**Sent**: Wed Jan 13 11:47:54 2010
**Subject**: termsheet Y.Hu revised 1-12-10.DOC

<<termsheet Y.Hu revised 1-12-10_3.DOC>>
Here is our redline of your term sheet showing Taiwan Fulgent's position.   We look forward to hearing from you.
Best regards.

**Elizabeth Rader**

Atlanta I Charlotte I Dallas  | Los Angeles  | New York  | Research Triangle I Silicon Valley | Washington, DC

*************************************************** IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the

Highly Confidential Pursuant to Protective Order

PX148.2

permission of the author.
*******************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

Highly Confidential Pursuant to Protective Order

SGC 0000370360