

| | | |
|---|---|---|
| **ATTORNEYS:** | MICHAEL A. KERR* | |
| | MARIE MARTIN KERR** | |
| **PATENT AGENTS:** | KATHY HALL, PH.D.† | |
| | JUAN A. QUIROZ, PH.D. † | |

MAIL: P.O. Box 18600  Reno NV 89511          TEL: 775-624-8700  FAX: 775-622-0686
DELIVERY: 1695 MEADOW WOOD LANE, SUITE 200, RENO NV 89511

February 14, 2014

Attn:  Anthony Pesce
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL  60601-9703

        Re:     SHFL v. DigiDeal
                 Case  No. 2:12-cv-01782

Dear Mr. Pesce,

We write in further response to your correspondence of February 6, 2014 following our correspondence of February 10, 2014.  Our correspondence of February 10, 2014 responds to the multiple issues raised in your December 23, 2013 letter.  With reference to your additional concerns regarding sales, leases or offers for sale in the United States, our client has already commenced reviewing all discovery and documents produced to update the discovery produced in June of 2013.  We expect to have any additional information to you within the next two to four weeks.

Next, attached please find our revisions to the proposed scheduling order.  Because it appears that the parties are not in agreement about the time for fact discovery, we recommend advising the court of this disagreement, and leaving the decision with the judge.

Finally, we believe the SHFL and/or its parent entity, Bally, should have within its possession, custody or control, documents and information relative to the ACS shuffler disclosed on the DVD sent to you with our recent production.  This information has not been previously produced, and should have been submitted with SHFL's initial disclosures.  In any case, such documents should have been submitted when Bally acquired SHFL.  We request the immediate production of all documents related to the ACS shuffler, not limited to deposition transcripts, drawings, interview notes, and promotional materials.

Thank you for your kind attention to this matter.

Sincerely,

Marie Martin Kerr,
Attorney

WS_0022035