PX182.1

PX182.1

**Compensation Agreement in *Shuffle Tech Int'l, LLC et al. v. Scientific Games Corp. et al.***

Shuffle Tech International, LLC, Aces Up Gaming, Inc. and Poydras-Talrick Holdings LLC ("Plaintiffs") have brought suit against Scientific Games Corporation, Bally Technologies, Inc. (d/b/a/ SHFL entertainment or Shuffle Master, Inc.) and Bally Gaming, Inc. ("Defendants"), Civil Action No. 1:15-cv-03702, in the United States District Court for the Northern District of Illinois (the "Litigation"). Given your knowledge of certain facts that may be relevant to the Litigation, Plaintiffs will be asking you to spend time researching certain factual issues related to the Litigation. You may also be required to appear as a witness for deposition, hearing or trial in the Litigation to provide testimony about such facts.

In mutual consideration of and in reliance upon the mutual promises and covenants contained herein, and intending to be legally bound hereby, Plaintiffs and you agree to the following compensation agreement (the "Agreement").

You shall provide Plaintiffs with factual research on certain matters at issue in the Litigation. In addition, you may be required to spend time preparing for and attending deposition, hearing or trial in the Litigation in order to provide testimony as to such matters.

In compensation for your lost time in performing such factual research and in preparing for and attending any such deposition, hearing or trial in the Litigation, Plaintiffs shall pay you the hourly fee of $ _150 °°_, an amount which you warrant and acknowledge is commensurate with your ordinary hourly wage most recently earned while you were employed. You agree to submit a monthly invoice to Plaintiffs, and Plaintiffs agree to pay such invoice in within [30] days of its receipt. In addition, Plaintiffs agree to reimburse you for your reasonable and necessary expenses, including travel expenses, incurred by you in connection with your compensable time, provided that you submit to Plaintiffs written confirmation of the expense by means of expense reports, receipts, vouchers or other supporting documents, within [30] days of incurring the expense.

It is understood that researching facts related to the Litigation and preparing for and attending deposition, hearing or trial will require the expenditure of your time and effort and require you to forgo other personal and business opportunities during such time. It is further expressly understood and agreed that compensation under this Agreement is made solely for the purpose of compensating you for such lost time. You understand and warrant that any payment to you under this Agreement is not in exchange for your testimony in the Litigation, and will not influence the substance of any such testimony in any way. You further acknowledge that the compensation provided under this Agreement is in no way conditioned upon the outcome of the Litigation, nor is it conditioned upon any effect your testimony may or may not have on the Litigation.

Any amendment to this Agreement shall be made in writing and signed by the parties hereto. If any provision of this Agreement shall be invalid or unenforceable, in whole or in part, then such provisions shall be deemed to be modified or restricted to the extent and in the manner necessary to render the same valid and enforceable, or shall be deemed excised from this Agreement, as the case may require, and this Agreement shall be construed and enforced to the maximum extent permitted by law, as if such provision had been originally incorporated herein

PX182.2

as so modified or restricted, or as if such provision had not been originally incorporated herein, as the case may be. This Agreement shall be construed and interpreted in accordance with the laws of the State of Illinois, without regard to its conflict of law rules.

This Agreement shall commence on the date of its execution and shall continue in effect until the termination of the Litigation.

Please indicate your agreement to these terms by signing below.

Date: 9/16/2016

_HOWARD H. SOLBERG_

Date: 9/22/16

On behalf of Plaintiffs

Joseph Proster