PX193.1



WAYNE SHAFFER
LAXALT & NOMURA, LTD
Bank of America Plaza
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 322-1170
Facsimile: (775) 322-1865

BARRY F. IRWIN
MICHAEL P. BREGENZER
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601-6636
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

SHUFFLE MASTER, INC., )
)
       Plaintiff, )
)
    v. )    CV-N-04-0407-HDM (RAM)
)
MP GAMES LLC D/B/A MINDPLAY )  **DECLARATION REGARDING SHUFFLE**
GAMES, ROBERT MOUCHOU, )  **MASTER'S DOCUMENT COLLECTION**
ALLIANCE GAMING CORP. D/B/A )  **EFFORTS**
BALLY GAMING AND SYSTEMS and )
BALLY GAMING, INC., )
)
       Defendants. )
)
)
_____ )

SGC 0000004286

PX193.2

## DECLARATION

I, _Jennifer K. Farrar_ , declare as follows:

1.  I have personal knowledge of the facts stated herein and if called to testify could competently testify to the following matters.

2.  I am an employee of Shuffle Master, Inc.

3.  My job title is _Patent Counsel_ .

4.  I have reviewed Defendants' First Request for Production of Documents or Things. I have also reviewed Defendants' Second Set of Requests for Production of Documents and Things to Shuffle Master.

5.  I have conducted a diligent and thorough search of all of my files—both paper and electronic—for any documents responsive to any of these requests. I have also searched any files over which I have responsibility (both paper and electronic) for any documents responsive to any of these requests.

6.  To the extent I have located any responsive documents that I have not previously provided to Shuffle Master's attorneys, those were provided by me to Charlotte Centuori.

Executed this _5_ day of May, 2005, in Las Vegas, Nevada.

_Jennifer Farrar_

2

SGC 0000004287