PX199.1

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

333 Bush Street
San Francisco, California 94104-2878

David S. Olson
To Call Writer Directly:
415 439-1419
dolson@kirkland.com

415 439-1400

www.kirkland.com

Facsimile:
415 439-1500

January 30, 2004

**BY HAND DELIVERY**

Theodore W. Chandler
Sidley Austin Brown & Wood LLP
555 California Street, Suite 5000
San Francisco, California 94104

   Re: *Shuffle Master, Inc. v. CARD, et al.* and *CARD, LLC v. Shuffle Master, Inc.*
     Case No. CV-N-03-0244-ECR-(RAM) (Consolidated Lead Case Number)

Dear Ted:

   Enclosed please find supplemental production documents identified as SMI 010347-010496.

               Sincerely,

               David S. Olson

DSO:wka
Enclosures

Chicago    London    Los Angeles    New York    Washington, D.C.

Highly Confidential – Attorney's Eyes Only                SA-CARD-039044

PX199.2

# 97 World Gaming Expo
## *Report on Shuffler Competition*

There were five (5) potential competitors at the show, one of them being a new manufacturer.

1. **Casinovations**

   I believe this is their third year displaying the Random Ejection Shuffler.

   **Changes from last year:**
   - Slower Shuffling Speed
   - Larger Machine
   - Machine pivots to improve loading which is still difficult and has a very high risk for the cards being dropped on the floor. The dealer will need both hands and will have to step and turn away from the table.

   It's very unlikely they could resolve the concept inherent obstacles they are facing and the reliability and service issues they will be faced on the casino floor.

   **Conclusion:**
   I don't believe it will ever be a viable competitor in the multi-deck market.

2. **Summit Casino Products, Inc.**

   *Pro-shuffle - portable multi-deck card shuffler.*

   It was their third year at the show with the same machine. It is a semi-automatic "mixer" similar to the $7.95 plastic model found in stores.

   - The dealer can influence the "randomness".
   - It will take longer to shuffle than hand shuffling to obtain an acceptable mix.
   - It will have no chance passing any randomness test.

   **Conclusion:**
   It will not be a competitive product.

3. **Quick Draw Shuffler - Australia**

   Also their third year at the show, this time self distributing (not with PGI anymore). Offering a five deck continuous model this year - same principle.

   Haven't noticed any improvements over the existing models.

   Due to reliability and service problems, they haven't been able to penetrate the market (except Malaysia where the casino is not very happy with them).

   **Conclusion:**
   Once we introduce our continuous shuffler, they will have difficulty competing with us.

**HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY**

SMI 010395

World Gaming Expo
Page 2

4.  **Shuffle Star - Austria**

It is one of the better shufflers out on the market with a few disadvantages:

1.  Complex and High Cost Machine
2.  Plastic Cards Only
3.  Large Size
4.  Operational Drawback - shuffler can only be loaded when loading door is open (Shuffler driven instead of dealer driven).

Our design will address three of the drawbacks of the Shuffler Star (1, 2, 4).
*   Simpler and Less Costly
*   Will Shuffle Paper Cards
*   Dealer can Load Anytime

The size of our shuffler is yet undetermined, but most likely it will be smaller.

**Conclusion:**
Given these advantages of our future shuffler over the Shuffle Star, we'll be in a very good position to compete and outperform the Shuffle Star shuffler.

5.  **Casino Concepts, Inc.**

*Sure - Shuffler*
*Playing Card Security System*

Attached is their brochure.

*   It could have an application in the California Poker rooms.
*   Adding and sorting feature will make it useful in sorting rooms.

**Conclusion:**
It's unlikely that it will show up in casinos in its present form very soon.

**HIGHLY CONFIDENTIAL**
**ATTORNEY'S EYES ONLY**

**SMI 010396**

Highly Confidential – Attorney's Eyes Only



SMI 010397

SA-CARD-039047



## CASINO CONCEPTS, INC.'S SURE-SHUFFLER™ PLAYING CARD SECURITY SYSTEM

The *Sure-Shuffler*™ Playing Card Security System combines an attractive protective cabinet, a compact shuffling machine with optical imaging to provide a security system that is revolutionary in the industry. Used as a stand-alone unit or as part of a network, the *Sure-Shuffler*™ guarantees a security system that protects both the house and the players.

The *Sure-Shuffler*™ is not a simple card shuffling device. Rather, it is a complete security system which assures the casino and the players that each and every shoe and/or deck set being played contains the proper number and mix of playing cards by suit and by value. In addition, by shuffling with a random selection process, the *Sure-Shuffler*™ effectively breaks up clumps and makes shuffle tracking and card counting more difficult.

The *Sure-Shuffler*™ features a control panel consisting of an LCD display, keypad and a limited access security key system. The LCD display can be exposed or concealed, as specified by the user. *Sure-Shuffler*™ can be coded, which provides the house with the opportunity to store its full compliment of cards overnight, thereby coding the time used to open each table in the morning. The machine is available with a variety of optional features. In fact, **Casino Concepts can customize each unit to meet the security requirements of each customer.**

In multiple deck games, the *Sure-Shuffler*™ is designed to use two shoes, each of which can hold up to eight 54 card (52 plus 2 joker) decks. While the first shoe is being played, the second shoe is undergoing a complete security check and a random shuffling. When the last card reaches the table and the hand being dealt is completed, the second shoe is immediately available for use if need be. **The playing time currently being lost for the dealer to complete a manual shuffle is completely recaptured.**

The *Sure-Shuffler*™ allows a complete shoe to be put into play. Should a shoe or deck set contain an extra card or cards which have been designated for that shoe or deck set, the *Sure-Shuffler*™ will reject them.

The *Sure-Shuffler*™ will automatically reject any card that is:

- from a foreign deck
- from a strange shoe
- too dirty
- damaged

Should a shoe or deck set have a missing card or cards, they will be identified by suit and value on the *Sure-Shuffler*™ LCD display, and the *Sure-Shuffler*™ control system will not release the shoe or deck set for play, until approved security procedures are completed.

SMI 010398



The *Sure-Shuffler*™ will hold back a pre-selected number of cards in order to allow the previous or current hand to be reviewed.

The *Sure-Shuffler*™ provides the house with at least four major benefits:

1. *Sure-Shuffler*™ allows more hands to be dealt and played at each and every table.

2. *Sure-Shuffler*™ assures that every shoe or deck set always contains the correct playing card configuration.

3. *Sure-Shuffler*™ gives players fewer opportunities to leave the table as they now do during the dead time required to complete the manual shuffle.

4. *Sure-Shuffler*™ supplies the house with the opportunity to re-use playing cards for longer periods of time.

When these benefits are combined, the result is a reduction of cost accompanied by an increase in revenue...a double-barreled win for the house!

The flexibility built into the *Sure-Shuffler*™ allows the user to activate or disable specific security features, however, this can only be done by authorized personnel with special password access. The *Sure-Shuffler*™ also allows networks to be established.

Casino Concepts will be happy to show you this unique and reliable system. For a personal demonstration or for more information, call us at 888-364-3305.

Casino Concepts™

**CONRAD ROBLEJO, PRESIDENT**

283 SECOND STREET PIKE-SUITE 180
SOUTHAMPTON, PA 18966

888-364-3305
(215) 364-7777
FAX (215) 364-7388

SMI 010399

Highly Confidential – Attorney's Eyes Only

SA-CARD-039049



Highly Confidential — Attorney's Eyes Only

SMI 010401