US006149154A

# United States Patent [19]

## Grauzer et al.

[11] **Patent Number:** 6,149,154

[45] **Date of Patent:** Nov. 21, 2000

[54] **DEVICE AND METHOD FOR FORMING HANDS OF RANDOMLY ARRANGED CARDS**

[75] Inventors: **Attila Grauzer**, Plymouth; **Feraidoon Bourbour**, Minneapolis; **James Philip Helgesen**, Eden Prairie; **Troy Nelson**, St. Michael; **Robert J. Rynda; Paul K. Scheper**, both of Eden Prairie; **James Bernard Stasson**, Chanhassen; **Ronald R. Swanson**, Delano, all of Minn.

[73] Assignee: **Shuffle Master Gaming**, Las Vegas, Nev.

[21] Appl. No.: **09/060,627**

[22] Filed: **Apr. 15, 1998**

[51] Int. Cl.[7] ................................ **A63F 1/12**; A63F 1/14

[52] U.S. Cl. ................................... **273/149 R**; 273/149 P

[58] Field of Search ........................... 273/149 R, 149 P, 273/148 R

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 793,489 | 6/1905 | Williams | 273/148 A |
| 2,001,220 | 5/1935 | Smith et al. | 273/149 R |
| 2,001,918 | 5/1935 | Nevius | 273/148 A |
| 2,016,030 | 10/1935 | Woodruff et al. | 273/149 R |
| 2,043,343 | 6/1936 | Warner | 273/148 A |
| 2,778,644 | 1/1957 | Stephenson | 273/149 R |
| 2,937,739 | 5/1960 | Levy | 198/352 |
| 2,950,005 | 8/1960 | MacDonald | 273/148 A |
| 3,312,473 | 4/1967 | Friedman et al. | 273/149 R |
| 3,690,670 | 9/1972 | Cassady et al. | 273/149 P |
| 3,897,954 | 8/1975 | Erickson et al. | 273/149 R |
| 4,232,861 | 11/1980 | Maul | 271/287 |
| 4,361,393 | 11/1982 | Noto | 355/3 |
| 4,368,972 | 1/1983 | Naramore | 355/14 |
| 4,385,827 | 5/1983 | Naramore | 355/14 |
| 4,497,488 | 2/1985 | Plevyak et al. | 273/149 R |
| 4,513,969 | 4/1985 | Samsel, Jr. | 273/149 R |
| 4,515,367 | 5/1985 | Howard | 273/149 R |
| 4,566,782 | 1/1986 | Britt et al. | 355/14 |
| 4,586,712 | 5/1986 | Lorber et al. | 273/149 R |
| 4,659,082 | 4/1987 | Greenberg | 273/149 R |
| 4,741,524 | 5/1988 | Bromage | 271/208 |
| 4,750,743 | 6/1988 | Nicoletti | 273/148 A |
| 4,770,421 | 9/1988 | Hoffman | 273/149 R |
| 4,807,884 | 2/1989 | Breeding | 273/149 R |
| 4,832,342 | 5/1989 | Plevyak et al. | 273/149 R |
| 4,900,009 | 2/1990 | Kithara et al. | 271/296 |
| 4,969,648 | 11/1990 | Hollinger et al. | 273/149 R |
| 5,000,453 | 3/1991 | Stevens et al. | 273/149 R |
| 5,121,921 | 6/1992 | Friedman et al. | 273/149 P |
| 5,240,140 | 8/1993 | Huen | 273/149 R |
| 5,288,081 | 2/1994 | Breeding | 273/292 |
| 5,356,145 | 10/1994 | Verschoor | 273/149 R |
| 5,382,024 | 1/1995 | Blaha | 273/149 R |
| 5,390,910 | 2/1995 | Mandel et al. | 271/296 |
| 5,431,399 | 7/1995 | Kelley | 273/149 P |
| 5,437,462 | 8/1995 | Breeding | 273/292 |
| 5,584,483 | 12/1996 | Sines et al. | 273/149 R |
| 5,676,372 | 10/1997 | Sines et al. | 273/149 R |
| 5,683,085 | 11/1997 | Johnson et al. | 273/149 R |
| 5,690,324 | 11/1997 | Otomo et al. | 270/58.02 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 9840136 | 9/1998 | WIPO . |

### OTHER PUBLICATIONS

"Super Contract Bridge", Scarne's Encyclopedia of Games, Harper & Row, Publishers, p. 153, 1973.

*Primary Examiner*—Benjamin H. Layno
*Attorney, Agent, or Firm*—Mark A. Litman & Associates, P.A.

[57] **ABSTRACT**

The present invention provides an apparatus and method for moving playing cards from a first group of cards into plural hands of cards, wherein each of the hands contains a random arrangement of the same quantity of cards. The apparatus comprises a card receiver for receiving the first group of cards, a single stack of card-receiving compartments generally adjacent to the card receiver, the stack generally vertically movable, an elevator for moving the stack, a card-moving mechanism between the card receiver and the stack, and a microprocessor that controls the card-moving mechanism and the elevator so that an individual card is moved into an identified compartment. The number of compartments receiving cards and the number of cards moved to each compartment may be selected.

**39 Claims, 20 Drawing Sheets**



PLA00081261