US006588750B1

(12) **United States Patent**

Grauzer et al.

(10) Patent No.: **US 6,588,750 B1**

(45) Date of Patent: **Jul. 8, 2003**

(54) **DEVICE AND METHOD FOR FORMING HANDS OF RANDOMLY ARRANGED DECKS OF CARDS**

(75) Inventors: **Attila Grauzer**, Las Vegas, NV (US); **Feraidoon Bourbour**, Minneapolis, MN (US); **James Phillip Helgesen**, Eden Prairie, MN (US); **Troy D. Nelson**, Big Lake, MN (US); **Robert J. Rynda**, Las Vegas, NV (US); **Paul K. Scheper**, Eden Prairie, MN (US); **James Bernard Stasson**, Chanhassen, MN (US); **Ronald R. Swanson**, Watertown, MN (US)

(73) Assignee: **Shuffle Master, Inc.**, Eden Prairie, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/688,597**

(22) Filed: **Oct. 16, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/060,627, filed on Apr. 15, 1998, now Pat. No. 6,149,154.

(51) **Int. Cl.**[7] .............................. **A63F 1/12**; A63F 1/14
(52) **U.S. Cl.** ................................ **273/149 R**; 273/149 P
(58) **Field of Search** .......................... 273/149 R, 149 P

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 793,489 A | 6/1905 | Williams | |
| 2,001,220 A | 5/1935 | Smith | |
| 2,001,918 A | 5/1935 | Nevius | |
| 2,016,030 A | 10/1935 | Woodruff et al. | |
| 2,043,343 A | 6/1936 | Warner | |
| 2,778,644 A | 1/1957 | Stephenson | |
| 2,937,739 A | 5/1960 | Levy | |
| 2,950,005 A | 8/1960 | MacDonald | |

| | | | |
|---|---|---|---|
| 3,312,473 A | 4/1967 | Friedman | |
| 3,690,670 A | 9/1972 | Cassady et al. | |
| 3,897,954 A | 8/1975 | Erickson et al. | |
| 4,232,861 A | 11/1980 | Maul | |
| 4,361,393 A | 11/1982 | Noto | |
| 4,368,972 A | 1/1983 | Naramore | |
| 4,385,827 A | 5/1983 | Naramore | |
| 4,497,488 A | 2/1985 | Plevyak et al. | |
| 4,513,969 A | 4/1985 | Samsel, Jr. | |
| 4,515,367 A | 5/1985 | Howard | |
| 4,566,782 A | 1/1986 | Britt et al. | |
| 4,586,712 A | 5/1986 | Lorber et al. | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

WO            9840136            9/1998

OTHER PUBLICATIONS

Encyclopedia of Games by John Scarne, 1973, "Super Contract Bridge", p. 153.

*Primary Examiner*—Benjamin H. Layno
(74) *Attorney, Agent, or Firm*—Mark A. Litman & Assoc. P.A.

(57) **ABSTRACT**

The present invention provides an apparatus and method for moving playing cards from a first group of cards into plural hands of cards, wherein each of the hands contains a random arrangement of the same quantity of cards. The apparatus comprises a card receiver for receiving the first group of cards, a single stack of card-receiving compartments generally adjacent to the card receiver, the stack generally vertically movable, an elevator for moving the stack, a card-moving mechanism between the card receiver and the stack, and a microprocessor that controls the card-moving mechanism and the elevator so that an individual card is moved into an identified compartment. The number of compartments receiving cards and the number of cards moved to each compartment may be selected.

**31 Claims, 18 Drawing Sheets**



PLA00081324