B03 Patent

PX228.1



US006655684B2

(12) **United States Patent** (10) **Patent No.:** **US 6,655,684 B2**

Grauzer et al. (45) **Date of Patent:** *Dec. 2, 2003

(54) **DEVICE AND METHOD FOR FORMING AND DELIVERING HANDS FROM RANDOMLY ARRANGED DECKS OF PLAYING CARDS**

(75) Inventors: **Attila Grauzer**, Las Vegas, NV (US); **Feraidoon Bourbour**, Minneapolis, MN (US); **Troy D. Nelson**, Big Lake, MN (US); **Robert J. Rynda**, Las Vegas, NV (US); **Paul K. Scheper**, Eden Prairie, MN (US); **James Bernard Stasson**, Chanhassen, MN (US); **Ronald R. Swanson**, Watertown, MN (US)

(73) Assignee: **Shuffle Master, Inc.**, Eden Prairie, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 128 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/912,879**

(22) Filed: **Jul. 25, 2001**

(65) **Prior Publication Data**

US 2003/0042673 A1 Mar. 6, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/688,597, filed on Oct. 16, 2000, now Pat. No. 6,588,750, which is a continuation-in-part of application No. 09/060,627, filed on Apr. 15, 1998, now Pat. No. 6,149,154.

(51) **Int. Cl.**[7] .................................................. **A63F 1/12**

(52) **U.S. Cl.** ................................ **273/149 R**; 273/149 P

(58) **Field of Search** ........................ 273/149 R, 149 P; 463/22

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 793,489 A | 6/1905 | Williams |
| 2,001,220 A | 5/1935 | Smith |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| WO | 9840136 | 9/1998 |

OTHER PUBLICATIONS

Encyclopedia of Games by John Scarne, 1973, "Super Contract Bridge", p. 153.

*Primary Examiner*—Benjamin H. Layno
(74) *Attorney, Agent, or Firm*—Mark A. Litman & Assoc. P.A.

(57) **ABSTRACT**

The present invention provides an apparatus and method for moving playing cards from a first group of cards into plural hands of cards, wherein each of the hands contains a random arrangement of cards. The apparatus comprises a card receiver for receiving the first group of cards, a single stack of card-receiving compartments generally adjacent to the card receiver, the stack generally vertically movable, an elevator for moving the stack, a card-moving mechanism between the card receiver and the stack, and a microprocessor that controls the card-moving mechanism and the elevator so that an individual card is moved into an identified compartment. The number of compartments receiving cards and the number of cards moved to each compartment may be selected. An apparatus for feeding cards, comprising a surface for supporting a stack of cards, a feed roller with a frictional outer surface, a drive mechanism for causing rotation of the feed roller, a pair of speed-up rollers to advance the cards out of the feed roller, and a clutch mechanism for disengaging the feed roller from the drive mechanism as the card comes into contact with the speed up rollers.

**43 Claims, 18 Drawing Sheets**

