US007059602B2

(12) **United States Patent**
Grauzer et al.

(10) Patent No.: **US 7,059,602 B2**
(45) Date of Patent: ***Jun. 13, 2006**

(54) **CARD SHUFFLER WITH STAGING AREA FOR COLLECTING GROUPS OF CARDS**

(75) Inventors: **Attila Grauzer**, Las Vegas, NV (US); **Feraidoon Bourbour**, Minneapolis, MN (US); **Troy D. Nelson**, Big Lake, MN (US); **Robert J. Rynda**, Las Vegas, NV (US); **Paul K. Scheper**, Eden Prairie, MN (US); **James Bernard Stasson**, Chanhassen, MN (US); **Ronald R. Swanson**, Watertown, MN (US)

(73) Assignee: **Shuffle Master, Inc.**, Las Vegas, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/936,412**

(22) Filed: **Sep. 8, 2004**

(65) **Prior Publication Data**

US 2005/0104289 A1      May 19, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/725,833, filed on Dec. 2, 2003, which is a continuation of application No. 09/912,879, filed on Jul. 25, 2001, now Pat. No. 6,655,684, which is a continuation-in-part of application No. 09/688,597, filed on Oct. 16, 2000, now Pat. No. 6,588,750, which is a continuation-in-part of application No. 09/060,627, filed on Apr. 15, 1998, now Pat. No. 6,149,154.

(51) **Int. Cl.**
*A63F 1/12* (2006.01)
*A63F 1/14* (2006.01)

(52) **U.S. Cl.** ............................... **273/149 R**; 273/149 P

(58) **Field of Classification Search** ............ 273/149 R, 273/149 P
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

793,489 A      6/1905   Williams

(Continued)

FOREIGN PATENT DOCUMENTS

WO        WO 87/00764        2/1987
WO        WO 98/40136        9/1998
WO        WO 00/51076        8/2000

OTHER PUBLICATIONS

Scarne's Encyclopedia of Games by John Scarne, 1973, "Super Contract Bridge", p. 153.

(Continued)

*Primary Examiner*—Benjamin Layno
(74) *Attorney, Agent, or Firm*—Mark A. Litman & Associates, P.A.

(57)                    **ABSTRACT**

A method and apparatus delivers subsets of randomly mixed playing cards from a first group of playing cards. At least one first group of multiple playing cards is provided to a playing card randomizing apparatus. Ar least one subset of randomized playing cards is formed within the apparatus from the first group of playing cards. A first subset of randomized playing cards for use in a card game is delivered to a single delivery tray. The first subset of playing cards delivered to the single delivery tray as a whole (all of the cards in the subset). At least one additional subset of playing cards is formed within the card randomization apparatus from remaining cards from the first group of playing cards. Upon manual removal of the first subset of playing cards from the single delivery tray, the apparatus delivers the at least one additional subset of randomly mixed playing cards into the single delivery tray as a second group of playing cards.

**25 Claims, 18 Drawing Sheets**

