US007073791B2

(12) **United States Patent**        (10) **Patent No.:**      **US 7,073,791 B2**
Grauzer et al.                        (45) **Date of Patent:**      ***Jul. 11, 2006**

(54) **HAND FORMING SHUFFLER WITH ON DEMAND HAND DELIVERY**

(75) Inventors: **Attila Grauzer**, Las Vegas, NV (US); **Feraidoon Bourbour**, Minneapolis, MN (US); **Troy D. Nelson**, Big Lake, MN (US); **Robert J. Rynda**, Las Vegas, NV (US); **Paul K. Scheper**, Eden Prairie, MN (US); **James Bernard Stasson**, Chanhassen, MN (US); **Ronald R. Swanson**, Watertown, MN (US)

(73) Assignee: **Shuffle Master, Inc.**, Las Vegas, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/971,755**

(22) Filed: **Oct. 22, 2004**

(65) **Prior Publication Data**

US 2005/0051956 A1      Mar. 10, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/725,833, filed on Dec. 2, 2003, which is a continuation of application No. 09/912,879, filed on Jul. 25, 2001, now Pat. No. 6,655,684, which is a continuation-in-part of application No. 09/688,597, filed on Oct. 16, 2000, now Pat. No. 6,588,750, which is a continuation-in-part of application No. 09/060,627, filed on Apr. 15, 1998, now Pat. No. 6,149,154.

(51) **Int. Cl.**
    *A63F 1/12*      (2006.01)
    *A63F 1/14*      (2006.01)
(52) **U.S. Cl.** ............................... **273/149 R**; 273/149 P
(58) **Field of Classification Search** ............ 273/149 R, 273/149 P
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

793,489 A      6/1905   Williams

(Continued)

FOREIGN PATENT DOCUMENTS

WO      WO 87/00764      2/1987
WO      WO 98/40136      9/1998
WO      WO 00/51076      8/2000

OTHER PUBLICATIONS

Scarne's Encyclopedia of Games by John Scarne, 1973, "Super Contract Bridge", p. 153.

(Continued)

*Primary Examiner*—Benjamin Layno
(74) *Attorney, Agent, or Firm*—Mark A. Litman & Associates, P.A.

(57)      **ABSTRACT**

The present invention provides an apparatus and method for moving playing cards from a first group of cards into plural hands of cards, wherein each of the hands contains a random arrangement of cards. The apparatus comprises a card receiver for receiving the first group of cards, a single stack of card-receiving compartments generally adjacent to the card receiver, the stack generally vertically movable, an elevator for moving the stack, a card-moving mechanism between the card receiver and the stack, and a microprocessor that controls the card-moving mechanism and the elevator so that an individual card is moved into an identified compartment. The number of compartments receiving cards and the number of cards moved to each compartment may be selected. An apparatus for feeding cards, comprising a surface for supporting a stack of cards, a feed roller with a frictional outer surface, a drive mechanism for causing rotation of the feed roller, a pair of speed-up rollers to advance the cards out of the feed roller, and a clutch mechanism for disengaging the feed roller from the drive mechanism as the card comes into contact with the speed up rollers.

**26 Claims, 18 Drawing Sheets**

