

US006254096B1

(12) **United States Patent**
Grauzer et al.

(10) Patent No.: **US 6,254,096 B1**
(45) Date of Patent: **Jul. 3, 2001**

(54) **DEVICE AND METHOD FOR CONTINUOUSLY SHUFFLING CARDS**

(75) Inventors: **Attila Grauzer**, Plymouth; **Feraidoon Bourbour**, Minneapolis; **James Phillip Helgesen**, Eden Prairie; **Troy Nelson**, St. Michaels; **Robert J. Rynda**; **Paul K. Scheper**, both of Eden Prairie; **James Bernard Stasson**, Chanhassen; **Ronald R. Swanson**, Delano, all of MN (US)

(73) Assignee: **Shuffle Master, Inc.**, Eden Prairie, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/060,598**

(22) Filed: **Apr. 15, 1998**

(51) Int. Cl.$^7$ ...................................................... A63F 1/12

(52) U.S. Cl. ...................................................... 273/149 R

(58) Field of Search ............................ 273/149 R, 149 P

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 793,489 | 6/1905 | Williams | 273/148 A |
| 2,001,220 | 5/1935 | Smith et al. | 273/149 R |
| 2,001,918 | 5/1935 | Nevius | 273/148 A |
| 2,016,030 | 10/1935 | Woodruff et al. | 273/149 R |
| 2,043,343 | 6/1936 | Warner | 273/148 A |
| 2,778,644 | 1/1957 | Stephenson | 273/149 R |
| 2,937,739 | 5/1960 | Levy | 198/352 |
| 2,950,005 | 8/1960 | MacDonald | 273/148 A |
| 3,312,473 | 4/1967 | Friedman et al. | 273/149 R |
| 3,690,670 | 9/1972 | Cassady et al. | 273/149 P |
| 3,897,954 | 8/1975 | Erickson et al. | 273/149 R |
| 4,232,861 | 11/1980 | Maul | 271/287 |
| 4,361,393 | 11/1982 | Noto | 355/3 |
| 4,368,972 | 1/1983 | Naramore | 355/14 |
| 4,385,827 | 5/1983 | Naramore | 355/14 |
| 4,497,488 | 2/1985 | Pievyak et al. | 273/149 R |

| | | | |
|---|---|---|---|
| 4,513,969 | 4/1985 | Samsel, Jr. | 273/149 R |
| 4,515,367 | 5/1985 | Howard | 273/149 R |
| 4,566,782 | 1/1986 | Britt et al. | 355/14 |
| 4,586,712 | 5/1986 | Lorber et al. | 273/149 R |
| 4,659,082 | 4/1987 | Greenberg | 273/149 R |
| 4,741,524 | 5/1988 | Bromage | 271/208 |
| 4,750,743 | 6/1988 | Nicoletti | 273/148 A |
| 4,770,421 | 9/1988 | Hoffman | 273/149 R |
| 4,807,884 | 2/1989 | Breeding | 273/149 R |
| 4,832,342 | 5/1989 | Plevyak et al. | 273/149 R |
| 4,900,009 | 2/1990 | Kithara et al. | 271/296 |
| 4,969,648 | 11/1990 | Hollinger et al. | 273/149 R |
| 5,000,453 | 3/1991 | Stevens et al. | 273/149 R |
| 5,121,921 | 6/1992 | Friedman et al. | 273/149 P |
| 5,240,140 | 8/1993 | Huen | 273/149 R |
| 5,275,411 | 1/1994 | Breeding | 273/149 R |
| 5,356,145 | * 10/1994 | Verschoor | 273/149 R |
| 5,382,024 | 1/1995 | Blaha | 273/149 R |
| 5,390,910 | 2/1995 | Mandel et al. | 271/296 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

9840136   9/1998   (WO) .

*Primary Examiner*—Benjamin H. Layno
(74) *Attorney, Agent, or Firm*—Mark Λ. Litman & Associates

(57) **ABSTRACT**

The present invention provides an apparatus and method for moving playing cards from a first group of cards into a second group of cards, wherein the second group of cards is randomly arranged or shuffled. The apparatus comprises a card receiver for receiving the first group of cards, a single stack of card-receiving compartments generally adjacent to the card receiver, the stack generally vertically movable, an elevator for moving the stack, a card-moving mechanism between the card receiver and the stack for moving cards one at a time into a selected one of the compartments, another card moving mechanism for moving cards from one of the compartments to a second card receiver and a microprocessor that controls the card-moving mechanisms and the elevator.

**29 Claims, 11 Drawing Sheets**



US 6,254,096 B1

An advantage of the present invention is that it provides a programmable card handling machine with a display and appropriate inputs for controlling and adjusting the machine. Additionally, there may be an elevator speed adjustment and sensor to adjust and monitor the position of the elevator as cards wear or become bowed or warped. These features also provide for interchangeability of the apparatus, meaning the same apparatus can be used for many different games and in different locations thereby reducing the number of back up machines or units required at a casino. Since it is customary in the industry to provide free backup machines, a reduction in the number of backup machines needed presents a significant cost savings. The display may include a use rate and/or card count monitor and display for determining or monitoring the usage of the machine.

Another advantage of the present invention is that it provides an electromechanical playing card handling apparatus for automatically and randomly generating a continuous supply of shuffled playing cards for dealing. Other advantages are a reduction of dealer shuffling time, and a reduction or elimination of problems such as card counting, possible dealer manipulation and card tracking, thereby increasing the integrity of a game and enhancing casino security.

Yet another advantage of the card handling apparatus of the present invention is that it converts a single deck, multiple decks, any number of unshuffled cards or large or small groups of discarded or played cards into shuffled cards ready for use or reuse in playing a game. To accomplish this, the apparatus includes a number of stacked or vertically oriented card receiving compartments one above another into which cards are inserted, one at a time, so a random group of cards is formed in each compartment and until all the cards loaded into the apparatus are distributed to a compartment. Upon demand, either from the dealer or a card present sensor, or automatically, the apparatus delivers one or more groups of cards from the compartments into a dealing shoe for distribution to players by the dealer.

The present invention may include jammed card detection and recovery features, and may include recovery procedures operated and controlled by the microprocessor.

Another advantage is that the apparatus of the present invention provides for the initial top feeding or loading of an unshuffled or discarded group of cards thereby facilitating use by the dealer. The shuffled card receiving shoe portion is adapted to facilitate use by a dealer.

An additional advantage of the card handling apparatus of the present invention is that it facilitates and speeds the play of casino wagering games, particularly those games wherein multiple decks of cards are used and popular, rapidly played games (such as twenty-one or blackjack), making the games more exciting for players.

In use, the apparatus of the present invention is operated to process playing cards from an initial, unshuffled new or played group of cards into a group of shuffled or reshuffled cards available to a dealer for distribution to players. The first step of this process is the dealer placing an initial group of cards, comprising unshuffled or played cards, into the card receiver of the apparatus. The apparatus is started or starts automatically by sensing the presence of the cards and, under the control of the integral microprocessor, it transfers the initial group of cards, randomly, one at a time, into a plurality of compartments. Groups of cards in one or more compartments are delivered, upon the dealer's demand or automatically, by the apparatus from that compartment to a card receiving shoe for the dealer to distribute to a player.

According to the present invention, the operation of the apparatus is continuous. That is, once the apparatus is turned on, any group of cards loaded into the card receiver will be entirely processed into one or more groups of random cards in the compartments. The software assigns an identity to each card and then directs each identified card to a randomly selected compartment by operating the elevator motor to position that randomly selected compartment to receive the card. The cards are unloaded in groups from the compartments, a compartment at a time, as the need for cards is sensed by the apparatus. Thus, instead of stopping play to shuffle or reshuffle cards, a dealer always has shuffled cards available for distribution to players.

The apparatus of the present invention is compact, easy to set up and program and, once programmed, can be maintained effectively and efficiently by minimally trained personnel who cannot affect the randomness of the card delivery. This means that the machines are more reliable in the field. Service costs are reduced, as are assembly and set up costs.

Other features and advantages of the present invention will become more fully apparent and understood with reference to the following specification and to the appended drawings and claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front perspective view depicting the apparatus of the present invention as it might be disposed ready for use in a casino on a gaming table.

FIG. 2 is a perspective view, partially broken away, depicting the rear of the apparatus of the present invention.

FIG. 3 is a front perspective view of the card handling apparatus of the present invention with portions of the exterior shroud removed.

FIG. 4 is a side elevation view of the present invention with the shroud and other portions of the apparatus removed to show internal components.

FIG. 5 is a side elevation view, largely representational, of the transport mechanism and rack assembly of the apparatus of the present invention.

FIG. 5a is a side elevation view, drawn from area 5a in FIG. 5, showing more detail of the rack assembly, particularly the shelves forming the top and bottom of the compartments of the rack assembly.

FIG. 6 is an exploded assembly view of the transport mechanism shown in FIG. 5.

FIG. 7 is a top plan view, partially in section, of the transport mechanism.

FIG. 8 is a top plan view of one embodiment of the pusher assembly of the present invention.

FIG. 8a is a perspective view of another embodiment of the pusher assembly of the present invention.

FIG. 9 is a front elevation view of the rack and elevator assembly.

FIG. 10 is an exploded assembly view of one embodiment of a portion of the rack and elevator assembly.

FIG. 11 depicts an alternative embodiment of the shelves or partitions for forming the stack of compartments of the present invention.

FIG. 12 is a simplified side elevation view, largely representational, of the card handler of the present invention.

FIG. 13 is a perspective view of a portion of the card handling apparatus of the present invention, namely, the second card receiver at the front of the apparatus, with a cover portion of the shroud removed.

PLA00081308