US007255344B2

(12) **United States Patent**
Grauzer et al.

(10) **Patent No.:** **US 7,255,344 B2**
(45) **Date of Patent:** **Aug. 14, 2007**

(54) **DEVICE AND METHOD FOR CONTINUOUSLY SHUFFLING AND MONITORING CARDS**

(75) Inventors: **Attila Grauzer**, Las Vages, NV (US); **Feraidoon Bourbour**, Minneapolis, MN (US); **James Phillip Helgesen**, Eden Prairie, MN (US); **Troy D. Nelson**, Big Lake, MN (US); **Robert J. Rynda**, Las Vegas, NV (US); **Paul K. Scheper**, Eden Prairie, MN (US); **James Bernard Stasson**, Chanhassen, MN (US); **Ronald R. Swanson**, Watertown, MN (US)

(73) Assignee: **Shuffle Master, Inc.**, Las Vegas, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 101 days.

(21) Appl. No.: **10/976,618**

(22) Filed: **Oct. 29, 2004**

(65) **Prior Publication Data**

US 2005/0062228 A1 Mar. 24, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/285,973, filed on Oct. 31, 2002, which is a continuation of application No. 09/690,051, filed on Oct. 16, 2000, now Pat. No. 6,588,751, which is a continuation-in-part of application No. 09/060,598, filed on Apr. 15, 1998, now Pat. No. 6,254,096.

(51) **Int. Cl.**
*A63F 1/12* (2006.01)
(52) **U.S. Cl.** .................................................. **273/149 R**
(58) **Field of Classification Search** ............ 273/149 R, 273/149 P, 148 R; 463/22
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

793,489 A 6/1905 Williams

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2266555 | 9/1996 |
| WO | WO 98/40136 | 9/1998 |
| WO | WO 00/51076 | 2/1999 |

OTHER PUBLICATIONS

CD Labeled "Shuffler Art". Attached to this 1449 is a spreadsheet having the names of the individual files within the CD. There is a self-executing function on the CD so that, upon entering the Spreadsheet Table of Contents (Index), individual items may be opened directly from the spreadsheet according to the title of the document.

(Continued)

*Primary Examiner*—Benjamin Layno
(74) *Attorney, Agent, or Firm*—Mark A. Litman-Associates, PA

(57) **ABSTRACT**

The present invention provides an apparatus and method for moving playing cards from a first group of cards into a second group of cards, wherein the second group of cards is randomly arranged or shuffled. The apparatus comprises a card receiver for receiving the first group of cards, a single stack of card-receiving compartments generally adjacent to the card receiver, the stack generally vertically movable, an elevator for moving the stack, a card-moving mechanism between the card receiver and the stack for moving cards one at a time into a selected one of the compartments, another card moving mechanism for moving cards from one of the compartments to a second card receiver and a microprocessor that controls the card-moving mechanisms and the elevator. A count of cards within specified areas of the card handling system is maintained and card handling is halted and all cards counted by adding a count of all cards not within the specified areas to the total of cards counted within the specified areas.

**23 Claims, 14 Drawing Sheets**



PLA00081656