E03 Patent

PX328.1



US006139014A

# United States Patent [19]

## Breeding et al.

[11] **Patent Number:** **6,139,014**

[45] **Date of Patent:** ***Oct. 31, 2000**

[54] **METHOD AND APPARATUS FOR AUTOMATICALLY CUTTING AND SHUFFLING PLAYING CARDS**

[75] Inventors: **John G. Breeding**, St. Louis Park; **Attila Grauzer**, Plymouth; **Paul K. Scheper**, Eden Prairie; **James B. Stasson**, Chanhassen; **Nick W. Kukuczka**, Bloomington, all of Minn.

[73] Assignee: **Shuffle Master, Inc.**, Eden Prairie, Minn.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **08/892,742**

[22] Filed: **Jul. 15, 1997**

### Related U.S. Application Data

[63] Continuation of application No. 08/504,035, Jul. 19, 1995, Pat. No. 5,695,189, which is a continuation of application No. 08/287,729, Aug. 9, 1994, abandoned.

[51] **Int. Cl.**[7] ....................................................... **A63F 1/12**
[52] **U.S. Cl.** ....................................................... **273/149 R**
[58] **Field of Search** ......................................... 273/149 R

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,159,958 | 5/1939 | Sachs | 273/149 R |
| 2,676,020 | 4/1954 | Ogden | 273/149 R |
| 2,778,644 | 1/1957 | Stephenson | 273/149 R |
| 2,790,641 | 4/1957 | Adams | 273/149 R |
| 4,310,160 | 1/1982 | Willette et al. | 273/149 R |
| 4,497,488 | 2/1985 | Plevyak et al. | 273/149 R |
| 4,513,969 | 4/1985 | Samsel, Jr. | 273/149 R |
| 4,515,367 | 5/1985 | Howard | 273/149 R |
| 4,586,712 | 5/1986 | Lorber et al. | 273/149 R |
| 4,770,421 | 9/1988 | Hoffman | 273/149 R |
| 4,807,884 | 2/1989 | Breeding | 273/149 R |
| 4,832,342 | 5/1989 | Plevyak et al. | 273/149 R |
| 4,969,648 | 11/1990 | Hollinger et al. | 273/149 R |
| 5,000,453 | 3/1991 | Stevens et al. | 273/149 R |
| 5,154,492 | 10/1992 | Levarai et al. | 303/9.69 |
| 5,261,667 | 11/1993 | Breeding | 273/149 R |
| 5,275,411 | 1/1994 | Breeding | 273/149 R |
| 5,303,921 | 4/1994 | Breeding | 273/149 R |
| 5,356,145 | 10/1994 | Verschoor | 273/149 R |

*Primary Examiner*—Benjamin H. Layno
*Attorney, Agent, or Firm*—Dorsey & Whitney LLP

[57] **ABSTRACT**

The present invention provides a machine for shuffling multiple decks of playing cards including a first vertically extending magazine for holding a stack of unshuffled playing cards, and second and third vertically extending magazines each for holding a stack of cards, the second and third magazines being horizontally spaced from and adjacent to the first magazine. A first card mover is at the top of the first magazine for moving cards from the top of the stack of cards in the first magazine to the second and third magazines to cut the stack of unshuffled playing cards into two unshuffled stacks. Second and third card movers are at the top of the second and third magazines, respectively, for randomly moving cards from the top of the stack of cards in the second and third magazines, respectively, back to the first magazine, thereby interleaving the cards to form a vertically registered stack of shuffled cards in the first magazine.

**19 Claims, 17 Drawing Sheets**



PLA00081229

Case: 1:15-cv-03702 Document #: 144-79 Filed: 05/17/17 Page 2 of 3 PageID #:7809

**U.S. Patent**   Oct. 31, 2000   Sheet 1 of 17   **6,139,014**



*Fig. 1*

PLA00081230

**U.S. Patent**          Oct. 31, 2000          **Sheet 2 of 17**          **6,139,014**



*Fig. 2*

*Fig. 7*