6,588,751 Reexamination                                                    PX445.1

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 6,588,751 C1                                    Page 1 of 2
APPLICATION NO.   : 95/001429
DATED             : July 24, 2013
INVENTOR(S)       : Attila Grauzer et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Column 1, line 53-Column 2, line 25, Claim 18 should read:

18. A method of delivering a continuous supply of shuffled cards on demand, apparatus comprising: a) providing a card shuffling chamber for randomizing cards that includes compartments in a carousel for receiving random cards; b) a card receiver and card feed mechanism receiving and feeding unshuffled cards into the shuffling chamber; c) at least one sensor sensing the presence of a card as the card is being fed into the shuffling chamber; d) at least one sensor sensing the presence of a card as the card is being removed from the shuffling chamber; e) removing cards from the shuffling chamber on demand to provide a continuous supply of shuffled cards; f) a microprocessor receiving signals from at least sensors c) and d) and counting cards entering and being removed from the shuffling chamber and maintaining a count of cards present in the shuffling chamber so that the number of cards within the shuffling chamber is known; g) receiving instructions from an apparatus user to initiate a card counting process to count cards within a specified area of the apparatus, and h) signaling the mechanism to remove cards from the shuffling chamber by removing cards randomly from compartments in the shuffling chamber.

Signed and Sealed this
Twenty-seventh Day of August, 2013

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*

6,588,751 Reexamination                                                                                PX445.2

**CERTIFICATE OF CORRECTION (continued)**                                          Page 2 of 2
**U.S. Pat. No. 6,588,751 C1**

Column 2, lines 26-55, Claim 19 should read:

19. A method of delivering a continuous supply of shuffled cards on demand, apparatus comprising: a) providing a card shuffling chamber for randomizing cards that includes compartments in a carousel for receiving random cards; b) a card receiver and card feed mechanism receiving and feeding unshuffled cards into the shuffling chamber; c) at least one sensor sensing the presence of a card as the card is being fed into the shuffling chamber; d) at least one sensor sensing the presence of a card as the card is being removed from the shuffling chamber; e) removing cards from the shuffling chamber on demand to provide a continuous supply of shuffled cards; f) a microprocessor receiving signals from at least sensors c) and d) and counting cards entering and being removed from the shuffling chamber and maintaining a count of cards present in the shuffling chamber so that the number of cards within the shuffling chamber is known; g) receiving instructions from an apparatus user to initiate a card counting process to count cards within a specified area of the apparatus, and h) signaling the mechanism to remove cards from the shuffling chamber by removing cards randomly from compartments in the carousel in the shuffling chamber.

PLA00135677

6,588,751 Reexamination                                        PX445.3

## SPE RESPONSE FOR CERTIFICATE OF CORRECTION

ePaper No.: _____

DATE         : __August 5, 2013_____

TO SPE OF    : ART UNIT ____3993 – Andres Kashnikow._____

SUBJECT      : Request for Certificate of Correction for Appl. No.: __95/001,429____  Patent No.: __6,588,751 C1_____

COCIN mailroom date: 8-5-2013

Please respond to this request for a certificate of correction within 7 days.

### FOR IFW FILES:

Please review the requested changes/corrections as shown in the **COCIN** document(s) in the IFW application image. No new matter should be introduced nor should the scope or meaning of the claims be changed.

Please complete the response (see below) and forward the completed response to scanning using document code **COCX**.

### FOR PAPER FILES:

Please review the requested changes/corrections as shown in the attached certificate of correction. Please complete this form (see below) and forward it with the file to:

> **Certificates of Correction Branch (CofC)**
> **Randolph Square – 9D10-A**
> **Palm Location 7580**

In particular note: Should Claims 18 and 19 be replaced with Claims 18 and 19 (Original Claims 19 and 20) per amendment dated 4-11-2011?

**Antonio Johnson**
**Certificates of Correction Branch**
**703-756-1544 (FAX) 571-270-9846**

**Thank you for your assistance!**

---

**The request for issuing the above-identified correction(s) is hereby:**
Note your decision on the appropriate box.

| | | |
|---|---|---|
| **X Approved** | | **All** changes apply. |
| ☐ **Approved in Part** | | Specify below which changes **do not** apply. |
| ☐ **Denied** | | State the reasons for denial below. |

**Comments: The correct version of claims 18 and 19 (original new claims 19 and 20)**

**appear in the amendment filed 4/11/2011. That is the correct version that is to be**

**printed.**_____

---

/Andres Kashnikow/                    **3993**
**SPE**                               **Art Unit**

PTOL-306 (REV. 7/03)          U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

PLA00135678

US006588751C1

## (12) INTER PARTES REEXAMINATION CERTIFICATE (652nd)

## United States Patent
### Grauzer et al.

(10) **Number:** **US 6,588,751 C1**

(45) **Certificate Issued:** *** Jul. 24, 2013**

(54) **DEVICE AND METHOD FOR CONTINUOUSLY SHUFFLING AND MONITORING CARDS**

(75) Inventors: **Attila Grauzer**, Las Vegas, NV (US); **Feraidoon Bourbour**, Minneapolis, MN (US); **James Phillip Helgesen**, Eden Prairie, MN (US); **Troy D. Nelson**, Big Lake, MN (US); **Robert J. Rynda**, Las Vegas, NV (US); **Paul K. Scheper**, Eden Prairie, MN (US); **James Bernard Stasson**, Chanhassen, MN (US); **Ronald R. Swanson**, Watertown, MN (US)

(73) Assignee: **Deutsche Bank Trust Company Americas**, Jersey City, NJ (US)

**Reexamination Request:**
No. 95/001,429, Aug. 27, 2010

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,588,751** |
| Issued: | **Jul. 8, 2003** |
| Appl. No.: | **09/690,051** |
| Filed: | **Oct. 16, 2000** |

( * ) Notice: This patent is subject to a terminal disclaimer.

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/060,598, filed on Apr. 15, 1998, now Pat. No. 6,254,096.

(51) **Int. Cl.**
*A63F 1/12* (2006.01)

(52) **U.S. Cl.**
USPC .................................... **273/149 R**; 273/149 P

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 95/001,429, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Jeffrey R Jastrzab

(57) **ABSTRACT**

The present invention provides an apparatus and method for moving playing cards from a first group of cards into a second group of cards, wherein the second group of cards is randomly arranged or shuffled. The apparatus comprises a card receiver for receiving the first group of cards, a single stack of card-receiving compartments generally adjacent to the card receiver, the stack generally vertically movable, an elevator for moving the stack, a card-moving mechanism between the card receiver and the stack for moving cards one at a time into a selected one of the compartments, another card moving mechanism for moving cards from one of the compartments to a second card receiver and a microprocessor that controls the card-moving mechanisms and the elevator. A count of cards within specified areas of the card handling system is maintained and card handling is halted and all cards counted by adding a count of all cards not within the specified areas to the total of cards counted within the specified areas.



US 6,588,751 C1

**1**

## INTER PARTES REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 316

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1**, **5** and **17** is confirmed.

Claims **2**, **3** and **8-16** are cancelled.

Claim **4** is determined to be patentable as amended.

Claims **6** and **7**, dependent on an amended claim, are determined to be patentable.

New claims **18** and **19** are added and determined to be patentable.

**4.** [The method of claim 3] *A method for continuously resupplying randomly arranged cards in a playing card handler comprising:*

*providing a card staging area for receiving playing cards to be handled;*

*providing a plurality of playing card-receiving compartments that are capable of receiving one-at-a-time more than one card into each compartment, the card staging area and the playing card-receiving compartments are relatively movable;*

*providing a first playing card mover generally between the staging area and the playing card-receiving compartments and moving a playing card from the staging area into the playing card-receiving compartments;*

*providing a second playing card mover for removing one or more playing cards from the playing card-receiving compartments;*

*a microprocessor randomly removing one or more playing cards from the card-receiving compartments to a shuffled playing card receiving area; and*

*a drive system responsive to the microprocessor providing relative motion between the first playing card mover and the playing card receiving compartments* wherein a counting system present in the playing card handler counts cards that are located within specified areas within the card handler so that the number of cards within the specified areas within the card handler is known.

*18. A method of delivering a continuous supply of shuffled cards on demand, apparatus comprising:*

*a) providing a card shuffling chamber for randomizing cards that includes compartments in a carousel for receiving random cards;*

**2**

*b) a card receiver and card feed receiving and feeding unshuffled cards into the shuffling chamber;*

*c) at least one sensor sensing the presence of a card as the card is being fed into the shuffling chamber;*

*d) at least one sensor sensing the presence of a card as the card is being removed from the shuffling chamber;*

*e) removing cards from the shuffling chamber on demand to provide a continuous supply of shuffled cards;*

*f) a microprocessor receiving signals from at least sensors c) and d) and counting cards entering and being removed from the shuffling chamber and maintaining a count of cards present in the shuffling chamber so that the number of cards within the shuffling chamber is known;*

*g) receiving instructions from an apparatus user to initiate a card counting process to count cards within a specified area of the apparatus,*

*h) returning cards not in the compartments to the apparatus so that all cards are returned to the compartments, and*

*i) resuming shuffling and card delivery so that the mechanism removes cards from the shuffling chamber by removing cards randomly from compartments in the shuffling chamber.*

*19. A method of delivering a continuous supply of shuffled cards on demand, the method comprising:*

*a) providing a card shuffling chamber for randomizing cards that includes compartments in a carousel for receiving random cards;*

*b) a card receiver and card feed mechanism receiving and feeding unshuffled cards into the shuffling chamber;*

*c) at least one sensor sensing removal of a card as the card is being fed into the shuffling chamber;*

*d) at least one sensor sensing the presence of a card as the card is being removed from the shuffling chamber;*

*e) removing cards from the shuffling chamber on demand to provide a continuous supply of shuffled cards;*

*f) a microprocessor receiving signals from at least sensors c) and d) and counting cards entering and being removed from the shuffling chamber and maintaining a count of cards present in the shuffling chamber so that the number of cards within the shuffling chamber is known;*

*g) receiving instructions from an apparatus user to initiate a card counting process to count cards within a specified area of the apparatus,*

*h) returning cards not in the compartments to the apparatus so that all cards are returned to the compartments, and*

*i) resuming shuffling and card delivery so that the mechanism removes cards from the shuffling chamber by removing cards randomly from compartments in the shuffling chamber.*

\* \* \* \* \*

PLA00135680

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

TAIWAN FULGENT ENTERPRISE CO., LTD.
Requester, Appellant

v.

SHUFFLE MASTER, INC.[1]
Patent Owner, Respondent

_____

Appeal 2013-000373
*Inter partes* Reexamination Control 95/001,429
Patent US 6,588,751 B1[2]
Technology Center 3900

_____

Before LINDA E. HORNER, DANIEL S. SONG, and
MICHAEL J. FITZPATRICK, *Administrative Patent Judges.*

HORNER, *Administrative Patent Judge.*

DECISION ON APPEAL

_____

[1] Shuffle Master, Inc. is the Patent Owner and the real party in interest.
Corrected Respondent Brief of Patent Owner ("Resp. Br.") 2. Wells Fargo
Bank, NA holds a secured interest in the patent. *Id.*
[2] Patent US 6,588,751 B1 ("the '751 patent") issued July 8, 2003 to Grauzer
et al.

PLA00135757

Appeal 2013-000373
Reexamination Control 95/001,429
Patent US 6,588,751 B1

Roblejo discloses that in some embodiments, it is desirable to connect the apparatus to a network controller and to send and receive information regarding number of cards or sets of cards determined to be complete or incomplete sets (FF 14). This disclosure in Roblejo does not provide a clear indication that the "number of cards" referred to by Roblejo represents the number of cards within specified areas within the card handler. This "number of cards" could just as easily refer only to the number of cards input into the system, which may not represent the number of cards in the card handler, since Roblejo discloses ejecting cards from the buffer 13 to the stacking means 21. We agree with the Examiner that while Roblejo's system may be able to count the number of cards that pass by reader 14, it does not disclose counting the number of cards within specified areas within the card handler. RAN 25. As such, we affirm the Examiner's refusal to adopt Proposed Ground 2.

*Proposed Ground 4: Claim 1 as unpatentable over Roblejo*

The Requester raises the same arguments in asserting that Roblejo renders the subject matter of claim 1 obvious as it did in asserting that Roblejo anticipates claims 4 and 17. App. Br. 19. As to the particular language of claim 1, based on our reading of the disclosure of Roblejo as set forth above, we agree with the Patent Owner that Roblejo does not disclose a counting system that counts cards so that the number of cards "in a location between the card receiver and the second card receiver is known." Resp. Br.

15

Appeal 2013-000373
Reexamination Control 95/001,429
Patent US 6,588,751 B1

cards dealt from and remaining within the shoe so as to determine when a penetration limit has been met (FF 15-18), but it does not provide any reason to maintain a count of cards within a shuffling chamber of a card handler and thus does not provide any reason to sense cards removed from such a shuffling chamber. The teaching of Hill applied to the apparatus of Roblejo would not result in a method that senses the presence of a card as the card is being removed from the buffer, counts cards entering and being removed from the buffer, and maintains a count of cards present in the buffer so that the number of cards within the buffer is known as called for in claims 5, 19, and 20. As such, the combination of Roblejo and Hill would not have led one of ordinary skill to the subject matter of claims 5, 19, and 20. Accordingly, we affirm the Examiner's refusal to adopt Proposed Ground 6.

## CONCLUSIONS

The Examiner's refusal to consider and adopt Modified, Proposed Ground 1 is not properly before the Board on appeal.

Roblejo does not disclose a method that includes counting cards within specified areas within the card handler or a counting system that counts a number of cards in a location between the card receiver and the second card receiver.

The language of claim 1 requiring that "the number of cards in a location between the card receiver and the second card receiver is known" is

20

04/11/2011 16:43 FAX 9528329191          MARK A. LITMAN & ASSOC **RECEIVED**          ☑0004/0026
                                                         **CENTRAL FAX CENTER**

                                                             **APR 1 1 2011**

## EXPEDITED HANDLING – AMENDMENT AFTER REEXAMINATION

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Attila Grauzer, et al. | Examiner: | JASTRZAB, Jeffrey |
| Serial No. | 95/001,429 | Group Art Unit: | 3993 |
| ReExam Date | 27 August 2010 | U.S. Patent No.: | 6,588,751 |
| Customer No.: | 75035 | Confirm No.: | 9333 |
| | | Litman Docket No. | RE0025.re.US |
| Title: | DEVICE AND METHOD FOR CONTINUOUSLY SHUFFLING AND MONITORING CARDS | | |

### ARGUMENTS WITHOUT FURTHER AMENDMENT UNDER 37 C.F.R. 1.530 (d-k) and/or 1.943

**MAIL STOP: REEXAMINATION**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

This Amendment is being filed in response to the OFFICE ACTION IN INTER PARTES REEXAMINATION mailed by the USPTO on 11 March 2011.

**The U.S. Patent and Trademark Office is authorized to debit Attorney's Deposit Account No. 501391 for any fees, charges or costs involved with this response.**

---

Electronically transmitted in accordance with § 1.6(a)(4) or Fax Transmittal in accordance with § 1.6(d)

The undersigned hereby certifies that this Transmittal Letter and the paper or fee, as described herein, are being sent by Electronic submission or Facsimile to the United States Patent and Trademark Office addressed to Mail Stop: REEXAMINATION, Commissioner for Patents, PO Box 1450, Alexandria, VA 22313, on 11 April 2011

By: _____
                MARK A. LITMAN

---

PLA00136338