PX487.1

The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

MP GAMES LLC; ALLIANCE GAMING )
CORP.; BALLY GAMING, INC., )
)
) No. C05-1017TSZ
Plaintiffs, )
)
) **AMENDED NOTICE OF PRIOR ART**
v. ) **REFERENCES**
)
SHUFFLE MASTER, INC., )
)
Defendant. )
_____ )

In accordance with the Court's instructions during the Status Conference of March 22, 2006, and the Revised Joint Status Report and Discovery Plan, Defendant Shuffle Master hereby submits the following Amended Notice of Prior Art References:

The card shuffling/verification systems (including any prototypes, documentation, drawings, components or other evidence related thereto) discussed during the June 14, 2006 deposition of Robert Luciano, Jr., including the Luciano shuffler/verification system, the prototype of which Defendant Shuffle Master recently became aware was not only in existence, but also, apparently, is in the possession of the Plaintiffs themselves.

SHUFFLE MASTER'S NOTICE
OF PRIOR ART REFERENCES
(Shuffle Master, Inc.) (C05-1017TSZ)                    1

BYRNES & KELLER LLP
39TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Defendant Shuffle Master incorporates herein its June 12, 2006 Notice of Prior Art References in its entirety.

Dated:  June 15, 2006                               BYRNES & KELLER LLP


                                                   /s/ Keith D. Petrak
                                                   _____

                                                   Bradley S. Keller, WSBA #10665
                                                   Keith D. Petrak, WSBA #19159
                                                   BYRNES & KELLER LLP
                                                   38th Floor
                                                   1000 Second Avenue
                                                   Seattle, WA 98104
                                                   Phone:  (206) 622-2000
                                                   Fax:  (206) 622-2522

                                                   *Of counsel*:

                                                   Robert G. Krupka, P.C.
                                                   Barry F. Irwin
                                                   Michael P. Bregenzer
                                                   G. Courtney Holohan

                                                   KIRKLAND & ELLIS LLP
                                                   200 East Randolph Drive
                                                   Chicago, Illinois  60601
                                                   Telephone:  (312) 861-2000
                                                   Facsimile:  (312) 861-2200

                                                   *Attorneys for Defendant Shuffle Master, Inc.*

SHUFFLE MASTER'S NOTICE
OF PRIOR ART REFERENCES
(Shuffle Master, Inc.) (C05-1017TSZ)            2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

PLA00013515

The undersigned attorney certifies that on the 15th day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following::

John A. Knox
WILLIAMS, KASTNER & GIBBS, PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101
Tel: (206) 628-6600
Fax: (206) 628-6611

Victoria Maroulis
QUINN EMANUEL URQUHART OLIVER
        & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Fax:  (650) 801-5100

_/s/ Keith D. Petrak_____
Keith D. Petrak

SHUFFLE MASTER'S NOTICE
OF PRIOR ART REFERENCES
(Shuffle Master, Inc.) (C05-1017TSZ)                 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

PLA00013516