PX875.1

# ORIGINAL

FILED

'... 18 P: 2:28

Robert E. Lyle (Nevada Bar No. 1677)
Marvin W. Murphy (Nevada Bar No. 518)
LYLE & MURPHY LLP
3740 Lakeside Drive, Suite 200
Reno, Nevada 89509
Telephone:    (775) 348-5000
Facsimile:    (775) 348-7370

Robert B. Morrill (Nevada Bar No. 2078)
Theodore W. Chandler (admitted *pro hac vice*)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street
San Francisco, California 94104-1715
Telephone:    (415) 772-1200
Facsimile:    (415) 397-4621

*Attorneys for CARD, LLC and CARD-Austria*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| CARD, LLC, a Nevada company,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>SHUFFLE MASTER, INC., a Minnesota corporation,<br><br>Defendant and Counterplaintiff.<br><br>SHUFFLE MASTER, INC., a Minnesota corporation,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>CASINOS AUSTRIA RESEARCH AND DEVELOPMENT, an Austrian corporation,<br><br>Defendant and Counterplaintiff. | No. CV-N-03-0244-ECR-(RAM)<br><br>**CARD, LLC AND CARD-AUSTRIA'S APPLICATION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL IN OPPOSITION TO SHUFFLE MASTER'S MOTION FOR PRELIMINARY INJUNCTION** |

-1-
CARD'S APPLICATION TO FILE DOCUMENTS UNDER SEAL
No. CV-N-03-0244-ECR-(RAM)

PLA00096683

PX875.2

## APPLICATION TO FILE DOCUMENTS UNDER SEAL

CARD, LLC and CARD-Austria (collectively "CARD") hereby apply for an Order to file the following documents under seal in opposition to Shuffle Master's motion for preliminary injunction [Docket No. 66]:

- Declaration of Arthur M. Pfeiffer [filed Oct. 23, 2003]
- Declaration of Peter G. Mikhail [filed Nov. 18, 2003]

Good cause exists to file these documents under seal because they contain highly confidential trade secrets belonging to Mr. Pfeiffer, a non-party witness in this case. Accordingly, Mr. Pfeiffer has an overriding interest that overcomes the right of public access to the documents. If the documents are not sealed, there is a substantial probability that Mr. Pfeiffer will be prejudiced by the disclosure of the confidential and proprietary information within the documents.

The proposed sealing is very narrowly tailored. CARD has filed redacted versions of the documents containing all information that is not confidential. Accordingly, the public will have access to all the information in the documents *except* for (i) several photos, videos, and exhibits included with the Pfeiffer declaration and (ii) part of the Pfeiffer deposition transcript attached to the Mikhail declaration.

CARD is not aware of any less restrictive means to protect Mr. Pfeiffer's confidential and proprietary information other than to seal these two documents. A proposed order is attached.

PX875.3

Dated: November 1⁄ , 2003

LYLE & MURPHY LLP

By: _____

Robert E. Lyle
Marvin W. Murphy
LYLE & MURPHY LLP

Robert B. Morrill
Theodore W. Chandler
SIDLEY AUSTIN BROWN & WOOD LLP

*Attorneys for*
*CARD, LLC and CARD-Austria*

-3-
CARD'S APPLICATION TO FILE DOCUMENTS UNDER SEAL
No. CV-N-03-0244-ECR-(RAM)

PLA00096685

PX875.4

## CERTIFICATE OF SERVICE

I hereby certify that on the date and in the place shown below, I served a true and correct copy of (i) **CARD, LLC and CARD-Austria's Application to File Confidential Documents Under Seal in Opposition to Shuffle Master's Motion for Preliminary Injunction** and (ii) **Proposed Order Granting CARD, LLC and CARD-Austria's Application to File Confidential Documents Under Seal** by hand, addressed to:

> Margo Piscevich, Esq.
> PISCEVICH & FENNER
> 350 South Center Street, Suite 300
> Reno, Nevada 89501
> Fax: 775-329-2666

and also by fax and U.S. Mail, addressed to:

> Eric R. Lamison, Esq.
> KIRKLAND & ELLIS LLP
> 333 Bush Street, 26th Floor
> San Francisco, California 94104
> Fax: 415-439-1500
> <elamison@kirkland.com>
>
> Robert G. Krupka, Esq.
> KIRKLAND & ELLIS LLP
> 777 South Figueroa Street
> Los Angeles, California 90017
> Fax: 213-680-8500
> <bkrupka@kirkland.com>

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 1 , 2003, in Reno, Nevada.

-4-
CARD'S APPLICATION TO FILE DOCUMENTS UNDER SEAL
No. CV-N-03-0244-ECR-(RAM)



Robert E. Lyle (Nevada Bar No. 1677)
Marvin W. Murphy (Nevada Bar No. 518)
LYLE & MURPHY LLP
3740 Lakeside Drive, Suite 200
Reno, Nevada 89509
Telephone:    (775) 348-5000
Facsimile:    (775) 348-7370

Robert B. Morrill (Nevada Bar No. 2078)
Theodore W. Chandler (admitted *pro hac vice*)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street
San Francisco, California 94104-1715
Telephone:    (415) 772-1200
Facsimile:    (415) 397-4621

*Attorneys for CARD, LLC and CARD-Austria*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARD, LLC, a Nevada company,<br><br>        Plaintiff and Counterdefendant,<br><br>        vs.<br><br>SHUFFLE MASTER, INC., a Minnesota corporation,<br><br>        Defendant and Counterplaintiff.<br><br>SHUFFLE MASTER, INC., a Minnesota corporation,<br><br>        Plaintiff and Counterdefendant,<br><br>        vs.<br><br>CASINOS AUSTRIA RESEARCH AND DEVELOPMENT, an Austrian corporation,<br><br>        Defendant and Counterplaintiff. | No. CV-N-03-0244-ECR-(RAM)<br><br>[PROPOSED] **ORDER GRANTING CARD, LLC AND CARD-AUSTRIA'S APPLICATION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL IN OPPOSITION TO SHUFFLE MASTER'S MOTION FOR PRELIMINARY INJUNCTION** |

-1-
ORDER GRANTING CARD'S APPLICATION TO FILE DOCUMENTS UNDER SEAL
No. CV-N-03-0244-ECR-(RAM)

PLA00096687

PX875.6

## ORDER

Having considered CARD, LLC and CARD-Austria's application to file under seal (i) the Declaration of Arthur M. Pfeiffer [filed Oct. 23, 2003] and (ii) the Declaration of Peter G. Mikhail [filed Nov. 18, 2003], the Court hereby finds and orders as follows:

1.    There exists an overriding interest that overcomes the right of public access to these documents.

2.    The overriding interest supports sealing these documents.

3.    A substantial probability exists that the overriding interest will be prejudiced if these documents are not sealed.

4.    The proposed sealing is narrowly tailored.

5.    No less restrictive means exist to achieve the overriding interest.

Good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.    CARD, LLC and CARD-Austria's application is GRANTED.

2.    The Clerk of the Court is directed to file under seal (i) the Declaration of Arthur M. Pfeiffer [filed Oct. 23, 2003] and (ii) the Declaration of Peter G. Mihail [filed Nov. 18, 2003].

3.    Pursuant to paragraph 7.3 of the Stipulated Protective Order in this case [Docket No. 99], no person other than the Court, its personnel, and Outside Counsel shall have access to these sealed documents.

SO ORDERED.

Dated: _____          _____
                                                          United States District Judge

-2-
ORDER GRANTING CARD'S APPLICATION TO FILE DOCUMENTS UNDER SEAL
No. CV-N-03-0244-ECR-(RAM)

PLA00096688