PX876.1

# United States District Court
## District of Nevada (Reno)
## CIVIL DOCKET FOR CASE #: 3:03-cv-00244-ECR-RAM

Card, LLC. VS Shuffle Master, Inc.
Assigned to: Judge Edward C. Reed, Jr
Referred to: Magistrate Judge Robert A McQuaid, Jr
Cause: 35 USC 1-3

Date Filed: 05/06/2003
Date Terminated: 06/01/2004
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Card, LLC**                      represented by   **Marvin W. Murphy**
Marvin W. Murphy, Attorney at Law
3740 Lakeside Drive
Suite 200
Reno, NV 89509
(775) 348-5000
Fax: (775) 348-7370
Email: marvinmurphy@sbcglobal.net
*TERMINATED: 11/20/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Hoy**
Hoy Chrissinger Kimmel
50 W Liberty St Ste 840
Reno, NV 89501
775-786-8000
Fax: 775-786-7426
Email: mhoy@nevadalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter G. Mikhail**
Sidley Austin Brown & Wood LLP
555 California Street, Suite 5000
San Francisco, CA 94104-1715
415-772-7443
Fax: 415-397-4621
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Lyle**
3740 Lakeside Dr Ste 200
Reno, NV 89509
775-348-5000
Fax: 775-348-7370

PLA00009028

*TERMINATED: 11/20/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B. Morrill**

.

555 California Street
Suite 5000
San Francisco, CA 94104-1715
415-772-1200
Fax: 415-397-4621
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Whitley Chandler**
Sidley Austin Brown & Wood LLP
555 California Street
Suite 5000
San Francisco, CA 94104-1715
415-772-1200
Fax: 415-397-4621
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Shuffle Master, Inc.**                  represented by **A. Stephens Clay , IV**
Kilpatrick Stockton
1100 Peachtree St, NE
Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500
Fax: 408-815-6555
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry F Irwin**
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
312-862-2000
Fax: 312-862-2200
Email: barry.irwin@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin R. Ostapuk**
Kirkland & Ellis LLP

PLA00009029

555 California Street
San Francisco, CA 94104
415-439-1406
Fax: 415-439-1500
Email: bostapuk@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Olson**
pro hac vice
Kirkland & Ellis LLP
333 Bush Street, 26th Floor
San Francisco, CA 94104
415-439-1400
Fax: 415-439-1500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Lamison**
Kirkland & Ellis
777 S. Figueroa Street
34th Floor
Los Angeles, CA 90017-
(213) 680-8658
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R. Myers**
Kilpatrick Stockton
607 Fourteenth Street, NW
Suite 900
Washington, DC 20005
202-508-5800
*TERMINATED: 02/26/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Godlewski**
Kilpatrick Stockton
11130 Sunrise Valley Dr
Suite 300
Reston, VA 20191-4329
(703) 648-8500
Fax: (703) 648-8501
*TERMINATED: 02/26/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margo Piscevich**

PLA00009030

Piscevich & Fenner
499 West Plumb Lane
Suite 201
Reno, NV 89509
775-329-0958
Fax: 775-329-2666
Email: margo@pf-reno.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert G. Krupka**
Kirkland & Ellis LLP
333 South Hope Street
29th Floor
Los Angeles, CA 90071
213-680-8456
Email: bob.krupka@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan A. Cahoon**
Kilpatrick Stockton
1100 Peachtree St, NE
Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500
Fax: 408-815-6555
*TERMINATED: 02/26/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Corrado**
Kilpatrick Stockton
607 Fourteenth Street, NW
Suite 900
Washington, DC 20005
202-508-5800
*TERMINATED: 02/26/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Shuffle Master, Inc.**


V.

**Counter Defendant**
**Card, LLC**

PLA00009031

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2003 | 1 | MISCELLANEOUS DOCUMENT CIVIL COVER SHEET (Entered: 05/09/2003) |
| 05/06/2003 | 2 | COMPLAINT with Jury Trial demand obo P (Entered: 05/09/2003) |
| 05/06/2003 | 3 | CERTIFICATE OF INTERESTED PARTIES obo P (Entered: 05/09/2003) |
| 05/06/2003 | 4 | SUMMONS ISSUED as to Shuffle Master (Entered: 05/09/2003) |
| 05/23/2003 | 5 | AMENDED COMPLAINT obo P, w/exhbs attchd. (No chg in ptys) (Entered: 05/23/2003) |
| 05/23/2003 | 6 | SUMMONS ISSUED as to D obo P. (Entered: 05/29/2003) |
| 08/25/2003 | 7 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE appvd as to James R. Myers counsel for D Shuffle Master. CpsDst (Entered: 08/27/2003) |
| 08/25/2003 | 8 | DESIGNATION OF LOCAL COUNSEL appvd as to Margo Piscevich for James R. Myers counsel for D Shuffle Master. CpsDst (Entered: 08/27/2003) |
| 08/25/2003 | 9 | ANSWER TO COMPLAINT & jury demand obo D Shuffle Master (m) (Entered: 08/27/2003) |
| 08/25/2003 | 10 | COUNTERCLAIM Shuffle Master v. Card. (m) (Entered: 08/27/2003) |
| 08/25/2003 | 11 | MOTION FOR MISCELLANEOUS RELIEF mtn for tele stat conf re mtn for expeditd disc (#12) obo D/cntrclmt (m) (Entered: 08/27/2003) |
| 08/25/2003 | 12 | MOTION FOR EXTENSION OF TIME mtn for expeditd discovery obo D/cntrclmt (m) (Entered: 08/27/2003) |
| 08/25/2003 | 13 | CERTIFICATE OF INTERESTED PARTIES (none) obo D/cntrclmt.(m) (Entered: 08/27/2003) |
| 08/28/2003 | 14 | ORDER ORD tht hrg is sched for 9/8/03 @ 4:45pm re: mtn (#12). Rspn to mtn shl be fld & srvd on opposing cnsl by 9/5/03. Cnsl hv been notified. (Entered: 09/02/2003) |
| 08/28/2003 | 15 | MOTION FOR MISCELLANEOUS RELIEF emergency mtn to modify/suspend 8/28/03 S/O obo D. (m/f) (Entered: 09/03/2003) |
| 08/29/2003 | 16 | ORDER ORD tht 8/28/03 S/O is modified to provide Ps rspn to mtn for expedited disc (#12) be fld & srvd via fax by close of business on 9/3/03. P is hereby advised tht efforts be made to comply w/requested discovery in the interim between the flng of mtn f (Entered: 09/03/2003) |
| 09/02/2003 | 17 | MOTION FOR MISCELLANEOUS RELIEF to stay procdngs as to Ps asserted patent pndg reexaminatn by the US Patent & Trademark Office obo D. (nss) (Entered: 09/03/2003) |
| 09/02/2003 | 18 | |

PLA00009032

| | | |
|---|---|---|
| | | MEMORANDUM of law in supprt of mtn to stay procdngs as to Ps asserted patent pndg reexaminatn by the US Patent & Trademark Office (#17) obo D. (nss) (Entered: 09/03/2003) |
| 09/03/2003 | 19 | RESPONSE IN OPPOSITION TO MOTION to Ds mtn for expedited disc (#12) obo P. (p) [Located in a separate folder due to size] (Entered: 09/03/2003) |
| 09/03/2003 | 20 | MISCELLANEOUS DOCUMENT for judicial ntc in supprt of tis oppo to Ds mtn for expedited discovery (#19) obo P. (p) [Located in separate folder due to size] (Entered: 09/03/2003) |
| 09/04/2003 | 21 | MISCELLANEOUS DOCUMENT declaratn of Robert B. Morrill in supprt of Ps oppo to Ds mtn for expedited disc (#19) obo P. (FedEx) (Entered: 09/09/2003) |
| 09/05/2003 | 22 | DECLARATION of Jerome R. ("Jerry") Smith in furthr supprt of Ds mtn for expedited disc (#12) obo D. (m/f) (Entered: 09/09/2003) |
| 09/05/2003 | 23 | DECLARATION of Kenneth A. Godlewski in furthr supprt of Ds mtn for expedited disc (#12) obo D. (m/f) (Entered: 09/09/2003) |
| 09/05/2003 | 24 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE APPRVD as to Susan A. Cahoon, Esq., out of st cnsl for D. Receipt #15216 (Entered: 09/09/2003) |
| 09/05/2003 | 25 | DESIGNATION OF LOCAL COUNSEL APPRVD as to Margo Piscevich, Esq., loc cnsl for out of st cnsl Susan A. Cahoon, Esq., cnsl for D. (Entered: 09/09/2003) |
| 09/08/2003 | 26 | REPLY TO RESPONSE TO MOTION brf in supprt of Ds mtn for expedited disc (#12) obo D. (p/f) (Entered: 09/09/2003) |
| 09/08/2003 | 27 | ORDER ORD tht hrg sched for 9/8/03 @ 4:45pm re: (#12) is vacated. Cnsl has informed Crt tht disc dispute has been resolved therefore mtn (#12) is denied as moot. (Entered: 09/09/2003) |
| 09/09/2003 | 28 | MOTION TO DISMISS or strk Ds allegatns of unenforceability obo P. (FedEx) [Ord Attchd] (Entered: 09/11/2003) |
| 09/09/2003 | 29 | AFFIDAVIT of srvc by mail as to VP of James R. Myers, Esq. obo D. (m) (Entered: 09/11/2003) |
| 09/09/2003 | 30 | AFFIDAVIT of srvc by mail as to Designatn of James R. Myers, Esq., & loc cnsl Margo Piscevich, Esq. obo D. (m) (Entered: 09/11/2003) |
| 09/09/2003 | 31 | AFFIDAVIT of srvc by mail as to VP of Susan A. Cahoon, Esq., obo D. (m) (Entered: 09/11/2003) |
| 09/09/2003 | 32 | AFFIDAVIT of srvc by mail as to Designatn of Suan Cahoon, Esq., & loc cnsl Margo Piscevich, Esq. (m) (Entered: 09/11/2003) |
| 09/09/2003 | 33 | MISCELLANEOUS DOCUMENT to declaratn of Jerome R. ("Jerry") Smith in furthr supprt of Ds mtn for expedited disc (#22) obo d. (m) (Entered: 09/11/2003) |
| | | |

PLA00009033

| 09/09/2003 | 34 | MISCELLANEOUS DOCUMENT to declaratn of Kenneth A. Godlewski in furthr supprt of Ds mtn for expedited disc (#23) obo D. (m) (Entered: 09/11/2003) |
| 09/11/2003 | 35 | ANSWER TO COMPLAINT answer to counterclm (#10) obo P/Counter-Defendant, Card, LLC, w/Jury Demand. (m) (Entered: 09/11/2003) |
| 09/12/2003 | 36 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE apprvd as to out of state cnsl Theodore Whitley Chandler as cnsl for P; fee pd in the amt of $75.00, receipt #15246. (Entered: 09/17/2003) |
| 09/12/2003 | 37 | DESIGNATION OF LOCAL COUNSEL apprvd as to local cnsl Robert E. Lyle for out of state cnsl Theodore Whitley Chandler as cnsl for P; (Entered: 09/17/2003) |
| 09/18/2003 | 38 | CERTIFICATE OF SERVICE affidavit of service as to VP (#36) srvd on 9/18/03 obo P, CARD, LLC. (Entered: 09/19/2003) |
| 09/22/2003 | 39 | RESPONSE IN OPPOSITION TO MOTION to mtn to stay pend re-exam #17 obo P. (m) (Entered: 09/23/2003) |
| 09/24/2003 | 40 | MOTION FOR MISCELLANEOUS RELIEF for leave to amnd answer & cntr-clms & supprtng memo obo D. (m/p) (Entered: 09/26/2003) |
| 09/24/2003 | 41 | AFFIDAVIT of Brian d. Ogonowsky in supprt of Ps oppo to Ds mtn for stay pndg reexaminatn (#39) obo P. (FedEx) (Entered: 09/26/2003) |
| 09/24/2003 | 42 | NOTICE (OTHER) of flng orig declaratns of which faxed cps were attchd to oppo to Ds mtn for expedited disc (# ) obo P. (m) (Entered: 09/26/2003) |
| 09/24/2003 |  | MISCELLANEOUS DOCUMENT Stipulated ord of transfer & consolidated and Stipulation re: transfer & consolidatn obo Prtys. (Entered: 09/26/2003) |
| 09/25/2003 | 43 | AFFIDAVIT Affidavit of Service by Mail of "Stipulation Re; Transfer/Consolidation" on 9/24/03 obo D. (Entered: 09/29/2003) |
| 09/25/2003 | 44 | RESPONSE IN OPPOSITION TO MOTION Opposition to Mtn/Dism Allegations of Unenforceability (# 28) obo D. (Entered: 09/29/2003) |
| 09/26/2003 | 45 | ORDER ON STIPULATION ORD/Stip that D, Shuffle Master v. Card in CV-N-03-0508-HDM(VPC) is transf to Judge Reed and Mg/Jdg McQuaid and consolidated w/CV-N-03-0244-ECR(RAM). (Entered: 09/29/2003) |
| 09/26/2003 | 46 | ORDER ON STIPULATION ORD/Stip that actions should be consolidated on all matters. CV-N-03-0508-HDM(VPC) should be transf to Judge Reed and Mag/Jdg McQuaid so that it may be consolidated under CV-N-03-0244-ECR (RAM) as they regard Patent Nos. (Entered: 09/29/2003) |
| 09/29/2003 | 47 | MAIL RETURNED copy of document (#27) sent to Susan Cahoon, Kilpatrick Stockton in Reston VA marked " return to sender; no longer at this address"; (Entered: 10/01/2003) |
| 09/30/2003 | 48 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE apprvd as to out of state cnsl A. Stephen Clay,IV; cnsl for D Shuffle Master; fee pd in the amt of $75.00, receipt #15311. (Entered: 10/01/2003) |

PLA00009034

| 09/30/2003 | 49 | DESIGNATION OF LOCAL COUNSEL apprvd as to local cnsl Margo Piscevich for out of state cnsl A. Stephens Clay, IV; cnsl for Ds. (Entered: 10/01/2003) |
| 09/30/2003 | 50 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE apprvd as to out of state cnsl Thomas Corrado; cnsl for D; fee pd in the amt of $75.00, receipt #15310. (Entered: 10/01/2003) |
| 09/30/2003 | 51 | DESIGNATION OF LOCAL COUNSEL apprvd as to local cnsl Margo Piscevich for out of state cnsl Thomas Corrado; cnsl for D. (Entered: 10/01/2003) |
| 09/30/2003 | 52 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE apprvd as to out of state cnsl Kenneth Godlewski as cnsl for D; fee pd in the amt of $75.00. (Entered: 10/01/2003) |
| 09/30/2003 | 53 | DESIGNATION OF LOCAL COUNSEL apprvd as to local cnsl Margo Piscevich for out of state Kenneth Godlewski; cnsl for D. (Entered: 10/01/2003) |
| 10/03/2003 | 54 | REPLY TO RESPONSE TO MOTION brf in supprt of mtn to stay pndg reexaminatn (#17) obo D. (m) (KO). (Entered: 10/03/2003) |
| 10/08/2003 | 55 | MOTION FOR PROTECTIVE ORDER Emergency mtn for protective ord obo P. (p) (Entered: 10/08/2003) |
| 10/08/2003 | 56 | ANSWER TO COMPLAINT & Compulsory Cntr-Clm to Ds complnt w/demand for jury trial obo CARD-Austria. (m) (Entered: 10/08/2003) |
| 10/08/2003 | 57 | CERTIFICATE OF INTERESTED PARTIES obo CARD-Austria. (No other interested prtys) (m) (Entered: 10/08/2003) |
| 10/08/2003 | 58 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE APPRVD as to David S. Olson, Esq., out of st cnsl for D. Receipt #15349 (Entered: 10/10/2003) |
| 10/08/2003 | 59 | DESIGNATION OF LOCAL COUNSEL APPRVD as to Margo Piscevich, Esq., loc cnsl for out of st cnsl David. S. Olson, cnsl for D. (Entered: 10/10/2003) |
| 10/08/2003 | 60 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE APPRVD as to Benjamin R. Ostapuk, Esq., out of st cnsl for D. Receipt #15351 (Entered: 10/10/2003) |
| 10/08/2003 | 61 | DESIGNATION OF LOCAL COUNSEL APPRVD as to Margo Piscevich, Esq., loc cnsl for out of st cnsl Benjamin R. Ostapuk, Esq., cnsl for D. (Entered: 10/10/2003) |
| 10/08/2003 | 62 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE APPRVD as to Eric R. Lamison, Esq., out of st cnsl for D. Receipt #15352 (Entered: 10/10/2003) |
| 10/08/2003 | 63 | DESIGNATION OF LOCAL COUNSEL APPRVD as to Margo Piscevich, Esq., loc cnsl for out of st cnsl, Eric R. Lamison, Esq., cnsl for D. (Entered: 10/10/2003) |

| 10/08/2003 | 64 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE APPRVD as to Robert G. Krupka, Esq., out of st cnsl for D. Receipt #15354 (Entered: 10/10/2003) |
| 10/08/2003 | 65 | DESIGNATION OF LOCAL COUNSEL APPRVD as to Margo Piscevich, Esq., loc cnsl for out of st cnsl, Robert G. Krupka, Esq., cnsl for D. (Entered: 10/10/2003) |
| 10/08/2003 | 66 | MOTION FOR PRELIMINARY INJUNCTION obo D. [Located in separate folder due to size] (Additional attachment(s) added on 12/9/2010: # 2622329 Motion for Preliminary Injunction (Part I), # 2622330 Motion for Preliminary Injunction (Part II), # 2622331 Motion for Preliminary Injunction (Part III)) (KO). (Entered: 10/10/2003) |
| 10/08/2003 | 67 | CERTIFICATE OF SERVICE as to doc's #58 thru #66 obo D. (p) (Entered: 10/10/2003) |
| 10/08/2003 | 68 | MOTION FOR MISCELLANEOUS RELIEF for an expedited determinatn of the hrg date for its concurrently fld mtn for prelim injunctn (#66) obo D. (m/p/f) (Entered: 10/10/2003) |
| 10/08/2003 | | MISCELLANEOUS DOCUMENT DPSO obo Prtys. (Entered: 10/10/2003) |
| 10/09/2003 | 69 | CERTIFICATE OF SERVICE as to doc's #58 thru #66 obo D. (p) (Entered: 10/10/2003) |
| 10/09/2003 | 70 | REPLY TO RESPONSE TO MOTION in supprt of its mtn to dism or strk Ds allegatn's & prayer of uneforceability (#28) & in oppo to Ds mtn for leave to amnd its answer & cntr-clms (#40) obo P. (m) (Entered: 10/10/2003) |
| 10/09/2003 | 71 | ORDER ORD tht tele status conf is sched for 10/15/03 @ 11:30am re (#55) & DPSO submitted on 10/8/03. Cnsl hv been notified. (Entered: 10/10/2003) |
| 10/10/2003 | 72 | RESPONSE TO MOTION to emergency mtn for protective ord (#55) obo D. (m) (Entered: 10/15/2003) |
| 10/14/2003 | 73 | REPLY TO RESPONSE TO MOTION in supprt of its emergency mtn for protective ord (#55) obo P. (m) (Entered: 10/15/2003) |
| 10/14/2003 | 74 | RESPONSE TO MOTION to Ps propsd DPSO obo D. (m/f) (Entered: 10/15/2003) |
| 10/15/2003 | 75 | ORDER ORD tht a hrg is set 11/24/03 @ 10am on mtn for prelim injunctn #66). Each side will be allowed 2 hrs for presentatn of evidence & argumnt. D-Cntr-Clmnt's req for expedited determinatn (#68) is denied as moot in light of ord setting date for hrg on (Entered: 10/15/2003) |
| 10/15/2003 | 76 | MISCELLANEOUS HEARING (Dtd: 10/15/03) ORD tht Crt signs ord granting mtn for protective ord. Mr. Lamison will file a supplmnt to his rspn tomtn for protective ord on 10/16/03. Mr. Morrill will file a rspn by 10/21/03. Cnsl will hv cpys delivered to chmbrs (Entered: 10/16/2003) |
| 10/15/2003 | 77 | ORDER ON STIPULATION ORD tht confidential doc's can be fld in this case. See ord for specs. (Entered: 10/16/2003) |

PLA00009036

| 10/16/2003 | 78 | ORDER Memo Decision & Ord tht Ds mtn to stay procdngs (#17) w/respect to the '342 patent is granted til 30 days aftr PTO terminates the reexaminatn process. See ord for specs. (Entered: 10/17/2003) |
|---|---|---|
| 10/16/2003 | 79 | MEMORANDUM of P&A's in supprt of Jerome R. Smith's access to doc's under protective ord obo D. (m) (Entered: 10/17/2003) |
| 10/16/2003 | 80 | DECLARATION of Jerome R. Smith in supprt of Ds mtn for Jerome R. Smith's access to doc's under protective ord (#79) obo D. (m) (Entered: 10/17/2003) |
| 10/21/2003 | 81 | RESPONSE IN OPPOSITION TO MOTION to expanding Jerry Smith's access to highly confidential doc's under protective ord (#79) obo P. (f/m) (Entered: 10/21/2003) |
| 10/22/2003 | 82 | MISCELLANEOUS HEARING dtd:10/22/03; re:teleph hrg re Shuffle Master's Supplemental Response to the mtn for protect ord as it pertains to Jerome R. Smith's Access to documents under protective order; Cnsl agree on the form of protect order as it pertains t (Entered: 10/24/2003) |
| 10/23/2003 | 83 | ORDER ORD tht mtn by Card, LLC (card) to dism or strike Shuffle Master's allegations of unenforceability (#28) is denied. It is not all that clear that unenforceable may not be used interchangeably with invalidity. (see ord for spec) (Entered: 10/24/2003) |
| 10/23/2003 | 84 | RESPONSE IN OPPOSITION TO MOTION to Ds mtn for prelim injunctn (#66) obo P. (p/f) (Entered: 10/27/2003) |
| 10/23/2003 | 85 | DECLARATION of Joel S. Greenberg in oppo to Ds mtn for prelim injunctn (#66) obo P. (p/f) [Located in separate folder due to size] (Additional attachment(s) added on 12/9/2010: # 2621392 Declaration of Joel S. Greenberg (Part I), # 2621393 Declaration of Joel S. Greenberg (Part II), # 2621394 Declaration of Joel S. Greenberg (Part III)) (KO). (Entered: 10/27/2003) |
| 10/23/2003 | 86 | DECLARATION of Lawrence Luciano in oppo to Ds mtn for prelim injunctn (#66) obo P. (p/f) (Entered: 10/27/2003) |
| 10/23/2003 | 87 | DECLARATION of Peter G. Mikhail in oppo to Ds mtn for prelim injunctn (#66) obo P. (p/f) (Entered: 10/27/2003) |
| 10/23/2003 | 88 | DECLARATION of Arthur M. Pfeiffer in oppo to Ds mtn for prelim injunctn (#66) obo P. (p/f) (Entered: 10/27/2003) |
| 10/23/2003 | 89 | DECLARATION of Steven Gola in oppo to Ds mtn for prelim injunctn (#66) obo P. (p/f) (Entered: 10/27/2003) |
| 10/23/2003 | 91 | MISCELLANEOUS DOCUMENT Prosecutn History for U.S. Patent #6,149,154 obo P. (Located in a separate folder due to size) (Additional attachment(s) added on 12/9/2010: # 2664793 Prosecution History For U.S. Patent No. 6,149,154 (Part I), # 2664794 Prosecution History For U.S. Patent No. 6,149,154 (Part II)) (KO). (Entered: 10/27/2003) |
| 10/23/2003 | 92 | MISCELLANEOUS DOCUMENT Prosecutn History for U.S. Patent #6,267,248 obo P. (Entered: 10/27/2003) |

PLA00009037

| 10/23/2003 | 93 | MISCELLANEOUS DOCUMENT Prosecutn History for U.S. Patent #6,588,750 obo P. (Located in a separate folder due to size) (Additional attachment(s) added on 12/9/2010: # 2610168 Prosecution History For U.S. Patent No. 6,588,750 (Part I), # 2610169 Prosecution History For U.S. Patent No. 6,588,750 (Part II)) (KO). (Entered: 10/27/2003) |
| --- | --- | --- |
| 10/23/2003 | 94 | MISCELLANEOUS DOCUMENT Prosecutn History for U.S. Patent #6,588,751 obo P. (Located in a separate folder due to size) (Additional attachment(s) added on 12/9/2010: # 2581385 Prosecution History For U.S. Patent No. 6,588,751 (Part I), # 2581386 Prosecution History For U.S. Patent No. 6,588,751 (Part II), # 2581387 Prosecution History For U.S. Patent No. 6,588,751 (Part III)) (KO). (Entered: 10/27/2003) |
| 10/24/2003 | 95 | MOTION FOR MISCELLANEOUS RELIEF for leave to amnd answer & cntr-clms obo D. (m/f) (Entered: 10/27/2003) |
| 10/27/2003 | 96 | CERTIFICATE OF SERVICE as to oppo to Ds mtn for prelim injunctn (#66) obo P. (p) (Entered: 10/30/2003) |
| 10/28/2003 | 97 | ANSWER TO COMPLAINT in reply to Card-Austria's compulsory cntr-clm w/demand for J/T obo D/Cntr-Clmnt, Shuffle Master, Inc. (m) (Entered: 10/30/2003) |
| 10/30/2003 | 98 | NOTICE (OTHER) of filng original declaration of Ernst Blaha re P oppo #84 obo Card, LLC and Card-Austria (Entered: 11/03/2003) |
| 10/30/2003 | 99 | ORDER ON STIPULATION STIPULATED/PROTECTIVE/ORDER: ORD re disclosure and discovery effective 10/22/03 (see order for specifics) (EOD: 11/4/03) (Entered: 11/04/2003) |
| 11/03/2003 | 100 | MOTION FOR MISCELLANEOUS RELIEF to file under seal confidential materials in supprt of Ds reply in supprt of its mtn for prelim injunctn obo D. (Entered: 11/05/2003) |
| 11/03/2003 | 101 | MOTION TO STRIKE objectns to & mtn to strk all of declaratn of Joel S. Greenberg (# ) obo D. (Entered: 11/05/2003) |
| 11/03/2003 | 103 | CERTIFICATE OF SERVICE as to various doc's see attchd list obo D. (p) (Entered: 11/05/2003) |
| 11/04/2003 | 104 | DECLARATION of Mark L. Yoseloff, Phd in supprt of Ds reply brf in supprt of its mtn for prelim injunctn (#not yet fld) obo D. (m) (Entered: 11/05/2003) |
| 11/06/2003 | 105 | ORDER ORD tht Ds applicatn to file under seal confidential materials in supprt of Ds reply in supprt of its mtn for prelim injunctn is granted. Clk shl file under seal Ds reply in supprt of its mtn for prelim injunctn; declaratn of Eric R. Lamison in supp (Entered: 11/06/2003) |
| 11/06/2003 | 109 | DECLARATION of Attila Grauzer in supprt of Ds reply brf (#106) obo D. (Entered: 11/06/2003) |
| 11/06/2003 | 110 | DECLARATION of Mark L. Yoseloff, Phd in supprt of Ds reply brf (#106) obo D. (Entered: 11/06/2003) |
| 11/06/2003 | 111 | |

PLA00009038

| | | DECLARATION of Nick Farley in supprt of Ds reply brf (#106) obo D. (Entered: 11/06/2003) |
|---|---|---|
| 11/06/2003 | 112 | ORDER ORD tht mtn (#40) to file an amnd'd answer & cntr-clm is granted. D shl hv 15 days to file & srv amnd'd answer & cntr-clm. (Entered: 11/06/2003) |
| 11/10/2003 | 113 | MOTION FOR MISCELLANEOUS RELIEF to compel D to answer interrog's #'s 1 & 3 obo P. (m/p/f) (Entered: 11/13/2003) |
| 11/13/2003 | 114 | ORDER ORD tht hrg on mtn for prelim injunctn (#66) orig set for 11/24/03 is cont'd to 12/4/03 @ 10am. Each side will be allowed up to 2 hrs for presentatn of evidence & argumnt. (Entered: 11/13/2003) |
| 11/17/2003 | 115 | DESIGNATION OF LOCAL COUNSEL apprvd as to local cnsl Michael D. Hoy for out of state cnsl Card, LLC; cnsl for P. (Entered: 11/19/2003) |
| 11/17/2003 | 116 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE apprvd as to out of state cnsl Peter G. Mikhail; cnsl for Card, LLC; fee pd in the amt of $75.00, receipt #15517. (Entered: 11/19/2003) |
| 11/17/2003 | 117 | DESIGNATION OF LOCAL COUNSEL apprvd as to local cnsl Michael D. Hoy for out of state cnsl Peter G. Mikhail; cnsl for P. (Entered: 11/19/2003) |
| 11/17/2003 | 118 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE apprvd as to out of state cnsl Barry F. Irwin; cnsl for D, Shuffle Master, Inc.; fee pd in the amt of $ (Entered: 11/19/2003) |
| 11/17/2003 | 119 | DESIGNATION OF LOCAL COUNSEL apprvd as to local cnsl Margo Piscevich for out of state cnsl Barry Irwin; cnsl for D, Shuffle Master. (Entered: 11/19/2003) |
| 11/18/2003 | 120 | RESPONSE IN OPPOSITION TO MOTION to mtn to strike #101 obo P/Cntr-D, Card, LLC. (p) (Entered: 11/19/2003) |
| 11/18/2003 | 121 | RESPONSE TO MOTION declaration of Joel S. Greenberg to mtn for prelim/injunctn #66 obo P/Cntr-D, Card, LLC. (no svc shn) (Entered: 11/19/2003) |
| 11/18/2003 | 122 | RESPONSE TO MOTION REDACTED VERSION: declartn of Peter Mikhail in oppo to mtn for prelim/injunctn #66 obo P/Cntr-D, Card, LLC. (fld sep due to size) (no srv shn) (Entered: 11/19/2003) |
| 11/18/2003 | 123 | MOTION FOR MISCELLANEOUS RELIEF for lv to file a sur-reply in oppo to Shuffle Master's mtn for prelim/injunctn #66 obo P/Ctnr-D, Card, LLC. (m/p) (fld sep due to size) (Entered: 11/19/2003) |
| 11/18/2003 | 124 | MOTION FOR MISCELLANEOUS RELIEF application to fl under seal in oppo to Shuffle Master's mtn for prelim/injunctn #66 obo P/Cntr-D, Card, LLC. (p/m) (Entered: 11/19/2003) |
| 11/19/2003 | 126 | MOTION TO STRIKE Card's unauth late and overlengthy 30 page erply brief #125 obo Shuffle Master. (Entered: 11/21/2003) |
| 11/20/2003 | 127 | ORDER ON MOTION TO SUBSTITUTE ATTORNEY ORD tht P, Card, LLC and Casinos Austria Research and Developmnt substitutes Bible, Hoy & |

PLA00009039

PX876.13

| Date | Doc # | Description |
|---|---|---|
| | | Trachok as its local atty of record in place & stead of Lyle & Murphy, LLP. (Entered: 11/21/2003) |
| 11/20/2003 | 128 | ANSWER TO COMPLAINT Amnd'd Answer & Cntr-Clms w/jury trial demanded obo D. (m) (Entered: 11/21/2003) |
| 11/20/2003 | 129 | REPLY TO RESPONSE TO MOTION to Ds exparte mtn to strk (# ) & in supprt of their mtn for leave to file a sur-reply in oppo to Ds mtn for prelim injunctn (# ) obo P. (m/f/p) (Entered: 11/21/2003) |
| 11/21/2003 | 130 | ORDER ORD tht Ps applicatn (#124) is granted. (Entered: 11/21/2003) |
| 11/21/2003 | 131 | ORDER ORD tht mtn (#123) for leave to file sur-reply is granted. Prtys shl not file any furthr doc's in connectn w/mtn for prelim injunctn absent prior authorizatn of the Crt. See ord for specs. (Entered: 11/21/2003) |
| 11/21/2003 | 132 | ORDER ORD tht Ds ex parte mtn to strk Ps sur-reply brf & supplmntl declaratn is denied. See ord for specs. (Entered: 11/21/2003) |
| 11/24/2003 | 133 | MOTION FOR MISCELLANEOUS RELIEF for leave to amnd its answer & compulsory cntr-clm obo P. (Entered: 11/25/2003) |
| 11/24/2003 | 134 | ANSWER TO COMPLAINT & compulsory cntr-clm in reply to Ds amnd'd cntr-clms w/jury demand obo P. (Entered: 11/25/2003) |
| 11/24/2003 | 135 | CERTIFICATE OF SERVICE as to doc's (#133 & #134) obo P. (p) (Entered: 11/25/2003) |
| 11/25/2003 | 136 | MOTION FOR MISCELLANEOUS RELIEF to file under seal Ds oppo to Ps mtn to compel D to answer interrog's #1 & #3 (#113) obo D. (Entered: 11/26/2003) |
| 11/26/2003 | 137 | REPLY TO RESPONSE TO MOTION in supprt of its mtn to compel (#113) obo P. (m/f) (Entered: 11/26/2003) |
| 12/01/2003 | 138 | ORDER ORD tht Ds applicatn (#136) is granted. Clk is directed to file doc lodged 11/25/03 under seal. (Entered: 12/03/2003) |
| 12/02/2003 | | MISCELLANEOUS DOCUMENT Stip of prtys re: live witness testimony & the hrg on Ds mtn for prelim injunctn obo Prtys. (Entered: 12/03/2003) |
| 12/03/2003 | 140 | ORDER ORD tht mtn (#101) is denied. See ord for specs. (Entered: 12/03/2003) |
| 12/03/2003 | 141 | ORDER ORD tht mtn (#102) is denied. See ord for specs. (Entered: 12/03/2003) |
| 12/03/2003 | 142 | ORDER ON STIPULATION ORD tht no prty shl present live testimony of witnesses @ hrg on Ds mtn for prelim injunctn set on 12/4/03 @ 10am. P may hv a person briefly operate an accused one2six shuffler &/or preshuffler but P will not conduct a witness exam. S (Entered: 12/03/2003) |
| 12/04/2003 | 143 | MISCELLANEOUS DOCUMENT Supplmntl Evidence rspndng to sur-reply of P submitted @ Dec. 4, 2003 hrg on Ds mtn for prelim injunctn obo D. (KO). (Entered: 12/09/2003) |
| | | |

PLA00009040

| 12/04/2003 | 144 | DECLARATION 2nd Supplmntl Declaratn of Joel S. Greenberg in oppo to Ds mtn for prelim injunctn obo P. (f/m) (KO). (Entered: 12/09/2003) |
|---|---|---|
| 12/05/2003 | 145 | MISCELLANEOUS HEARING (Dtd: 12/4/03) ORD tht argumnts presented by cnsl Lamison & Morrill. Videotape of prototype is confidential. Offer of proof presented by cnsl Morrill. Hrg cont'd to 12/5/03 @ 9am. (C/R: Kathy French) (KO). (Entered: 12/09/2003) |
| 12/05/2003 | 146 | MISCELLANEOUS DOCUMENT 2nd Supplmntl Declaratn of Peter G. Mikhail in oppo to Ds mtn for prelim injunctn obo P. (p) (Entered: 12/09/2003) |
| 12/05/2003 | 147 | MISCELLANEOUS DOCUMENT U.S. Patent Applicatn Publicatn (KO). (Entered: 12/09/2003) |
| 12/05/2003 | 148 | MISCELLANEOUS DOCUMENT U.S. Patent Applicatn Publicatn (KO). (Entered: 12/09/2003) |
| 12/05/2003 | 149 | MISCELLANEOUS DOCUMENT 154 Patent, Claim 39 (Randomly Selected Hand Forming Compartments) Shuffle Master's Proof of Likelihood of Success on the Merits (KO). (Entered: 12/09/2003) |
| 12/05/2003 | 150 | MISCELLANEOUS DOCUMENT 154 Patent, Claim 39 paperwork (KO). (Entered: 12/09/2003) |
| 12/05/2003 | 151 | MISCELLANEOUS HEARING (Dtd: 12/5/03) ORD tht argumnts presented by cnsl Lamison & Morrill. Closing argumnts presented by cnsl Lamison & Morrill. Matter stands submitted til 12/8/03 @ 4pm @ which time Crt will enter its rlng on pndg mtn. Exhbt 1 admitted. (KO). (Entered: 12/09/2003) |
| 12/08/2003 | 152 | MAIL RETURNED as to doc #127, 130, 131 & 132 snt to cnsl: Thomas Corrado, Kenneth Godlewski & Myers, cnsl for D rtn'd w/indicatn, Rtn to Sndr, Insuffcent Address. (KO). (Entered: 12/09/2003) |
| 12/08/2003 | 153 | ORDER ON MOTION FOR PRELIMINARY INJUNCTION ORD tht Cntr-Ds, Card Austria Forschungs und Entwicklungs GmbH & P-cntr-Ds, Card, LLC their officers, agents, servants, employees & atty's are preliminarily enjoined & restrained pndg furthr procdngs in this case (KO). (Entered: 12/09/2003) |
| 12/09/2003 | 154 | MISCELLANEOUS HEARING (Dtd: 12/8/03) ORD tht mtn for prelim injunctn (#66) is granted to the extnt & on the basis set forth in this ord. FUR ORD tht no injunctn will be granted w/respect to the card preshuffler. Crt signs written ord for prelim injunctn w (KO). (Entered: 12/09/2003) |
| 12/09/2003 | 155 | BOND Cert of Cash Deposit per 12/8/03 ord granting prelim injunctn - Bond in the amt of 1,000,000.00 obo D. Receipt #15621 (Bond Signed by Jdg on 6/4/04)-Certif Copy sent to Financial LV. blg. (Entered: 12/10/2003) |
| 12/09/2003 | 156 | NOTICE (OTHER) of Posting Bond obo D. (m/f) (Entered: 12/10/2003) |
| 12/10/2003 | 157 | TRANSCRIPT as to Decision of Crt dtd 12/8/03 bef ECR. (C/R: Cathy Worken) (Entered: 12/11/2003) |
| 12/15/2003 | 158 | |

PLA00009041

| | | |
|---|---|---|
| | | NOTICE (OTHER) of flng orig version of the 2nd supplmntl declaratn of Joel S. Greenberg in oppo to Ds mtn for prelim injunctn obo P. (m) (Entered: 12/16/2003) |
| 12/15/2003 | 159 | ORDER ORD tht tele hrg is sched for 1/6/04 @ 1:30pm re: Ps mtn to compel (#113). (Entered: 12/16/2003) |
| 12/22/2003 | 160 | MOTION FOR MISCELLANEOUS RELIEF to stay the injunction #153 pend review with expedited treatment requested obo P. (Entered: 12/24/2003) |
| 12/22/2003 | 161 | MISCELLANEOUS DOCUMENT prosecution history for US patent No 4,497,488 to Plevyak obo P. Placed in separate folder due to size (Entered: 12/24/2003) |
| 12/22/2003 | 162 | MOTION FOR RECONSIDERATION Order #153 obo (redacted version) obo P. placed in separate folder due to size (Entered: 12/24/2003) |
| 12/22/2003 | 163 | MOTION FOR MISCELLANEOUS RELIEF to file confidential document under seal in oppo to shuffle master mtn for prel injunction obo P. (Entered: 12/24/2003) |
| 12/22/2003 | 164 | CERTIFICATE OF SERVICE re doc #160-163 obo P (Entered: 12/24/2003) |
| 12/24/2003 | 165 | MISCELLANEOUS HEARING (Dtd: 12/24/03) ORD tht any oppo to a mtn for reconsideratn of prelim injunctn will be due 2/2/04. (Tape #03-135) (Entered: 12/30/2003) |
| 12/24/2003 | 166 | REPLY TO RESPONSE TO MOTION in supprt of its unopposed mtn for leave to amnd its answer & compulsory cntr-clm (#133) obo P. (m) (Entered: 12/30/2003) |
| 12/24/2003 | 167 | CERTIFICATE OF SERVICE Supplmntl cert of srvc - list of doc's srvd attchd obo P. (Entered: 12/30/2003) |
| 12/30/2003 | 168 | ORDER ORD tht Ps applicatn to file doc's under seal (#163) is referred to RAM for consideratn & decision. (Entered: 01/02/2004) |
| 12/31/2003 | 169 | DECLARATION of Brian Ogonowsky in supprt of Ps mtn for reconisderatn of the ord granting prelim injunctn (# ) obo P. (Entered: 01/06/2004) |
| 01/02/2004 | 170 | MOTION FOR MISCELLANEOUS RELIEF for leave to file a supplmntl brf & Ps supplmntl brf in supprt of its mtn to compel D to answer interrog #1 obo P. (f/m) (Entered: 01/06/2004) |
| 01/05/2004 | 171 | CERTIFICATE OF SERVICE as to (#170) mld obo P. (Entered: 01/06/2004) |
| 01/05/2004 | 172 | CERTIFICATE OF SERVICE as to (#170) by fax obo P. (Entered: 01/06/2004) |
| 01/06/2004 | 173 | RESPONSE TO MOTION to Ps supplmntl brf submitted in oppo to Ps mtn to compel D to answer interrog #1 obo D. (p/f) (Entered: 01/06/2004) |
| 01/06/2004 | 174 | RESPONSE IN OPPOSITION TO MOTION to Ps mtn to stay the injunctn pndg review (#160) obo D. (m/f) (Entered: 01/07/2004) |
| 01/06/2004 | 175 | |

PLA00009042

| | | |
|---|---|---|
| | | ORDER ORD tht Ps applicatn to file confidential doc's under seal is granted. See ord for specs. (Entered: 01/07/2004) |
| 01/06/2004 | 177 | MISCELLANEOUS HEARING (Dtd: 1/6/03) ORD tht Ps applicatn to file confidential doc's under seal in supprt of their mtn for reconsideratn of the ord granting prelim injunctn is apprvd & ord signed.Ps mtn to compel D to answer interrog's (#113) is granted (Entered: 01/07/2004) |
| 01/15/2004 | 178 | TRANSCRIPT as to tele discovery dispute dtd 12/24/03 bef RAM. (C/R: Margaret Griener) (Entered: 01/16/2004) |
| 01/16/2004 | 179 | REPLY TO RESPONSE TO MOTION brf in supprt of mtn to stay injunctn pndg review (#160) obo P. (m) (Entered: 01/16/2004) |
| 01/23/2004 | 180 | MOTION FOR MISCELLANEOUS RELIEF Motion for Leave to Sile Sur-Reply in Opposition to CARD and CARD-Austria's Motion to Stay in Injunction; Sur-Reply and Motion to Strike Exhibit A, etc., of Declaration of Robert B. Morrill obo P/CntrDef. (h) (Entered: 01/26/2004) |
| 01/23/2004 | | MISCELLANEOUS DOCUMENT (copy) Stipulation Re: Briefing Schedule on Mtn/Reconsdr of Prelim/Injctn. [Original sent to ECR chambers] (Entered: 01/26/2004) |
| 01/28/2004 | 181 | ORDER ON STIPULATION ORD tht deadline for D to file oppo to Ps mtn for reconsideratn of ord granting prelim injunctn is 2/9/04 & deadline for P to file reply is 2/23/04. See ord for specs. (Entered: 01/29/2004) |
| 01/28/2004 | 182 | ORDER ORD tht mtn for stay (#160) of prelim injunctn (#153) is denied. Mtn (#180) for leave to file sur-reply in oppo to mtn for stay is denied as moot. See ord for specs. (Entered: 01/29/2004) |
| 01/30/2004 | 183 | MOTION FOR MISCELLANEOUS RELIEF for leave to w/d as to cnsl for D, Shuffle Master, Inc. obo Susan A. Cahoon, Stephens Clay, James R. Myers & Kenneth A. Godlewski frm Kilpatrick Stockton LLP. (m) (Entered: 02/02/2004) |
| 02/09/2004 | 184 | MOTION FOR MISCELLANEOUS RELIEF to file under seal confidential materials in supprt of its oppo to Ps mtn for reconsideratn of ord granting prelim injunctn (#162) obo D. (Ord Attchd) (Entered: 02/11/2004) |
| 02/09/2004 | 185 | DECLARATION of Eric R. Lamison in supprt of Ds oppo to Ps mtn for reconsideratn of ord granting prelim injunctn obo D. (Entered: 02/11/2004) |
| 02/09/2004 | 186 | DECLARATION of Nick Farley in supprt of Ds oppo to Ps mtn for reconsideratn of the ord granting prelim injunctn obo D. (Entered: 02/11/2004) |
| 02/09/2004 | 187 | PROPOSED FINDINGS OF FACT obo D. (Entered: 02/11/2004) |
| 02/09/2004 | 188 | CERTIFICATE OF SERVICE as to doc's 184, 185, 186 & 187 obo D. (p) (Entered: 02/11/2004) |
| 02/09/2004 | 189 | RESPONSE IN OPPOSITION TO MOTION to the Morrill Declaratn (#180) obo P. (p) (Entered: 02/11/2004) |
| 02/12/2004 | 190 | |

PLA00009043

| | | |
|---|---|---|
| | | ORDER ORD tht applicatn to file under seal confidential materials in supprt of its oppo to Ps mtn for reconsideratn (#184) is referred to MJ for consideratn & decision. (Entered: 02/13/2004) |
| 02/12/2004 | 191 | STATUS REPORT obo Prtys. (Entered: 02/13/2004) |
| 02/13/2004 | 192 | MOTION FOR MISCELLANEOUS RELIEF for leave to amnd pldgs to add allegatns of inequitable conduct obo P. (p/fed ex) (Entered: 02/17/2004) |
| 02/13/2004 | 193 | DECLARATION of Robert B. Morrill in supprt of Ps mtn for leave to amnd their pldgs to add allegatns of inequitable conduct (Redacted Version) obo P. (Entered: 02/17/2004) |
| 02/13/2004 | 194 | MOTION FOR MISCELLANEOUS RELIEF App to file confidential doc's under seal in supprt of their mtn for leave to amnd their pldg's to add allegatns of inequitable conduct obo P. (p/fed ex) (Entered: 02/17/2004) |
| 02/13/2004 | 195 | MOTION FOR MISCELLANEOUS RELIEF to compel D to comply w/doc request #'s 16-18 concerning patent prosecutn histories obo P. (p/fed ex) (Entered: 02/17/2004) |
| 02/18/2004 | 196 | ORDER ORD tht Ps appt to file condfidential docs under seal (#194) & ntc of mtn & mtn to compel (#195) are referred to MJ for consideratn & decision. (Entered: 02/20/2004) |
| 02/18/2004 | 197 | TRANSCRIPT as to Ps mtn to compel answers to interrog's #'s 1 & 3 (#113) bef RAM dtd 1/6/04. (C/R: Kathryn M. French) (Entered: 02/20/2004) |
| 02/20/2004 | | MISCELLANEOUS DOCUMENT App to file stip re: litigatn standstill under seal obo Prtys. (Entered: 02/24/2004) |
| 02/24/2004 | 198 | MOTION FOR MISCELLANEOUS RELIEF to file stip re: litigatn standstill under seal obo Prtys. (Entered: 02/25/2004) |
| 02/24/2004 | 199 | ORDER ON STIPULATION ORD tht prtys applicatn (#198) is granted. Clk is directed to file under seal the stip of prtys agreeing to a complete standstill of pndg actns til 2/27/04. (Entered: 02/25/2004) |
| 02/24/2004 | 202 | TRANSCRIPT as to mtn for prelim injunctn (#66) bef ECR dtd 12/4/03. (C/R: Kathryn M. French) (Entered: 02/25/2004) |
| 02/24/2004 | 203 | TRANSCRIPT as to mtn for prelim injuctn (#66) bef ECR dtd 12/5/03. (C/R: Kathryn M. French) (Entered: 02/25/2004) |
| 02/26/2004 | 204 | ORDER ORD tht mtn (#183) is granted. All furthr doc's shl be srvd on Margo Piscevich, Esq., and Eric R. Lamison, Esq. (Entered: 02/27/2004) |
| 02/26/2004 | 205 | ORDER ORD tht Ds app to file under seal (#184) is granted. Clk shl file under seal Ds oppo to Ps mtn for reconsideratn & confidential declaratn in supprt of Ds oppo recv'd by crt on 2/9/04. (Entered: 03/01/2004) |
| 02/26/2004 | 208 | ORDER ORD tht Ps app to file confidential doc's (#194) is granted. Clk shl file Ps declaratn of Robert B. Morrill in supprt of Ps mtn for leave to amnd pldgs to add allegatns recv'd by crt on 2/13/04. (Entered: 03/01/2004) |
| 05/27/2004 | | |

PLA00009044

| | | |
|---|---|---|
| | | MISCELLANEOUS DOCUMENT Stip & Ord of disml obo Prtys. (Entered: 05/28/2004) |
| 06/01/2004 | 210 | ORDER ON STIPULATION ORD/STIP/DISMISSAL under FRCP 41(a)(l)- Among ptys thru their cnsl of recd along w/consoldtd actn CV-N-03-508-HDM(VPC) incldng all affirmatv defenses & counterclms be dism as ptys hv resolved matters in dispute among them. Ea pty to b (Entered: 06/03/2004) |
| 04/22/2009 | 211 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Edward C. Reed, Jr, on 4/22/2009. The Court currently has custody of exhibits in this action. It having been determined these exhibits can be returned to the parties in accordance with LR 79-1, IT IS HEREBY ORDERED that the parties have 30 days from the date of this Order within which to claim the exhibits from the Clerk of Court in accordance with said Local Rule or said exhibits shall be destroyed by the Court. Please contact the Clerk's Office in Reno at (775) 686-5800 to make arrangements to have the exhibits picked up or said exhibits shall be destroyed by the Court. Deadline to return exhibits set for 5/22/2009. **(no image attached)** (Copies have been distributed pursuant to the NEF - DRM) (Entered: 04/22/2009) |
| 04/29/2009 | 212 | Mail Returned as Undeliverable ("Attempted Not Known-UTF") re 211 Minute Order for Return of Exhibits, addressed to David S. Olson, Kirkland & Ellis LLP, 333 Bush Street, 26th Floor, San Francisco, CA 94104. (PM) (Entered: 04/30/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/06/2015 08:24:58 | | | |
| **PACER Login:** | nv0004:2608819:0 | **Client Code:** | 06176.0002 mec |
| **Description:** | Docket Report | **Search Criteria:** | 3:03-cv-00244-ECR-RAM |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |

PLA00009045