**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shuffle Tech International, LLC, et al., | |
| Plaintiffs, | Civil Action No. 1:15-cv-3702 |
| v. | Honorable Matthew F. Kennelly |
| Scientific Games Corporation, et al., | |
| Defendants. | |

**SHFL'S UNOPPOSED MOTION FOR FIVE ADDITIONAL PAGES FOR ITS
COMBINED REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY
JUDGMENT AND TO EXCLUDE CERTAIN OPINION TESTIMONY**

SHFL[1] respectfully moves this Court for the entry of an unopposed order granting it an additional 5 pages, for a total of 30 pages, for its combined summary judgment reply and argument on the admissibility of disclosed opinion testimony of putative expert Robert Armitage.[2] In support of this motion, SHFL states:

1. SHFL moved for summary judgment on March 24, 2017 and, with leave of Court, submitted a 25-page supporting brief.

2. On March 30, 2017, the Court entered an order permitting Plaintiffs a 30-page response brief, and providing SHFL a 20-page reply. Then, on April 27, 2017, the Court entered an order permitting Plaintiffs an additional 5 pages, permitting it a 35-page response brief.

---

[1] "SHFL" refers to, collectively, Defendants Scientific Games Corporation, Bally Technologies, Inc., and Bally Gaming, Inc.

[2] To the extent necessary, SHFL also seeks an extension to file its brief until this Court rules on this motion. SHFL's brief is currently due on Wednesday, June 14, 2017, which is before SHFL could notice this motion under the Court's three-day notice rule once SHFL's counsel realized that an additional 5 pages would be salutary. If the Court rules on this motion by that time, SHFL will file by the existing date. If the Court requires an appearance on Thursday, June 15, 2017, SHFL asks for leave to file its brief the day after the Court rules.

3. On May 15, 2017, SHFL filed a motion to exclude the testimony of putative opinion witness Robert Armitage with a 15-page supporting brief.

4. On May 17, 2017, Plaintiffs filed their response to SHFL's motion for summary judgment, submitting 35 pages. SHFL's reply is due on Wednesday, June 14, 2017.

5. On May 23, 2017, at a status hearing, the Court denied without prejudice SHFL's motion to exclude the testimony of Mr. Armitage and directed SHFL to include its arguments concerning Mr. Armitage's disclosed opinions in its summary judgment reply. At that hearing, counsel for SHFL believed in good faith that the necessary arguments could be made in 25 pages, and the Court granted SHFL an additional 5 pages, for a total of 25 pages, for the combined summary judgment reply and argument concerning Mr. Armitage. The Court granted Plaintiffs the ability to file a 10-page sur-reply limited to the arguments concerning Mr. Armitage.

6. SHFL has nearly completed its combined brief. Counsel has worked diligently to make SHFL's arguments succinctly and attempted to make those arguments within the bounds of the 25 pages requested at the status hearing. However, in reviewing its near-final version of the brief, SHFL's lead counsel believes that it would be most helpful to the Court and efficient to have a total of 30 pages to make SHFL's arguments, which reply to a 35-page summary judgment response, and also present the arguments previously contained in a 15-page brief on Mr. Armitage.

7. On June 12, 2017, counsel for SHFL conferred with counsel for Plaintiffs in person at the deposition of one of Plaintiffs' disclosed opinion witnesses. Plaintiffs stated that they did not oppose the additional pages sought by this motion.

\*\*\*

WHEREFORE, for the foregoing reasons, SHFL respectfully requests that this Court enter an order granting it an additional 5 pages, for a total of 30 pages for its combined summary judgment reply and argument on the admissibility of disclosed opinion testimony of putative expert Robert Armitage, and such other relief as may be just and appropriate, including, if necessary, a short extension in the date to file SHFL's brief to permit the Court to rule on this motion.

Dated: June 12, 2017  Respectfully submitted,

By: */s/ Craig C. Martin*
　　One of the Attorneys for Defendants

　　Craig C. Martin
　　David Jimenez-Ekman
　　Timothy J. Barron
　　JENNER & BLOCK LLP
　　353 N. Clark Street
　　Chicago, IL 60654-3456
　　Tel: 312.222.9350
　　Fax: 312.527.0484
　　cmartin@jenner.com
　　djimenez-ekman@jenner.com
　　tbarron@jenner.com
　　*Attorneys for Defendants Scientific Games Corporation, Bally Technologies, Inc., and Bally Gaming, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on June 12, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ *David Jimenez-Ekman*