# EXHIBIT 87

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Shuffle Tech International, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:15-cv-3702 |
| ) | Honorable Matthew F. Kennelly |
| vs. ) | |
| ) | |
| Scientific Games Corporation, et al., ) | |
| ) | |
| Defendants ) | |

# Expert Report of Matthew R. Lynde, Ph.D.

April 17, 2017

Privileged and Confidential



I understand that Plaintiffs seek damages associated with the lost profits, lost royalties, and lost commissions on their automatic card shuffler units that would have been sold to regulated casinos as of the trial date, as well as the lost enterprise value of their automatic card shuffler business into the future and the costs of defending DigiDeal against the sham patent litigation.

Throughout the report, when I refer to the "challenged conduct", I am referring to the alleged sham litigation brought by Shuffler Master against Plaintiffs on October 12, 2012, the subsequent stay order that Shuffle Master imposed on DigiShuffle with respect to the sales and marketing of its card shuffler products in the marketplace, and the financial and other costs that Shuffle Master imposed on Plaintiffs to defend the sham patent infringement litigation and fund the related reexamination of the patents asserted by Shuffle Master against DigiDeal.

B. Assignment



- But for Shuffle Master's alleged sham litigation against DigiDeal, how much profit, royalties, and commissions would Plaintiffs reasonably have earned from the sale of their casino grade automatic card shufflers through the trial date, and what was the enterprise value of their automatic card shuffler business into the future?

- What additional antitrust damages did Shuffle Tech incur by way of its expense in defending DigiDeal against the challenged conduct?