# EXHIBIT 94



US006588751C1

(12) **INTER PARTES REEXAMINATION CERTIFICATE** (652nd)

# United States Patent
Grauzer et al.

(10) **Number:** **US 6,588,751 C1**

(45) **Certificate Issued:** *Jul. 24, 2013

(54) **DEVICE AND METHOD FOR CONTINUOUSLY SHUFFLING AND MONITORING CARDS**

(75) Inventors: **Attila Grauzer**, Las Vegas, NV (US); **Feraidoon Bourbour**, Minneapolis, MN (US); **James Phillip Helgesen**, Eden Prairie, MN (US); **Troy D. Nelson**, Big Lake, MN (US); **Robert J. Rynda**, Las Vegas, NV (US); **Paul K. Scheper**, Eden Prairie, MN (US); **James Bernard Stasson**, Chanhassen, MN (US); **Ronald R. Swanson**, Watertown, MN (US)

(73) Assignee: **Deutsche Bank Trust Company Americas**, Jersey City, NJ (US)

**Reexamination Request:**
No. 95/001,429, Aug. 27, 2010

**Reexamination Certificate for:**
Patent No.: **6,588,751**
Issued: **Jul. 8, 2003**
Appl. No.: **09/690,051**
Filed: **Oct. 16, 2000**

( * ) Notice: This patent is subject to a terminal disclaimer.

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/060,598, filed on Apr. 15, 1998, now Pat. No. 6,254,096.

(51) **Int. Cl.**
*A63F 1/12* (2006.01)

(52) **U.S. Cl.**
USPC .................................... **273/149 R**; 273/149 P

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 95/001,429, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Jeffrey R Jastrzab

(57) **ABSTRACT**

The present invention provides an apparatus and method for moving playing cards from a first group of cards into a second group of cards, wherein the second group of cards is randomly arranged or shuffled. The apparatus comprises a card receiver for receiving the first group of cards, a single stack of card-receiving compartments generally adjacent to the card receiver, the stack generally vertically movable, an elevator for moving the stack, a card-moving mechanism between the card receiver and the stack for moving cards one at a time into a selected one of the compartments, another card moving mechanism for moving cards from one of the compartments to a second card receiver and a microprocessor that controls the card-moving mechanisms and the elevator. A count of cards within specified areas of the card handling system is maintained and card handling is halted and all cards counted by adding a count of all cards not within the specified areas to the total of cards counted within the specified areas.



US 6,588,751 C1

## 1

# INTER PARTES REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 316

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1**, **5** and **17** is confirmed.

Claims **2**, **3** and **8-16** are cancelled.

Claim **4** is determined to be patentable as amended.

Claims **6** and **7**, dependent on an amended claim, are determined to be patentable.

New claims **18** and **19** are added and determined to be patentable.

**4**. [The method of claim **3**] *A method for continuously resupplying randomly arranged cards in a playing card handler comprising:*

*providing a card staging area for receiving playing cards to be handled;*

*providing a plurality of playing card-receiving compartments that are capable of receiving one-at-a-time more than one card into each compartment, the card staging area and the playing card-receiving compartments are relatively movable;*

*providing a first playing card mover generally between the staging area and the playing card-receiving compartments and moving a playing card from the staging area into the playing card-receiving compartments;*

*providing a second playing card mover for removing one or more playing cards from the playing card-receiving compartments;*

*a microprocessor randomly removing one or more playing cards from the card-receiving compartments to a shuffled playing card receiving area; and*

*a drive system responsive to the microprocessor providing relative motion between the first playing card mover and the playing card receiving compartments wherein a counting system present in the playing card handler counts cards that are located within specified areas within the card handler so that the number of cards within the specified areas within the card handler is known.*

*18. A method of delivering a continuous supply of shuffled cards on demand, apparatus comprising:*

*a) providing a card shuffling chamber for randomizing cards that includes compartments in a carousel for receiving random cards;*

## 2

*b) a card receiver and card feed receiving and feeding unshuffled cards into the shuffling chamber;*

*c) at least one sensor sensing the presence of a card as the card is being fed into the shuffling chamber;*

*d) at least one sensor sensing the presence of a card as the card is being removed from the shuffling chamber;*

*e) removing cards from the shuffling chamber on demand to provide a continuous supply of shuffled cards;*

*f) a microprocessor receiving signals from at least sensors c) and d) and counting cards entering and being removed from the shuffling chamber and maintaining a count of cards present in the shuffling chamber so that the number of cards within the shuffling chamber is known;*

*g) receiving instructions from an apparatus user to initiate a card counting process to count cards within a specified area of the apparatus,*

*h) returning cards not in the compartments to the apparatus so that all cards are returned to the compartments, and*

*i) resuming shuffling and card delivery so that the mechanism removes cards from the shuffling chamber by removing cards randomly from compartments in the shuffling chamber.*

*19. A method of delivering a continuous supply of shuffled cards on demand, the method comprising:*

*a) providing a card shuffling chamber for randomizing cards that includes compartments in a carousel for receiving random cards;*

*b) a card receiver and card feed mechanism receiving and feeding unshuffled cards into the shuffling chamber;*

*c) at least one sensor sensing removal of a card as the card is being fed into the shuffling chamber;*

*d) at least one sensor sensing the presence of a card as the card is being removed from the shuffling chamber;*

*e) removing cards from the shuffling chamber on demand to provide a continuous supply of shuffled cards;*

*f) a microprocessor receiving signals from at least sensors c) and d) and counting cards entering and being removed from the shuffling chamber and maintaining a count of cards present in the shuffling chamber so that the number of cards within the shuffling chamber is known;*

*g) receiving instructions from an apparatus user to initiate a card counting process to count cards within a specified area of the apparatus,*

*h) returning cards not in the compartments to the apparatus so that all cards are returned to the compartments, and*

*i) resuming shuffling and card delivery so that the mechanism removes cards from the shuffling chamber by removing cards randomly from compartments in the shuffling chamber.*

\* \* \* \* \*