# EXHIBIT 97

## APPENDIX – TABLE OF OBJECTIONABLE OPINIONS

| Reason For Objection | ¶¶ |
|---|---|
| Instructions On The Law  (L) | 10-16; 18-65; 71; 75; 77-117; 119-20; 122-25; 127-138; 153; 155; 191-92; 194-96; 198-206; 232; 237-38; 241; 243; 246; 251-54; 259-68; 288; 322; 324; 340; 347; 356; 372-73; 378-79; 380-84; 389-90; 392-95; 401; 407-09; 414; 420; 423-24; 429-31; 433; 435; 437; 447-48; 450-51; 456-57; 459; 470-71; 475; 479; 485-88; 499-502; 517; 519; 521; 527-30; 535; 538; 542-45; 572-73; 575-83; 585-87; 591; 611; 620-23; 625; 627-31; 641-43; 649-51; 655-56 |
| Opinions On The Standard Of Care For Lawyers And Inventors  (S) | 18-20; 22-23; 44; 49; 66-86; 90-93; 95; 97-98; 110-11; 118; 120-27; 189; 217-224; 226-27; 232; 234-35; 253-54; 259-68; 271-73; 275; 279; 282-89; 298; 308-09; 311-12; 327-29; 338; 340; 348; 357-58; 362-63; 369-71; 385; 396-97; 409; 420; 426; 429-31; 446; 464-65; 469-70; 496; 499-502; 509-519; 521; 527-30; 575-78; 581-83; 585-87; 589; 591-92; 620-23; 628-31; 641-43; 649-51; 655 |
| Opinions On Intent/Motivation/Knowledge  (I) | 139; 175; 180; 184; 188-189; 215-224; 226-27; 228; 234-35; 237-38; 246; 248; 253-54; 256; 259-68; 271-73; 275; 279; 282-84; 285-88; 296-98; 304; 308-09; 311-12; 315; 322; 324; 327-29; 332; 334; 338; 340; 347-48; 356-58; 362-63; 369-70; 378-79; 383-85; 389-93; 394-97; 407; 420; 423; 426-27; 432; 446-47; 464-65; 467; 469-71; 473; 475; 479-82; 485-88; 491; 494-96; 499-502; 509-519; 521; 529-30; 543; 545; 563; 576-78; 579-83; 585-87; 589; 591-92; 613; 621-24; 628-31; 641-43; 655 |
| Opinions That Require Technical Engineering Expertise  (T) | 17; 161; 168; 175; 180; 184; 188; 190-206; 226-27; 232; 255; 296; 324-25; 370-73; 377; 379; 382-84; 389-90; 393-97; 407; 423-24; 433; 435; 440; 442; 449; 467; 479; 485-88; 514-516; 541-42; 563; 581-87; 593; 627-31; 641-42; 644; 649-51; 655 |
| Ultimate Legal Conclusions That Do Not Assist The Jury  (C) | 161; 168; 175; 180; 184; 188-89; 222-24; 226-27; 246; 253-54; 259-68; 275; 279; 287-89; 296; 307-09; 311-12; 327-29; 358; 362; 369-70; 372-73; 379; 382-85; 389-90; 392-97; 407; 423-24; 431-32; 435; 469-71; 473; |

| Reason For Objection | ¶¶ |
|---|---|
| | 479; 485-88; 494; 499-502; 509-519; 521; 527-28; 530; 532; 542; 544-45; 563; 578-87; 589; 591-93; 623; 627-31; 641-44; 649-51; 655-56 |
| Factual Summary F | 140-152; 153-54; 156-60; 162-67; 169-74; 176-79; 181-83; 185-86; 207-14; 225; 229-31; 233; 236; 239-40; 242; 244-45; 247; 249-50; 255; 257-58; 269-70; 274; 276-78; 280-81; 290-95; 299-303; 305-06; 310; 313-14; 316-21; 323; 326; 330-31; 333; 335-37; 339; 341-46; 349-55; 359-61; 366-68; 374-76; 386-88; 398-400; 402-06; 410-13; 415-19; 422; 425; 428; 434; 436; 438-39; 441; 443-45; 451; 453-55; 458; 460-63; 466; 468; 472; 474; 476-78; 483-84; 489-90; 492-93; 497-98; 503-5; 508; 520; 522-26; 531; 533-34; 536-37; 539-41 546-61; 564-71; 574; 588; 590-91; 594-610; 612; 614-19; 626; 632-40; 645-48; 652-54; 657-61 |
| Proper Methodology Not Identified/Constitutes Unfounded Speculation M | 18-20; 45; 62; 67-83; 118; 120-27; 175; 180; 184; 188-206; 215; 217-24; 226-28; 234-35; 237; 248; 255-56; 259-68; 271-73; 279; 282-88; 296; 308-09; 311-12; 322; 324; 327-29; 332; 340; 347; 357-58; 36-65; 369-70; 373; 377-79; 382-85; 389; 392-97; 414; 420-21; 423-24; 426-27; 431-33; 435; 446; 452; 469-70; 475; 479; 485-87; 491; 494-96; 499-502; 506-07; 509-519; 521; 527-30; 542-43; 563; 575-80; 582-87; 589; 591-93; 613; 620-25; 628-30; 641-44; 649-51; 655-56 |

2