# EXHIBIT 101

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


DEREK WEBB, ET AL.                                                   PLAINTIFFS

vs.                                          Civil Action No. 3:02-cv-1838 WS

MIKOHN GAMING CORPORATION and
PROGRESSIVE GAMES, INC.                                              DEFENDANTS


**ORDER**

Before the court are the following motions:

Motion in Limine [docket # 139]. This motion is in three parts. All aspects of the motion will be carried to trial except that the court agrees with the plaintiffs that the testimony of any expert shall be limited to those matters which do not invade the province of the jury or the court's determination of law. The experts may provide testimony on patent procedures, history, etc., but the experts shall not provide testimony on intent of the parties, whether fraud has occurred or what the thinking processes were of the parties in a dispute.

Motion in Limine [docket # 140]. Defendants seek to exclude certain testimony expected from Olaf Vancura. This court will rule on that question at trial after conducting a hearing with the witness outside the presence of the jury. Said hearing shall address Vancura's knowledge of patent law and the defendants' use of his memo as a business record.

Motion for Miscellaneous Relief [docket # 99]; Motion to Strike [docket # 99]; Motion for Reconsideration [docket # 99]. All of these motions are now moot since this

court accepts plaintiffs' First Amended Complaint and will provide the defendants 48 hours to file an Amended Answer.

Motion to Strike [docket # 131]. The matter concerning Daniel "Danny" Jones will be carried to trial. All other matters in the motion are moot.

Motion to Dismiss [docket # 103]. The motion is denied.

Motion for Summary Judgment [docket # 128]. This motion is denied except as follows: plaintiffs agree that their count under Section 2 of the Sherman Act charging actual monopolization should be dismissed. Plaintiffs also agree that the only alleged conspirators here are Daniel "Danny" Jones, Progressive Games, Inc., Mikohn Gaming Corporation, James Suttle, and ShuffleMaster. All other respects of the motion are denied.

This court sets August 1, 2005, for a follow-up Pre-Trial Conference if needed, and August 8, 2005, for trial of the lawsuit.

**SO ORDERED AND ADJUDGED, this the 1st day February, 2005.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:02-cv-1838 WS