# EXHIBIT 102

## APPENDIX EXHIBIT 102 -- LR 56.1 PARAGRAPHS PLAINTIFFS LACK EVIDENCE TO DISPUTE

| ¶ | Subject | Reason No Genuine Fact Dispute |
|---|---------|--------------------------------|
| 23 | 1997 Expo | No competent evidence contradicting Mr. Grauzer's testimony that he did not see the Roblejo prototype in operation is identified |
| 23a | 1997 Expo | No evidence, only argument, to dispute SHFL's statement |
| 23c | 1997 Expo | No evidence, only argument, to dispute SHFL's statement |
| 25 | Shuffler Competition Report | No evidence, only argument, to dispute SHFL's statement |
| 26 | Sure-Shuffler Brochure | No evidence, only argument (including by Mr. Armitage), to dispute SHFL's statement; the brochure does not show that the cover was automatically moveable |
| 27 | Sure-Shuffler Brochure | No evidence, only argument (including by Mr. Armitage), to dispute SHFL's statement |
| 30a | Luciano Prototype | No evidence, only argument, to dispute SHFL's statement |
| 30b | Luciano Prototype | No evidence to dispute SHFL's statement as made |
| 31 | Luciano Prototype | No evidence to dispute SHFL's statement as made |
| 32 | Luciano Prototype | No evidence to dispute SHFL's statement as made |
| 43 | Shuffler Art CD | No evidence to dispute SHFL's statement as made |
| 44 | Shuffler Art CD | Other than inadmissible speculation by Mr. Armitage, no evidence to dispute SHFL's statement |
| 47 | '982 Prosecution | No evidence to dispute SHFL's statement as made |
| 50 | '982 Prosecution | Shuffler 20 in SHFL's citation supports the statement as made |
| 56 | Roblejo '122 Patent | No evidence to dispute SHFL's statement as made |
| 56a | Roblejo '122 Patent | No evidence to dispute SHFL's statement as made |
| 56b | Roblejo '122 Patent | No evidence to dispute SHFL's statement as made |
| 56d | Roblejo '122 Patent | No evidence to dispute SHFL's statement as made |
| 56e | Roblejo '122 Patent | No evidence to dispute SHFL's statement as made |

2

| ¶ | Subject | Reason No Genuine Fact Dispute |
|---|---------|-------------------------------|
| 60 | DigiDeal Litigation | No evidence to dispute SHFL's statement as made |
| 63 | DigiDeal Litigation | No evidence to dispute SHFL's statement as made |
| 65g | DigiDeal Litigation | No evidence to dispute SHFL's statement as made |
| 65h | DigiDeal Litigation | No evidence to dispute SHFL's statement as made |
| 68 | DigiDeal Assignment | No evidence to dispute SHFL's statement as made; see 6-8 above |
| 74 | Block Patent | No evidence to dispute SHFL's statement as made |
| 76 | Block Patent | No evidence to dispute SHFL's statement as made |
| 81 | Block Patent | No evidence to dispute SHFL's statement as made |
| 82 | Reexamination | No evidence to dispute SHFL's statement as made |
| 84 | Reexamination | No evidence to dispute SHFL's statement as made |
| 88 | DigiDeal Litigation | No evidence to dispute SHFL's statement as made |
| 91 | DigiDeal Litigation | No evidence to dispute SHFL's statement as made |