# EXHIBIT 106

| | |
|---|---|
| **From:** | Anderson, Kimball R. <KAnderso@winston.com> |
| **Sent:** | Wednesday, February 17, 2016 8:15 PM |
| **To:** | Jim Boyle <jboyle@nevadafirm.com> |
| **Cc:** | JJP@pisanellibice.com; Shin, Howard I. <HShin@winston.com>; Pesce, Anthony DeMarco <APesce@winston.com> |
| **Subject:** | Letter Re Proposed Resolution |

---

Jim, thank you for your email below. If you need a couple more days to file your reply in support of your client's summary judgment motion, of course we will afford you that professional courtesy. We cannot agree, however, to indefinite postponement of the briefing schedule on the pending motions while the parties discuss settlement.

As for your client's settlement proposal, we appreciate that you reached out to us. We have forwarded the proposal to our client. We will be discussing it with our client over the next several days and we hope to get back to you soon. Best regards, Kimball.

**Kimball R. Anderson**
**Partner**
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

D: +1 (312) 558-5858
F: +1 (312) 558-5700
Bio | VCard | Email | winston.com

WINSTON
&STRAWN
LLP

**From:** Jim Boyle [mailto:jboyle@nevadafirm.com]
**Sent:** Tuesday, February 16, 2016 4:24 PM
**To:** Anderson, Kimball R.
**Subject:** Letter Re Proposed Resolution
**Importance:** High

Kimball—

I have attached a letter of today's date regarding my client's proposal to resolve the litigation with SHFL entertainment, Inc. I look forward to your word on the proposal and to discussing a framework for agreement on settling the case.

As noted in my letter, to the extent that SHFL is interested in pursuing and finalizing resolution, we request that the parties stipulate to extending the deadline for DigiDeal to file its reply brief. Please let me know if you are amenable to that request.

Best regards,

Jim

**James D. Boyle**
Shareholder
Las Vegas Office

WS_0023324



Tel: 702.791.0308 | Fax: 702.791.1912                    Tel: 775.851.8700 | Fax: 775.851.7681

400 S. 4th Street, Suite 300, Las Vegas NV 89101            800 S. Meadows Parkway, Suite 800, Reno NV 89521

www.nevadafirm.com

This email message (including any attachments): (a) may include privileged, confidential, proprietary and/or other protected information, (b) is sent based upon a reasonable expectation of privacy, and (c) is not intended for transmission to, or receipt by, unauthorized persons.  If you are not the intended recipient, please notify the sender immediately by telephone (702.791.0308) or by replying to this message and then delete the message and all copies or portions from your system.  Thank you.

WS_0023325