**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shuffle Tech International, LLC, et al., | |
| Plaintiffs, | Civil Action No. 1:15-cv-3702 |
| v. | Honorable Matthew F. Kennelly |
| Scientific Games Corporation, et al., | |
| Defendants. | |

## AGREED MOTION FOR EXTENSION OF TIME TO SERVE ONE REBUTTAL EXPERT REPORT

Defendants, through their undersigned attorneys, hereby move for an extension of time to serve a rebuttal expert report, and in support of their motion state as follows:

1. Plaintiffs served their opening expert disclosures on April 17, 2017. The court had at that time set a deadline of June 27, 2017 for rebuttal expert disclosures. (Dkt. 129.) At Defendants' request, the Court extended the deadline for rebuttal disclosures to July 25, 2017. (Dkt. 153.)

2. Trial in this matter is scheduled for May 29, 2018. (Dkt. 153.)

3. Defendants anticipate serving five rebuttal reports, and Defendants' experts have been working diligently to prepare those reports.

4. One of Defendants' experts, who will be rebutting certain opinions of Plaintiffs' expert Robert Armitage (and certain related opinions of Plaintiffs' expert Charles Curley) has been suffering from health issues requiring hospitalization following a trip to India.

5. Accordingly, Defendants respectfully request two additional weeks (until August 8, 2017) to serve this expert's report.

6. Although Defendants do not expect this to be the case, they respectfully advise the Court that, should this expert continue to experience health challenges, they may seek an additional extension of time.

7. By email to Defendants' counsel David Jimenez-Ekman on July 17, 2017, Plaintiffs' counsel Robert Rowan stated that Plaintiffs agree to the requested extension.

8. The requested extension will not significantly affect the schedule in this case, because Defendants' motion for summary judgment is already fully briefed, and trial is scheduled for May 29, 2018.

WHEREFORE, Defendants respectfully request entry of an order granting them until August 8, 2017 to serve one rebuttal expert report, and granting such other and further relief as the Court deems proper.

Dated: July 19, 2017

By: /s/*Craig C. Martin*

Craig C. Martin
David Jimenez-Ekman
Timothy J. Barron
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: 312.222.9350
Fax: 312.527.0484
cmartin@jenner.com
djimenez-ekman@jenner.com
tbarron@jenner.com
*Attorney for Defendants Scientific Games Corporation, Bally Technologies, Inc., and Bally Gaming, Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 19, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ Craig C. Martin