**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Shuffle Tech International, LLC, et al.,

     Plaintiffs,

     v.

Scientific Games Corporation, et al.,

     Defendants.

Civil Action No. 1:15-cv-3702

Honorable Matthew F. Kennelly

**DEFENDANTS' AGREED MOTION TO
(1) EXTEND THE CLOSE OF EXPERT DISCOVERY AND
(2) EXTEND THE DEADLINE FOR ONE REBUTTAL EXPERT REPORT**

Defendants Scientific Games Corporation, Bally Technologies, Inc., and Bally Gaming, Inc. ("Defendants") respectfully move this Court for entry of an agreed order (1) extending the deadline for the completion of expert discovery to September 29, 2017, and (2) extending Defendants' deadline to serve their final rebuttal expert report to August 15, 2017, and in support of their motion state:

1. The present deadline for completing expert discovery in this matter is August 22, 2017. (Dkt. 153.) Summary judgment is fully briefed, and trial is not set to begin until May 29, 2018. (Dkt. 153.)

2. The parties have been diligently working to complete wide-ranging expert discovery. The parties have completed service of eight expert reports in this matter. Defendants' final rebuttal report has been delayed by the illness of one of Defendants' expert witnesses, and is currently due on August 8, 2015. (*See* Dkts. 155, 157.) Defendants have deposed Plaintiffs' four expert witnesses. Plaintiffs and Defendants are in the process of scheduling the depositions of Defendants' five expert witnesses. Defendants may also seek to depose one witness disclosed in

Plaintiffs' Rule 26(a)(2)(C) disclosures. The parties have successfully cooperated in scheduling prior depositions for the convenience of the parties and the witnesses.

3. Defendants' final rebuttal expert is still recovering from an illness related to travel in India. Defendants request one additional week, until August 15, 2017, to serve their final rebuttal report, and Plaintiffs have indicated they do not object to this request.

4. Various scheduling issues prevent the parties from completing all expert depositions in an orderly fashion by the current deadline of August 22, 2017. Among them:

- as explained above, one of Defendants' expert witnesses has been ill and has not yet submitted his rebuttal report;

- Plaintiffs prefer to review the report of the expert who has been ill, which is related to the opinions of two other experts for Defendants, before deposing those other experts on their opinions;

- another one of Defendants' experts has business commitments that prevent him from being available before the current deadline; and

- Plaintiffs have requested a convenient back-to-back deposition schedule but various scheduling conflicts prevent Defendants from making their experts available for deposition on such a schedule before the current deadline.

5. In order to facilitate deposition scheduling that is most convenient for the parties and the expert witnesses, Defendants respectfully request that the Court extend the deadline for completing expert discovery for all purposes to September 29, 2017. The requested extension will not affect any other deadlines in this case because Defendants' motion for summary judgment is already fully briefed, and trial is not scheduled until May 29, 2018. Plaintiffs have indicated that they agree to this extension because it will permit them to consider the opinions of the expert who has

been ill before deposing the other two experts with related opinions, and it will facilitate the convenient deposition scheduling they have requested.

WHEREFORE, Defendants respectfully request that the Court enter an agreed order (1) extending the deadline for the completion of expert discovery to September 29, 2017, and (2) extending Defendants' deadline to serve their final rebuttal expert report to August 15, 2017, and granting such other and further relief as the Court deems proper.

Dated: August 4, 2017

Respectfully submitted,

By: */s/ David Jimenez-Ekman*
     One of the Attorneys for Defendant

     Craig C. Martin
     David Jimenez-Ekman
     Timothy J. Barron
     Sara T. Horton
     JENNER & BLOCK LLP
     353 N. Clark Street
     Chicago, IL 60654-3456
     Tel: 312.222.9350
     Fax: 312.527.0484
     cmartin@jenner.com
     djimenez-ekman@jenner.com
     tbarron@jenner.com
     shorton@jenner.com


     *Attorneys for Defendants Scientific*
     *Games Corporation, Bally Technologies,*
     *Inc., and Bally Gaming, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 4, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/      David Jimenez-Ekman*