## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Shuffle Tech International LLC, et al.

                          Plaintiff,

v.                                              Case No.: 1:15–cv–03702
                                                Honorable Matthew F. Kennelly

Scientific Games Corporation, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 23, 2018:

        MINUTE entry before the Honorable Jeffrey Cole:Settlement conference held. Despite the parties' sincere efforts, the case is not settleable. The court wishes to express its thanks to Jeffery Cross of Freeborn & Peters, and Craig Martin of Jenner and Block and their respective colleagues and clients for their sincere efforts in attempting to amicably resolve this case. Unfortunately, not all cases can be settled and if clients wish to proceed to trial they ought to be able to do so. Clients cannot and ought not be forced to settle a case they believe cannot be resolved without trial. United States v. LaCroix, 166 F.3d 921, 922 (7th Cir. 1999). All matters relating to the referral of this case having been resolved, the case is returned to Judge Kennelly. Judge Honorable Jeffrey Cole no longer referred to the case.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.