IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shuffle Tech International, LLC, <br><br> Aces Up Gaming, Inc., <br><br>    and <br><br> Poydras-Talrick Holdings LLC, <br><br>                     Plaintiffs, <br><br>           v. <br><br> Scientific Games Corporation, <br><br> Bally Technologies, Inc., d/b/a SHFL Entertainment or Shuffle Master, <br><br>    and <br><br> Bally Gaming, Inc., d/b/a Bally Gaming and Systems, <br><br>                     Defendants. | Civil Action No. 1:15-cv-3702 <br><br> Honorable Matthew F. Kennelly |

## **FINAL PRETRIAL ORDER**

Pursuant to the Court's rules, the document entitled "Preparation of Final Pretrial Order for Civil Cases Before Judge Kennelly" (Revised 3/2015), and the Court's March 19, 2018 Minute Order entered in this case, the following Final Pretrial Order contains each of the applicable categories of materials identified in the Court's "Preparation of Final Pretrial Order for Civil Cases Before Judge Kennelly," namely:

1. A concise statement of the basis for federal subject matter jurisdiction, and if jurisdiction is disputed, the nature and basis of the dispute (*see* Attachment 1);

2. A concise statement of the claims of the Plaintiffs, defenses of the Defendants, and any counterclaims and cross claims (*see* Attachment 2);

3. An itemization of damages and other relief sought (*see* Attachment 3);

1

4. A list of witnesses who may or will be called either live or by deposition, and all objections thereto, as well as a list of all deposition designations (by page and line), counter-designations (by page and line), a concise statement of objections thereto (including the bases for the objections), and a concise statement of the asserted basis of admissibility; except that each party reserves the right to call such rebuttal witnesses (who are not presently identifiable) as may be necessary (*see* Attachments 4, 4A, 4B);

5. A schedule of all exhibits that each side intends to enter into evidence (as well as any demonstrative exhibits or evidence), identified by trial exhibit number, with a brief description of each exhibit; and all objections thereto (*see* Attachments 5, 5A, 5B);

6. A statement confirming that this is a jury trial and an estimate of the length of trial (*see* Attachment 6);

7. Proposed voir dire questions (*see* Attachment 7; and

8. A listing of agreed jury instructions and disputed jury instructions (including supporting authority for disputed instructions and objections thereto), as well as a flash drive containing the proposed jury instructions in Microsoft Word format (*see* Attachments 8, 8A, 8B, 8C).

In addition, Defendants' proposed "Glossary of Patent Terminology" is provided as Attachment 9; Defendants' proposed "Glossary of Gaming Terminology" is provided as Attachment 10; and Defendants' proposed "Glossary of Economic Terminology" is provided as Attachment 11.

As the parties advised the Court's minute clerk on Monday, April 23, 2018, counsel for the parties, including lead counsel for each side, engaged in a day-long, in-person conference on Friday, April 20, 2018 to attempt to resolve disagreements in the pretrial order materials. The parties were able to make meaningful progress on agreeing to jury instructions, and some progress on objections to deposition designations and exhibits. However, many of the objections to exhibits and deposition designations flow from positions that the parties have taken in their pending motions in limine. The parties believe that they will be able to make considerable additional progress once those motions have been resolved. Consequently, the

parties respectfully request that the Court refrain from any detailed review of objections on exhibits or deposition designations at this time in order to conserve the resources of the Court. The parties believe they will likely be able to considerably narrow their objections if they have an additional opportunity to confer after any rulings the Court makes on the pending motions in limine.

This Order will control the course of the trial and may not be amended except by consent of the parties, or by order of the Court to prevent manifest injustice.

Dated:  April 25, 2018               Respectfully submitted,


By _____     By _____
    One of Plaintiffs' Attorneys              One of Defendants' Attorneys

Robert A. Rowan (*pro hac vice*)            Craig C. Martin
rar@nixonvan.com                            David Jimenez-Ekman
Joseph S. Presta (*pro hac vice*)           Timothy J. Barron
jsp@nixonvan.com                            Sara Tonnies Horton
NIXON & VANDERHYE P.C.                      JENNER & BLOCK LLP
901 North Glebe Rd.                         353 N. Clark Street
Arlington, Virginia 22203                   Chicago, IL 60654-3456
Phone: 703-816-4000                         Tel: 312.222.9350
Fax: 703-816-4100

Jeffery Cross (IBN 547980)                  *Attorney for Defendants*
jcross@freeborn.com                         SCIENTIFIC GAMES CORPORATION,
FREEBORN & PETERS LLP                       BALLY TECHNOLOGIES, INC., and
311 South Wacker Drive, #3000               BALLY GAMING, INC.
Chicago, Illinois 60606
Phone: 312-360-6430
Fax: 312-360-6520

*Attorneys for Plaintiffs*
SHUFFLE TECH INTERNATIONAL, LLC,
ACES UP GAMING, INC., and
POYDRAS-TALRICK HOLDINGS LLC

3

SO ORDERED:

Date: _____

MATTHEW F. KENNELLY
United States District Judge