# Exhibit G

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re *Ex Parte* Reexamination of:          **Control Number:** 90/013,112

    U.S. PATENT No. 6,651,982          **Re-Exam Filing Date:** 01-02-2014

**Title:**   CARD SHUFFLING          **Group Art Unit:** 3993
          APPARATUS WITH INTEGRAL
          CARD DELIVERY

**Inventors:** Attila Grauzer, et al.          **Confirmation No.:** 1003

**Filed:**    April 23, 2002          **Atty. Dkt. No.:** 012192-021 B

### RESPONSE TO ADVISORY ACTION

Mail Stop *Ex Parte* Reexam
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

    In response to the Advisory Action mailed March 23, 2015, please enter the following amendments and remarks into the file of this application.

    **Amendments to the Specification** begin on page 2 herein.

    **Remarks** begin on page 4 herein.

    A proposed New Drawing Figure (Figure 8) is submitted herewith.

    No fee is believed to be due for this submission.  Should any fees be required, please charge such fees to Winston & Strawn LLP Deposit Account No. 50-1814.

PLA00005013

## AMENDMENTS TO THE SPECIFICATION

Please replace the BRIEF DESCRIPTION OF THE FIGURES, at column 4, lines 31- 51, with the following:

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 shows a perspective view of the exterior shell of a shuffling apparatus.

FIG. 2 shows a cutaway side view of the internal elements of a shuffling apparatus according to teachings of the present invention.

FIG. 3 shows a perspective view of an off-set card transport mechanism according to an embodiment of the invention.

FIG. 4 shows a top view of an off-set card transport mechanism according to an embodiment of the present invention.

FIG. 5 shows a cross-sectional view of an embodiment of a picking system with a single or joint belt drive for moving picker elements.

FIG. 6 shows an elevated perspective of one embodiment of a shuffling apparatus according to the invention.

FIG. 7 shows a side cutaway view of one embodiment of a shuffling apparatus according to the invention.

FIG. 8 shows an elevated perspective of one embodiment of a shuffling apparatus mounted flush with a gaming table surface according to the invention.

PLA00005014

'982 Reexamination                                                                    PX5.1399

Please replace the paragraph at column 7, lines 23-53 in the DETAILED DESCRIPTION OF THE INVENTION, with the following:

An elevator is provided for raising the collection surface so that at the conclusion of shuffling, at least some randomized cards are elevated to a position at or above the top surface of the device. The elevator may be capable of raising all or part of the randomized cards at or above the top surface of the device. A cover may be provided to protect or mask the cards until they are elevated into a delivery position from which a dealer may remove the cards manually. The device may have a stack stabilizing area defined by a confining set of walls defining a shuffled card delivery area that confine all randomized cards along all edges after the randomized cards are elevated. Alternatively, the card collection surface itself, elements positioned on the top surface of the shuffler or elements moved above the top surface of the shuffler may act to stabilize the cards so that they are more easily removed by a dealer's hand(s). The present invention also contemplates raising the shuffled group of cards to the top surface of the shuffler, where there are no confining structures around the cards. In one example of the invention, shown, for example, in FIG. 8, the top surface of the shuffler is flush mounted into the gaming table surface, and the cards are delivered directly to the gaming table surface after shuffling. The delivery area may be positioned such that its lower interior surface is at the same elevation as the top surface of the shuffler. The lower interior surface may be elevated above the top surface, or positioned beneath the top surface of the shuffler. In one example of the invention, the lower interior surface is at the same elevation as the top of the exterior of the shuffler. If the shuffler is mounted into and completely surrounded by a gaming table surface, it would be desirable to deliver cards so that the bottom card in the stack is at the same elevation as the gaming table surface.

PLA00005015

## REMARKS

In the Advisory Action mailed March 23, 2015, the Examiner entered the proposed amendments filed on February 20, 2015 and stated that the proposed response overcomes the drawing objection and the 112 1st rejections set forth in the Final Office Action. Accordingly, the Examiner indicated that the status of the claims is that Claims 1-3, 42-46, 52 and 53 are patentable and/or confirmed.

The proposed drawing submitted on February 20, 2015 was not entered by the Examiner for the reason that "because while it shows that the cover is set flush into the top surface of the shuffler it also shows that the top surface of the shuffler is not flush with the gaming table surface, which is in every independent claim." In order to address this, the Examiner has indicated that "[t]he drawing would be acceptable if the double line adjacent reference numeral 532 were only a single line indicating that the shuffler and table are at the same elevation." (Advisory Action at 2.) Further, the Examiner indicated that "[i]t is also suggested that the molding around the perimeter of the table be deleted." (Advisory Action at 2.) Accordingly, the proposed drawing of FIG. 8 has been corrected as instructed by the Examiner and is in condition to be entered.

Furthermore, the specification has been amended as instructed by the Examiner to include a statement in the brief description of the figures and the detailed description of the invention concerning new FIG. 8. No new matter has been added by these amendments. Accordingly, it is respectfully submitted that the patentability of all claims is confirmed such that the '982 Patent is in condition for issuance of a Notice of Intent to Issue *Ex Parte* Reexamination Certificate.

Respectfully submitted,

Date:  April 1, 2015                       /Allan A. Fanucci/
                                           Allan A. Fanucci, Reg. No. 30,256

                                           **WINSTON & STRAWN LLP**
                                           Customer No. 28765
                                           212-294-3311

PLA00005016

'982 Reexamination                                                    PX5.1401

REPLACEMENT SHEET



FIG. 8

PLA00005017