# Exhibit M



US007523935C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (10689th)

# United States Patent
Grauzer et al.

(10) **Number:** **US 7,523,935 C1**

(45) **Certificate Issued:** *\*Aug. 19, 2015*

(54) **CARD SHUFFLING APPARATUS WITH INTEGRAL CARD DELIVERY**

(75) Inventors: **Attila Grauzer**, Las Vegas, NV (US); **Feraidoon Bourbour**, Minneapolis, MN (US); **Troy D. Nelson**, Big Lake, MN (US); **Paul K. Scheper**, Eden Prairie, MN (US); **James B. Stasson**, Chanhassen, MN (US); **Ronald R. Swanson**, Plymouth, MN (US)

(73) Assignee: **BANK OF AMERICA, N.A.**, Dallas, TX (US)

**Reexamination Request:**
No. 90/013,111, Jan. 2, 2014

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | **7,523,935** |
| Issued: | **Apr. 28, 2009** |
| Appl. No.: | **10/686,164** |
| Filed: | **Oct. 15, 2003** |

( * ) Notice: This patent is subject to a terminal disclaimer.

**Related U.S. Application Data**

(60) Division of application No. 10/128,532, filed on Apr. 23, 2002, now Pat. No. 6,651,982, which is a continuation-in-part of application No. 09/967,502, filed on Sep. 28, 2001, now Pat. No. 6,651,981.

(51) **Int. Cl.**
*G07F 17/32* (2006.01)
*A63F 1/12* (2006.01)

(52) **U.S. Cl.**
CPC ........................................ *A63F 1/12* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/013,111, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Glenn K Dawson

(57) **ABSTRACT**

A card shuffling device includes a top surface, a card receiving area for receiving an initial set of playing cards, a randomizing system for randomizing the initial set of playing cards, a collection surface in a card collection area for receiving randomized playing cards, the collection surface receiving cards positioned so that all cards collected are below the top surface of the device, and an elevator for raising the collection surface so that at least some randomized cards are elevated above the top surface of the device. An automatic card shuffler includes a microprocessor with memory, an infeed compartment for receiving cards to be randomized, a card moving mechanism for moving cards individually from the infeed compartment into a card mixing compartment, a card mixing compartment comprising a plurality of substantially vertical supports, an opening for the passage of cards from the infeed compartment, a moveable lower support surface, at least one stationary gripping arm, a lower edge proximate the opening, the gripping arm capable of suspending cards above the opening, and an elevator for raising and lowering the moveable support surface. A position of the elevator is randomly selected and the support surface is moved to the selected position, and after the gripping arm grasps at least one side of the cards, the elevator lowers, creating a space beneath the gripping arm, wherein a card is moved from the infeed compartment into the space, thereby randomizing the cards. A method of randomizing a group of cards utilizing the apparatus is also disclosed.



PLA00002646

'935 Reexamination

PX6.1432

NEW



FIG. 8

PX6-Q.2

PLA00002647

US 7,523,935 C1

## 1

# EX PARTE
# REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

ONLY THOSE PARAGRAPHS OF THE
SPECIFICATION AFFECTED BY AMENDMENT
ARE PRINTED HEREIN.

Column 4, lines 32-49:

FIG. **1** shows a perspective view of the exterior shell of a shuffling apparatus.

FIG. **2** shows a cutaway side view of the internal elements of a shuffling apparatus according to teachings of the present invention.

FIG. **3** shows a perspective view of an off-set card transport mechanism according to an embodiment of the invention.

FIG. **4** shows a top view of an off-set card transport mechanism according to an embodiment of the present invention.

FIG. **5** shows a cross-sectional view of an embodiment of a picking system with a single or joint belt drive for moving picker elements.

FIG. **6** shows an elevated perspective of one embodiment of a shuffling apparatus according to the invention.

FIG. **7** shows a side cutaway view of one embodiment of a shuffling apparatus according to the invention.

*FIG. 8 shows an elevated perspective of one embodiment of a shuffling apparatus mounted flush with a gaming table surface according to the invention.*

Column 7, lines 16-46:

An elevator is provided for raising the collection surface so that at the conclusion of shuffling, at least some randomized cards are elevated to a position at or above the top surface of the device. The elevator may be capable of raising all or part of the randomized cards at or above the top surface of the device. A cover may be provided to protect or mask the cards until they are elevated into a delivery position from which a dealer may remove the cards manually. The device may have a stack stabilizing area defined by a confining set of walls defining a shuffled card delivery area that confine all randomized cards along all edges after the randomized cards are elevated. Alternatively, the card collection surface itself, elements positioned on the top surface of the shuffler or elements moved above the top surface of the shuffler may act to stabilize the cards so that they are more easily removed by a dealer's hand(s). The present invention also contemplates raising the shuffled group of cards to the top surface of the shuffler, where there are no confining structures around the cards. In one example of the

## 2

invention, *shown, for example, in FIG. 8,* the top surface of the shuffler is flush mounted into the gaming table surface, and the cards are delivered directly to the gaming table surface after shuffling. The delivery area may be positioned such that its lower interior surface is at the same elevation as the top surface of the shuffler. The lower interior surface may be elevated above the top surface, or positioned beneath the top surface of the shuffler. In one example of the invention, the lower interior surface is at the same elevation as the top of the exterior of the shuffler. If the shuffler is mounted into and completely surrounded by a gaming table surface, it would be desirable to deliver cards so that the bottom card in the stack is at the same elevation as the gaming table surface.

THE DRAWINGS FIGURE HAVE BEEN
CHANGES AS FOLLOWS:

New FIG. **8** has been added.

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claims **1**, **2**, **9-11** and **14** are cancelled.

New claim **15** is added and determined to be patentable.

Claims **3-8**, **12** and **13** were not reexamined.

*15. A playing card shuffler comprising:*

*a housing mounted to a casino gaming table having a top surface flush with and surrounded by the surface of the casino gaming table;*

*the top surface including a shuffler control to control an operation of the shuffler and a display panel to display shuffler status information;*

*a playing card infeed tray set into the top surface of the shuffler for accepting playing cards that have been stacked in face to back orientation to form a single group of playing cards to be shuffled;*

*a randomizing system for randomizing the order of an initial set of playing cards inserted into the playing card infeed tray;*

*a collection surface for receiving randomized playing cards and holding below the top surface of the shuffler a complete deck of playing cards that have been randomized by the randomizing system;*

*an elevator for raising the collection surface holding the complete deck of playing cards to a position above the level of the gaming table surface when a shuffler control is activated to enable a dealer to manually remove the complete deck of all randomized playing cards at one time*

*a flip-up cover set into the top surface of the shuffler enclosing both the playing card infeed tray and the collection surface; and*

*a microprocessor for controlling the operation of the playing card shuffler.*

\*    \*    \*    \*    \*

PLA00002648