# Exhibit 1

# Exhibit 1

## Index of People Identified in Plaintiffs' Proffer

**Abbott** — SHFL's in-house litigation counsel (2007-2014)

**Anderson** — Winston & Strawn litigation attorney for Vending Data, now for SHFL

**Armitage** — Plaintiffs' expert witness, patent issues

**Curley** — Plaintiffs' expert witness, technical issues

**Dunn** — SHFL Former Senior VP (1996-2010), attended 1997 trade show

**Farrar** — SHFL in-house patent counsel (1996 to present), attended 1997 trade show

**Gola** — Assisted in developing Nicoletti shuffler and demonstrated it in public in 1990 at Bally's Casino

**Grauzer** — SHFL engineer (1991-present), lead inventor on '684, '750, '751, '982 and '935 patents and the other patents asserted in the cited litigations, attended 1997 trade show

**Greenberg** — Engineer and shuffler expert witness for CARD, and later SHFL

**Helsen** — SHFL Director of Utility Products, including automatic shufflers (2004-present)

**Kerr** — DigiDeal's and L. Luciano's IP attorney

**Litman** — SHFL's outside patent prosecution attorney (2000-2012)

**L. Luciano** — Developed Luciano shuffler and marketed it to casino industry

**R. Luciano** — Developed Luciano shuffler (L. Luciano's brother)

**Meyer** — SHFL's Former President (2003-2010)

**Newberg** — Vending Data's President

**Shin** — Winston & Strawn patent attorney for SHFL

**Smith** — SHFL's Former General Counsel (2001-2010)

**Solberg** — Engineer, built the Roblejo shuffler and demonstrated it at 1997 trade show