# Exhibit 2



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Attila Grauzer, et al. | Examiner: | Benjamin Layno |
| Serial No. | 10/286,985 | Group Art Unit: | 3722 |
| Filed: | October 31, 2002 | Docket No. | PA0769.ap.US |
| Title: | DEVICE AND METHOD FOR SHUFFLING AND MONITORING CARDS | | |

---

CERTIFICATE UNDER 37 C.F.R. 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described herein, are being deposited in the United States Postal Service, as first class mail, with sufficient postage, in an envelope addressed to: MAIL STOP: AMENDMENT; Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on ___July 12, 2004___

Mark A. Litman _____
Name

Signature

---

## PRELIMINARY AMENDMENT FILED IN CONJUNCTION WITH REQUEST FOR CONTINUED EXAMINATION UNDER 37C.F.R. 1.114 INCORPORATING A RESPONSE TO NON-FINAL OFFICE ACTION IN PARENT APPLICATION

MAIL STOP: AMENDMENT
P.O. BOX 1450
Commissioner for Patents
Alexandria, VA 22313-1450

Dear Sir:

This is a PRELIMINARY amendment and response in conjunction with the filing of a

Request for Continued Examination.

RECEIVED

JUL 2 0 2004

TECHNOLOGY CENTER 3700

1

PLA00137783

PX248B.1

**SPECIAL NOTICE**

<mark>Applicants are in the time-consuming process of reviewing documents, including affidavits, declarations, depositions and the like that are the result of litigation between Shuffle Master, Inc. and third parties.</mark> <mark>This review is being performed by corporate counsel and IP counsel for Shuffle Master, Inc. as well as outside litigation counsel and outside IP prosecution counsel.</mark> There are myriad issues that must be considered in these documents to be presented within the next 45 days, such as whether or not material described in the documents (the majority of which were produced during litigation) are actually "prior art," either with respect to time or with respect to being publicly available. Counsel are attempting to determine the way most in compliance with the Duty of Candor under 37 C.F.R. 1.56 and 1.97 and 1.98 that will get this information before the US Patent and Trademark Office in a way that will satisfy the spirity and intent of these Codes.

For example, the Roblejo reference has been provided to the US PTO in the second page of the 1449 submitted by Applicants and their counsel. In litigation, it was asserted that there were also prototypes of that batch shuffling apparatus with different features that were shown at various times. Some of these times could have been earlier then the priority date for this application and other times would not have been earlier then the priority date. In addition, there is substantial question as to the content and structure and performance of these prototypes that are described by deposition or declaration or affidavit evidence only.

It is therefore respectfully requested that the Examiner await delivery of the additional art that is being prepared. It is to be noted that, at a minimum, all claims in the present application are believed to clearly differentiate themselves from even the most aggressive interpretation of this complex information on Roblejo by, at least, the recitation of continuous shuffling or its equivalent such as:

> "a second card mover that moves cards from the card-receiving compartments into a card receiving area to form a second group of cards in the card receiving area, wherein the second group of cards has fewer cards than an initial group of cards placed in the card staging area when the card handler stops moving cards from the card-receiving compartments to the card receiving area;"

This type of language was added to claims that did not literally recite continuous shuffling (as compared to the batch shuffling of Roblejo).

12