# Exhibit 3

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, California 94104

Benjamin R. Ostapuk
To Call Writer Directly:
415 439-1406
bostapuk@kirkland.com

(415) 439-1400

www.kirkland.com

Facsimile:
(415) 439-1500

May 1, 2007

<mark>BY HAND DELIVERY</mark>

<mark>Kimball R. Anderson</mark>
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

Re:    Shuffle Master v. VendingData
Case No. CV-S-04-1373-BES (LRL)

Dear Kimball:

Enclosed is Shuffle Master's updated production in response to VendingData's First Set of Requests for Production in the above matter, <mark>labeled SHF 03174 through SHF 03951.</mark> While we have repeatedly tried to arrange a mutual exchange of updated productions in response to the parties' first sets of requests for production, you have completely refused to cooperate with this process. Accordingly, Shuffle Master makes its production and awaits VendingData's complete updated responses to Shuffle Master's First Set of Requests for Production of Documents and Things. You have also refused to respond to our request for a date to exchange privilege logs in this matter. Please let me know when VendingData will be prepared to make this exchange.

As you know, VendingData's conduct in refusing to provide its updated production and privilege log is extremely prejudicial to Shuffle Master, especially in light of your premature Motion for Summary Judgment filed Friday, April 27, 2007, your April 26, 2007 demand that we take Ken Dickinson's deposition on May 4, 2007, and your limited production this afternoon of additional technical documents. Given that Shuffle Master's opposition to your summary judgment motion is currently due on May 14, 2007, Shuffle Master requests that you agree to stay the briefing schedule on your motion until Shuffle Master has had a sufficient opportunity to conduct fact discovery in this case, including receiving and having a meaningful opportunity to review VendingData's updated production and privilege log, and taking appropriate technical depositions. As I informed West Allen on April 24, if VendingData does not agree to stay the briefing schedule until such discovery is complete, Shuffle Master will move the Court to stay the summary judgment briefing pursuant to Fed. R. Civ. P. 56(f). Please let me know your position no later than the close of business Wednesday, May 2, 2007.

Chicago      Hong Kong      London      Los Angeles      Munich      New York      Washington, D.C.

KEHC 00001411

KIRKLAND & ELLIS LLP

Kimball R. Anderson
May 1, 2007
Page 2

Sincerely,

Benjamin R. Ostapuk    /FC

Enclosures

KEHC 00001412



KEHC 00055357



KEHC 00055358



KEHC 00055359