# Exhibit 5

LAWRENCE LUCIANO - 8/10/2006

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

MP GAMES LLC; ALLIANCE GAMING )
CORP.; BALLY GAMING, INC., )
)
          Plaintiffs, )Case No. C05-1017TSZ
)
  vs. )
)
SHUFFLE MASTER, INC., )
)
          Defendant. )
_____)

DEPOSITION UNDER PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF LAWRENCE LUCIANO

LAS VEGAS, NEVADA

AUGUST 10, 2006

REPORTED BY: HOLLY J. PIKE, CCR NO. 680, RPR, CSR
            LS&T JOB NO. 1-64415

CONFIDENTIAL          SHFL_006608

CONFIDENTIAL          WS_0006608