# Exhibit 6

ROBERT LUCIANO, JR. - 6/14/2006

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON


MP GAMES LLC; ALLIANCE GAMING     )
CORP.; BALLY GAMING, INC.,        )
                                  )
            Plaintiffs,           )Case No. C05-1017TSZ
                                  )
     vs.                          )
                                  )
SHUFFLE MASTER, INC.,             )
                                  )
            Defendant.            )
_____)



DEPOSITION UNDER PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF ROBERT LUCIANO, JR.

LAS VEGAS, NEVADA

JUNE 14, 2006




REPORTED BY:  HOLLY J. PIKE, CCR NO. 680, RPR, CSR
              LS&T JOB NO. 1-60304


LITIGATION SERVICES & TECHNOLOGIES - 800-330-1112

CONFIDENTIAL          SHFL_006572

CONFIDENTIAL                              WS_0006572