# Exhibit 7

PX97A.1



PX97A.3



### ACS VIDEOTAPE "SCRIPT"

This is the Luciano Packaging Technologies Automatic Card Shuffling Machine or, more briefly, the ACS unit.

It is an automatic, computer integrated unit that is capable of being used with any table card game with up to 6 decks of cards.

In the format you are presently looking at, the prototype ACS unit is set up as an integral part of a standard "Blackjack" or "21" table, however, this ACS unit is capable for use with card game. We will be happy to discuss the additional capabilities to suit your individual requirements at a later date.

Jeff, our design engineer, who is not a professional dealer, is demonstrating the ease of use and the speed of dealing that can be attained by using the ACS unit. This demonstration shows how easily and quickly even an average person can deal from the ACS unit. At present, Jeff is dealing one full deck of cards at a time, at a speed that an experienced dealer could attain of 120 cards per minute or (that is two cards/second). It is possible however, with the ACS unit to deal more than one full deck of cards at a time depending on requirements and the game to be played.

Once the particular game is concluded, the cards are simply stacked and placed into a bin on Jeff's right and returned for re-shuffling to the ACS unit. The cards can also be reshuffled simultaneously while the dealer is dealing.

In actual operation, the normal chip tray would be placed on the table between the dealing shoe and the return card bin.

This section shown here are examples of the ACS Units completely removed from the tables.

The central component in the unit is the black circular drum in the center. This is the card filing system. It contains 312 separate, individually identified slots (6 decks). Each card, in each deck is given an individual dedicated address in the drum.

To the right there is a bar code reading scanner at the entrance to the ACS unit where the cards are fed in and a second bar code scanner at the exit of the unit where the cards are dealt from the shoe.

Utilizing these bar codes and scanners it is possible to track every cards' whereabouts, whether in or out of the ACS unit.

PLA00113418

PX109L.1

Page 2

The circular drum units are driven by a stepping motor which is a digital device that is responsive to computer control; hence, enabling the ability for programmed motion patterns (i.e. response to a random number generator).

==The ACS units are designed to be light weight and to fit in the standard "21" table.== Other gaming tables can also be adapted for this unit.

The ACS unit is designed for a correct ergonomics interface with the dealer, that includes the angle of approach for the dealing shoe and the angled mounting in the table for knee room.

Here we have a close up view of the actual cards used in the ACS unit. As you can see, these cards are printed on both edges with a bar code. This bar code identifies each card individually and as we mentioned before, as the cards are inserted into the ACS unit they are read and placed in the ACS units memory.

There is also a second bar code scanner at the dealing shoe. Again the cards are read and the actual cards placed in the ACS unit memory. Until all cards are reloaded and reshuffled in the ACS unit, a new game cannot begin unless the machine has verified that all the cards are there and they are in fact the right cards.

Depending upon game requirements, it is possible to modify these controls to suit the particular game application.

Although these cards have the look and feel of regular playing cards, they are in fact special plastic laminated cards that have been developed to offer the possibility of use for many days without the need for replacement. These specially designed cards also allow the ACS unit to operate at peak efficiency. Downtime for shuffling and introduction of new card decks will be virtually eliminated through the use of these new cards, since the plastic cards have extreme long life.

Finally, I would just like to recap the main features of the Luciano Packaging Technologies Automatic Card Shuffling Machine or ACS unit. The ACS unit is an automatic computer integrated unit that is capable of being used with any table card game, with up to six (6) decks of cards. ==The ACS unit is designed to be installed in a standard play table==, which allows the dealer to simulate the normal dealing action from the shoe. Although the ACS shuffling unit is normally hidden from view, it is possible to place a plexiglass front on the table, allowing the players to see the unit in operation. The specially designed bar coded plastic cards make it possible for the computer to

PLA00113419

Page 3

verify every card that enters into or is dealt from the ACS unit. The computer always knows where each card is, on the table or at its address in the ACS file. With an experienced dealer, it is possible to deal and return cards to the ACS unit at a rate of 120 cards per minute, or 2 cards per second. The verification system in the ACS unit means that cards can always accounted for by the computer, and card counting in this case is completely eliminated.

It is also possible, however, in the ACS unit to simultaneously shuffle and deal cards.

Although the ACS unit can be used as a stand-alone machine it is designed specifically for progressive gaming applications and contains many built-in security features for this purpose.

Because of the ACS computer compatibility it can be operated through any random number generator type of control;  hence, any "playing odds" value can be reliably input into the unit.  In this respect it is exactly comparable to an ordinary slot machine in its ability to allow for any preset odds level.

Should any further information on the ACS unit be required, or should you wish to discuss a specific application for your Casino, and see a further demonstration of this unit, please do not hesitate to contact our offices in Somerville, New Jersey.  We can be reached at (908) 722-3222.

Thank you for giving Luciano Packaging Technologies the opportunity to demonstrate to you the Automatic Card Shuffling Machine.


VIDSCRPT.wpf

PLA00113420

PX109L.3