# Exhibit 10

## HALVARD SOLBERG, JR.

Volume: I
Pages: 1-230
Exhibits: 1-25
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
Case No. CV-N-03-0244-ECR-(RAM)
(Consolidated Lead Case Number)
----------------------------------X
CARD, LLC, a Nevada company,                    )
    Plaintiff-Counterdefendant,    )
v.                          )
SHUFFLE MASTER, INC., a Minnesota        )
corporation,                     )
    Defendant-Counterclaimant.    )
----------------------------------X
* CAPTION CONTINUED ON NEXT PAGE    )
----------------------------------x
VIDEOTAPED DEPOSITION OF HALVARD H. SOLBERG, JR.
Wednesday, February 4, 2004
9:44 a.m.
Hilton Dedham Place
25 Allied Drive
Dedham, Massachusetts
Reporter: Justina M. deFaria, RMR/CRR

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
Case No. CV-N-03-0244-ECR-(RAM)
(Consolidated Lead Case Number)
----------------------------------X
CARD, LLC, a Nevada company,                    )
    Plaintiff-Counterdefendant,    )
v.                          )
SHUFFLE MASTER, INC., a Minnesota        )
corporation,                     )
    Defendant-Counterclaimant.    )
----------------------------------X
SHUFFLE MASTER, INC., a Minnesota        )
corporation,                     )
    Plaintiff-Counterdefendant,    )
v.                          )
CARD AUSTRIA FORSCHUNGS UND            )
ENTWICKLUNGS, GmbH, d/b/a CARD        )
CASINO AUSTRIA RESEARCH &            )
DEVELOPMENT, GmbH; d/b/a CARD; and        )
d/b/a CARD AUSTRIA, an Austrian        )
Corporation,                     )
    Defendant-Counterplaintiff.    )
----------------------------------X

Page 2

APPEARANCES:

SIDLEY AUSTIN BROWN & WOOD LLP
By Robert B. Morrill, Esq.
555 California Street
San Francisco, California  94104-1715
(415) 772-1200
On behalf of Card and Card Austria

PATENT LAW GROUP LLP
By Brian D. Ogonowsky, Esq.
2635 North First Street, Suite 223
San Jose, California  95134
(408) 382-0480, ext. 202
On behalf of Card and Card Austria

KIRKLAND & ELLIS LLP
By Eric R. Lamison, Esq.
  David S. Olson, Esq.
333 Bush Street
San Francisco, California  94104-2878
(415) 439-1496
On behalf of Shuffle Master, Inc.

Page 3

Also Present:  Jody Urbati, Videographer
Stuart B. Soffer, IPriori, Inc.
Jerry Smith, Esq., Shuffle Master

Page 4

1 (Pages 1 to 4)

         

PLA00114840

# HALVARD SOLBERG, JR.

Machine Design Associates, Inc.?

A. I do.

Q. How long have you had that company?

A. Since 1995.

Q. Is that company the vehicle through which you did the work you testified today --

A. Yes.

Q. -- about for Casino Concepts?

A. Yes.

MR. LAMISON: I'm sorry, if I can just -- I have to get my objection in, which is leading.

A. Yes.

Q. I'm sorry. I tend to trail off in my questions, so if you can bear with me --

A. I will try, yes.

Q. -- I'll try and get them out a little quicker. Are you the sole owner of Machine Design Associates?

A. Yes.

Q. When you first became involved in 1996 with Casino Concepts, was there a prototype card shuffler already in existence?

A. Yes.

MR. LAMISON: Objection, leading.

Page 165

A. Yes, there was.

Q. Can you identify that prototype?

A. It's --

MR. LAMISON: I'm going to object that it's leading. It's vague and ambiguous.

BY MR. MORRILL:

Q. Okay.

A. It's this machine right here.

MR. MORRILL: Madam Reporter, I would like you to mark that machine as the next exhibit in order.

(Solberg Exhibit No. 16 - Previously Existing Prototype Card Shuffler - was marked for identification and was retained by Mr. Morrill.)

BY MR. MORRILL:

Q. And you've testified that you had involvement in designing and building a second prototype which has been referred to at times as the production prototype. Is that machine in the room here today?

A. Yes, it is.

Q. And will you identify it for us?

A. It's this machine.

MR. MORRILL: And will you, Madam

Page 166

Reporter, will you put an exhibit sticker on the machine that Mr. Solberg just identified?

(Solberg Exhibit No. 17 - Production Prototype Machine - was marked for identification and was retained by Mr. Morrill.)

BY MR. MORRILL:

Q. Is the first prototype, Exhibit 16 -- can you tell us how it differs, if at all, today from the time you first saw it back in 1996?

A. Today, as it sits here, it's missing its housing or case or whatever you want to call the box that it was produced in that included the power supplies, power distributions, the computer; and most of the electronics that run it were in the lower portion of the box. When I first saw it, it was set up in such a way that the only part that was visible initially was this very top plate. So there was like a -- a hole cut in the table, and this thing was sitting sticking out. So you couldn't really -- there was no clue whether it was the size of, you know, this table or little.

Q. Okay. Did you actually see it run back in 1996?

Page 167

A. Yes, there was.

MR. LAMISON: I object that that was asked and answered earlier today.

A. I did.

MR. MORRILL: You mean during your questions, Mr. Lamison?

MR. LAMISON: That's correct.

MR. MORRILL: Is that an objection to my question?

BY MR. MORRILL:

Q. What did you observe in seeing it run? Did it shuffle cards successfully? Did it have problems?

MR. LAMISON: Objection.

BY MR. MORRILL:

Q. Can you tell us what you saw?

MR. LAMISON: Objection, leading. It's been asked and answered.

A. What I saw was a very careful demonstration that included signing the non-disclosure agreements, and the meeting was started as a very cautious meeting to gauge interest and whatnot with all the parties who were present; and as that progressed and more comfort was gained, I was allowed to not only see the machine run, but also some brief looks

Page 168

42 (Pages 165 to 168)

          

PLA00114881