# Exhibit 11



PX96A.4





PX96A.6



PX96A.7



PX96A.8

