# Exhibit 16

Michael D. Hoy (Nevada Bar No. 2723)
BIBLE, HOY & TRACHOK
201 West Liberty Street, Third Floor
Reno, Nevada 89501-2027
Telephone: (775) 786-8000
Facsimile: (775) 786-7426

Robert B. Morrill (Nevada Bar No. 2078)
Theodore W. Chandler (admitted *pro hac vice*)
Peter G. Mikhail (admitted *pro hac vice*)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street
San Francisco, California 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 397-4621

*Attorneys for CARD, LLC and CARD-Austria*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARD, LLC, a Nevada company,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>vs.<br><br>SHUFFLE MASTER, INC., a Minnesota corporation,<br><br>　　　　Defendant and Counterplaintiff. | No. CV-N-03-0244-ECR-(RAM)<br><br>**CARD, LLC'S SECOND SET OF INTERROGATORIES TO SHUFFLE MASTER, INC.**<br><br>**Fed. R. Civ. P. 26, 33** |
| SHUFFLE MASTER, INC., a Minnesota corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>vs.<br><br>CASINOS AUSTRIA RESEARCH AND DEVELOPMENT, an Austrian corporation,<br><br>　　　　Defendant and Counterplaintiff. | |

-1-
CARD, LLC'S SECOND SET OF INTERROGATORIES — No. CV-N-03-0244-ECR-(RAM)

SGC 0000013226

PX776.6

**INTERROGATORY NO. 15:**

Describe in detail all facts showing, and identify all DOCUMENTS CONCERNING, who from Shuffle Master attended the 97 World Gaming Expo, who saw the "Sure-Shuffler" at the Casino Concepts booth, who took a sales brochure for the "Sure-Shuffler," who drafted the report titled "97 World Gaming Expo: Report on Shuffler Competition," and who read that report.

**INTERROGATORY NO. 16:**

For each of the PATENTS-IN-SUIT, describe in detail all facts showing, and identify all DOCUMENTS CONCERNING, who from Shuffle Master was substantively involved in the preparation or prosecution of the patent application.

Dated: February 6, 2004                          SIDLEY AUSTIN BROWN & WOOD LLP


By: _Theodore Whitley Chandler_
    Michael D. Hoy
    BIBLE, HOY & TRACHOK

    Robert B. Morrill
    Theodore W. Chandler
    Peter G. Mikhail
    SIDLEY AUSTIN BROWN & WOOD LLP

    *Attorneys for*
    *CARD, LLC and CARD-Austria*

-6-
CARD, LLC'S SECOND SET OF INTERROGATORIES — No. CV-N-03-0244-ECR-(RAM)

F1 1386414_4.doc

SGC 0000013231