# Exhibit 17

PX90.2

Date: Oct. 27, 1997

To:    Dr. C. Roblejo

From: S. Gola

Subject:    International Gaming Show
            Las Vegas, Nev.

The gaming show was attended by, N. Cahan, J. Cuzzo, K. xxxxx, D. Russo, C. Roblejo, H. Solberg and myself.  The show is what it is billed as a truly International Gaming Show, we spoke with people from Laos, South Africa, Malasia, Russia, Poland, not to mention the many jurisdictions from this country.  Of particular note were;

   Shufflemaster, during the entire show people from shufflemaster looked at our equipment.  We spoke with their original designer, a VP of Finance, and a number of other people some of which did not have their badges on but admitted to being from Shufflemaster.

Hilton Hotels, Mr. Russo, called some of his contacts prior to the show, this was one of them.  After a quick demo and discussion, we requested that the Hilton people be our host facility for the purpose of getting us thru the gaming license and regulation changes.  They had no opposition to this.

Commerce Casino, Mr. Minaly and Mr. xxxxx stopped by, Mr. Minaly said that he was awaiting the machines for trial, and expected a call from us to set this up.  Norm spoke with the VP you will have to get his comments on that end of the conversation.

Hollywood Park Casino, this is a competitor to Commerce.  Mr. xxx is the casino manager, as well as last years president of the Calif. Card Room Assoc., He had a keen interest in the machines and wants us to demo the equipment in his facility at the same time we are in Commerce.  He made sure that his chief of security saw the unit and after a demo he too was impressed.  The key to this account is that aside from Hollywood Park, the own Crystal Park Casino which is another card room just south of Los Angeles,  but they also own a series of casinos in Nevada called Boomtown.  One is located in Reno the other in Las Vegas.  He also mentioned something about a property or boat in Louisiana.  All in all a very good contact.

At the show we received xxxxx leads, we set the machine up for two decks and demonstrated the readability and the way it could break up a clump.  The clump breaking demo was the most effective

PLA00105635

when completing that aspect of the demo, and asking what that was
worth the common answer was invaluable and call me when you get
back.   A few comments were made relative to its size, not too
much was said about price.   The price issue became a mute point
once we got past the clump breakup.

PLA00105636