# Exhibit 19

**MD2**® | Multi-deck Batch Shuffler



## ShuffleMaster
INCORPORATED





**CUTTING EDGE TECHNOLOGY**

Leading the way in shuffler technology, the MD2® batch shuffler's patented platform and gripper system counts the cards and shuffles them quietly. Additionally, when equipped with the optional card recognition system, it has the ability to read and verify every card being shuffled, and its optional stand-alone workstation provides you with detailed reports revealing the composition of the decks.

**MD2®** | Multi-deck Batch Shuffler

## CUTTING EDGE TECHNOLOGY

Leading the way in shuffler technology, the MD2 batch shuffler's patented platform and gripper system counts the cards and shuffles them quietly. When equipped with an optional card recognition system, it has the ability to read and verify every card being shuffled, and its optional stand-alone workstation provides you with detailed reports revealing the composition of the decks.

## FEATURES

- Shuffles 2 - 8 decks quietly while dramatically reducing card wear
- Accurately counts the cards and delivers an untrackable shuffle
- Ergonomically correct for dealer comfort
- Mounts flush to the table
- Easy to read message display
- Separate load and unload chambers ensure secure card transfer

## OPTIONAL CARD RECOGNITION

- Verifies the accuracy of the deck every shuffle
- Easy to read message display alerts dealer of missing or added cards, increasing the security of multi-deck games

## OPTIONAL MD2 WORKSTATION

The stand-alone MD2 workstation checks each deck and generates reports identifying:

- Number of decks verified
- If cards are missing or if extra cards are present
- Time and date of each verification
- Game type, table and pit location



## PATENTS

This shuffler is protected by the following: U.S. Patents 6,068,258, 6,139,014, 6,325,373, 6,651,981, 6,651,982 and 7,036,818; with additional patents pending.

## MD2 SPECIFICATIONS

| | |
|---|---|
| POWER REQUIREMENTS: | 100 - 240 VAC, 50-60 Hz, 0.5 ampere |
| DIMENSIONS: | 8" x 11.75" x 18.5" (20.3 cm x 29.8 cm x 47 cm) |
| WEIGHT: | 28 lbs. (12.7 kg) |



**Shuffle Master, Inc.**
1106 Palms Airport Drive
Las Vegas, NV 89119
United States of America
+1 702 897 7150

**CARD,**
**A Shuffle Master Intl. Co.**
Wipplingerstrasse 25
1010 Vienna, Austria
+43 1 25 35 500 100

**CARD Australasia**
Rua De Pequim, No. 224-246
Macau Finance Centre 10L
Macau
+853 700 381

**Stargames Limited,**
**A Shuffle Master Intl. Co.**
1 Sheridan Close, Milperra,
NSW 2214, Australia
+61 2 9773 0299

**CARD New Zealand**
P.O. Box 33721, Takapuna
Auckland
New Zealand
+64 9476 4166

shufflemaster.com