Case: 1:15-cv-03702 Document #: 244-20 Filed: 06/05/18 Page 1 of 2 PageID #:16248

# Exhibit 20

Case: 1:15-cv-03702 Document #: 244-20 Filed: 06/05/18 Page 2 of 2 PageID #:16249

