# Exhibit 21

PX487.1

The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

MP GAMES LLC; ALLIANCE GAMING )
CORP.; BALLY GAMING, INC., )
                                      ) No. C05-1017TSZ
                Plaintiffs, )
                                      ) **AMENDED NOTICE OF PRIOR ART**
     v.                             ) **REFERENCES**
                                      )
SHUFFLE MASTER, INC., )
                                      )
               Defendant. )
_____ )

In accordance with the Court's instructions during the Status Conference of March 22, 2006, and the Revised Joint Status Report and Discovery Plan, Defendant Shuffle Master hereby submits the following Amended Notice of Prior Art References:

The card shuffling/verification systems (including any prototypes, documentation, drawings, components or other evidence related thereto) discussed during the June 14, 2006 deposition of Robert Luciano, Jr., including the Luciano shuffler/verification system, the prototype of which Defendant Shuffle Master recently became aware was not only in existence, but also, apparently, is in the possession of the Plaintiffs themselves.

SHUFFLE MASTER'S NOTICE
OF PRIOR ART REFERENCES
(Shuffle Master, Inc.) (C05-1017TSZ)                 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

PLA00013514

PX487.2

Defendant Shuffle Master incorporates herein its June 12, 2006 Notice of Prior Art References in its entirety.

Dated: June 15, 2006                    BYRNES & KELLER LLP

/s/ Keith D. Petrak
_____

Bradley S. Keller, WSBA #10665
Keith D. Petrak, WSBA #19159
BYRNES & KELLER LLP
38th Floor
1000 Second Avenue
Seattle, WA 98104
Phone:  (206) 622-2000
Fax:  (206) 622-2522

*Of counsel*:

Robert G. Krupka, P.C.
Barry F. Irwin
Michael P. Bregenzer
G. Courtney Holohan

KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

*Attorneys for Defendant Shuffle Master, Inc.*

SHUFFLE MASTER'S NOTICE
OF PRIOR ART REFERENCES
(Shuffle Master, Inc.) (C05-1017TSZ)        2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

PLA00013515