# Exhibit 23

Anderson, Kimball R.                           November 4, 2016

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHUFFLE TECH INTERNATIONAL, LLC, an)
Illinois limited liability company )
                                    )
        and                         )
                                    )
ACES UP GAMING, INC., a Colorado    )
corporation                         )
                                    )
        and                         )
                                    )
POYDRAS-TALRICK HOLDINGS LLC, a     )
Delaware limited liability company,)
                                    )
            Plaintiffs,             )
                                    )
        v.                          ) Civil Action
                                    ) No. 1:15-cv-3702
SCIENTIFIC GAMES CORPORATION, a     )
Delaware corporation                ) The Honorable
                                    ) Matthew F. Kennelly
        and                         )
                                    )
BALLY TECHNOLOGIES, INC., d/b/a     )
SHFL Entertainment or Shuffle       )
Master, a Nevada corporation,       )
                                    )
        and                         )
                                    )
BALLY GAMING, INC., d/b/a Bally     )
Gaming and Systems, a Nevada        )
corporation                         )
                                    )
            Defendants.             )

VIDEOTAPED DEPOSITION OF KIMBALL R. ANDERSON

Chicago, Illinois

Friday, November 4, 2016

Reported by:
JANICE M. KOCEK, CSR, CLR

Anderson, Kimball R.                                    November 4, 2016

230

THE WITNESS: The answer -- I don't know whether that representation is true or false. So I am not going to affirm or deny -- or deny it.

BY MR. PRESTA:

Q. Okay.

**A. You're just stating things. And I don't know whether they're true or not.**

Q. Okay. That's fine.

So -- and then there's an -- e-mail exchanges between you and her. Let's take a look at Plaintiffs' Exhibit 141.

(Deposition Exhibit PX141 was marked for identification.)

BY MR. PRESTA:

Q. Now, this is a collection of e-mail exchanges between you and Ms. Kerr in connection with this issue regarding the ACS Luciano prototype. And I'll direct you to a few things in it, but I'll let you take a look at it first.

And if we go to --

**A. Yes, I -- I generally remember it now.**

Q. Okay. Do you recall that you produced to Marie Kerr a couple of Luciano deposition transcripts?

Anderson, Kimball R.                    November 4, 2016

231

A.      Yes.  That's what I was remembering --

Q.      Okay.

A.      -- a few minutes ago when I told you that I -- I recall that she requested information. We passed those requests on to the client and the client produced it.

Q.      Okay.

A.      That's what I was remembering.

Q.      All right.  So --

A.      And -- and by the way, you said a couple depositions, but we also produced documents. You can see this from the e-mail too.

Q.      Okay.

A.      We produced documents that were Bates-numbered SHFL006608 through SHFL006652.

Q.      Okay.

A.      And it looks like we produced deposition transcripts.  So when I say "we," the client did.

Q.      Sure.  But you are writing this and you are indicating at the bottom of page 3 that you are producing the deposition transcripts of Larry Luciano and Bob Luciano, right?

A.      Where -- where is that?