# Exhibit 26

US006588750B1

(12) **United States Patent**
Grauzer et al.

(10) Patent No.: **US 6,588,750 B1**
(45) Date of Patent: **Jul. 8, 2003**

(54) **DEVICE AND METHOD FOR FORMING HANDS OF RANDOMLY ARRANGED DECKS OF CARDS**

(75) Inventors: **Attila Grauzer**, Las Vegas, NV (US); **Feraidoon Bourbour**, Minneapolis, MN (US); **James Phillip Helgesen**, Eden Prairie, MN (US); **Troy D. Nelson**, Big Lake, MN (US); **Robert J. Rynda**, Las Vegas, NV (US); **Paul K. Scheper**, Eden Prairie, MN (US); **James Bernard Stasson**, Chanhassen, MN (US); **Ronald R. Swanson**, Watertown, MN (US)

(73) Assignee: **Shuffle Master, Inc.**, Eden Prairie, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/688,597**

(22) Filed: **Oct. 16, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/060,627, filed on Apr. 15, 1998, now Pat. No. 6,149,154.

(51) **Int. Cl.**[7] ............................... **A63F 1/12**; A63F 1/14
(52) **U.S. Cl.** ............................... **273/149 R**; 273/149 P
(58) **Field of Search** ......................... 273/149 R, 149 P

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 793,489 A | 6/1905 | Williams | |
| 2,001,220 A | 5/1935 | Smith | |
| 2,001,918 A | 5/1935 | Nevius | |
| 2,016,030 A | 10/1935 | Woodruff et al. | |
| 2,043,343 A | 6/1936 | Warner | |
| 2,778,644 A | 1/1957 | Stephenson | |
| 2,937,739 A | 5/1960 | Levy | |
| 2,950,005 A | 8/1960 | MacDonald | |

| | | | |
|---|---|---|---|
| 3,312,473 A | 4/1967 | Friedman |
| 3,690,670 A | 9/1972 | Cassady et al. |
| 3,897,954 A | 8/1975 | Erickson et al. |
| 4,232,861 A | 11/1980 | Maul |
| 4,361,393 A | 11/1982 | Noto |
| 4,368,972 A | 1/1983 | Naramore |
| 4,385,827 A | 5/1983 | Naramore |
| 4,497,488 A | 2/1985 | Plevyak et al. |
| 4,513,969 A | 4/1985 | Samsel, Jr. |
| 4,515,367 A | 5/1985 | Howard |
| 4,566,782 A | 1/1986 | Britt et al. |
| 4,586,712 A | 5/1986 | Lorber et al. |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 9840136 | 9/1998 |

OTHER PUBLICATIONS

Encyclopedia of Games by John Scarne, 1973, "Super Contract Bridge", p. 153.

*Primary Examiner*—Benjamin H. Layno
(74) *Attorney, Agent, or Firm*—Mark A. Litman & Assoc. P.A.

(57) **ABSTRACT**

The present invention provides an apparatus and method for moving playing cards from a first group of cards into plural hands of cards, wherein each of the hands contains a random arrangement of the same quantity of cards. The apparatus comprises a card receiver for receiving the first group of cards, a single stack of card-receiving compartments generally adjacent to the card receiver, the stack generally vertically movable, an elevator for moving the stack, a card-moving mechanism between the card receiver and the stack, and a microprocessor that controls the card-moving mechanism and the elevator so that an individual card is moved into an identified compartment. The number of compartments receiving cards and the number of cards moved to each compartment may be selected.

**31 Claims, 18 Drawing Sheets**



PLA00081324

US 6,588,750 B1

**19**

Although a description of preferred embodiments has been presented, various changes including those mentioned above could be made without deviating from the spirit of the present invention. It is desired, therefore, that reference be made to the appended claims rather than to the foregoing description to indicate the scope of the invention.

### APPENDIX A

Switches and Sensors (Inputs)

| Item | Name | Description | |
|---|---|---|---|
| 212 | SCPS | Shoe Card Present Sensor | Omron * EE-SPY 302 |
| 116 | RCPS | Rack Card Present Sensor | Optek * OP598A OP506A |
| | RHS | Rack Home Switch | Microswitch * SS14A |
| | RPS | Rack Position Sensor | Omron * EE-SPZ401Y.01 |
| | UHS | Unloader Home Switch | Microswitch * SS14A |
| | DPS | Door Present Switch | Microswitch * SS14A |
| | PCPS | Platform Card Present Sensor | Omron * EE-SPY401 |
| 170 | CIS | Card In Sensor | Optek * OP506A |
| 176 | COS | Card Out Sensor | Optek * OP598A |
| | GUS | Gate Up Switch | Microswitch * SS14A |
| 44 | GDS | Gate Up Switch | Microswitch SS14-A |
| | SS | Start Switch | EAO * 84-8512.5640 84-1101.0 84-7111.500 |
| 154 | POM | Pick-off Motor | Superior * M041-47103 |
| 166 | SUM | Speed-up Motor | Superior * M041-47103 |
| 80 | RM | Rack Motor | Oriental * C7009-9012K |
| 198 | UM | Unloader Motor | Superior * M041-47103 |
| | FM | Fan Motor | Mechatronics * F6025L24B |
| 143 | GS | Gate Solenoid | Shindengen * F10308H w/return spring |
| | GM | Gate Motor | NMB 14PM-MZ-02 |
| | SSV | Scroll Switch-Vertical | EAO * 18-187.035 18-982.8 18-920.1 |
| | SSH | Scroll Switch-Horizontal | EAO * 18-187.035 18-982.8 18-920.1 |
| | AL | Alarm Light | Dialight * 557-1505-203 |

| | | |
|---|---|---|
| Display | Noritake * CU20025ECPB - UIJ |
| Power Supply | Shindengen * ZB241R8 |
| Linear Guide | THK * RSR12ZMUU + 145M |
| Comm. Port | Digi * HR021 - ND |
| Power Switch | Digi * SW 323 - ND |
| Power Entry | Bergquist * LT - 101 - 3P |

### APPENDIX B

Homing/Power-up

i. Unloader Home     UHS Made
Return unloader to home position. If it times out (jams), turn the alarm light on/off. Display "UNLOADER NOT HOME" "UHS FAULT".

ii. Door Present     DPS Made
Check door present switch (DPS). If it's not made, display "Door Open" "DPS Fault" and turn the alarm light on/off.

iii. Card Out Sensor (COS) Clear     COS Made
If card out sensor is blocked:
A. Check if Rack Card Present Sensor (RCPS) is blocked. If it is, drive card back (reverse both Pick-off Motor (POM) and Speed-up Motor (SUM)) until COS is clear. Keep the card in the pinch. Align rack and load card into one of the shelves. Then go through the rack empty sequence (3 below).
B. If Rack Card Present Sensor (RCPS) is clear, drive card back towards the input shoe. Turn both the Speed Up Motor (SUM) and the Pick Off Motor on (reverse) until Card Out Sensor is clear plus time delay to drive the card out of the pinch.

iv. Gate Up     GUS Made
Move rack up until the rack position sensor sees the top rack (RPS on). Gate up switch

**20**

### APPENDIX B-continued

Homing/Power-up

should be made (GUS). If not, display "GATE NOT UP" "GUS FAULT" and turn the alarm light on/off.

v. Rack Empty and Home     RCPS Made
Check Rack Card Present Sensor (RCPS).     RHS Made
If blocked, see emptying the racks. Return back home when done.
INTERLOCK: Do not move rack if card out sensor is blocked (see 2 to clear) or when door is not present.
Emptying the racks: Go through the card unload sequence. Move rack down to home position.
Energize solenoid. Move rack through the unload positions and unload all the cards.

vi. Input Shoe Empty     SCPS Clear
If Shoe/Card Present Sensor (SCPS) is blocked, display "remove card from shoe" or "SCPS fault" and turn the alarm light on/off.

vii. Platform Empty     PCPS Clear
If Platform Card Present Sensor (PCPS) is blocked, display "remove card from platform" or "PCPS Fault" and turn alarm light on/off.

viii. Card in Sensor (CIS) Clear.     CIS Made
If Card In Sensor (CIS) is blocked, display "remove card from shoe" or "CIS fault" and turn the alarm light on/off.

Start Position

| | |
|---|---|
| Unloader Home | UHS Made |
| Rack Home | RHS Made |
| Rack Empty | RCPS Made |
| Door In Place | DPS Made |
| Card In Sensor Clear | CIS Made |
| Card Out Sensor Clear | COS Made |
| Gate Up | GUS Made |
| Platform Empty | PCPS Clear |
| Input Shoe Empty | SCPS Clear |
| Start Button Light On | |

### APPENDIX C

Recovery Routine

Problem:     Card Jam-COS blocked too long.
Recovery:     1. Stop rack movement.
2. Reverse both pick-off and speed-up motors until "COS" is unblocked. Stop motors.
3. If "COS" is unblocked, move rack home and back to the rack where the cards should be inserted.
4. Try again with a lower insertion point (higher rack) and slower insertion speed. If card goes in, continue insertion. If card jams, repeat with the preset positions, auto adjust to the new position. If jams become too frequent, display "check cards", replace cards. If it doesn't, repeat 1 and 2.
5. If "COS" is unblocked, move rack up to the top position and display "Card Jam" and turn alarm light on/off.
6. If "COS" is not unblocked after 2 or 4, display "card jam" and turn . . . (do not move rack to up position).

Problem:     Unloader jams on the way out.
Recovery:     Move unloader back home. Reposition rack with a small offset up or down and try again, lower speed if necessary. If unloader jams, keep repeating at the preset location, set a new value based on the offset which works (auto adjust).

What is claimed is:

1. An apparatus for handling cards comprising:
a shuffling chamber having a plurality of card-receiving compartments,
each card-receiving compartment is in a fixed relationship to adjacent card-receiving compartments,

US 6,588,750 B1

21

each compartment is able to receive more than one card within an opening of the card-receiving compartment,

a card moving mechanism is positioned for moving at least one card at a time into a card-receiving compartment,

a mechanism that moves the card moving mechanism and the shuffling chamber relative to each other so that cards moved by the card moving mechanism are aligned for delivery into a card receiving compartment, and

a microprocessor for controlling card movement;

wherein a separator is between each adjacent card-receiving compartment, and there is an acute edge of the separator that a card moved into card-receiving compartments contacts on a deflecting surface before that card is fully inserted into a card-receiving compartment.

2. The apparatus of claim 1 wherein the card moving mechanism moves only one card at a time into a card-receiving compartment.

3. The apparatus of claim 2 wherein all cards received within the card-receiving compartments are associated into a shuffled deck.

4. The apparatus of claim 2 wherein the separator has two card contacting surfaces on the acute edge, an upward deflecting surface and a downward deflecting surface.

5. The apparatus of claim 4 wherein a card being moved into a card-receiving compartment may contact either the upward deflecting surface or a downward deflecting surface of the acute edge of the separator.

6. The apparatus of claim 5 wherein the microprocessor controls positioning of cards being inserted into card-receiving surfaces so that a card will strike only one of the upward deflecting surface and the downward deflecting surface of the acute edge of the separator.

7. The apparatus of claim 6 wherein the card moving mechanism is movable with respect to a stationary rack of card-receiving compartments.

8. The apparatus of claim 2 wherein both the card moving mechanism and the plurality of card-receiving compartments are movable in a vertical direction.

9. The apparatus of claim 2 wherein the plurality of card-receiving compartments is movable.

10. The apparatus of claim 1 wherein each card-receiving compartment comprises a set of cards selected from the group consisting of players' hands, dealer's hands, discards, and excess cards.

11. The apparatus of claim 3 wherein both the card moving mechanism and the plurality of card-receiving compartments are movable in a vertical direction.

12. The apparatus of claim 3 wherein the plurality of card-receiving compartments is movable.

13. The apparatus of claim 1 wherein all cards received within the card-receiving compartments are associated into a shuffled deck.

14. The apparatus of claim 1 wherein the separator has two card contacting surfaces, one on a first face of the acute edge and the other on another face of the acute edge, an upward deflecting surface and a downward deflecting surface.

15. The apparatus of claim 14 wherein a card being moved into a card-receiving compartment may contact either the upward deflecting surface or a downward deflecting surface of the acute edge of the separator.

16. The apparatus of claim 15 wherein the microprocessor controls positioning of cards being inserted into card-receiving surfaces so that a card will strike only one of the

22

upward deflecting surface and the downward deflecting surface of the separator.

17. The apparatus of claim 16 wherein the card moving mechanism is movable with respect to a stationary rack of card-receiving compartments.

18. The apparatus of claim 1 wherein the card moving mechanism comprises at least one roller and the at least one roller is movable with respect to a stationary rack of card-receiving compartments.

19. The apparatus of claim 1 wherein both the card moving mechanism and the plurality of card-receiving compartments are movable in a vertical direction.

20. The apparatus of claim 1 wherein the plurality of card-receiving compartments is movable.

21. An apparatus for handling cards comprising:

a shuffling chamber having a plurality of card-receiving compartments,

each card-receiving compartment is in a fixed relationship to adjacent card-receiving compartments,

each compartment is able to receive more than one card within an opening of the card-receiving compartment,

a card moving mechanism is positioned for moving at least one card at a time into a card-receiving compartment,

a mechanism that moves the card moving mechanism and the shuffling chamber relative to each other so that cards moved by the card moving mechanism are aligned for delivery into a card receiving compartment, and

a microprocessor for controlling card movement

wherein a separator is between each adjacent card-receiving compartment, and there is an edge of the separator that a card moved into card-receiving compartments contacts before that card is fully inserted into a card-receiving compartment and wherein separators are able to alter the card's angle relative to a direction of card movement when cards are inserted into card-receiving compartments.

22. An apparatus for handling cards comprising:

a shuffling chamber having a plurality of card-receiving compartments,

each card-receiving compartment is in a fixed relationship to adjacent card-receiving compartments,

each compartment is able to receive more than one card within an opening of the card-receiving compartment,

a card moving mechanism is positioned for moving at least one card at a time into a card-receiving compartment,

a mechanism that moves the card moving mechanism and the shuffling chamber relative to each other so that cards moved by the card moving mechanism are aligned for delivery into a card receiving compartment, and

a microprocessor for controlling card movement wherein the card moving mechanism moves only one card at a time into a card-receiving compartment wherein a separator is between each adjacent card-receiving compartment, and there is an edge of the separator that a card moved into card-receiving compartments contacts before that card is fully inserted into a card-receiving compartment and wherein separators are able to alter the card's angle relative to a direction of card movement when cards are inserted into card-receiving compartments.