# Exhibit 27

B03 Patent                                                                                    PX228.1



US006655684B2

(12) **United States Patent**                    (10) **Patent No.:**        **US 6,655,684 B2**
Grauzer et al.                                   (45) **Date of Patent:**         ***Dec. 2, 2003**

(54) **DEVICE AND METHOD FOR FORMING AND DELIVERING HANDS FROM RANDOMLY ARRANGED DECKS OF PLAYING CARDS**

(75) Inventors: **Attila Grauzer**, Las Vegas, NV (US); **Feraidoon Bourbour**, Minneapolis, MN (US); **Troy D. Nelson**, Big Lake, MN (US); **Robert J. Rynda**, Las Vegas, NV (US); **Paul K. Scheper**, Eden Prairie, MN (US); **James Bernard Stasson**, Chanhassen, MN (US); **Ronald R. Swanson**, Watertown, MN (US)

(73) Assignee: **Shuffle Master, Inc.**, Eden Prairie, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 128 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/912,879**

(22) Filed: **Jul. 25, 2001**

(65) **Prior Publication Data**

US 2003/0042673 A1 Mar. 6, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/688,597, filed on Oct. 16, 2000, now Pat. No. 6,588,750, which is a continuation-in-part of application No. 09/060,627, filed on Apr. 15, 1998, now Pat. No. 6,149,154.

(51) **Int. Cl.**$^7$ .................................................. **A63F 1/12**

(52) **U.S. Cl.** ................................ **273/149 R**; 273/149 P

(58) **Field of Search** ........................ 273/149 R, 149 P; 463/22

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 793,489 | A | 6/1905 | Williams |
| 2,001,220 | A | 5/1935 | Smith |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 9840136 | 9/1998 |

OTHER PUBLICATIONS

Encyclopedia of Games by John Scarne, 1973, "Super Contract Bridge", p. 153.

*Primary Examiner*—Benjamin H. Layno
(74) *Attorney, Agent, or Firm*—Mark A. Litman & Assoc. P.A.

(57) **ABSTRACT**

The present invention provides an apparatus and method for moving playing cards from a first group of cards into plural hands of cards, wherein each of the hands contains a random arrangement of cards. The apparatus comprises a card receiver for receiving the first group of cards, a single stack of card-receiving compartments generally adjacent to the card receiver, the stack generally vertically movable, an elevator for moving the stack, a card-moving mechanism between the card receiver and the stack, and a microprocessor that controls the card-moving mechanism and the elevator so that an individual card is moved into an identified compartment. The number of compartments receiving cards and the number of cards moved to each compartment may be selected. An apparatus for feeding cards, comprising a surface for supporting a stack of cards, a feed roller with a frictional outer surface, a drive mechanism for causing rotation of the feed roller, a pair of speed-up rollers to advance the cards out of the feed roller, and a clutch mechanism for disengaging the feed roller from the drive mechanism as the card comes into contact with the speed up rollers.

**43 Claims, 18 Drawing Sheets**



US 6,655,684 B2

**25**

arranged deck of cards. Although ten compartments is a preferred number of compartments for shuffling a fifty-two card deck, other numbers of compartments can be used to accomplish random or near random shuffling. If more than one deck is shuffled at a time, more compartments could be added, if needed.

Although a description of preferred embodiments has been presented, various changes including those mentioned above could be made without deviating from the spirit of the present invention. It is desired, therefore, that reference be made to the appended claims rather than to the foregoing description to indicate the scope of the invention.

### APPENDIX A

| Item | Name | Description | |
|------|------|-------------|---|
| | | Switches and Sensors (Inputs) | |
| 212 | SCPS | Shoe Card Present Sensor | Omron * EE-SPY 302 |
| 116 | RCPS | Rack Card Present Sensor | Optek * OP598A OP506A |
| | RHS | Rack Home Switch | Microswitch * SS14A |
| | RPS | Rack Position Sensor | Omron * EE-SPZ401Y.01 |
| | UHS | Unloader Home Switch | Microswitch * SS14A |
| | DPS | Door Present Switch | Microswitch * SS14A |
| | PCPS | Platform Card Present Sensor | Omron * EE-SPY401 |
| 170 | CIS | Card In Sensor | Optek * OP506A |
| 176 | COS | Card Out Sensor | Optek * OP598A |
| | GUS | Gate Up Switch | Microswitch * SS14A |
| 44 | GDS | Gate Up Switch | Microswitch SS14-A |
| | SS | Start Switch | EAO * 84-8512.5640 84-1101.0 84-7111.500 |
| | | Motors, Solenoid and Switches (Outputs) | |
| 154 | POM | Pick-off Motor | Superior * M041-47103 |
| 166 | SUM | Speed-up Motor | Superior * M041-47103 |
| 80 | RM | Rack Motor | Oriental * C7009 - 9012K |
| 198 | UM | Unloader Motor | Superior * M041-47103 |
| | FM | Fan Motor | Mechatronics * F6025L24B |
| 143 | GS | Gate Solenoid | Shindengen * F10308H w/return spring |
| | GM | Gate Motor | NMB 14PM-MZ-02 |
| | SSV | Scroll Switch - Vertical | EAO * 18 - 187.035 18 - 982.8 18 - 920.1 |
| | SSH | Scroll Switch - Horizontal | EAO * 18 - 187.035 18 - 982.8 18 - 920.1 |
| | AL | Alarm Light | Dialight * 557 - 1505 - 203 |

Display Noritake * CU20025ECPB - UIJ
Power Supply Shindengen * ZB241R8
Linear Guide THK * RSR12ZMUU + 145 M
Comm. Port Digi * HR021 - ND
Power Switch Digi * SW 323 - ND
Power Entry Bergquist * LT - 101 - 3P

### APPENDIX B

| Homing/Power-up | | |
|-----------------|---|---|
| i. Unloader Home | | UHS |
| Return unloader to home position. If it times out (jams), turn the alarm light on/off. Display "UNLOADER NOT HOME" "UHS FAULT". | | Made |
| ii. Door Present | | DPS |
| Check door present switch (DPS). If it's not made, display "Door Open", "DPS Fault" and turn the alarm light on/off. | | Made |
| iii. Card Out Sensor (COS) Clear | | COS |
| If card out sensor is blocked: A. Check if Rack Card Present Sensor (RCPS) is blocked. If it is, drive card back (reverse both Pick-off Motor (POM) and Speed-up Motor (SUM)) until COS is clear. Keep the card in the pinch. Align rack and load card into one of the shelves. Then go through the rack empty sequence (3 below). B. If Rack Card Present Sensor (RCPS) is clear, drive card back towards the input shoe. | | Made |

**26**

### APPENDIX B-continued

| | | |
|---|---|---|
| Turn both the Speed Up Motor (SUM) and the Pick Off Motor on (reverse) until Card Out Sensor is clear plus time delay to drive the card out of the pinch. | | |
| iv. Gate Up | | GUS |
| Move rack up until the rack position sensor sees the top rack (RPS on). Gate up switch should be made (GUS). If not, display "GATE NOT UP", "GUS FAULT" and turn the alarm light on/off. | | Made |
| v. Rack Empty and Home | | RCPS |
| Check Rack Card Present Sensor (RCPS). If blocked, see emptying the racks. Return rack home when done. INTERLOCK: Do not move rack if card out sensor is blocked (see 2 to clear) or when door is not present. Emptying the racks: Go through the card unload sequence. Move rack down to home position. Energize solenoid. Move rack through the unload positions and unload all the cards. | | Made<br>RHS<br>Made |
| vi. Input Shoe Empty | | SCPS |
| If Shoe/Card Present Sensor (SCPS) is blocked, display "remove card from shoe" or "SCPS fault" and turn the alarm light on/off. | | Clear |
| vii. Platform Empty | | PCPS |
| If Platform Card Present Sensor (PCPS) is blocked, display "remove card from platform" or "PCPS Fault" and turn alarm light on/off. | | Clear |
| viii. Card in Sensor (CIS) Clear. | | CIS |
| If Card In Sensor (CIS) is blocked, display "remove card from shoe" or "CIS fault" and turn the alarm light on/off. | | Made |

| Start Position | |
|----------------|---|
| Unloader Home | UHS Made |
| Rack Home | RHS Made |
| Rack Empty | RCPS Made |
| Door In Place | DPS Made |
| Card In Sensor Clear | CIS Made |
| Card Out Sensor Clear | COS Made |
| Gate Up | GUS Made |
| Platform Empty | PCPS Clear |
| Input Shoe Empty | SCPS Clear |
| Start Button Light On | |

### APPENDIX C

| Recovery Routine |
|------------------|

Problem:  Card Jam - COS blocked too long.
Recovery: 1.  Stop rack movement.
   2.  Reverse both pick-off and speed-up motors until "COS" is unblocked. Stop motors.
   3.  If "COS" is unblocked, move rack home and back to the rack where the cards should be inserted.
   4.  Try again with a lower insertion point (higher rack) and slower insertion speed. If card goes in, continue insertion. If card jams, repeat with the preset positions, auto adjust to the new position. If jams become too frequent, display "check cards", replace cards. If it does not, repeat 1 and 2.
   5.  If "COS" is unblocked, move rack up to the top position and display "Card Jam" and turn alarm light on/off.
   6.  If "COS" is not unblocked after 2 or 4, display "card jam" and turn . . . (do not move rack to up position).
Problem:  Unloader jams on the way out.
Recovery:  Move unloader back home. Reposition rack with a small offset up or down and try again, lower speed if necessary.
   If unloader jams, keep repeating at the preset location, set a new value based on the offset that works (auto adjust).

What is claimed is:
1. An apparatus for handling cards comprising:
a card loading area for receiving a group of cards to be arranged into a plurality of randomized sets of cards;
a shuffling chamber having a plurality of card-receiving compartments, wherein each compartment is able to

US 6,655,684 B2

**27**                                                          **28**

receive more than one card within an opening of the card-receiving compartment,

a card moving system comprising two sequential single card moving components positioned for moving at least one card at a time from the card loading area into a card-receiving compartment,

the two sequential card single card moving components comprising a first single card moving component that moves at least a single card from the card loading area towards a second card moving component and the second card moving component receiving the individual card from the first card moving component, and

a microprocessor for controlling card movement; wherein the first single card moving component reduces moving forces against the single card when the second card moving component applies moving forces against the single card.

2. The apparatus of claim 1 wherein the card moving mechanism moves only one card at a time into a card-receiving compartment.

3. The apparatus of claim 2 wherein each card-receiving compartment receives cards comprising a set of cards selected from the group consisting of players' hands, dealer's hands, discards, and excess cards.

4. The apparatus of claim 1 wherein a separator is located between each adjacent card-receiving compartment, and there is an edge of the separator that a card moved into card-receiving compartments contacts before that card is fully inserted into a card-receiving compartment.

5. The apparatus of claim 1 wherein the shuffling chamber having a plurality of card-receiving compartments is moveable in a vertical direction with respect to the two sequential single card moving components.

6. The apparatus of claim 4 wherein the separator has two card contacting surfaces, an upward deflecting surface and a downward deflecting surface.

7. The apparatus of claim 1 wherein the card moving mechanism is stationary with respect to a moveable shuffling chamber comprising a plurality of card-receiving compartments.

8. The apparatus of claim 1 wherein both the card moving mechanism and the plurality of card-receiving compartments are movable.

9. The apparatus of claim 1 wherein the shuffling chamber comprises a configuration selected from the group: a carousel, a vertical mixing stack and a fan shape.

10. The apparatus of claim 1, wherein the first single card moving component comprises a feed roller mounted for rotation on a rotational shaft.

11. The apparatus of claim 10, wherein the rotational shaft is driven by a drive mechanism.

12. The apparatus of claim 11, wherein the feed roller speed is controlled by at least one apparatus selected from the group consisting of: a drive motor, a dynamic clutch mechanism, a slip clutch, release gearing, clutch controller, drive speed controller and a sensor.

13. The apparatus of claim 10, and further comprising a clutch mechanism for disengaging the feed roller from the drive mechanism.

14. The apparatus of claim 12, wherein the clutch mechanism is capable of releasing when a card contacting the feed roller experiences linear acceleration.

15. The apparatus of claim 1, wherein each card-receiving compartment is of the same size.

16. The apparatus of claim 1, wherein not all of the card-receiving compartments are of the same size.

17. The apparatus of claim 1, wherein the second card moving component comprises a pair of speed up rollers, each speed up roller mounted for rotation on a rotational shaft.

18. The apparatus of claim 17, wherein at least one rotational shaft is driven by a motor.

19. The apparatus of claim 17, wherein at least one roller is an idler roller.

20. A method for delivering hands of randomly mixed cards from an apparatus comprising:

providing at least one deck of playing cards;

forming at least one set of cards within the apparatus from the at least one deck of playing cards;

delivering to a delivery tray from the at least one set of cards within the apparatus a first individual set of randomly mixed playing cards for a game;

delivering the first individual set of randomly mixed playing cards from the delivery tray of the apparatus, with all cards in the first individual set delivered at the same time, and then providing a second individual set of randomly mixed playing cards into the delivery tray.

21. The method of claim 20 wherein individual sets of randomly mixed playing cards are delivered to the delivery tray and there is a single delivery tray in the apparatus.

22. The method of claim 21 wherein after at least one individual set of randomly mixed playing cards is manually removed from the delivery tray, another individual set of randomly mixed playing cards is delivered from the apparatus to the delivery tray.

23. The method of claim 21 wherein the total number of cards in sets of randomly mixed playing cards are hands delivered from the apparatus, and the hands comprise a total number of cards that are less than the total of the at least one deck of cards.

24. The method of claim 21 wherein at least one, but less than all individual sets of randomly mixed playing cards are a subset of cards that is delivered to a dealer as a hand.

25. The method of claim 21 wherein each set of randomly mixed playing cards delivered from the apparatus to the tray is then delivered to a position on a gaming table that is distinct from a position where another set of randomly mixed playing cards is delivered.

26. The method of claim 20 wherein all sets of randomly mixed playing cards are delivered to a storage area within the apparatus without removal of previous sets of randomly mixed playing cards from the storage area.

27. A mechanism for feeding cards individually into a card shuffling or hand forming apparatus, comprising:

a surface for supporting a stack of cards;

a feed roller with a frictional outer surface, mounted to a rotational shaft and positioned to feed cards individually from the stack into a pair of speed up rollers;

a drive mechanism that rotates the feed roller;

a clutch mounted to the shaft for disengaging the feed roller from the drive mechanism as an individual card contacts a pair of speed up rollers; and

a pair of speed up rollers for advancing cards into the card shuffling or hand arranging apparatus as the cards are fed, wherein the feed roller is disengageable from the drive mechanism.

28. The mechanism of claim 27, wherein the stack of cards are supported on a first declining surface, the mechanism further comprising a slideable wedge member for sliding engagement with the declining surface and for retaining the stack against the feed roller.

29. The mechanism of claim 27, wherein the clutch is a dynamic clutch mechanism.

30. The mechanism of claim 27, wherein one of the speed-up rollers is driven by a drive mechanism.

31. The mechanism of claim 27 wherein one of the speed-up rollers is an idler roller.

PLA00081466