# Exhibit 30

PX157.1

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | (312) 558-5600 | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 | FACSIMILE (312) 558-5700 | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |
| | www.winston.com | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

KIMBALL R. ANDERSON
(312) 558-5858
kanderson@winston.com

January 25, 2007

Via Fax

Eric Lamison
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104

Re: Shuffle Master's Conduct

Dear Mr. Lamison:

    This will acknowledge receipt of your letter dated January 24, 2007. With all due respect, I do not believe that I misconstrued your prior correspondence or your client's intentions. I believe that I correctly perceived that your client is engaged in patent abuse and other violations of the antitrust laws. VendingData declines to be a willing victim.

Very truly yours,

Kimball R. Anderson

KRA/kjs

cc:  West Allen
     Colby Williams
     Walter Stowe
     Eric Marcotte