# Exhibit 34



# Litigation Summary



**CARD**
**5/6/2003**
**5/13/2004**

VENDINGDATA™ CORPORATION
**10/05/2004**
**2/1/2008**


**MINDPLAY**
INTELLIGENT GAMES
**6/6/2005**
**10/3/2006**


**TAIWAN Fulgent**
**11/17/2009**
**2/23/2010**


**TCS**JOHNHUXLEY
**9/14/2012**
**1/8/2013**

DigiDeal CORPORATION
**10/10/2012**

## Shuffle Master Market Share (%)

| 90 | 90 | 90 | 90 | 90 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 100 | 100 | 100 | 100 |
|----|----|----|----|----|----|----|----|----|----|----|----|-----|-----|-----|-----|
| 2001 | 2002 | 2003 | 2004 | **2005** | 2006 | 2007 | 2008 | 2009 | **2010** | 2011 | 2012 | 2013 | 2014 | **2015** | 2016 |