## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Shuffle Tech International LLC, et al.

                              Plaintiff,

v.                                          Case No.: 1:15−cv−03702
                                            Honorable Matthew F. Kennelly

Scientific Games Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 18, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court rules as follows on defendants' objections to testimony designated from the depositions of Eric Abbott, Russell Dunn, Tyler Kuhn, and Jerome Smith. Abbott deposition: The following objections are overruled: 32:17−22, 99:6−17. The following objections are sustained: 186:22−187:5 (previous motion in limine ruling), 245:16−23 (foundation). Dunn deposition: The following objections are sustained: 166:20−22, 167:6−8 ("sued and then acquired" testimony is not admissible on the basis for which plaintiffs said they were offering evidence regarding other lawsuits). Kuhn deposition: The following objections are overruled: 90:6−12, 90:22−91:2, 105:20−106:5, 266:17−20, 268:11−15, 360:25−361:1. The following objection is sustained: 266:3−5 (foundation). Smith deposition: The following objections are overruled: 97:4−13, 124:6−18, 144:16−145:7, 164:13−165:4, 250:2−6. The following objections are sustained: 138:16−22 (Rul3 403), 165:5−24 (testimony about purchase agreement with CARD is not admissible on the basis for which plaintiffs said they were offering evidence regarding other lawsuits). For its review of defendants' objections, the Court charges defendants 30 minutes of trial time. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.