**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shuffle Tech International, LLC, et al., | |
| Plaintiffs, | Civil Action No. 1:15-cv-3702 |
| v. | Honorable Matthew F. Kennelly |
| Scientific Games Corporation, et al., | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR LIMITING INSTRUCTION
REGARDING ADVICE OF COUNSEL**

Pursuant to this Court's July 31, 2018, request to receive a limiting instruction on advice of counsel, Plaintiffs Shuffle Tech International, LLC, Aces Up Gaming Inc. and Poydras-Talrick Holdings LLC (collectively, "Plaintiffs") move this Court to provide the following limiting instruction, and in support, state as follows:

During a sidebar that took place while Jennifer Farrar was testifying, the Court stated the following:

> But then we have this issue about sort of the implicit advice of counsel thing. That's going to be dealt with by way of some sort of a cautionary limiting jury instruction it's going to be given at some appropriate point in time, which people are going to have to propose to me, that the defendants are relying on and can't rely on the proposition that outside counsel told them to do this. Okay? That's the way were going to deal with it.

Trial Transcript at 1144.

As a result, Plaintiffs propose the following limiting jury instruction as requested by the Court:

You have heard the witness testify about speaking to the witness' [or the witness' employer's] attorney before doing certain things. Defendants are not relying on advice of counsel as a defense in this case, or as a justification for any actions they took. Therefore, you are to consider the witness' actions and intent without regard to the fact that the witness spoke with an attorney, and without regard to whatever the witness may have discussed with the attorney. The witness was free to talk with the attorney, but the witness is responsible for the decisions the witness made, and the actions the witness took.

WHEREFORE, Plaintiffs respectfully requests that the Court provide the foregoing limiting jury instruction regarding advice of counsel.

Dated: July 31, 2018

Respectfully submitted,

By: */s/ Jeffery Cross*
One of Plaintiffs' Attorneys

Robert A. Rowan (*pro hac vice*)
rar@nixonvan.com
Joseph S. Presta (*pro hac vice*)
jsp@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Rd.
Arlington, Virginia 22203
Phone: 703-816-4000
Fax: 703-816-4100

Jeffery Cross (IBN 547980)
jcross@freeborn.com
FREEBORN & PETERS LLP
311 South Wacker Drive, #3000
Chicago, IL 60606
Phone: 312-360-6430
Fax: 312-360-6520

*Attorneys for Plaintiffs*
SHUFFLE TECH INTERNATIONAL, LLC,
ACES UP GAMING, INC., *and*
POYDRAS-TALRICK HOLDINGS LLC

**CERTIFICATE OF SERVICE**

    I certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a Notification of Electronic Filing (NEF) to all counsel of record.

                                            */s/ Jeffery Cross*
                                            Jeffery Cross (IBN 547980)
                                            jcross@freeborn.com
                                            FREEBORN & PETERS LLP
                                            311 South Wacker Drive, #3000
                                            Chicago, IL 60606
                                            Phone: 312-360-6430
                                            Fax:    312-360-6520