**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shuffle Tech International, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Scientific Games Corporation, et al., <br><br> Defendants. | Civil Action No. 1:15-cv-3702 <br> Honorable Matthew F. Kennelly |

**NOTICE OF DEFENDANTS' SUBMISSION OF
<u>EMAIL CORRESPONDENCE WITH THE COURT</u>**

Throughout the trial, at the Court's direction, the parties and the Court have communicated regarding certain issues via email. To make these communications a part of the record, and at the suggestion of the Court (*see* Tr. 2124), Defendants submit copies of the email correspondence between the parties and the Court for inclusion in the record. If Defendants have unintentionally omitted any correspondence, or if further emails are exchanged after the date of this filing, Defendants or Plaintiffs will supplement this submission.

Dated: August 6, 2018

Respectfully submitted,

By: /s Craig C. Martin
    One of the Attorneys for Defendants

Craig C. Martin
David Jiménez-Ekman
Timothy J. Barron
Rachel S. Morse
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350

## **CERTIFICATE OF SERVICE**

I certify that on August 6, 2018, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ Craig C. Martin