UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Shuffle Tech International LLC, et al.
                                    Plaintiff,
v.                                                  Case No.: 1:15−cv−03702
                                                    Honorable Matthew F. Kennelly
Scientific Games Corporation, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 7, 2018:

MINUTE entry before the Honorable Matthew F. Kennelly: Jury returns verdict in favor of plaintiffs and against defendants. Judgment to be entered against defendants, Scientific Games Corp., Bally Technologies, d/b/a Shuffle Master and SHFL Entertainment, and Bally Gaming, Inc., jointly and severally, in favor of Shuffle Tech International, LLC in the amount of $135,000,000.00, in favor of Poydras−Talrick Holdings, LLC in the amount of $75,000,000.00, in favor of Aces Up Gaming, Inc. in the amount of $45,000,000.00, and in favor of Shuffle Tech International LLC as assignee of DigiDeal Corp. in the amount of $60,000,000.00. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.