# EXHIBIT A

## FEES OF THE CLERK

## Schmidt, Jenny M.

**From:** Koering, Jacob D.
**Sent:** Tuesday, April 28, 2015 10:53 AM
**To:** Schmidt, Jenny M.
**Subject:** FW: Pay.gov Payment Confirmation: ILND CM ECF

For Shuffle Tech, fee for filing of complaint.

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Tuesday, April 28, 2015 10:52 AM
To: Koering, Jacob D.
Subject: Pay.gov Payment Confirmation: ILND CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact ILND CM ECF Help Desk at 312-582-8727.

Application Name: ILND CM ECF
Pay.gov Tracking ID: 25L22UAU
Agency Tracking ID: 0752-10585160
Transaction Type: Sale
Transaction Date: Apr 28, 2015 11:52:13 AM

Account Holder Name: Jacob Koering
Transaction Amount: $400.00
Billing Address: 809 S. Chatham Ave.
City: Elmhurst
State/Province: IL
Zip/Postal Code: 60606
Country: USA
Card Type: Visa
Card Number: *************4880

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

**FREEBORN & PETERS LLP**
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, ILLINOIS 60606-6677

THE NORTHERN TRUST CO.
CHICAGO, ILLINOIS 60675
2-15/710

5/22/2015

211597

THE SUM 400 DOLLARS AND 00 CENTS****************************

$400.00*

PAY _____ DOLLARS $

PAY TO ORDER OF: Jacob D. Koering

Jacob D. Koering

VOID

⑈211597⑈ ⑆071000152⑆ 0000615730⑈

---

Check # 211597

**FREEBORN & PETERS LLP**

DESCRIPTION

211597
NET AMOUNT

| INVOICE DATE | INVOICE NUMBER | | |
|---|---|---|---|
| 5/5/2015 | 0828033105201800 | Filing Fees | $400.00 |

Case: 1:15-cv-03702 Document #: 301-1 Filed: 09/07/18 Page 4 of 6 PageID #:17372

Billed and Unbilled Recap Of Cost Detail - [06176.06021 - Shuffle Tech v. Bally Technologies]    FOC2    Page 1
Client:06176 - Shuffle Tech International, LLC   9/5/2018 7:22:16 AM    COURT FEE

| Date | Timekeeper | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/30/2015 | 0058 | Michael Crawford | 20 | 1.00 | 150.00 | 150.00 | Miscellaneous Out-of-Pocket Expenses - - | 3316765 |
| 05/31/2015 | | Invoice=811685 | | 1.00 | 150.00 | 150.00 | VENDOR: American Express / Firm Credit Card | |
| | | | | | | | Court Fees - RAR & JSP & MEC | |
| | | Voucher=299035 Paid | | | | | Vendor=American Express / Firm Credit Card Balance= .00 | |
| | | | | | | | Amount= 150.00 | |
| | | | | | | | Check #CourtFEE 04/30/2015 | |
| | | BILLED TOTALS: WORK: | | | | 150.00 | 1 records | |
| | | BILLED TOTALS: BILL: | | | | 150.00 | | |
| | | GRAND TOTAL: WORK: | | | | 150.00 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 150.00 | | |

Statement Detail - 00004021 WITHERSPOON, KELLEY, DAVENPORT & TOOL   HELP   PRINT

**Navigation List**
Take me to... ▼   View Hierarchy Level Accounts

| | | | |
|---|---|---|---|
| Card Number: | xxxx-xxxx-xxxx- ▮ | Account Status: | Open |
| Previous Card Number: | Not Available | Product: | VBS490 |
| Cardholder: | DANIEL J GIBBONS | Billing Account: | |
| Account Type: | Individual | Payables Provider: | |
| Statement Delivery Option: | E | Tracking Code: | Disabled |
| | | Fleet ID: | |
| Fleet Card Account Type: | | Fleet Product Restriction Prompt: | |
| Fleet Product Restriction: | | | |

**Statement Information**

**Statement Balances**

Previous Balance: $ ▮
Purchases: $ ▮
Cash: ▮
Special: ▮
Credits: ▮
Payments: $ ▮
Other Charges: ▮
Finance Charges: ▮
New Balance: $ ▮

**Payment Information**

Minimum Payment Due: $ ▮
Payment Due Date: 11/3/2017

*[handwritten: Filing Fees]*

```
  0 •  *
350 •  +
400 •  +
200 •  +
950 •  *
  0 •  *
```

**Transaction Download**

Previous Statement Activity:
From statement dated 10/8/2017 ▼   View Images

Excel/Spreadsheet(.csv) ▼   Download

| Posting Date△ | Trans Date | Description | Reference | Amount |
|---|---|---|---|---|
| ✱ 9/14/2017 | 9/13/2017 | COURTS/USDC-WA-E | 242409872563005204544474 | $200.00  → 78873-1 |

*[handwritten left margin: R]*

https://www.ezbusinesscardmanagement.com/CommercialCard_Statement.aspx?Data=izr...   10/10/2017

Statement Detail - 00004021 WITHERSPOON, KELLEY, DAVENPORT & TOOL                HELP  PRINT

**Navigation List**

Take me to... ▼    View Hierarchy Level Accounts

| | | | |
|---|---|---|---|
| Card Number: | xxxx-xxxx-xxxx-■ | | |
| Previous Card Number: | Not Available | Account Status: | Open |
| Cardholder: | DANIEL J GIBBONS | Product: | VBS490 |
| | | Billing Account: | |
| Account Type: | Individual | Payables Provider: | |
| Statement Delivery Option: | E | Tracking Code: | Disabled |
| | | Fleet ID: | |
| Fleet Card Account Type: | | Fleet Product Restriction Prompt: | |
| Fleet Product Restriction: | | | |

Statement Information

**Statement Balances**                         **Payment Information**

Previous Balance:    $■           Minimum Payment Due:   $■
Purchases:           $■           Payment Due Date:      10/3/2017
Cash:
Special:
Credits:
Payments:
Other Charges:
Finance Charges:
New Balance:         $■

**Transaction Download**

Previous Statement Activity:
From statement dated 9/6/2017 ▼  View Images           Excel/Spreadsheet(.csv) ▼   Download

| Posting Date △ | Trans Date | Description | Reference | Amount |
|---|---|---|---|---|
| ✱ ① 8/10/2017 | 8/9/2017 | COURTS/USBC-WA-E | 24445007222600062847352 | $350.00  → 78873-1 |
| ✱ ⑧ 8/29/2017 | 8/28/2017 | COURTS/USDC-WA-E | 24240987241600104887777 | $400.00   78813-1 |

b   https://www.ezbusinesscardmanagement.com/CommercialCard_Statement.aspx?Data=hRfP...  9/8/2017