# EXHIBIT B

## SERVICE OF SUMMONS & SUBPOENA

S8xS1

# CHECK REQUEST FORM

Freeborn & Peters LLP
311 S. Wacker Drive
Chicago, IL 60606
312-360-6000

Date Requested: 4/29/15
Demand Check ☒
Regular Processing ☐



| Check Payable To | Name: | LEGAL PROCESS SERVICE |
| --- | --- | --- |
| | Tax ID No. | |
| | Address: | 724 South 8th Street |
| | | Las Vegas, NV 89101 |

| Purpose of Expense: Specify date, event, etc. | Service of Summons and Complaint |
| --- | --- |

| Requestor: | Jacob Koering | Accounting Approval: | RR |
| --- | --- | --- | --- |

| Mailing Instructions | ☐ Mail Check Directly to Vendor. ☒ Return to: | Jenny Schmidt |
| --- | --- | --- |

| Client Cost | G/L ACCT #: C12200 |
| --- | --- |

| Client/Matter Name | Client/Matter Number | Disbursement Number | Lawyer Number | $ Amount |
| --- | --- | --- | --- | --- |
| Shuffle Tech/Patent | 30432/0001 | 47 | 1752 | $195.00 |
| | / | | | |
| | / | | | |

| Firm Expense |
| --- |

| Account Name | G/L Account Number | Lawyer Number | $ Amount |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | Total Amount of Check | $195.00 |
| --- | --- | --- |

ENTERED IN CMS
Initials:
Date: 4-14-15
Session No: 434557

Invoice #
Vendor # 17047
Invoice Date

RECEIVED
APR 29 2015
ACCOUNTING

Backup must be attached !!! (must have original receipts)

**JACOB D. KOERING**
Partner

**Freeborn & Peters LLP**
*Attorneys at Law*
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

(312) 360-6703 direct
(312) 360-6520 fax

jkoering@freeborn.com

**www.freeborn.com**

April 29, 2015

**VIA FEDERAL EXPRESS**

LAS VEGAS NEVADA
LEGAL PROCESS SERVICE
724 South 8th Street
Las Vegas, NV 89101

      Re:    New Service

To Whom it May Concern:

      Enclosed please find three Summons, three copies of a Complaint and a check in the amount of $195 which was the price quoted to me as the cost of having these documents served ($75 for the first summons, $55 for the second summons to the same location and $65 for the third summons). We would like you to serve one of the Summons along with a copy of the Complaint on the following:

          1)    Bally Gaming Inc., c/o Registered Agent CSC Services of Nevada Inc., 2215B Renaissance Drive, Las Vegas Nevada 89119;

          2)    Bally Technologies Inc., c/o Registered Agent - CSC Services of Nevada Inc., 2215B Renaissance Drive, Las Vegas Nevada 89119; and

          3)    Scientific Games Corporation, c/o Registered Agent - Fennemore Craig, P.C. 300 S. 4th Street, Suite 1400, Las Vegas Nevada 89101

      Once service has been made, please let us know and then forward to me your affidavit of service and receipt for payment.

      If you have any questions, please do not hesitate to contact me.

LEGAL PROCESS SERVICE
April 29, 2015
Page 2

Sincerely,

Jacob D. Koering

JDK

3349634v1/30432-0001

FREEBORN & PETERS LLP
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, ILLINOIS 60606-6677

CHICAGO, ILLINOIS 60675
2515/710

4/29/2015

210996

THE SUM 195 DOLLARS AND 00 CENTS**************************

$195.00*

PAY

DOLLARS $

PAY TO          Legal Process Service
ORDER
OF              Legal Process Service

⑈210996⑈ ⑊071000152⑊ 0000615730⑈

---

**FREEBORN & PETERS LLP**

Check #            210996

INVOICE DATE     INVOICE NUMBER

4/29/2015

DESCRIPTION

210996

NET AMOUNT

$195.00

30432.0001  47  Service of Summons
PAYEE: Legal Process Service; REQUEST#: 434557; DATE: 4/29/2
Service of Summons and Complaint

S&S2

# *LaSalle Process Servers L.P.*

**105 W. Madison St. Ste 1306**
**Chicago, Il. 60602**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/5/2016 | 53887 |

**BILL TO**
Freeborn & Peters, LLP
311 South Wacker Dr.
Suite 3000
Chicago, IL 60606
Attn: Tracy Holland

**CASE INFO**
Shuffle Tech, et al.
vs.
Scientific Games, et al.
1 15 cv 3702

| DESCRIPTION | AMOUNT |
|-------------|--------|
| | 220.00 |

Services Rendered

2 Subpoenas
1. Latham & Watkins
2. Winston & Strawn
Calls at addresses given in Chicago on December 30
Same day rush

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**     $220.00

**FREEBORN & PETERS LLP**

311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, ILLINOIS  60606-6677

THE NORTHERN TRUST CO.
CHICAGO, ILLINOIS   60675
2-15/710

3/4/2016

218387

THE SUM 220 DOLLARS AND 00 CENTS********************************          $220.00*

PAY _____ DOLLARS $ _____

PAY TO   LaSalle Process Servers
ORDER
OF      LaSalle Process Servers L.P.
        105 W. Madison Street
        Suite 1306
        Chicago, IL  60602

⑆218387⑆ ⑆071000152⑆ 0000615730⑆

---

Check #          218387
INVOICE DATE   INVOICE NUMBER

**FREEBORN & PETERS LLP**
DESCRIPTION

218387
NET AMOUNT

| 1/5/2016 | 53887 | 12/30/15 Obtain Service of Subpoenas to Latham & Watkins and W | $220.00 |

S & S3

# *LaSalle Process Servers L.P.*

## Invoice

**105 W. Madison St. Ste 1306**
**Chicago, Il. 60602**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|------|-----------|
| 2/24/2016 | 54104 |

BILL TO
Freeborn & Peters, LLP
311 South Wacker Dr.
Suite 3000
Chicago, IL 60606
Attn:Doris J. Sanchez

CASE INFO
Shuffle Tech International
vs.
Scientific Games Corp., et al.
1 15 cv 3702

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 150.00 |
| | |
| Subpoena | |
| Kirkland & Ellis, LLP | |
| Call at address given in Chicago on February 19 | |
| Immediate rush | |

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

| THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30 DAYS. | **Total** | $150.00 |
|---|---|---|

**FREEBORN & PETERS LLP**

311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, ILLINOIS   60606-6677

THE NORTHERN TRUST CO.
CHICAGO, ILLINOIS   60675
2-15/710

4/27/2016

219544

THE SUM 150 DOLLARS AND 00 CENTS********************************

$150.00*

PAY _____ DOLLARS $ _____

PAY TO
ORDER
OF

LaSalle Process Servers

LaSalle Process Servers L.P.
105 W. Madison Street
Suite 1306
Chicago, IL  60602

⑈219544⑈ ⑆071000152⑆ 0000615730⑈

**FREEBORN & PETERS LLP**

Check #          219544

| INVOICE DATE | INVOICE NUMBER | DESCRIPTION | NET AMOUNT |
|---|---|---|---|
| 2/24/2016 | 54104 | 02/19/16 Service of subpoena on Kirkland & Ellis | $150.00 |

S&S4

 

ATG
LEGALSERVE

**Effective February 12, 2016: ATG LegalServe and Its Your Serve have joined forces. Same contact information for now, but stay tuned for updates. Thank you for your business.**

1 South Wacker Drive, 24th Floor, Chicago, IL60606, 312.752.1992

Tax ID 27-0643983

Freeborn & Peters, LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
Sec: **none**

Invoice #: 57108

Date: 06/10/2016

## INVOICE FOR SERVICE

**Your File#**

**Service #128579**: Sidley Austin, LLP
Shuffle Tech International, LLC, et al v.
Scientific Games Corporation, et al

Court Case #: 1:15 CV 3702

**$95.00**

Immediate Rush Service

Job Closed At: 06/10/2016 @
03:00 PM<br>Service Type:
CORPORATE<br>Address: 1
South Dearborn ,
Chicago,IL,<br>Person Left
With: Connie Bell, Docket

**TOTAL CHARGES:** $95.00

**BALANCE:** $95.00

**REMIT TO:P.O.BOX 9136, CHAMPAIGN,IL 61826-9136**

PAYMENT TERMS: DUE
UPON RECEIPT

1

**FREEBORN & PETERS LLP**

311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, ILLINOIS   60606-6677

THE NORTHERN TRUST CO.
CHICAGO, ILLINOIS   60675     6/24/2016
2-15/710

220762

THE SUM 95 DOLLARS AND 00 CENTS************************

$95.00*

PAY

PAY TO
ORDER
OF

ATG LegalServe

DOLLARS $

ATG LegalServe
PO Box 9136
Champaign, IL  61826-9136

⑈220762⑈ ⑆071000152⑆ 0000615730⑈

---

**FREEBORN & PETERS LLP**

Check #          220762

DESCRIPTION

220762
NET AMOUNT

| INVOICE DATE | INVOICE NUMBER | | NET AMOUNT |
|---|---|---|---|
| 6/10/2016 | 57108 | 06/10/16 Service of subpoena on Sidley Austin LLP | $95.00 |

SW 11

# NIXON & VANDERHYE

### Check Request

4833

**Date Requested** ............. 9-26-2016

**Pay to** ............................. Mark A. Litman

**Amount** .......................... $40.00

**Explanation** ................... Deposition Witness Fee

**Deliver check to** ............ Jenny Smith

**Requested by** ................. Jenny Smith for Joe Presta

**Charge Client** ............... 6176.0002

**Charge Firm 9901-** ...............

**Charge 9908-**

**Cost Code #** .................. 51

| *Date paid* | *Check #* | *Entered by* | *Job #* |
| --- | --- | --- | --- |
| _____ | _____ | _____ | _____ |

SW13



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022



4787

Nixon & Vanderhye, P.C.
901 North Glebe Rd., #1100

Arlington, VA 22203



Invoice #:
64749

Date:
02/19/2016

### INVOICE FOR SERVICE

Service #101664: Kilpatrick Townsend &
Stockton LLP
Shuffle Tech International, LLC, et al v.
Scientific Games Corp., et al

Your File# Bobby Foster
Court Case #: 1:15-cv-3702

| | |
|---|---:|
| Process Serving (within Beltway) | $65.00 |
| Rush Business Rec. BEFORE 1200PM | $25.00 |
| Flat Rate Copy Charge | $10.00 |

**TOTAL CHARGES:**          **$100.00**

**BALANCE:**          **$100.00**

You may submit payment with credit card online at www.samedayprocess.com/pay

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

The attached invoice is for subpoena service (disbursement code 51) and should be billed to CM # 6176-2.

Thanks,
Bobby

SW 14



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022



Nixon & Vanderhye, P.C.
901 North Glebe Rd., #1100

Arlington, VA 22203



Invoice #:
64884

Date:
02/24/2016

## INVOICE FOR SERVICE

Service #101662: Trask Britt, P.C.
Shuffle Tech International, LLC, et al v.
Scientific Games Corp., et al

Your File# Bobby Foster
Court Case #: 1:15-cv-3702

Process Serving (Outside Local Area)                    $225.00
Flat Rate Copy Charge                                    $10.00

**TOTAL CHARGES:**                                       **$235.00**

**BALANCE:**                                             **$235.00**

You may submit payment with credit card online at www.samedayprocess.com/pay

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

The attached invoice is for subpoena service (disbursement code 51) and should be billed to CM #
6176-2.

Thanks,
Bobby

1

SW15



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Nixon & Vanderhye, P.C.
901 North Glebe Rd., #1100

Arlington, VA 22203



4787

CC51

Invoice #:
65241

Date:
03/10/2016

## INVOICE FOR SERVICE

Service #101661: Mark A. Litman &
Associates, P.A.
Shuffle Tech International, LLC, et al v.
Scientific Games Corp., et al

Your File# Bobby Foster
Court Case #: 1:15−cv−3702

| | |
|---|---:|
| Process Serving (Outside Local Area) | $225.00 |
| Flat Rate Copy Charge | $10.00 |
| **TOTAL CHARGES:** | **$235.00** |
| **BALANCE:** | **$235.00** |

**You may submit payment with credit card online at www.samedayprocess.com/pay**

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

1

309868

SW 16

(4787)



**SAMEDAY PROCESS**
*Serving the impossible*

1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

0176.2
CC51

Nixon & Vanderhye, P.C.
901 North Glebe Rd., #1100

Arlington, VA22203

Invoice #: 954

Date:
04/01/2016

## INVOICE FOR SERVICE

Service #200940: Allan Fanucci
Shuffle Tech International, LLC, et al v.
Scientific Games Corp., et al

Your File# Bobby Foster
Court Case #: 1:15-CV-3702

| | |
|---|---|
| Advanced Witness Fees | $40.00 |
| Rush Business Rec. BEFORE 1200PM | $25.00 |
| Process Serving (Outside Local Area) | $175.00 |

**TOTAL CHARGES:** **$240.00**

**BALANCE:** **$240.00**

You may submit payment with credit card online at www.samedayprocess.com/pay

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

1

310738

SW17



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022



(4787)

6176.2
CC 57

Nixon & Vanderhye, P.C.
901 North Glebe Rd., #1100

Arlington, VA22203

Invoice #:
7614

Date:
10/04/2016

## INVOICE FOR SERVICE

Service #206223: Mark. L. Yoseloff
Shuffle Tech International, LLC, et al v.
Scientific Games Corporation, et al

Your File# 6176.0002
Court Case #: 1:15-cv-3702

| | |
|---|---|
| Process Serving (Outside Local Area) | $175.00 |
| Advanced Witness Fees | $54.48 |
| **TOTAL CHARGES:** | **$229.48** |
| **BALANCE:** | **$229.48** |

You may submit payment with credit card online at www.samedayprocess.com/pay

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

319658

*SW18*

(4787)

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington, DC 20005
Ph: 844-737-8331
Fx: 202-658-7925
Email at: brandon@samedayprocess.com;
tony@samedayprocess.com

**Statement Date**
10/13/2016

6176.2
CCS1

**Tax I.D. Number**
xxxxxxx

Nixon & Vanderhye, P.C.
901 North Glebe Rd., #1100

Arlington, VA 22203

703-816-4042

## STATEMENT (07/01/2016 to 09/30/2016)

| | | |
|---|---|---|
| INVOICE#: **6592** | Date Invoiced: **09/06/2016** | Amount: $218.90 |
| CASE: Shuffle Tech International, LLC, et al v. Scientific Games Corporation, et al | | |
| Our Job#: 206224 | Servee: Jerome "Jerry" R. Smith | |
| Your Ref: 6176.0002 | Date Completed: 08/29/2016 at 2:20 PM - Manner: Personal Service | |
| Ref: | | |
| **Item:** | Process Serving (Outside Local Area) | $175.00 |
| **Item:** | Advanced Witness Fees | $43.90 |
| **BALANCE:** | | **$218.90** |
| INVOICE#: **6528** | Date Invoiced: **09/02/2016** | Amount: $175.00 |
| CASE: Shuffle Tech International, LLC, et al v. Scientific Games Corporation, et al | | |
| Our Job#: 206222 | Servee: Paul C. Meyer | |
| Your Ref: 6176.0002 | Date Completed: 08/26/2016 at 1:15 PM - Manner: N/S Moved from given address | |
| Ref: | | |
| **Item:** | Process Serving (Outside Local Area) | $175.00 |
| **BALANCE:** | | **$175.00** |

| | |
|---|---|
| CURRENT: | **$393.90** |
| PAST DUE BALANCE: | **$0.00** |
| TOTAL BALANCE DUE: | **$393.90** |

317262

SW 19



**SAMEDAY PROCESS**
*Serving the Impossible*

1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022



4787

6176.2
CC 57

Nixon & Vanderhye, P.C.
901 North Glebe Rd., #1100

Arlington, VA22203

Invoice #:
9270

Date:
11/11/2016

## INVOICE FOR SERVICE

| | |
|---|---|
| Service #209060: American Gaming Association<br>Shuffle Tech International, LLC, et al v.<br>Scientific Games Corp., et al | Your File# 6176.0002<br>Court Case #: 1:15-cv-3702 |

| | |
|---|---|
| Process Serving Fee (within 495 Beltway) | $75.00 |
| **TOTAL CHARGES:** | **$75.00** |
| **BALANCE:** | **$75.00** |

**You may submit payment with credit card online at www.samedayprocess.com/pay**

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

319657²

SW22

## CHECK REQUEST FORM

Freeborn & Peters LLP
311 S. Wacker Drive
Chicago, IL 60606
312-360-6000

Date Requested:  3/27/18
Demand Check  ☒
Regular Processing  ☐



| Check Payable To | Name: | Kimball Anderson |
| --- | --- | --- |
| | Tax ID No. | |
| | Address: | 35 W. Wacker Drive |
| | | Chicago, IL 60601 |

**Purpose of Expense:** Specify date, event, etc.   Witness Fee per Statute

| Requestor: | J. Croes | Accounting Approval: |
| --- | --- | --- |

| Mailing Instructions | ☐ Mail Check Directly to Vendor.   ☒ Return to: | J. Croes |
| --- | --- | --- |

**Client Cost**          G/L ACCT #: C12200

| Client/Matter Name | Client/Matter Number | Disbursement Number | Lawyer Number | $ Amount |
| --- | --- | --- | --- | --- |
| Shuffle Tech | 30432/0001 | | 5526 | $40.00 |
| | / | | | |
| | / | | | |

**Firm Expense**

| Account Name | G/L Account Number | Lawyer Number | $ Amount |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Amount of Check   $0.00

| ENTERED IN FMS | | |
| --- | --- | --- |
| Initials: | Invoice # | |
| Date: 3/27/18 | Vendor # | 20063 |
| Session No: 460714 | Invoice Date | |

Backup must be attached !!! (must have original receipts)

**FREEBORN & PETERS LLP**
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, ILLINOIS  60606-6677

THE NORTHERN TRUST CO.
CHICAGO, ILLINOIS  60675
2-15/710

3/27/2018

236278

THE SUM 40 DOLLARS AND 00 CENTS************************** $40.00*

PAY    Kimball Anderson                                    DOLLARS $

PAY TO
ORDER
OF     Kimball Anderson
       35 W. Wacker Drive
       Chicago, IL  60601

⑈236278⑈ ⑈071000152⑈ 0000615730⑈

---

**FREEBORN & PETERS LLP**        236278

Check #    236278

| INVOICE DATE | INVOICE NUMBER | DESCRIPTION | NET AMOUNT |
|---|---|---|---|
| 3/27/2018 | | 30432.0001  52  Witness fee and mileage<br>PAYEE: Kimball Anderson; REQUEST#: 460714; DATE: 3/27/2018.<br>Witness fee | $40.00 |

Northern District of Illinois



UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
Honorable Rubén Castillo, Chief Judge  |  Thomas G. Bruton, Clerk of Court

(Default.aspx)

· Accessibility Information

○  Home (default.aspx)
⁄  Fee Schedule (Pages.aspx?VAOKCfUfUrENJEfItoKzJ1y8ME5cnOTZ)

# Fee Schedule

### FILINGS FEES
- Civil Filing Fee $400.00
- Habeas Corpus Filing Fee $5.00
- Registration of Foreign Judgment $47.00
- Letters Rogatory or Letters of Request $47.00
- U.S. Court of Appeals Docketing Fee $500.00
- U.S. District Court Notice of Appeal $5.00
- Misdemeanor Appeal (Magistrate to District Judge) $38.00

### COPY SERVICE
- Certification Fee (Per Document) $11.00
- Exemplification (Per Document) $22.00
- Copy Fee (Per Page) $.50 (50 cents per page)
- Audio Recording $31.00
- Record Retrieval (Off Site Storage) $64.00, $39 for each additional box
- SmartScan Electronic Document Retrieval (Off Site Storage) $19.90 retrieval rate + .65 per page (Limit 100 pages)
- Records Search & Certification (Per Name) $31.00

### ADMISSION FEES
- Attorney Admission General Bar $181.00
- Attorney Admission Trial Bar $50.00
- Pro Hac Vice $150.00
- Duplicate Certificate of Admission $19.00

- Certificate of Good Standing $19.00

**MISCELLANEOUS FEES**
- U.S. District Court Rules (General, Civil, Criminal, Admiralty) $10.50
- Returned Check or any insufficient funds $53.00

**WITNESS FEES**
- Mileage Rate (per mile) $0.545 (54.5 cents per mile)
- Witness Fee $40.00 per day



## RECORD LOOKUP & LISTINGS

> Federal Local Rules Search
> ILND Member Search Bar
> Judges' Motion Schedule
> Court Telephone Directory
> Federal Record Center Case Record Lookup
> Naturalization (Citizenship) Ceremonies
> Pattern Criminal Federal Jury Instructions for the 7th Circuit
> Pattern Civil Jury Instructions for the 7th Circuit

## E-FILING (CM/ECF)

> CM/ECF Training Registration
> Request ECF Password Reset
> CM/ECF Direct Login
> Request an E-Filing Account
> CM/ECF Training Videos
> E-Filing F.A.Q.
> E-Filing a Complaint
> Restricted Filers

## DOWNLOADABLE FORMS

> Common Case

> Attorney Forms
> Criminal Justice Act (CJA)
> Court Reporter
> Foreclosure Forms
> Prisoner Correspondence
> Representing Yourself
> Alternative Dispute Resolution (Western Division)

## OTHER COURT WEBSITES

> United States Bankruptcy Court, Northern District of  Illinois
> United States Court of Appeals for the Seventh Circuit
> Library of the U.S. Courts of the Seventh Circuit
> Northern District of Illinois Historical Association
> Northern District of Illinois Pretrial Services
> Northern District of Illinois Probation

## MORE USEFUL LINKS

> Glossary of Legal Terms
> U. S. Government Publishing Office Listing of Written Opinions
> Pilot Project Regarding Initial Discovery Protocols for Employment Cases Alleging Adverse Action
> National Archives Online Order Procedures
> Visitors to the Courthouse
> Policy Regarding Transcripts
> Judicial Misconduct Complaints
> Pattern Criminal Federal Jury Instructions for the 7th Circuit
> Pattern Civil Jury Instructions for the 7th Circuit
> Model Confidentiality Order Form
> Seventh Circuit Electronic Discovery Pilot Program
> Settlement Assistance Program for Pro Se Litigants
> Local Handbooks
> Media Information
> Lanham Act Mediation Program Document Packet

## JOB INFORMATION

> Job Opportunities
> Law Clerk Hiring Information
> Oscar
> Incoming Law Clerk Resource Page

Click Here (Pages.aspx?GWv81axJLewVPk7ml8oOh7Jk4O/51vr/)

EASTERN DIVISION
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604 (View Map (DisplayMap.aspx?loc=chicourt))

Tel.No. (312) 435-5670
Office Hours: 8:30 am to 4:30 pm

WESTERN DIVISION
Stanley J. Roszkowski United States Courthouse
327 South Church Street
Rockford, IL 61101 (View Map (DisplayMap.aspx?loc=rockcourt))

Tel.No. (815) 987-4354
Telephone Inquiries: 8:30 am to 5:00 pm

2017 (_assets/_documents/_forms/_calendar/CourtHoliday2017.pdf) | 2018
(_assets/_documents/_forms/_calendar/CourtHoliday2018.pdf)

Notice: This is a Restricted Web Site for Official U.S. Court Business only. Unauthorized entry is
prohibited and subject to prosecution under Title 18 of the U.S. Code. All activities and access attempts
are logged.
                    2017 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS