# EXHIBIT I

## BILL OF COSTS SUMMARY

Nixon & Vanderhye P.C.
Summary of Costs - Matter 6176.2, Shuffle Tech
Billed - Inception to August 27, 2018

| N&V COST CATEGORY | "BILL OF COSTS" DESCRIPTION | T OR NT | VENDOR NAME/DESCRIPTION | INVOICE DATE | INVOICE # | AMOUNT | BACKUP REFERENCE |
|---|---|---|---|---|---|---|---|
| Filing Fees | EXHIBIT A - FEES OF THE CLERK | T | Pay.Gov/Jacob D. Koering, filing of complaint | 05/05/15 | 0828033105201800 | 400.00 | FOC1 |
| Filing Fees | EXHIBIT A - FEES OF THE CLERK | T | Court fees | 05/31/15 | 053115 | 150.00 | FOC2 |
| Filing Fees | EXHIBIT A - FEES OF THE CLERK | T | Filing fees - Witherspoon | various | 10/08/17 | 950.00 | FOC3 |
| **SUBTOTAL - EXHIBIT A - FEES OF THE CLERK** | | | | | | **1,500.00** | |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | Legal Process Service | 04/29/15 | 042915 | 195.00 | S&S1 |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | LaSalle Process Servers L.P. | 01/05/16 | 53887 | 220.00 | S&S2 |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | LaSalle Process Servers L.P. | 02/24/16 | 54104 | 150.00 | S&S3 |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | ATG Legal Serve | 06/10/16 | 57108 | 95.00 | S&S4 |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | Mark A. Litman | 09/26/16 | 92616 | 40.00 | SW11 |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | Sameday Process | 02/19/16 | 64749 | 100.00 | SW13 |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | Sameday Process | 02/24/16 | 64884 | 235.00 | SW14 |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | Sameday Process | 03/10/16 | 65241 | 235.00 | SW15 |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | Sameday Process | 04/01/16 | 954 | 240.00 | SW16 |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | Sameday Process | 10/04/16 | 7614 | 229.48 | SW17 |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | Sameday Process | 10/13/16 | 6592 | 393.90 | SW18 |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | Sameday Process | 11/11/16 | 9270 | 75.00 | SW19 |
| Summons and Subpoena, Discovery Subpoenas, Trial Subpoenas - Freeborn | EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA | T | Kimball Anderson | 03/27/18 | 460714 | 40.00 | SW22 |
| **SUBTOTAL - EXHIBIT B - SERVICE OF SUMMONS & SUBPOENA** | | | | | | **2,248.38** | |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR (Hearing/Conf) | 11/10/16 | 42684 | 13.20 | TRa |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR (Hearing/Conf) | 10/27/17 | 20170270 | 33.60 | TR1 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Richard Schultz) | 09/30/16 | 66778 | 2,150.45 | TR2 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Allan Fanucci) | 10/10/16 | 66806 | 3,634.25 | TR3 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Halvard Solberg) | 10/28/16 | 67058 | 4,909.90 | TR4 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Howard Shin) | 10/28/16 | 66970 | 3,502.80 | TR5 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Mark Litman) | 10/28/16 | 66890 | 3,413.45 | TR6 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Steve Gola) | 10/28/16 | 67016 | 4,415.60 | TR7 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Hirohide Toyama) | 10/31/16 | 67110 | 1,844.65 | TR8 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Joel Greenberg) | 10/31/16 | 67056 | 3,292.75 | TR9 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Jerome Smith) | 11/07/16 | 67123 | 3,390.40 | TR10 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Richard Schultz) | 11/07/16 | 67147 | 1,838.10 | TR11 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Kimball Anderson) | 11/28/16 | 67271 | 4,034.80 | TR12 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Atilla Grauzer) | 11/30/16 | 67378 | 4,597.45 | TR13 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Eric Abbott) | 11/30/16 | 67365 | 4,008.70 | TR14 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (James Boyle) | 11/30/16 | 37366 | 1,782.05 | TR15 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Jennifer Farrar) | 11/30/16 | 67346 | 4,032.65 | TR16 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Marie Kerr) | 01/09/17 | 67785 | 3,388.70 | TR17 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Michael Kerr) | 01/09/17 | 67783 | 3,325.60 | TR18 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Allan Fanucci) | 01/10/17 | 67789 | 490.00 | TR19 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Charles Drennan, III) | 01/10/17 | 67713 | 2,176.55 | TR20 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Halvard Solberg) | 01/10/17 | 67793 | 595.00 | TR21 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Howard Shin) | 01/10/17 | 67791 | 455.00 | TR22 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Joel Greenberg) | 01/10/17 | 67794 | 420.00 | TR23 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Mark Litman) | 01/10/17 | 67790 | 385.00 | TR24 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Richard Schultz) | 01/10/17 | 67788 | 525.00 | TR25 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Roger Snow) | 01/10/17 | 67659 | 4,531.90 | TR26 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Roger Snow) | 01/10/17 | 67661 | 4,879.00 | TR27 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Roger Snow) | 01/10/17 | 67663 | 2,095.10 | TR28 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Steve Gola) | 01/10/17 | 67792 | 560.00 | TR29 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Todd Taylor) | 01/10/17 | 67710 | 3,264.35 | TR30 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Matthew Dickson) | 01/25/17 | 67907 | 4,239.55 | TR31 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Robert Pietrosanto) | 01/25/17 | 67888 | 4,355.70 | TR32 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Dean Barnett) | 01/27/17 | 67991 | 3,144.75 | TR33 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Paul Scheper) | 01/27/17 | 67986 | 2,059.70 | TR34 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Russell Brooke Dunn) | 01/27/17 | 67968 | 4,656.35 | TR35 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Kenneth Dickinson) | 01/31/17 | 68074 | 4,459.95 | TR36 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Lawrence Luciano) | 01/31/17 | 68080 | 5,153.75 | TR37 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Marc Foodman) | 01/31/17 | 68078 | 1,594.60 | TR38 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Lawrence Luciano) | 02/10/17 | 68286 | 954.66 | TR39 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Tyler Kuhn) | 02/25/17 | 68563 | 3,165.80 | TR40 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Tyler Kuhn) | 02/25/17 | 68565 | 3,191.15 | TR41 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Atilla Grauzer) | 02/27/17 | 68640 | 560.00 | TR42a |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Eric Abbott) | 02/27/17 | 68641 | 455.00 | TR42b |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Hirohide Toyama) | 02/27/17 | 68608 | 490.00 | TR43 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (James Boyle) | 02/27/17 | 68642 | 280.00 | TR44 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Jennifer Farrar) | 02/27/17 | 68614 | 490.00 | TR45 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Jerome Smith) | 02/27/17 | 68611 | 490.00 | TR46 |

Nixon & Vanderhye P.C.
Summary of Costs - Matter 6176.2, Shuffle Tech
Billed - Inception to August 27, 2018

| N&V COST CATEGORY | "BILL OF COSTS" DESCRIPTION | T OR NT | VENDOR NAME/DESCRIPTION | INVOICE DATE | INVOICE # | AMOUNT | BACKUP REFERENCE |
|---|---|---|---|---|---|---|---|
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Kimball Anderson) | 02/27/17 | 68613 | 455.00 | TR47 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Richard Schultz) | 02/27/17 | 68612 | 455.00 | TR48 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Manesh Mirchandani) | 03/13/17 | 68459 | 3,434.05 | TR49 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Manesh Mirchandani) | 03/13/17 | 68958 | 3,840.60 | TR50 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Mai McNulty) | 03/17/17 | 68770 | 3,941.95 | TR51 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Daniel Davila) | 03/27/17 | 69137 | 2,515.30 | TR53 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Nile Konicek) | 03/27/17 | 69143 | 1,705.75 | TR54 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Snowden Adam Daines) | 03/27/17 | 69139 | 1,368.90 | TR55 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Tony A Cranford) | 03/27/17 | 69141 | 3,300.40 | TR56 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Colin Helson) | 03/30/17 | 69096 | 5,991.55 | TR57 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Jordan Levin) | 03/30/17 | 69102 | 1,463.10 | TR58 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Robert Saucier) | 03/30/17 | 68993 | 3,176.75 | TR59 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Charles Curley) | 06/19/17 | 70106 | 4,033.25 | TR60 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (William Zender) | 06/19/17 | 70104 | 1,564.20 | TR61 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Matthew Lynde) | 06/23/17 | 70142 | 4,123.55 | TR62 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Robert Armitage) | 06/23/17 | 70157 | 3,902.65 | TR63 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Robert Armitage) | 06/23/17 | 70166 | 3,611.95 | TR64 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Sam Ribet) | 09/18/17 | 70897 | 1,190.00 | TR65 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Kevin M.Lynch) | 09/28/17 | 71094 | 5,473.25 | TR66 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Michael O. Warnecke) | 09/28/17 | 71108 | 2,914.75 | TR67 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Christine S. Meyer) | 09/29/17 | 71128 | 4,336.45 | TR68 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Q. Todd Dickinson) | 10/05/17 | 71250 | 4,474.80 | TR69 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (James E. Malackowski) | 10/06/17 | 71186 | 4,270.85 | TR70 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Hearing/Conf-ST_CAFC) | 11/17/17 | 71686 | 193.00 | TR71 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Matthew Lynde) | 03/22/18 | 72763 | 3,722.35 | TR72 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Henderson Legal Services, Inc. (Hearing/Conf-ST_CAFC) | 06/19/18 | 73804 | 89.50 | TR73 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Hearing/Conf) | 04/12/16 | 100205898 | 66.55 | TR74 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Hearing/Conf) | 06/07/16 | 100212071 | 53.10 | TR75 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Hearing/Conf) | 08/10/16 | 100225592 | 36.00 | TR76 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Hearing/Conf) | 08/30/16 | 100218775 | 66.55 | TR77 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Hearing/Conf) | 10/27/19 | 100225592 | 53.35 | TR78 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Hearing/Conf) | 11/04/16 | 100228199 | 13.20 | TR79 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Hearing/Conf) | 02/08/17 | 100239707 | 12.60 | TR80 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Hearing/Conf) | 10/26/17 | 100267946 | 33.60 | TR81 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Hearing/Conf) | 11/30/17 | 100271889 | 97.00 | TR82 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Hearing/Conf) | 05/16/18 | 100295826 | 73.20 | TR83 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Hearing/Conf) | 05/29/18 | 100295826 | 87.15 | TR84 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Hearing/Conf) | 06/29/18 | 100299943 | 82.80 | TR85 |
| Transcripts | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, via Freeborn (Trial) | 07/12/18 | 20180150 | 25,128.36 | TR86 |
| Transcripts - Freeborn & Peters | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, Freeborn | 11/18/15 | 111815 | 175.45 | TR87 |
| Transcripts - Freeborn & Peters | EXHIBIT C - TRANSCRIPTS | T | Carolyn R. Cox, RPR, CRR, Freeborn | 01/20/16 | 012016 | 29.20 | TR88 |
| Transcripts - Freeborn & Peters | EXHIBIT C - TRANSCRIPTS | T | Clerk, US District Court - Freeborn | 05/27/16 | 0516-80 | 39.00 | TR89 |
| **SUBTOTAL - EXHIBIT C - TRANSCRIPTS** | | | | | | **219,322.97** | |
| | | | | | | | |
| Printing Expenses | EXHIBIT D - PRINTING | T | Barrister Digital Solutions, LLC | 10/28/16 | 55154 | 187.83 | PE1 |
| Printing Expenses | EXHIBIT D - PRINTING | T | Barrister Digital Solutions, LLC | 11/08/16 | 55259 | 682.13 | PE2 |
| Printing Expenses | EXHIBIT D - PRINTING | T | Barrister Digital Solutions, LLC | 11/17/16 | 55339 | 286.88 | PE3 |
| Printing Expenses | EXHIBIT D - PRINTING | T | Barrister Digital Solutions, LLC | 12/05/16 | 55493 | 454.95 | PE4 |
| Printing Expenses | EXHIBIT D - PRINTING | T | Barrister Digital Solutions, LLC | 12/07/16 | 55526 | 454.95 | PE5 |
| Printing Expenses | EXHIBIT D - PRINTING | T | Printing-FedEx Office | 12/20/16 | 42724 | 1,294.18 | PE6 |
| Document Retrieval | EXHIBIT D - PRINTING | T | National Archives | 04/23/18 | 43213 | 81.00 | DOC-R |
| Document Reproduction (outside) | EXHIBIT D - PRINTING | T | FedEx Copying | 10/31/16 | 42674 | 198.82 | DRO1 |
| Patent Office Copies | EXHIBIT D - PRINTING | T | Lucas, Darryl | 03/03/16 | 30316 | 221.65 | POC1 |
| Patent Office Copies | EXHIBIT D - PRINTING | T | Micropatent, LLC | 02/29/16 | S1110977 | 1,517.50 | POC2 |
| Miscellaneous Supplies | EXHIBIT D - PRINTING | T | Micro Center/Printer for trial | 08/17/18 | 43329 | 891.92 | MS1 |
| Document Reproduction | EXHIBIT D - PRINTING | T | N&V Internal copies | various | various | 5,698.84 | DR1 |
| Document Reproduction - color | EXHIBIT D - PRINTING | T | N&V Internal copies | 03/13/18 | 43172 | 236.98 | DRC1 |
| Document Reproduction - color | EXHIBIT D - PRINTING | T | N&V Internal copies | 03/13/18 | 43172 | 356.31 | DRC2 |
| Document Reproduction - color | EXHIBIT D - PRINTING | T | N&V Internal copies | 04/11/18 | 43201 | 228.55 | DRC3 |
| Document Reproduction - color | EXHIBIT D - PRINTING | T | N&V Internal copies | 04/26/18 | 43216 | 170.91 | DRC4 |
| Document Reproduction - color | EXHIBIT D - PRINTING | T | N&V Internal copies | 06/06/18 | 43257 | 257.54 | DRC5 |
| Document Reproduction - color | EXHIBIT D - PRINTING | T | N&V Internal copies | 04/15/17 | 42840 | 400.00 | DRC6 |
| Document Reproduction - color | EXHIBIT D - PRINTING | T | N&V Internal copies | 09/28/17 | 43006 | 47.31 | DRC7 |
| Certified Copies | EXHIBIT D - PRINTING | T | Sheri L. Gordon | 07/09/18 | 43290 | 20.70 | CERT |
| Document Production | EXHIBIT D - PRINTING | T | Light Speed LLC | 03/31/16 | 1603251 | 317.25 | DP1 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 02/01/16 | 36-7604.1 | 304.20 | DP2 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 02/29/16 | 36-7647 | 4,789.90 | DP3 |

**Nixon & Vanderhye P.C.**
**Summary of Costs - Matter 6176.2, Shuffle Tech**
**Billed - Inception to August 27, 2018**

| N&V COST CATEGORY | "BILL OF COSTS" DESCRIPTION | T OR NT | VENDOR NAME/DESCRIPTION | INVOICE DATE | INVOICE # | AMOUNT | BACKUP REFERENCE |
|---|---|---|---|---|---|---|---|
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 05/17/16 | 36-7923 | 1,129.48 | DP4 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 05/31/16 | 36-8007 | 3,178.07 | DP5 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 06/30/16 | 36-8052 | 22,140.44 | DP6 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 07/31/16 | 36-8175 | 9,948.73 | DP7 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 08/31/16 | 36-8331 | 973.75 | DP8 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 09/30/16 | 36-8360 | 549.82 | DP9 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 10/31/16 | 36-8431 | 900.54 | DP10 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 11/30/16 | 36-8574 | 3,386.50 | DP11 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 12/31/16 | 36-8666 | 273.24 | DP12 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 01/31/17 | 36-8768 | 102.04 | DP13 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 02/28/17 | 36-8868 | 21.50 | DP14 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 05/31/17 | 36-9153 | 943.75 | DP15 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 06/30/17 | 36-9253 | 237.16 | DP16 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 07/31/17 | 36-9367 | 525.00 | DP17 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 08/31/17 | 36-9447 | 345.81 | DP18 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 01/31/18 | 36-9813 | 138.56 | DP19 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 02/28/18 | 37-0848 | 359.00 | DP20 |
| Document Production | EXHIBIT D - PRINTING | T | Modus eDiscovery, Inc. | 07/31/18 | 37-1306 | 0.06 | DP21 |
| Document Reproduction - Witherspoon | EXHIBIT D - PRINTING | T | Witherspoon Internal Copies | 06/29/18 | 428427 | 60.80 | n/a |
| Document Reproduction - Witherspoon | EXHIBIT D - PRINTING | T | Witherspoon Internal Copies | 06/29/18 | 428427 | 13.20 | n/a |
| Copy of first compact disk in a single order | EXHIBIT D - PRINTING | T | USPTO | 03/22/17 | 42816 | 55.00 | PTO1 |
| Copy of first compact disk in a single order | EXHIBIT D - PRINTING | T | USPTO | 03/22/17 | 42816 | 55.00 | PTO1 |
| Copy of first compact disk in a single order | EXHIBIT D - PRINTING | T | USPTO | 05/31/17 | 42886 | 110.00 | PTO2 |
| Certified or uncertified copy of document | EXHIBIT D - PRINTING | T | USPTO | 09/22/16 | 42635 | 25.00 | PTO3 |
| Certified or uncertified copy of document | EXHIBIT D - PRINTING | T | USPTO | 04/16/18 | 43206 | 100.00 | PTO4 |
| Printer & Toner | EXHIBIT D - PRINTING | T | Staples | 07/31/18 | 43312 | 398.36 | PRN1 |
| Scanning - Freeborn & Peters | EXHIBIT D - PRINTING | T | Ricoh - Freeborn | 09/27/16 | CHI16090181 | 10,582.47 | SCAN1 |
| Office/Printing Supplies - Freeborn & Peters | EXHIBIT D - PRINTING | T | Office Supplies - Freeborn | 07/24/18 | 072418 | 524.71 | OS1 |
| Office/Printing Supplies - Freeborn & Peters | EXHIBIT D - PRINTING | T | Office Supplies - Freeborn | 07/24/18 | 072418 | 183.06 | OS1 |
| **SUBTOTAL - EXHIBIT D - PRINTING** | | | | | | **76,361.35** | |
| | | | | | | | |
| Service/Witness - Travel | EXHIBIT E - WITNESSES - TRAVEL | T | Witness Travel - Depositions Part 1 | Various | See "WITNESS TRAVEL" Summary | 11,628.66 | See "WITNESS TRAVEL" Summary |
| Service/Witness - Travel | EXHIBIT E - WITNESSES - TRAVEL | T | Witness Travel - Depositions Part 2 | Various | See "WITNESS TRAVEL" Summary | 102,770.00 | See "WITNESS TRAVEL" Summary |
| Service/Witness - Travel | EXHIBIT E - WITNESSES - TRAVEL | T | Witness Travel - Trial | Various | See "WITNESS TRAVEL" Summary | 24,439.53 | See "WITNESS TRAVEL" Summary |
| **SUBTOTAL - EXHIBIT E - WITNESSES** | | | | | | **138,838.19** | |
| | | | | | | | |
| Miscellaneous Drafting Services | EXHIBIT F - EXEMPLIFICATION | T | N&V internal drafting | various | various | 95.00 | MDS1 |
| Graphics | EXHIBIT F - EXEMPLIFICATION | T | FTI Consulting | 04/25/17 | 7444040 | 4,405.10 | G1 |
| Graphics | EXHIBIT F - EXEMPLIFICATION | T | Northern Virginia Graphics, Inc. | 01/31/18 | 92452 | 25,575.00 | G2 |
| Graphics | EXHIBIT F - EXEMPLIFICATION | T | Northern Virginia Graphics, Inc. | 03/01/18 | 93887 | 13,755.00 | G3 |
| Graphics | EXHIBIT F - EXEMPLIFICATION | T | Northern Virginia Graphics, Inc. | 04/05/18 | 93938 | 64,383.00 | G4 |
| Graphics - Travel/Lodging | EXHIBIT F - EXEMPLIFICATION | T | Northern Virginia Graphics, Inc. - Travel | 04/05/18 | 93938 | 1,601.36 | G4 |
| Graphics | EXHIBIT F - EXEMPLIFICATION | T | Northern Virginia Graphics, Inc. | 05/09/18 | 94055 | 23,250.00 | G5 |
| Graphics | EXHIBIT F - EXEMPLIFICATION | T | Northern Virginia Graphics, Inc. | 07/03/18 | 94882 | 23,265.00 | G6 |
| Graphics | EXHIBIT F - EXEMPLIFICATION | T | Northern Virginia Graphics, Inc. | 08/13/18 | 95073 | 162,101.21 | G7 |
| Graphics - Travel/Lodging | EXHIBIT F - EXEMPLIFICATION | T | Northern Virginia Graphics, Inc. | 08/13/18 | 95073 | 2,777.80 | G7 |
| Graphics | EXHIBIT F - EXEMPLIFICATION | T | Todd M. Thompson | 12/30/15 | 42368 | 2,692.18 | G8 |
| Graphics - Travel/Lodging | EXHIBIT F - EXEMPLIFICATION | T | Peter Kosztolnik - travel | 07/11/18 | 43292 | 464.20 | G9 |
| Graphics - Travel/Lodging | EXHIBIT F - EXEMPLIFICATION | T | Seth Kumpf - travel | 07/11/18 | 43292 | 464.20 | G10 |
| Graphics - Travel/Lodging | EXHIBIT F - EXEMPLIFICATION | T | Northern Virginia Graphics, Inc. - Travel - Union League | various | various | 21,303.89 | G11 |
| Graphics | EXHIBIT F - EXEMPLIFICATION | T | Todd M. Thompson/Flash Drives | 10/31/16 | 42674 | 31.69 | G12 |
| Graphics - Freeborn | EXHIBIT F - EXEMPLIFICATION | T | Epiq eDioscovery Solutions - Freeborn | 07/24/18 | 1083808 | 975.00 | G13 |
| Document Production - Freeborn & Peters | EXHIBIT F - EXEMPLIFICATION | T | Epiq eDioscovery Solutions - Freeborn | 07/24/18 | 1083852 | 1,053.00 | G13 |
| **SUBTOTAL - EXHIBIT F - EXEMPLIFCATION** | | | | | | **348,192.63** | |
| | | | | | | | |
| Pacer On-Line Research | EXHIBIT G - DOCKET FEES | T | Pacer docket fees | 1/2/15-8/10/18 | 1/2/15-8/10/18 | 4,073.41 | PACER1 |
| Pacer fees | EXHIBIT G - DOCKET FEES | T | Pacer docket fees - Witherspoon | 06/29/18 | 428427 | 89.30 | PACER2 |
| Pacer fees | EXHIBIT G - DOCKET FEES | T | Pacer docket fees - Witherspoon | 06/29/18 | 428428 | 3.00 | PACER3 |
| **SUBTOTAL - EXHIBIT G - DOCKET FEES** | | | | | | **4,165.71** | |
| | | | | | | | |
| Postage | EXHIBIT H - OTHER COSTS | T | Postage | various | various | 244.73 | POST |
| Long Distance Telephone | EXHIBIT H - OTHER COSTS | T | Long Distance Telephone | various | various | 360.97 | TELE1 |
| Long Distance Telephone - Freeborn & Peters | EXHIBIT H - OTHER COSTS | T | Long Distance Telephone - Freeborn | 10/31/15 | 634350 | 22.05 | TELE2 |
| Miscellaneous Supplies | EXHIBIT H - OTHER COSTS | T | Statista Inc. - Online Statistics | 08/09/16 | 42591 | 588.00 | MS2 |

**Nixon & Vanderhye P.C.**
**Summary of Costs - Matter 6176.2, Shuffle Tech**
**Billed - Inception to August 27, 2018**

| N&V COST CATEGORY | "BILL OF COSTS" DESCRIPTION | T OR NT | VENDOR NAME/DESCRIPTION | INVOICE DATE | INVOICE # | AMOUNT | BACKUP REFERENCE |
|---|---|---|---|---|---|---|---|
| Shipping & Delivery | EXHIBIT H - OTHER COSTS | T | Kenneth R. Dickinson | 06/12/17 | 42898 | 326.25 | SW7 |
| Shipping & Delivery | EXHIBIT H - OTHER COSTS | T | Luciano Packaging Tech. Inc. | 07/20/18 | LPT2018-402 | 31.58 | SW10 |
| Express Mail/Courier | EXHIBIT H - OTHER COSTS | T | Express Mail | various | various | 14,064.58 | EXPRESS1 |
| Express Mail/Courier | EXHIBIT H - OTHER COSTS | T | Express Mail | various | various | 3,282.42 | EXPRESS2 |
| Shipping & Delivery - Witherspoon | EXHIBIT H - OTHER COSTS | T | Shipping & Delivery - Witherspoon | 05/25/18 | 6-193-62181 | 369.29 | EXPRESS3 |
| Shipping & Delivery - Freeborn & Peters | EXHIBIT H - OTHER COSTS | T | Shipping & Delivery - Freeborn | various | various | 558.51 | EXPRESS4 |
| **SUBTOTAL - EXHIBIT H - OTHER COSTS** | | | | | | **19,848.38** | |
| **GRAND TOTAL** | | | | | | **810,477.61** | |

**Nixon & Vanderhye P.C.**
**Witness Travel Expense Summary - 6176.2**
**Exhibit E Details**

### DEPOSITIONS (Arlington, VA) - PART 1

| Witness Name | City and State of Residence | # of nights | Per Diem Rate | Per Diem Subtotal | Attendance Rate | Attendance Subtotal | MILEAGE (Total Cost) | Total | Dates | BACKUP REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| Armitage, Robert | Marco Island, FL | 3 | 284.00 | 852.00 | 40.00 | 120.00 | 715.77 | 1,687.77 | 06/19/2017-06/20/2017 | EW35 |
| Curley, Charles | Courtland, NY | 4 | 284.00 | 1,136.00 | 40.00 | 160.00 | 664.00 | 1,960.00 | 06/13/2017 | EW45 |
| Curley, Charles | Courtland, NY | 4 | 284.00 | 1,136.00 | 40.00 | 160.00 | 898.46 | 2,194.46 | 03/13/2018 | EW49 |
| Lynde, Matthew | San Francisco, CA | 1 | 284.00 | 284.00 | 40.00 | 40.00 | 0.00 | 324.00 | 06/15/2017 | N/A |
| Lynde, Matthew | San Francisco, CA | 2 | 284.00 | 568.00 | 40.00 | 80.00 | 2,333.75 | 2,981.75 | 03/13/2018 | EW23 |
| Zender, William | Santa Fe, NM | 4 | 284.00 | 1,136.00 | 40.00 | 160.00 | 255.08 | 1,551.08 | 06/12/2017 | EW62 |
| Daines, Adam | Calgary, CANADA | 1 | 284.00 | 284.00 | 40.00 | 40.00 | 605.60 | 929.60 | 02/14/2017 | SW36 |
| **TOTAL - WITNESS TRAVEL FOR DEPOSITIONS** | | | | | | | | **11,628.66** | | |

### DEPOSITIONS (Arlington, VA) - PART 2

| Witness Name | City and State of Residence | Deposition Hours | Preparation Hours | Total Hours | Hourly Rate | Total | Dates | BACKUP REFERENCE |
|---|---|---|---|---|---|---|---|---|
| Armitage, Robert | Marco Island, FL | 7.50 | 22.50 | 30.00 | 800.00 | 24,000.00 | 06/19/2017 | EW35 |
| Armitage, Robert | Marco Island, FL | 8.00 | 24.00 | 32.00 | 800.00 | 25,600.00 | 06/20/2017 | EW35 |
| Curley, Charles | Courtland, NY | 8.00 | 24.00 | 32.00 | 400.00 | 12,800.00 | 06/13/2017 | EW45 |
| Curley, Charles | Courtland, NY | 4.90 | 12.40 | 17.30 | 400.00 | 6,920.00 | 03/13/2018 | EW49 |
| Lynde, Matthew | San Francisco, CA | 8.00 | 24.00 | 32.00 | 750.00 | 24,000.00 | 06/15/2017 | EW14; EW15 |
| Lynde, Matthew | San Francisco, CA | 2.50 | 7.50 | 10.00 | 750.00 | 7,500.00 | 03/13/2018 | EW23 |
| Zender, William | Santa Fe, NM | 3.50 | 3.00 | 6.50 | 300.00 | 1,950.00 | 06/12/2017 | EW2 |
| **TOTAL - EXPERT ATTENDANCE & PREPARATION FOR DEPOSITIONS** | | | | | | **102,770.00** | | |

### TRIAL (Chicago, IL)

| Witness Name | City and State of Residence | # of nights | Per Diem Rate | Per Diem Subtotal | Attendance Rate | Attendance Subtotal | MILEAGE (Total Cost) | Total | BACKUP REFERENCE |
|---|---|---|---|---|---|---|---|---|---|
| Armitage, Robert | Marco Island, FL | 13 | 284.00 | 3,692.00 | 40.00 | 520.00 | 3,157.84 | 7,369.84 | EW37 & EW38 |
| Curley, Charles | Courtland, NY | 10 | 284.00 | 2,840.00 | 40.00 | 400.00 | 2,147.21 | 5,387.21 | EW50 |
| Lynde, Matthew | San Francisco, CA | 15 | 284.00 | 4,260.00 | 40.00 | 600.00 | 4,592.45 | 9,452.45 | EW23 & EW27 |
| Zender, William | Santa Fe, NM | 2 | 284.00 | 568.00 | 40.00 | 80.00 | 952.66 | 1,600.66 | EW4 |
| Boyle, James | Las Vegas, NV | 3 | 284.00 | 852.00 | 40.00 | 120.00 | 5,839.05 | 6,811.05 | SW30 |
| Gola, Steven | Forked River, NJ | 3 | 284.00 | 852.00 | 40.00 | 120.00 | 2,025.18 | 2,997.18 | SW31 |
| Greenberg, Joel | Trenton, NJ | 5 | 284.00 | 1,420.00 | 40.00 | 200.00 | 2,218.81 | 3,838.81 | SW32 |
| Kerr, Marie | Carson City, NV | 7 | 284.00 | 1,988.00 | 40.00 | 280.00 | 1,921.45 | 4,189.45 | SW33 |
| Luciano, Lawrence | Somerville, NJ | 5 | 284.00 | 1,420.00 | 40.00 | 200.00 | 99.40 | 1,719.40 | SW34 |
| Taylor, Todd | Golden, CO | 5 | 284.00 | 1,420.00 | 40.00 | 200.00 | 1,662.98 | 3,282.98 | SW37 |
| **TOTAL - WITNESS TRAVEL FOR TRIAL** | | | | | | | | **24,439.53** | |